UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF NEW YORK

CASE # 17-CV-1268 MKB-SMG

---

SAMUEL KELLNER *Plaintiff/Petitioner*

***AFFIDAVIT OF SERVICE***

*against*

THE CITY OF NEW YORK and CHARLES J. HYNES in his ndividual Capacity *Defendant/Respondent*

---

STATE OF NEW YORK, COUNTY OF QUEENS ss:

**ROBERT URENA,** the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **April 27th, 2017** at **6:50 PM**, at **21635 12th AVENUE, BREEZY POINT, NY 11697**
Deponent served the within -- **SUMMONS and COMPLAINT**

☒ Said papers served had endorsed thereon index # and date of filing

On **CHARLES J. HYNES**

**Individual** ☐ by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation** ☐ by delivering thereat a true copy of each to .
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person** [X] by delivering there a true copy *of each to* **SGT. CROCE (Security Guard) (Refused access to property)** a person of suitable age and discretion.
Said premises is recipient's ☒ Home ☐ Business Address, within the state.
Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ Home ☐ Business Address
---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: Address Confirmed by

**Mailing** [X] On **4-28-17**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked **"Personal & Confidential"** in an official depository under the exclusive care and custody of the United States Post Office.
**Certified Mail Number** (If Required):

**Description** [X] Gender **MALE** Color of skin **WHITE** Color of Hair **GRAY** Facial Hair **YES** Glasses **YES**
Approximate age **45-55** Approximate height **5'8-6'0** Approximate weight **220-240**
Other identifying features:

**Fees** ☐ At the time of said service, deponent paid (tendered) in advance $ , the authorized witness fee and/or traveling expenses to the recipient.

**Military** [X] In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
MAY 1st, 2017

ROBERT URENA
License Number 1263889

Notary Public
JEANETTE URENA
Notary Public, State of New York
Registration No. 01UR6181572
Qualified in Queens County
Commission Expires February 04, 2020