UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Job #: 21342

**Attorney:** Niall MacGiollabhui, Esq. **PH:** (347) 809-0092
**Address:** 260 Madison Avenue, 21st Floor New York, NY 10016

| | |
|---|---|
| Samuel Kellner<br>*Plaintiff*<br>*vs*<br>The City of New York and Charles J. Haynes<br>*Defendants* | **Case Number:** 17-cv-1268<br>**Date Filed:**<br>**Client's File No.:**<br>**Court Date:** |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**Reginald Hunter**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/26/2017**, at **11:39 AM** at: **100 Church Street , New York, NY 10007** Deponent served the within **Summons and Complaint**

On: **The City of New York**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Entity or Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **B. Mazyck** personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Designated Agent** thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
**Certified Item #**

☒ **#6 DESCRIPTION**
**Sex**: Female **Color of skin**: Black **Color of hair:** Black/Gray **Glasses**: Yes
**Age**: 55 - 65 Yrs. **Height**: 5 ft 5 in - 5 ft 8 in **Weight**: Over 200 Lbs. **Other Features**:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 4/26/2017

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in Westchester County
Certificate Filed in New York County
My Commission Expires January 13, 2018

Reginald Hunter
1346142

708 Third Avenue, New York, NY 10017
212-393-9070 www.legaleaseinc.com

LEGALEASE INC.