THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

February 22, 2018

Honorable Margo K. Brodie *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Judge Brodie:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Charles Hynes in the above-referenced action brought pursuant to 42 U.S.C. § 1983. I write on behalf of the parties, with reference to the Court's February 20, 2018 Order, to provide a status report as directed by the Court.

As the Court is aware, a pre-motion conference was held on August 31, 2017, to address defendants' proposed motion to dismiss this action pursuant to Federal Rule 12(b)(6). Plaintiff filed his amended complaint on October 2, 2017, as directed by the Court. Since that time, the parties have conducted research and conferred several times, in the hopes of determining whether they remained in disagreement as to the viability of plaintiff's claims and, therefore, whether it would be necessary to devote the time and resources of the Court and the parties to dispositive motion practice at this stage. This process was delayed in part because the undersigned was occupied by a lengthy trial and related preparation that took place this past fall after plaintiff filed his amended complaint.

After conferring, counsel are agreed that motion practice will be necessary, and propose the following briefing schedule on consent: moving papers to be served on or before April 17, 2018; opposition papers to be served on or before May 18, 2018; and reply papers, if any, to be served on or before June 1, 2018. The motion papers shall be served and filed in keeping with Item # 3.D. of Your Honor's Individual Practices and Rules.

The undersigned notes that the above proposed briefing schedule takes account of the fact that I anticipate that I will need to be out of the office for some period of time in late

March because of an important personal matter, and have many previously-scheduled deadlines for discovery and motion practice in several other pending matters during the remainder of this month and next month.

We thank the Court for its consideration of the above.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. *(by ECF)*