THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

April 10, 2018

Honorable Margo K. Brodie *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SMG)

Dear Judge Brodie:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Charles Hynes in the above-referenced action brought pursuant to 42 U.S.C. § 1983. I write to provide an updated status report and to advise the Court of defendants' request for a modification of the previously-proposed briefing schedule for defendants' motion to dismiss, to which counsel for plaintiff has advised me that he consents.

On February 20, 2018, the parties provided a status report to the Court. In that submission, the parties jointly proposed a briefing schedule for defendants' motion to dismiss this action pursuant to Federal Rule 12(b)(6), which, if successful, would be dispositive of this entire matter. The schedule that was previously proposed was as follows: moving papers to be served on or before April 17, 2018; opposition papers to be served on or before May 18, 2018; and reply papers, if any, to be served on or before June 1, 2018.

If the Court is amenable, the parties propose the following revised briefing schedule: moving papers to be served on or before May 8, 2018; opposition papers to be served on or before June 11, 2018; and reply papers, if any, to be served on or before June 25, 2018.

The reason for this request is a confluence of circumstances that have made it impossible to prepare defendants' motion papers on the current schedule. Those circumstances include significant obligations and deadlines in several other pending matters, an ongoing family health problem, and the fact that I was unable to work my usual schedule during the Passover holiday.

We thank the Court for its consideration of the above.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. *(by ECF)*