THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

May 8, 2018

Honorable Margo K. Brodie *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Judge Brodie:

I represent defendants City of New York and Charles Hynes in the above-referenced action brought pursuant to 42 U.S.C. §1983.

I write, pursuant to the Court's Individual Practices and Rules, to advise that defendants are serving on opposing counsel today their notice of motion and memorandum of law in support of defendants' motion to dismiss.

Thank you for your consideration of the above.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. *(by ECF)*