THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

June 20, 2018

Honorable Margo K. Brodie *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Judge Brodie:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Charles Hynes in the above-referenced action brought pursuant to 42 U.S.C. § 1983.

I write, with the consent of plaintiff's counsel, to request a one-week enlargement of time from June 25, 2018, to July 2, 2018, in which to serve reply papers in support of defendants' motion to dismiss this action pursuant to Federal Rule 12(b)(6). The reason for this request is that, as a result of a delay in delivery of plaintiff's opposition papers by the postal service, I did not receive plaintiff's papers as quickly as anticipated. Although I contacted counsel last week to request that he forward a copy by email, he was out of his office and, as a consequence, I did not receive the papers until last late week. As the June 25, 2018 due date now coincides with previously-scheduled commitments and deadlines in other matters, the undersigned needs the additional time in which to prepare defendants' reply submission.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. *(by ECF)*