UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK, and CHARLES J. HYNES, in his individual capacity,

Defendants.
---------------------------------------------------------------------- x

**NOTICE OF MOTION**

17 CV 01268 (MKB) (SJB)

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated April 17, 2018, and upon all the papers and proceedings had herein, defendants City of New York and Charles Hynes will move this Court, before the Honorable Margo K. Brodie, United States District Judge, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an order dismissing certain claims as against them with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the memorandum of law submitted herewith, as grounds for the motion, plaintiff has failed to state a claim for relief as against either of the defendants, so that defendants are entitled to judgment as a matter of law, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on or before June 11, 2018, or as otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, will be served on or before June 25, 2018, or as otherwise ordered by the Court.

Dated: New York, New York
May 8, 2018

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and Charles Hynes*
100 Church Street
New York, NY 10007
(212) 356-2355
sscharfs@law.nyc.gov

By: /s/
SUSAN P. SCHARFSTEIN

To: All Counsel of Record *(by ECF)*