THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

July 2, 2018

Honorable Margo K. Brodie *(by ECF w/o encl.; by first-class mail w/encl.)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Judge Brodie:

I represent defendants City of New York and Charles Hynes in the above-referenced action brought pursuant to 42 U.S.C. §1983.

I write, pursuant to the Court's Individual Practices and Rules, to enclose courtesy copies of the parties' papers in support of and in opposition to defendants' Rule 12(b)(6) motion to dismiss, as follows: (i) defendants' motion to dismiss; (ii) defendants' memorandum of law in support of their motion to dismiss; (iii) plaintiff's memorandum of law in opposition to the motion to dismiss; and (iv) defendants' reply memorandum in further support of their motion to dismiss.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Honorable Sanket J. Bulsara *(by ECF)*
Niall Macgiollabhui, Esq. *(by ECF)*