THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

March 4, 2019

Honorable Margo K. Brodie *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Judge Brodie:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Charles Hynes in the above-referenced action alleging violations of plaintiff's civil rights.

I write, with the consent of plaintiff's counsel, to request an adjournment of the telephone status conference set for March 7, 2019, at 10:00 a.m. The reason for this request is a scheduling conflict with what is anticipated to be a lengthy deposition to be attended by multiple attorneys. The deposition, which is of a doctor, was scheduled this past January, and must take place on that date because of the doctor's schedule and an approaching discovery deadline.

After speaking with plaintiff's counsel, I have learned that counsel for both sides are available for the conference on March 12, March 15, and March 18, 2019. Defendants thus ask that the Court reschedule the conference to one of these dates at a time that is convenient for the Court. No previous request for an adjournment of the conference has been requested by any party.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. (by ECF)