UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SAMUEL KELLNER,

                           Plaintiff,             17CV-1268 (MKB)(SJB)

    -against-

THE CITY OF NEW YORK, et al.,                     **SUGGESTION OF DEATH**

                           Defendants.
-------------------------------------------------------------------X

        Defendants City of New York and Charles Hynes, by their attorney, Zachary W. Carter, Corporation Counsel of The City of New York, upon information and belief, suggest upon the record, pursuant to Fed. R. Civ. P. 25(a)(1), the death of defendant Charles Hynes, on January 29, 2019.

Dated:      New York, New York
               March 4, 2019

                                       Respectfully submitted,

                                       ZACHARY W. CARTER
                                       Corporation Counsel of the
                                       City of New York
                                       *Attorney for Defendants*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-2355
                                       sscharfs@law.nyc.gov

                            By: _____/s/_____
                                       SUSAN P. SCHARFSTEIN