*Law Office of*
*Niall MacGiollabhuí*

NIALL MACGIOLLABHUÍ

1450 BROADWAY, 39TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE (646) 850-7516 FAX (347) 620-1395
niallmacg@macglaw.com

May 31, 2019

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter.

Further to the parties' telephone conference with the Court on March 19, 2019, a petition for letters of administration for the estate of defendant Charles J. Hynes was filed on March 21, 2019, in Queens County Surrogate's Court – where Mr. Hynes was domiciled when he died – on behalf of the plaintiff in a matter currently pending before Judge Glasser, *O'Hara v. City of New York, et al.*, 17-cv-4766 (ILG) (SMG), in which Mr. Hynes is also a named defendant. Section 1002(1) of the Surrogate's Court Procedure Act provides that "a person interested in an action brought or about to be brought in which the intestate or the person alleged to be deceased, if living, would be a proper party" has standing to petition for the appointment of an administrator.

A citation was issued by Surrogate's Court, returnable on May 30, 2019. However, the matter was adjourned yesterday to July 18, 2019. Accordingly, I am requesting a 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. My hope is that an administrator will have been appointed within that time. The current deadline is June 3, 2019 (to the extent that it was unaffected by the stay of the case). There has been no previous request for an extension, and opposing counsel does not object to this request.

Respectfully,

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.