THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***Facsimile: (212) 356-3509***
***sscharfs@law.nyc.gov***

June 5, 2019

Honorable Sanket J. Bulsara *(by ECF)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 01268 (MKB) (SJB)

Dear Magistrate Judge Bulsara:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and Charles Hynes in the above-referenced action alleging violations of plaintiff's civil rights.

I write, with the consent of plaintiff's counsel, to request an adjournment sine die of the conference set for June 10, 2019, at 10:00 a.m. The reason for this request is that, pursuant to the district judge's order, this entire action, including defendants' pending motion to dismiss and all discovery, is currently stayed. Once the stay is lifted, we anticipate that the Court will address the pending motion to dismiss, which is potentially dispositive of the entire case.

By way of background, discovery in this action has been stayed since August 30, 2017, pending decision on defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The initial conference that had been scheduled for September 6, 2017, was cancelled sine die by the Honorable Steven Gold, who was the then-assigned Magistrate Judge. A pre-motion conference was held before Judge Brodie on August 31, 2017. The motion was subsequently fully briefed. While it was pending, on March 19, 2019, the Court held a conference to address issues occasioned by the death of former Kings County District Attorney Charles Hynes, who is a defendant in this case. As a result of the March 19, 2019 conference, Judge Brodie ordered the entire case stayed pending plaintiff's filing of a motion for substitution as to Mr. Hynes. Judge Brodie also marked the pending motion to dismiss off the motion calendar until the motion for substitution had been filed. Most recently, on June 3, 2019, Judge Brodie granted plaintiff's May 31, 2019 application for a sixty-day extension to August 2, 2019, within which to file a motion to substitute a party in place of Mr. Hynes. Once that is

accomplished, the Court will then need to address the Rule 12(b)(6) motion. If the motion is granted, the case will resolve and no further proceedings will be necessary.

The current June 10, 2019 conference was set on March 5, 2019, prior to some of the events described above. In light of the current status of this action, the parties do not believe that a conference would be a productive use of the resources of the Court and the parties at this time, and ask that the conference be adjourned sine die.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: Niall Macgiollabhui, Esq. (by ECF)