*Law Office of*
*Niall MacGiollabhuí*

NIALL MACGIOLLABHUÍ

1450 BROADWAY, 39TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE (646) 850-7516 FAX (347) 620-1395
niallmacg@macglaw.com

July 31, 2019

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter.

Further to my request by letter dated May 31, 2019, for an extension of time to August 2, 2019, within which to file a motion to substitute a party in place of Mr. Hynes, and the Court's Order dated June 3, 2019, granting that request, I understand that agreement was recently reached in Queens County Surrogate's Court for Patricia Hynes, Mr. Hynes' widow, to be appointed as administrator of his estate. However, it is expected to be a number of weeks before Letters of Administration are formally issued.

Accordingly, I would be greatly obliged for a further 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. As above indicated, this is the second request for an extension. Opposing counsel has indicated that she does not object to it.

Respectfully,

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.