*Law Office of*
*Niall MacGiollabhuí*

NIALL MACGIOLLABHUÍ

1450 BROADWAY, 39TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE (646) 850-7516 FAX (347) 620-1395
niallmacg@macglaw.com

September 27, 2019

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter.

Further to my request dated July 31, 2019, for a second extension of time within which to file a motion to substitute a party in place of Mr. Hynes, and the Court's Order dated August 1, 2019, granting said extension until September 30, 2019, Letters of Administration – while still expected imminently – have not yet been issued by Queens County Surrogate's Court to Patricia Hynes, Mr. Hynes' widow.

Accordingly, I would be greatly obliged for a further 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. This is the third request for an extension. Opposing counsel has indicated that she does not object to it.

Respectfully,

Niall MacGiollabhui

cc: Susan P. Scharfstein, Esq.