*Law Office of*
*Niall MacGiollabhuí*

NIALL MACGIOLLABHUÍ

1450 BROADWAY, 39TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE (646) 850-7516 FAX (347) 620-1395
niallmacg@macglaw.com

November 27, 2019

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter.

Further to my request dated September 27, 2019, for a third extension of time within which to file a motion to substitute a party in place of Mr. Hynes, and the Court's Order dated September 30, 2019, granting said extension until November 29, 2019, Limited Letters of Administration were recently issued by Queens County Surrogate's Court to Patricia Hynes, Mr. Hynes' widow, allowing her to accept service of process in the matter of *O'Hara v. City of New York, et al.*, 17-cv-4766 (ILG) (SMG), in which Mr. Hynes is also a named defendant. I am currently in contact with Surrogate's Court and with counsel for Ms. Hynes to enable service of process in the present matter.

Accordingly, I would be greatly obliged for a further (and hopefully final) 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. This is the fourth request for an extension. Opposing counsel has indicated that she does not object to it.

Respectfully,

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.