*Law Office of*
*Niall MacGiollabhuí*

NIALL MACGIOLLABHUÍ

1450 BROADWAY, 39TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE (646) 850-7516 FAX (347) 620-1395
niallmacg@macglaw.com

March 24, 2020

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter.

Further to my request dated January 27, 2020, for a fifth extension of time within which to file a motion to substitute a party in place of Mr. Hynes, and the Court's Order dated January 27, 2020, granting said extension until March 27, 2020, a decision is still pending on Plaintiff's petition in Queens County Surrogate's Court to modify the Limited Letters of Administration that were issued to Patricia Hynes, Mr. Hynes' widow, allowing her to accept service of process in the matter of *O'Hara v. City of New York, et al.*, 17-cv-4766 (ILG) (SMG), to also allow service of process in the present matter. Since the last extension request the consent of all interested persons in Mr. Hynes' estate to the modification being sought by Plaintiff has been formally secured.

In normal circumstances, a decision would thus be imminent (if not already forthcoming). In the present circumstances, however, I would be greatly obliged for another 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. This is the sixth request for an extension. Opposing counsel has indicated that she does not object to it.

Respectfully,

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.