**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

1450 Broadway, 39th Floor
New York, New York 10018
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

July 24, 2020

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Brodie:

I represent Plaintiff in the above matter. Further to my request dated May 26, 2020, for a seventh extension of time within which to file a motion to substitute a party in place of Mr. Hynes, and the Court's Order dated March 27, 2020, granting said extension until July 27, 2020, a decision is still pending on Plaintiff's petition in Queens County Surrogate's Court to modify the Limited Letters of Administration that were issued to Patricia Hynes, Mr. Hynes' widow, allowing her to accept service of process in the matter of *O'Hara v. City of New York, et al.*, 17-cv-4766 (ILG) (SMG), to also allow service of process in the present matter.

I have been in contact by phone and e-mail with Surrogate's Court. While some personnel have returned to the courthouse, personal appearances have not yet resumed. Furthermore, the clerks of the Miscellaneous Petition Department, which is handling Plaintiff's petition, are still as of today working from home. I understand that a decision on the petition will not be forthcoming until they return to the courthouse, which I'm told is imminent but for which no specific date has been set.

Accordingly, I would be greatly obliged for another 60-day extension of time within which to file a motion to substitute a party in place of Mr. Hynes. This is the eighth request for an extension. Opposing counsel has indicated that she does not object to it.

Respectfully,

/s/ Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.