UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
SAMUEL KELLNER,

Plaintiff,

Case No.
1:17-cv-1268-MKB-SJB

-against-

THE CITY OF NEW YORK and
CHARLES J. HYNES, in his individual capacity,

**NOTICE OF MOTION**

Defendants.
--------------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying declaration of Niall MacGiollabhuí, and all the papers and proceedings previously had herein, Plaintiff will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Margo K. Brodie, United States District Judge, at a date and time to be designated by the Court, for an Order pursuant to Fed. R. Civ. P. 25(a)(1) substituting Patricia L. Hynes, the Administrator of the Estate of Charles J. Hynes, as a defendant in this action in lieu of the deceased defendant Charles J. Hynes.

Dated: New York, New York
November 30, 2020

Respectfully submitted,

Niall MacGiollabhui
______________________________
NIALL MACGIOLLABHUÍ, ESQ.
LAW OFFICE OF NIALL MACGIOLLABHUÍ
Attorneys for Plaintiff
1450 Broadway, 39th Floor
New York, NY 10018
(646) 850-7516

To: Clerk of the Court
Counsel for Defendants
Patricia L. Hynes