At the Surrogate's Court held in
and for the County of Queens at
Jamaica, State of New York,
on October 15, 2019

HON. PETER J. KELLY, Surrogate Court, Queens County

---

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits which were of the ESTATE OF CHARLES HYNES a/k/a CHARLES J. HYNES,

Deceased.

**DECREE**

File No. 2019-1264

---

On reading and filing the petition of JOHN O'HARA, verified on the 20TH day of March, 2019, praying for a decree awarding Limited Letters of Administration of the estate of the said deceased to PATRICIA L. HYNES, and proving also to the Surrogate the existence of all the jurisdictional facts;

And this Court being satisfied that PATRICIA L. HYNES is entitled to such Limited Letters of Administration, and is in all respects competent to act as such Administrator, does hereby decree that Limited Letters of Administration of the goods, chattels and credits of the said deceased be awarded, on the filing of the oath of office and otherwise qualifying as prescribed by statute, and the filing of a bond is hereby dispensed with;

And the Court having rendered a decision on July 22, 2019;

And a Stipulation having being entered into between the parties on July 17, 2019 that Patricia L. Hynes, the spouse of the decedent Charles Hynes a/k/a Charles J. Hynes, subject to the Court's approval, shall be appointed as Administrator of said decedent's estate upon duly qualifying according to law;

And Patricia Hynes having submitted a Combined Verification, Oath & Designation dated MAY 9, 2019 ~~August 6, 2019~~ it is hereby

Ordered and Decreed that Limited Letters of Administration shall issue to Patricia L. Hynes upon duly qualifying according to law; and it is further

Ordered and Decreed that the said Administrator is hereby restrained from collecting or receiving any fund or other property of the said decedent in excess of $ 500.00 Dollars without the further order of the Surrogate, made upon the filing of satisfactory security, and it is further

Ordered and Decreed that the authority of said Administrator shall be restricted in accordance with, and the Letters herein issued contain, the limitation, if any, which appear immediately below:

Said letters are limited to the acceptance of process in Civil Action No: 17 cv 4766. Said Administrator shall be prohibited from collecting or disposing of any estate assets without further order of this Court.

------------------------------
SURROGATE