At the Surrogate's Court held in and for the County of Queens at the Courthouse located at 88-11 Sutphin Boulevard, Jamaica, NY 11435 on NOVEMBER 24, 2020

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
HONORABLE PETER J. KELLY, SURROGATE

-----------------------------------------------------------------------X

In the Matter of the Application to Modify Restrictions on Letters of Administration to Allow Acceptance of Process in the matter of Kellner v. City of New York and Charles J. Hynes, Case No. 17-cv-01268 (E.D.N.Y), by the Administrator for the ESTATE OF CHARLES HYNES a/k/a CHARLES J. HYNES,

Deceased.

-----------------------------------------------------------------------X

File No. 2019-1264/C

**ORDER**

SAMUEL KELLNER having presented a petition to this Court, duly verified the 26th of November 2019, praying for an Order modifying the restrictions as listed on the Limited Letters of Administration granted PATRICIA L. HYNES by this Court to allow acceptance of process in the matter of Kellner v. City of New York and Charles J. Hynes, Case No. 17-cv-01268 (E.D.N.Y),

And all persons interested in this proceeding having waived the issuance and service of a citation and consented to said relief; it is hereby

ORDERED that the restrictions as listed on the Limited Letters of Administration granted PATRICIA L. HYNES by this Court be modified to include and allow acceptance of process in the matter of Kellner v. City of New York and Charles J. Hynes, Case No. 17-cv-01268 (E.D.N.Y); and it is further

ORDERED that the filing of a bond is dispensed with; and it is further

ORDERED that all other restrictions shall remain in effect.

SURROGATE