UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

SAMUEL KELLNER,

Plaintiff,

Case No. 1:17-cv-1268-MKB-SJB

-against-

THE CITY OF NEW YORK and CHARLES J. HYNES, in his individual capacity,

Defendants.

--------------------------------------------------------------------------X

**DECLARATION OF SERVICE**

NIALL MACGIOLLABHUÍ, ESQ., an attorney duly admitted to practice before the Courts of the State of New York and before this Court, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am the attorney of record for Plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(e)(2)(C), I served Plaintiff's motion for an Order pursuant to Fed. R. Civ. P. 25(a)(1) substituting Patricia L. Hynes, the Administrator of the Estate of Charles J. Hynes, as a defendant in this action in lieu of the deceased defendant Charles J. Hynes, on Patricia L. Hynes by delivering a copy of the motion papers (Dkt. 36) to Dino G. Amoroso, Esq., counsel for Ms. Hynes, "an agent authorized by appointment or by law to receive service of process."

3. On December 2, 2020, Mr. Amoroso confirmed by e-mail correspondence his acceptance of service of Plaintiff's motion papers on Ms. Hynes's behalf.

Dated: New York, New York
December 4, 2020

NIALL MACGIOLLABHUÍ