THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
*212-356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

June 23, 2021

Honorable Marcia M. Henry *(by ECF)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17 CV 1268 (MKB) (MMH)

Dear Magistrate Judge Henry:

I represent defendants City of New York and Patricia Hynes, as administrator of the estate of Charles J. Hynes, in the above-referenced action.

I write to request an adjournment of the telephone status conference that was set earlier today for June 30, 2021, at 3:00 p.m. The reason for this request is a scheduling conflict with a previously-scheduled work commitment. Plaintiff's counsel has advised me that he consents to this request. After conferring with plaintiff's counsel, I have learned that counsel for both sides are available on the alternative dates of the morning of July 1, 2021, and all day on July 8, and July 9, 2021.

In light of the foregoing, defendants respectfully request that the Court reschedule the conference for one of the alternative dates set forth above or for another date thereafter that is convenient for the Court. No previous request for an adjournment of the conference has been made by any of the parties.

Thank you for your consideration of this request.

Respectfully submitted,

/s/Susan P. Scharfstein

Susan P. Scharfstein

cc: All counsel of record *(by ECF)*