**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

August 27, 2021

<u>VIA ECF</u>

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>**Kellner v. City of New York, et al.**</u>
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Henry:

      I represent Plaintiff in the above matter and submit this joint status report, on behalf of the parties, pursuant to Order of the Court dated August 12, 2021.

      Regarding the progress of discovery, and specifically since the conference on July 1, 2021, the Kings County District Attorney's Office ("KCDA") disclosed 13 boxes of case files (in the form of scanned documents) on July 23, 2021. The discovery is voluminous and is accompanied by extensive privilege logs. We are still awaiting the balance of the discovery, consisting primarily of email correspondence, which apparently is also voluminous. ADA John Carroll, who is handling production for the KCDA, informed present counsel this week that the process of retrieving emails and reviewing them in advance of disclosure is especially protracted but that he expects to provide the remaining discovery within 6 weeks. There are issues with various documents on the privilege logs, and more issues are expected as to the privilege log(s) that will accompany the remaining documents. We are endeavoring to resolve these issues to the extent possible without court intervention, but it is likely that a certain number will remain outstanding. Once the KCDA completes its production, we will promptly bring any such issues to the Court's attention. Depositions will also begin after the KCDA's production is complete (and the parties have reviewed the documents). Accordingly, the parties would be greatly obliged for a 3-month extension of the existing discovery deadlines, as follows: all fact discovery to be completed by 12/03/2021; expert reports by 01/18/2022; expert depositions by 03/03/2022; completion of all discovery by 03/03/2022; and dispositive motion practice to be commenced by 04/07/2022.

Regarding settlement discussions, the parties do not believe that meaningful engagement is possible until the discovery is complete from the KCDA, and at least some depositions have taken place.

Respectfully,

*Niall MacGiollabhui*

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.