**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

November 3, 2021

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Henry:

I represent Plaintiff in the above matter and submit this joint status report, on behalf of the parties, pursuant to Order of the Court dated September 29, 2021.

Since the last conference, the parties have engaged with the Kings County District Attorney's Office ("KCDA") regarding a number of issues with the thirteen boxes of files and accompanying privilege logs that were produced in response to Plaintiff's subpoena. We have made considerable progress to the extent there are only three documents listed on the logs (amongst those sufficiently identified) where redactions remain at issue. Two documents that appear to be missing from the production have also been requested. There are a larger number of documents that have been identified on the logs solely as "typed" or "handwritten" notes, a description that is insufficient either to assert a privilege or to challenge it, or to determine whether the specific document is relevant. Nonetheless, we expect very few of these documents to be ultimately at issue, and are working on a process with the KCDA by which to sufficiently identify them.

The circumstances of the remaining KCDA production, specifically the emails we received since the last conference, are less positive. Comparison with an earlier FOIL request shows that many emails that should have been part of the subpoena response are missing. It may be that the extensive terms of the search sought by the subpoena played a role in that regard. However, other discovery we have received since the subpoena was issued has allowed a very substantial narrowing of the scope of email correspondence believed to be relevant, such that Plaintiff has asked the KCDA to focus its continued search on correspondence between a small number of individuals

during an abbreviated period of time. The parties are informed by ADA Carroll that his office's Civil Litigation Bureau must address an urgent deadline in another matter on November 11, 2021, and that he will then return his focus to the present matter. We are hopeful that email production pursuant to the narrowed parameters will be forthcoming not long afterwards.

Overall, it is apparent that fact discovery will not be completed by December 3, 2021, the present deadline. Accordingly, the parties would be greatly obliged if the Court would set a date earlier that week for a further status report so that we can provide an update on our continued progress and be in a better position to estimate the length of the extension that we will require.

Respectfully,

Niall MacGiollabhui

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.