**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

December 1, 2021

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (SJB)**

Dear Judge Henry:

I represent Plaintiff in the above matter and submit this joint status report, on behalf of the parties, pursuant to Order of the Court dated November 5, 2021.

Since the status report submitted on November 3, 2021, the parties and the Kings County District Attorney's Office ("KCDA") have made considerable progress. To date, more than 30,000 pages of case file documents and emails, along with over 200 pages of privilege logs, have been produced pursuant to Plaintiff's subpoena. Following further production earlier today by the KCDA, the number of privilege redactions at issue within these documents appears now to be a small handful; hopefully, they will be resolved without needing the Court's intervention.

The significant outstanding issue, as indicated in the last status report, is thus the large number of responsive emails believed to have fallen outside the scope of the KCDA's prior search. Significantly narrowed parameters for a renewed search (in terms of time periods and persons) have been agreed and search terms have been supplied to the KCDA. However, the parties understand that the search process for emails during the periods in question is particularly laborious because they are stored within backup files that were generated monthly and must be individually searched. We are advised by ADA Carroll that retrieval of the emails will take approximately four weeks, and that production including the preparation of privilege logs will take approximately another four weeks.

Accordingly, the parties would be greatly obliged if the Court would extend the fact discovery deadline for 60 days and set a date shortly beforehand for a

further status report. We are mindful that the present phase of discovery has been protracted. However, based on the progress over the past month, and the assurances of the KCDA that it is proceeding as expeditiously as possible, the parties are hopeful that the email production will be completed within the estimated timeframe and that few, if any, redactions on the basis of privilege will remain unresolved. Depositions can then begin, the scheduling of which the parties have begun to discuss and which we expect will take approximately two months to complete.

Finally, because the aforementioned production earlier today by the KCDA was made after 5 p.m., and opposing counsel has not yet had an opportunity to review it, the parties request the opportunity to supplement this report, if necessary, following that review.

Respectfully,

Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.