**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

February 25, 2022

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (MMH)**

Dear Judge Henry:

I represent Plaintiff in the above matter and submit the enclosed proposed confidentiality order on behalf of the parties. The order is necessary because the Kings County District Attorney's Office advised the parties that it recently located a number of audio recordings responsive to Plaintiff's Rule 45 subpoena that cannot, as a practical matter, be redacted in compliance with its obligations under New York Civil Rights Law § 50-b. Pursuant to the Court's Individual Practice Rules, the proposed order is identical to the Court's form order, except for paragraph 11. Defendant City of New York is requesting a slight revision to reflect that it is required to maintain the integrity of its original case file in case of audit at a later date and thus cannot destroy or return documents in the file.

The parties thank the Court for its attention to this matter.

Respectfully,

*Niall MacGiollabhuí*

Niall MacGiollabhuí

Encl.

cc: Susan P. Scharfstein, Esq.