**From:** niall macgiollabhui
**Sent:** Tuesday, June 21, 2022 2:40 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Fwd: Arthur Aidala Subpoena

That's it. Do you know how long the search will take?

**From:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Sent:** Tuesday, June 21, 2022 2:29 PM
**To:** niall macgiollabhui <niallmacg@macglaw.com>
**Subject:** RE: [EXTERNAL] Fwd: Arthur Aidala Subpoena

I need confirmation that this is the universe of what you are looking for, because I cannot have a search done twice. So please confirm that you will not be asking for anything further and that you will not ask to expand the time period beyond the one-year period.

BTW, that is one reason why I need this in writing, so that there will be no disagreements or differing recollections later on.

*Susan P. Scharfstein*
*New York City Law Department*
*100 Church Street*
*New York, NY 10007*
*Tel: (212) 356-2355*
*Email: sscharfs@law.nyc.gov*

**From:** niall macgiollabhui <niallmacg@macglaw.com>
**Sent:** Tuesday, June 21, 2022 2:23 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Fwd: Arthur Aidala Subpoena

That's not my recollection. I said I wanted his notes relating to [redacted], including notes of meetings and notes of contacts with the DA's office. The only think I was unsure about was the time period. I mentioned a year, from November 2009 to November 2010, but that if I wanted a longer period I would let you know. As indicated below, the period I want remains 11/1/09 to 11/1/10. Is there anything else you need?