THE LAW OFFICE OF
NIALL MACGIOLLABHUÍ

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

August 29, 2022

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:      **Kellner v. City of New York, et al.**
                    **Docket No. 17-cv-01268 (MKB) (MMH)**

Dear Judge Henry:

       I represent Plaintiff in the above matter and submit this letter, pursuant to Order of the Court, requesting so-ordered subpoenas addressed to John Lonuzzi and Moshe Friedman, respectively. Counsel have conferred and the next dates on which we are both available are September 30, 2022, and October 13, 2022 (following the conference scheduled with the Court at 9 a.m.). Also, to the extent that Mr. Lonuzzi produces documents in response to the subpoena addressed to him, the parties wish to advise the Court that they may implicate Civil Rights Law § 50-b and will be encompassed accordingly by the Court's Order.

       We would be greatly obliged if the Court would thus so-order the enclosed subpoenas.

                                          Respectfully,

                                          *Niall MacGiollabhuí*
                                          Niall MacGiollabhuí

Encls.

cc: Susan P. Scharfstein, Esq.