
**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

Susan P. Scharfstein
*Special Federal Litigation Division*
212-356-2355
sscharfs@law.nyc.gov

September 19, 2022

Honorable Marcia M. Henry *(by ECF w/o encl.; by email to Chambers w/encl.)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Kellner v. City of New York, et al.</u>, 17-cv-01268 (MKB) (MMH)

Dear Magistrate Judge Henry:

    I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants City of New York and Patricia Hynes, as Administrator of the Estate of former Kings County District Attorney Charles J. Hynes, in the above-referenced action.

    I write, pursuant to the Court's August 16, 2022 Order, to enclose the documents referenced therein, which I am forwarding by secure file transfer via email message to Chambers. I will provide the password needed to access the information in a separate email message.

    Thank you for your consideration herein.

Respectfully submitted,

/s/ Susan P. Scharfstein

Susan P. Scharfstein

cc: Counsel of record *(by ECF; w/o encl.)*