**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

September 29, 2022

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (MKB) (MMH)**

Dear Judge Henry:

I represent Plaintiff in the above matter and write in respect of the so-ordered subpoena scheduling the deposition of John Lonuzzi for September 30, 2022. *See* Dkt. No. 57-1. Mr. Lonuzzi has advised the parties that he is unavailable on September 30, 2022. Accordingly, I wish to inform the Court that the parties and Mr. Lonuzzi have agreed to reschedule his deposition to October 17, 2022, at 9:30 a.m.

I thank the Court for its attention to this matter.

Respectfully,

Niall MacGiollabhui

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.
John Lonuzzi, Esq.