**From:** niall macgiollabhui
**To:** Scharfstein, Susan (Law)
**Subject:** RE: [EXTERNAL] Litwin deposition
**Date:** Monday, October 24, 2022 1:23:00 PM

I'm not sure how I'm supposed to be misquoting you, since I'm quoting verbatim from your emails. At the last conference you misrepresented to the Court that certain dates had been agreed for non-party depositions, some of which predated the dates on the subpoenas received by the relevant non-parties. You also repeated false claims from Lonuzzi about the circumstances of his service, even though he stopped making the same claims once he found out I had recorded my time in his building and even though you asked for and received a detailed (and sworn) declaration of service. I have sent you drafts of my letters to ensure that I am not misrepresenting your position. If you believe the time I have proposed for Litwin's deposition is excessive, the onus is upon you to make a counter-proposal. I fail to see why we cannot agree upon a compromise in line with the other time-limited depositions in the case so far. In terms of the deposition being unwarranted and my request to the Court being premature, I have simply followed the course you suggested in the email that began this thread.

---

**From:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Sent:** Monday, October 24, 2022 12:14 PM
**To:** niall macgiollabhui <niallmacg@macglaw.com>
**Subject:** RE: [EXTERNAL] Litwin deposition

I don't understand why you are contacting me about this again. I have already made clear that I do not believe that the deposition is warranted and your request is also premature, and, in any event, a demand for four hours of questioning is excessive and unreasonable and does not represent a good faith effort to resolve the issue short of court intervention. In addition, there are statements in your letters that are not true and I am reluctant to engage with you out of concern for being misquoted yet again.

Susan P. Scharfstein
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2355
Email: sscharfs@law.nyc.gov

---

**From:** niall macgiollabhui <niallmacg@macglaw.com>
**Sent:** Monday, October 24, 2022 12:01 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

Attached is a revised letter.

**From:** niall macgiollabhui
**Sent:** Friday, October 21, 2022 12:37 PM
**To:** 'Scharfstein, Susan (Law)' <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

Also in terms of conferring, let me know when you're available for a phone call. You asked for a proposed limitation last Friday, which I sent you the same day. According to your request: "If your proposal is acceptable, we can then discuss dates. If not, we can seek a further ruling." Since the proposal is not acceptable, I'm seeking a ruling from the Court as you suggested. If you have a counter-proposal, please share it. I think we should be able to agree on a time limit for Plaintiff's questions but if not, since you have made scheduling the deposition contingent on agreement or a Court ruling, I'm not sure what alternative there is to my application.

**From:** niall macgiollabhui
**Sent:** Friday, October 21, 2022 12:09 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

Ok. So that I understand correctly your position – you are opposing the deposition taking place at all or you are opposing my suggested limitation?

**From:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Sent:** Friday, October 21, 2022 12:05 PM
**To:** niall macgiollabhui <niallmacg@macglaw.com>
**Subject:** RE: [EXTERNAL] Litwin deposition

It looks as though you misunderstood what I said. If the Court permits the deposition at all, the amount of time you are requesting is excessive, both in terms of what you reasonably need to accomplish and the numbers of depositions that you have already taken. In addition, your application is premature. I am not sure that you have satisfied your "meet and confer" requirements, but you can let the court know that I will oppose your application.

Susan P. Scharfstein
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2355
Email: sscharfs@law.nyc.gov

**From:** niall macgiollabhui <niallmacg@macglaw.com>
**Sent:** Friday, October 21, 2022 11:41 AM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

Susan,

Attached is the letter I intend to send to the Court.

Regards,
Niall

Niall MacGiollabhui, Esq.
Law Office of Niall MacGiollabhui
171 Madison Avenue, Suite 305
New York, NY 10016

Tel: (646) 850-7516
Fax: (347) 620-1395

---

**From:** niall macgiollabhui
**Sent:** Wednesday, October 19, 2022 4:50 PM
**To:** 'Scharfstein, Susan (Law)' <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

I've attached the relevant portion of the transcript from last week, wherein the judge states that she was "inclined to permit [Litwin's deposition] in a limited scope." It is not a ruling as such but obviously it signals a ruling to that effect. In terms of what limited scope means, I tend to now agree that it more likely refers to content rather than duration. I probably though still favor the time limitation because it is less likely to lead to disagreement but either way, it seems we will need clarification (and an actual ruling). If you are interested in a joint letter, let me know by 1 pm tomorrow and I will send you a draft. Otherwise, I will write on behalf of plaintiff.

---

**From:** niall macgiollabhui
**Sent:** Monday, October 17, 2022 2:59 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Litwin deposition

Attached are the exhibits for Lonuzzi. Let me know your position on Litwin. It seems likely we will need to ask the Court what it meant by the word "circumscribe" – if so, I plan to write tomorrow or Wednesday.

---

**From:** niall macgiollabhui
**Sent:** Friday, October 14, 2022 12:46 PM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Litwin deposition

I understood her comment to be a reference to the amount of time allowed for questioning, since that is how other depositions were circumscribed. I haven't prepared an outline but I would expect

to be no more than 4 hours.

Sent from my iPhone

On Oct 14, 2022, at 11:15 AM, Scharfstein, Susan (Law) <sscharfs@law.nyc.gov> wrote:

The magistrate stated during the conference that the deposition will be circumscribed. You can make a proposal that you believe is consistent with her ruling. If necessary, I'll review the transcript. If your proposal is acceptable, we can then discuss dates. If not, we can seek a further ruling. I see no reason to hold dates that may not be used if there are any issues that are still to be resolved.

Susan P. Scharfstein
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2355
Email: sscharfs@law.nyc.gov

---

**From:** niall macgiollabhui <niallmacg@macglaw.com>
**Sent:** Thursday, October 13, 2022 11:26 AM
**To:** Scharfstein, Susan (Law) <sscharfs@law.nyc.gov>
**Subject:** [EXTERNAL] Litwin deposition

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Susan,

Please send me dates on which Litwin is available to be deposed.

Regards,
Niall

Niall MacGiollabhui, Esq.
Law Office of Niall MacGiollabhui
171 Madison Avenue, Suite 305
New York, NY 10016

Tel: (646) 850-7516
Fax: (347) 620-1395