UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK and PATRICIA L. HYNES, administrator of the Estate of CHARLES J. HYNES,

Defendants.

---------------------------------------------------------------------------X

Case No.
17-cv-1268 (NRM) (MMH)

**DECLARATION**
**<u>OF SERVICE</u>**

NIALL MACGIOLLABHUÍ, ESQ., an attorney duly admitted to practice before the Courts of the State of New York and before this Court, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am the attorney of record for Plaintiff.

2. On May 3, 2023, I served Michael Dowd, Esq., with this Court's Order Granting Motion to Compel Deposition of Michael Dowd, dated May 2, 2023, by email at michaelgdowd@gmail.com. Prior thereto, I spoke to Mr. Dowd by phone and, at his request, served the Order upon him by email.

Dated: New York, New York
May 3, 2023

Niall MacGiollabhui
NIALL MACGIOLLABHUÍ