# THE LAW OFFICE OF
# NIALL MACGIOLLABHUÍ

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

June 9, 2023

**VIA ECF**

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Kellner v. City of New York, et al.**
           **Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Henry:

      I represent Plaintiff in the above matter and submit this joint status report, on behalf of the parties, pursuant to the Court's Order dated May 2, 2023.

      The parties hereby certify the close of discovery; and advise the Court that they do not believe a settlement conference would be productive at this time, but will write to the Court accordingly should circumstances change in the future.

      Respectfully,

      *Niall MacGiollabhuí*
      Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.