THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***sscharfs@law.nyc.gov***

October 24, 2023

Niall MacGiollabhui, Esq.
171 Madison Avenue, Suite 305
New York, NY 10016

Re: Kellner v. City of New York, et al., 17-cv-01268 (NRM) (MMH)

Mr. MacGiollabhui:

I write with reference to the Court's Order dated September 12, 2023, concerning your claim that you do not have access to the exhibits cited in defendants' Local Civil Rule 56.1 Statement. As set forth below, this letter confirms that you have ready access to all such documents and directs you on how you may access them.

As noted in defendants' Rule 56.1 Statement, Exhibits A, B, C, N, R, T, U, X, Y, AA, and BB are the transcripts of the depositions of Nicholas Batisidis, Michael Vecchione, Moshe Friedman, Miss Gregory, John Lonuzzi, Rhonnie Jaus, Anthea Bruffee, Steven Litwin, Henna White, and Kevin O'Donnell (April 22, 2022, and November 2, 2022), respectively. Since you initiated the depositions and retained the court reporters, you should have copies of all of the transcripts. If not, you may obtain the transcripts directly from the court reporting services. Exhibits G and W are the transcripts of plaintiff's deposition (January 25, 2023, and January 30, 2023). I understand that you have the transcripts. If not, you may advise me and I will provide those transcripts.

The remaining documents referenced in defendants' Rule 56.1 Statement are also readily available to you, as nearly all were used by you as deposition exhibits during the discovery period. You may locate them as follows:

Exhibit D – Plaintiff's Deposition Exhibit 56

Exhibit E – Plaintiff's Deposition Exhibit 57

Exhibit F – Plaintiff's Deposition Exhibit 91

Exhibit H – Plaintiff's Deposition Exhibit 48

Exhibit I – Plaintiff's Deposition Exhibit 62A

Exhibit J – Plaintiff's Deposition Exhibit 62

Exhibit K – Plaintiff's Deposition Exhibit 36A

Exhibit L – Plaintiff's Deposition Exhibit 58

Exhibit M – Plaintiff's Deposition Exhibit 74

Exhibit O – Plaintiff's Deposition Exhibit 126

Exhibit P – Produced electronically by the district attorney's office at pages 703 to 718 of the pdf titled "People v. Baruch Lebovits (Ind. Nos. 2600-08 & 11393-08) (Box 1)"

Exhibit Q – Produced electronically by the district attorney's office at pages 272 to 279 of the pdf titled "People v. Baruch Lebovits (Ind. Nos. 2600-08 & 11393-08) (Box 1)"

Exhibit S – Plaintiff's Deposition Exhibit 19

Exhibit V – Plaintiff's Deposition Exhibit 86

Exhibit Z – Plaintiff's Deposition Exhibit 87

Exhibit CC – Plaintiff's Deposition Exhibit 46

Exhibit DD – Defendants' Deposition Exhibit B

Please advise me which page number citations in defendants' Local Civil Rule 56.1 Statement you believe are incorrect, as stated in your September 12, 2023 letter to the Court.

Thank you for your anticipated cooperation.

Very truly yours,

/s/ Susan P. Scharfstein

Susan P. Scharfstein