**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

November 7, 2023

**VIA ECF**

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write in response to Defendants' letter to the Court dated November 3, 2023, Dkt. No. 84, and to request an extension of Plaintiff's time to file and serve a response to Defendants' pre-motion conference letter, Dkt. No. 85, from November 20, 2023, to November 27, 2023.

With respect to Defendants' letter, last week the parties became aware that they possessed different versions of two non-party deposition transcripts, specifically those of Kings County Assistant District Attorneys Miss Gregory and Nicholas Batsidis. The reason for the different versions is that the court reporting agency initially provided transcripts that mistakenly included state court stipulations. I brought the mistake to the agency's attention and requested that it remove the stipulations, otherwise review the transcripts, and provide corrected versions, which I later received and submitted to the witnesses for review pursuant to Fed. R. Civ. P. 30(e). According to the agency, it provided the same corrected versions to opposing counsel. That representation does not appear to be accurate, since Defendants are relying on versions of the two transcripts that include the state court stipulations. The parties also became aware that a number of non-party deposition errata sheets were sent to present counsel and not opposing counsel, who in turn received one errata sheet that was not sent to present counsel. The parties have exchanged the various transcripts and the errata sheets. Defendants, in their letter, seek the Court's permission to rely on the "original transcripts" for purposes of their pre-motion conference letter and Rule 56.1 Statement. Having reviewed the portions of the two transcripts at issue cited in Defendants' Rule 56.1 Statement, they appear to be substantively identical to the same portions in the corrected versions. Also, none of the

errata sheet changes (almost all of which are non-substantive) appear to concern the cited portions of the transcripts to which they relate. That being so, Plaintiff does not object to Defendants' request.

With respect to the request to extend the time for Plaintiff to respond to Defendants' pre-motion conference letter from November 20, 2023, to November 27, 2023, the reason for the request is that I will be out of the country from November 10 to November 22, 2023. My father passed away recently in Ireland, and I am travelling there to attend to various matters as executor of his estate. This is the first request for an extension. Defendants have indicated that they do not oppose it.

I thank the Court for its attention to these matters.

Respectfully,

Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Susan P. Scharfstein, Esq.