THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Susan P. Scharfstein**
***Special Federal Litigation Division***
***212-356-2355***
***sscharfs@law.nyc.gov***

May 3, 2024

Honorable Nina R. Morrison *(by ECF)*
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al., 17-cv-01268 (NRM) (MMH)

Dear Judge Morrison:

I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants in this action. I write with reference to the Court's May 2, 2024 Order to advise of the parties' joint proposed briefing schedule for defendants' motion for summary judgment.

The parties propose that moving papers be served on or before July 1, 2024, opposition papers be served on or before August 30, 2024, and reply papers be served on or before September 20, 2024. This proposed schedule contemplates that, beginning on May 7, 2024, defense counsel will be engaged in the trial of a matter pending in the Southern District of New York that is anticipated to last until the end of this month, and plaintiff's counsel plans to travel outside of the United States during the period from mid-July to mid-August.

Thank you for your time and attention to the above.

Respectfully submitted,

/s/ Susan P. Scharfstein

Susan P. Scharfstein

cc: Counsel of record *(by ECF)*