THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**HANNAH V. FADDIS**
*Senior Counsel*
Tel.: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

June 27, 2024

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kellner v. City of New York, et al.,
17-cv-01268 (NRM) (MMH)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of the defendants City of New York and the Estate of Charles J. Hynes. Defendants write to respectfully request an enlargement of their time to serve and file their anticipated motion for summary judgment. Plaintiff consents to this request.

This request is made due to the recent reassignment of this case to the undersigned following the departure of prior defense counsel from this division. Incoming defense counsel will require additional time to become familiar with the file and effectively prepare this motion. The proposed schedule below also accounts for previously scheduled summer holidays, and the involvement of defense counsel in a matter scheduled for trial the week of August 5, 2024. Due to these, and other, commitments, the defendants are respectfully requesting the Court endorse the following revised briefing schedule on their anticipated motion:

1. Defendants will serve their moving papers on or before August 23, 2024;

2. Plaintiff will serve his opposition papers on or before October 1, 2024; and

3. Defendants will serve their moving papers on or before October 15, 2024.[1]

Defendants thank the Court for its time and attention to these matters.

Respectfully submitted,

s/ [signature]
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: BY ECF
*All Counsel of Record*

[1] In accordance with the Court's Individual Rules of Practice, the parties will file all motion papers when the motion is fully briefed.