**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

October 2, 2024

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Kellner v. City of New York, et al.</u>**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write to request an extension of Plaintiff's time to serve papers in opposition to Defendants' motion for summary judgment from October 1, 2024, to October 8, 2024.

The reason for the request is that, on September 30, 2024, I encountered a technical problem with the computer on which the electronic file (including extremely voluminous discovery material) for this case is maintained, which prevented me from accessing the file and completing my opposition papers. I alerted opposing counsel to the problem and indicated that I would require an extension of time to serve my papers once the problem was remedied (which occurred earlier today), to which opposing counsel indicated their consent. Because of other commitments, including oral argument in an appeal scheduled for October 7, 2024, I would be greatly obliged if Plaintiff's time to serve his opposition papers could be extended to October 8, 2024. This is Plaintiff's first request for an extension. Opposing counsel consents to this request and seeks in turn an extension of Defendants' time to serve reply papers from October 15, 2024, to October 22, 2024, to which Plaintiff consents, with the respective papers to be filed by the parties once the motion is fully briefed.

I thank the Court for its attention to this matter.

Respectfully,

*Niall MacGiollabhuí*

Niall MacGiollabhuí

cc: Hannah V. Faddis, Esq.
Brian Francolla, Esq.