UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

17-CV-1268 (NRM) (MMH)

**PLEASE TAKE NOTICE** that Brian Francolla, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York and the Estate of Charles J. Hynes having replaced prior counsel effective immediately. I certify that I am admitted to practice before this Court.

Dated: New York, New York
October 18, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: /s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: Counsel of Record (By ECF)