THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**BRIAN FRANCOLLA**
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-1148
bfrancol@law.nyc.gov

October 18, 2024

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kellner v. City of New York, et al., 17-cv-01268 (NRM) (MMH)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of the defendants City of New York and the Estate of Charles J. Hynes. Defendants write to respectfully request an enlargement of their time to serve their reply papers and for the parties to file their respective moving papers in connection with defendant's motion for summary judgment from October 22, 2024, to October 31, 2024. Plaintiff's counsel consents to this request.

This request is made due to a combination of error with defendants' 56.1 statement, as well the respective schedules of defense counsel. As to the former, defendants served their motion for summary judgment on August 23, 2024, as scheduled. Contained therein was defendants' statement of undisputed facts pursuant to Local Rule 56.1. In serving same, my intention, consistent with the Court's Individual Rules, was to serve plaintiff with the exact same version of the 56.1 statement that had been previously filed by our predecessor as part of the pre-motion conference process. To that end, the only change made was to the date and name of counsel. However, the parties later realized that the version served was not the finalized version, but rather an earlier draft with some minor differences in language. While those differences were not substantive, the existence of same caused both parties to spend additional time sorting everything out. The end result of this mistake, however, was that it delayed the service of plaintiff's complete opposition papers until this past Tuesday, October 15, 2024, through no fault of plaintiff's counsel.

As to the latter issue – the respective schedules of defense counsel – we have been occupied since service of plaintiff's opposition papers with a deposition on October 16, 2024, an in-court conference on October 17, 2024, and a virtual Daubert hearing held this morning. Because of those scheduling issues, we have been unable to begin our reply papers as well as respond to plaintiff's 56.1 statement. Accordingly, for these reasons, defendants respectfully request that they

be permitted to serve our reply papers on or before October 31, 2024, with the parties filing the fully-briefed motion that same day.

Defendants thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/

Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: BY ECF
*All Counsel of Record*