UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

----------------------------------------------------------------------- x

**NOTICE OF MOTION**

17-CV-1268 (NRM) (MMH)

      **PLEASE TAKE NOTICE** that upon the annexed Local Rule 56.1 Statement, dated August 23, 2024; the Declaration of Brian Francolla, dated August 23, 2024, with exhibits; the Memorandum of Law, dated August 23, 2024; and upon all prior pleadings and proceedings had herein, defendants City of New York and Patricia L. Hynes, as Administrator of the Estate of Charles J. Hynes, on August 23, 2024, will move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material facts exist to warrant a trial with respect to plaintiff's claims, and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 28, 2024 Scheduling Order, plaintiff's opposition, if any, is to be served on defendants on or before October 1, 2024.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 28, 2024 Scheduling Order, defendants' reply, if any, is to be served on plaintiff on or before

October 15, 2024, at which time, pursuant to the Court's Individual Rules, all motion papers will be filed on ECF.

Dated:  New York, New York
        August 23, 2024

 

**MURIEL GOODE-TRUFANT**
Acting CORPORATION COUNSEL OF THE CITY OF
   NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3527/2486


            /s/
By: _____
   Brian Francolla
   Hannah V. Faddis
   *Senior Counsels*
   Special Federal Litigation Division

cc: *All Counsel of Record*