UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------- X

**DECLARATION OF BRIAN FRANCOLLA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

17-CV-1268 (NRM) (MMH)

**BRIAN FRANCOLLA**, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true and correct.

1. I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York and Patricia L. Hynes, as Administrator of the Estate of Charles J. Hynes.

2. As such, I am familiar with the facts stated below and, as well, submit this declaration to place relevant documents on the record in support of defendants' motion for summary judgment.

2. Annexed hereto as Exhibit "A" is a copy of excerpts from the Transcript of the deposition of Nicholas Batsidis conducted on March 23, 2022.

3. Annexed hereto as Exhibit "B" is a copy of excerpts from the Transcript of the deposition of Michael Vecchione conducted on May 20, 2022.

4. Annexed hereto as Exhibit "C" is a copy of excerpts from the Transcript of the deposition of Moshe Friedman conducted on December 1, 2022.

5. Annexed hereto as Exhibit "D" is a copy of the July 15, 2010 Affirmation of Moshe Friedman.

6. Annexed hereto as Exhibit "E" is a copy of the August 13, 2010 memorandum prepared by Detective Investigator Stephanie Green-Jones.

7. Annexed hereto as Exhibit "F" is a copy of the August 1, 2013 Green-Jones report.

8. Annexed hereto as Exhibit "G" is a copy of excerpts from the Transcript of the deposition of plaintiff Samuel Kellner conducted on January 30, 2023.

9. Annexed hereto as Exhibit "H" is a copy of the Certified translation by Trustforte Language Services.

10. Annexed hereto as Exhibit "I" is a copy of the Translation by Ruth Kohn.

11. Annexed hereto as Exhibit "J" is a copy of November 24, 2010 emails among Kohn, Batsidis, and Green-Jones.

12. Annexed hereto as Exhibit "K" is a copy of the July 22, 2010 Affirmation of M.T.

13. Annexed hereto as Exhibit "L" is a copy of the September 16, 2010 report by Detective Stephanie Green-Jones.

14. Annexed hereto as Exhibit "M" is a copy of Indictment No. 2538/2011.

15. Annexed hereto as Exhibit "N" is a copy of excerpts from the Transcript of the deposition of Miss Gregory conducted on February 23, 2022.

16. Annexed hereto as Exhibit "O" is a copy of the Mar. 25, 2010 letter from Charles J. Hynes to the Honorable Patricia DiMango.

17. Annexed hereto as Exhibit "P" is a copy of the signature page of Lebovits Pre-Pleading Memorandum.

18. Annexed hereto as Exhibit "Q" is a copy of the cover page of Reply Memorandum of Law in Further Support of Defendant Baruch Lebovits's Omnibus Motion.

19. Annexed hereto as Exhibit "R" is a copy of excerpts from the Transcript of the deposition of John Lonuzzi conducted on October 17, 2022.

20. Annexed hereto as Exhibit "S" is a copy of the Gregory July 8, 2011 Affirmation.

21. Annexed hereto as Exhibit "T" is a copy of excerpts from the Transcript of the deposition of Rhonnie Jaus conducted on April 8, 2022.

22. Annexed hereto as Exhibit "U" is a copy of excerpts from the Transcript of the deposition of Anthea Bruffee conducted on April 14, 2022.

23. Annexed hereto as Exhibit "V" is a copy of June 19, 2013 emails exchanged among Hynes, Vecchione, and Batsidis.

24. Annexed hereto as Exhibit "W" is a copy of excerpts from the deposition of plaintiff Samuel Kellner conducted on Jan. 25, 2023.

25. Annexed hereto as Exhibit "X" is a copy of excerpts from the Transcript of the deposition of Steven Litwin conducted on January 13, 2023.

26. Annexed hereto as Exhibit "Y" is a copy of excerpts from the Transcript of the deposition of Henna White conducted on July 8, 2022.

27. Annexed hereto as Exhibit "Z" is a copy of the July 5, 2013 letter from Alexis and Batsidis to Michael Dowd, with attachment.

28. Annexed hereto as Exhibit "AA" is a copy of excerpts from the Transcript of the deposition of Kevin O'Donnell conducted on April 22, 2022.

29. Annexed hereto as Exhibit "BB" is a copy of excerpts from the Transcript of the deposition of Kevin O'Donnell conducted on November 2, 2022.

Dated: New York, New York
August 23, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: /s/
________________________
Brian Francolla

cc: all counsel of record