OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908

EXCELSIOR

CHARLES J. HYNES
*District Attorney*

**To:** SID Case Number: 63/10

**From:** Detective Investigator Stephanie Green-Jones

**Date:** August 13, 2010

**Re:** Opening Memorandum & Interview of Rabbi Moshe Friedman

EXHIBIT
57
Batsidis 3/23/22 (LL)
LEXITAS

---

On August 11, 2010, the writer met with ADA Nicholas Batsidis regarding Affidavits he received from Moshe Friedman, Michael Torenheim, Yaacov Eisenbach,Rochel Eisenbach and Sholem Weisner. Copies of the each of the Affidavits were provided to the writer.

On August 13th, 2010 at approximately 0910 hours, Rabbi Moshe Friedman was interviewed in the Kings County District Attorney's Office, 350 Jay Street, 14th Floor Conference Room. Present during the interview was ADA Nicholas Batsidis, Detective Jeannette Sbordone and the writer.

Rabbi Friedman was shown a copy of his sworn affidavit and confirmed that it was true and accurate.

The following is sum and substance of statements made by Rabbi Friedman.

- Around March or April of 2009, he (Rabbi Friedman) got a call from Solomon Kellner also known to him as Shlomo Aaron. Kellner requested a meeting with him and they met in Rabbi Friedman's newspaper office. Kellner explained to Rabbi Friedman that he was having business problem. (Rabbi Friedman was aware that Kellner had a Toner business.)

- Kellner asked Rabbi Friedman if he was involved with the Lebovits case. Rabbi Friedman told Kellner that he was not involved.

- Kellner told Rabbi Friedman that Baruch Lebovits once picked up his son (gave him a ride) and touched him in a sexual manner. Kellner said he wanted to settle the case for $250,000 and was negotiating a deal.

- Kellner told him (Rabbi Friedman) that his son's case is only a misdemeanor, but that he could bring in another boy (Israel Rubenstein), who is a dope addict and drop-out but has a bad history. Kellner explained Rubenstein's history to Rabbi Friedman, and stated that he (Kellner) controls Rubenstein.

- When Rabbi Friedman asked Kellner why he came to him, Kellner said because he (Friedman) knows the Lebovits' and can convince them to pay.

- Rabbi Friedman told Kellner this sounded like extortion, and since the case is only a misdemeanor, if he (Friedman) were the Lebovits', he wouldn't give Kellner a penny. Friedman said he also told Kellner that Baruch Lebovits' doesn't have a penny. Rabbi Friedman said Kellner said yes, but that Baruch's son Chaim does.

- Kellner also told him (Friedman) that his (Kellner's) son has problems in school and needs a tutor and he (Kellner) doesn't have money.

- Rabbi Friedman said Kellner also stated that he (Kellner) is getting paid by some people in Monroe, New York, which was based on whether Baruch Lebovits stayed in prison.

- Rabbi Friedman said when he asked Kellner who these people were, he said he didn't know but that his (Kellner's) brother Joseph who lives in Monroe, brings him the money.

- Kellner said when the people in Monroe heard that he was trying to settle with the Lebovits' they threatened to stop sending him money. Rabbi Friedman said he advised Kellner not to go this way, and also said he (Friedman) did not want to get involved in this.

- Rabbi Friedman stated that Kellner was adamant that he could get the $250,000 from the Lebovits'.

The interview concluded at approximately 0945 hours.

The above investigation was conducted by Detective Stephanie Green-Jones and Detective Jeannette Sbordone J.S.

Approved By: