# KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
## SPECIAL INVESTIGATIONS DIVISION
## INVESTIGATIVE REPORT

Renaissance Plaza at
350 Jay Street
Brooklyn. NY

| | |
|---|---|
| **SID Case #:** C063/2010 | **Bureau ID #:** R#10-173A |
| **Prepared by:** GREEN-JONES, STEPHANIE | **Title:** Detective Investigator |
| **Prepared Date:** August 1, 2013 | **Report #:** 1 |
| **Subject:** Interview of Assemblyman Dov Hikind | |

On Wednesday, July 17th, 2013 at 1000 hours, the writer was present in the offices of Assemblyman Dov Hikind located at 1310 48th Street, Brooklyn, N.Y. Also present was Mr. Dov Cohen, Assistant to Assemblyman Hikind, Rackets Bureau Executive ADA Joseph Alexis and Deputy Bureau Chief Nicholas Batsidis.

Mr. Hikind began by stating how he got involved with Sam Kellner case. He recalled that many years ago when sex abuse cases became a focus in the Hasidic community, Sam Kellner came to his office regarding his son who he said had been abused by Baruch Lebovits. Others also came to him with complaints of abuse in the community. Mr. Hikind stated that the names of victims were always kept confidential, and unless a victim specifically requested that he share their information with someone else - the information they provided would remain private.

He further stated that Sam Kellner was at his office on many occasions and was very emotional about what happened to his son. Kellner never mentioned that he was interested in getting money from the Lebovits'. At one point during the Lebovits trial, Kellner asked him (Hikind) for money. Kellner said he would use the money for the other victims of Baruch Lebovits. Kellner expressed concerns that the Lebovits' family would pay off the witnesses against Baruch Lebovits and he needed the money to combat that. He said he wanted to get them out of reach. Mr. Hikind said he did not give Kellner any money.

Mr. Hikind stated that he does not recall ever meeting Chaim or Meyer Lebovits (two of Baruch Lebovits' sons). However, he did recall being approached by a woman on the street at some point (not sure exactly when) who angrily got in his face and said "you put my father in jail". He later learned this was Lebovits' daughter. He responded to her by stating "I didn't put anyone in jail." Mr. Hikind said many people had complained to him both at his office and on the street that Baruch Lebovits was a known molester in the community. Mr. Hikind stated that he had no knowledge of how Baruch Lebovits would have had access to the individuals he had been accused of molesting but said "maybe the Mikvahs?"

Mr. Hikind said he listened to the tape recording between Meyer Lebovits and Sam Kellner twice and did not hear anything which suggested that Kellner was looking for money. He also noted that the conversation was in Hungarian Yiddish, some Hebrew and included references to the Talmud, and that phrases and expressions used could be interpreted incorrectly. Mr. Hikind said there were big noises in the background and noted that Sam Kellner speaks loudly. It was after he (Hikind) listened to the tape that he came out publicly and suggested that the case against Kellner be dropped.

Mr. Hikind reiterated that Sam Kellner was very emotional about Baruch Lebovits because of what happened to his son and recalled that when he (Kellner) was told that his son's case was only a misdemeanor, he sought out other victims. Mr. Kellner said Baruch Lebovits was a known molester in the community and he was certain there were other victims.

Mr. Hikind recalled that Mr. Kellner went to the Rabbis first regarding Lebovits to get him to sit before the Rabbinical Court and that Baruch Lebovits did not show up. He also noted that until very recently families said nothing about sexual abuse and it was only up until about six (6) years ago that the Hasidic community had very little trust of the Judicial system. Mr. Kellner went through Rabbinical Court first and got approval to go through the judicial system.
Mr. Hikind stated that things have changed, particularly since many, like him on his radio program have spoken out on the subject of sex abuse in the Hasidic community, "but we still have a long way to go."

Mr. Hikind said he has knowledge that Sam Kellner went to the Rabbinical Court first and got approval to go to the District Attorney's office. Mr. Hikind also stated that he has knowledge that Mr. Kellner's main concern regarding what happened to his son was that it would get out in the community and effect how his son would be looked at in the Hasidic community.

Mr. Hikind was thanked for his time and the interview concluded at approximately 1040 hours.

**End of Report**

| | | | |
|---|---|---|---|
| **Detective:** | GREEN-JONES, STEPHANIE | **Deputy Chief:** | |
| **Supervisor:** | PETTIE, WILLIAM | **Assistant Chief:** | |

**Indicies not needed**

**Additional Personnel Present**

EXHIBIT
91
Batsidis 3/23/22 (LL)
LEXITAS