Trustforte Language Services

# CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
SS:
COUNTY OF NEW YORK )

Rina Neeman, being duly sworn, deposes and says:

I am fluent in both the English and Yiddish languages. I am competent to translate from Yiddish to English. I hereby certify that I have made the attached English translation of a **transcript of recording of conversation in the Yiddish language** and that the translation is true and complete to the best of my knowledge, ability, and belief.

Sworn to before me this
6th day of June 2009

Rina Neeman
Trustforte Language Services

Notary Public

BARAK ROSEN
Notary Public, State of New York
No. 02RO6015233
Qualified in New York County
Commission Expires Oct. 26, 2010

EXHIBIT
48
Batsidis 3/23/22 (LL)
LEXITAS

Translator's Notes – Translation of the Yiddish transcript of a recording

Topic: Conversation between two men, in Yiddish.

1.
The transcript lacks any systematic punctuation, and practically no period marks. The only punctuation marks are arbitrary commas and question marks.
Some sections are rather long, and the complete lack of semantic segmentation through punctuation made understanding and translating very difficult.
The script also does not contain any quotation marks at all, which is particularly problematic, as the conversation contains a large number of quotes.

2.
Spelling of most words is arbitrary. While this does not pose any problem in most cases, it led to some misconceptions of specific terms, which could luckily be corrected at a later phase of the translation process, albeit only upon investing time and effort..

3.
The main issue is the highly problematic syntax and semantics.
A large part of the transcript consists of broken up, partial sentences, making it very difficult to understand the meaning behind the sentence. Many of the complete sentences did not make any sense and were difficult to understand, and to translate into English.
There was also no explanatory note provided, introducing the translator to the subject matter and the persons involved. This would have improved significantly the understanding of the material, and thus facilitated its translation.

Legend:

[unclear] and [...]
There is a word in the text, but it is either unintelligible, or it's so far off the meaning of the sentence that there is no way to translate it in a way that would make sense.

(?)
Reflects the uncertainty regarding the translation/meaning of the preceding word

[Note: ]
Comment or explanation; second option for translation; others

Translation from Yiddish – Telephone Conversation

With God's Help!

A. (Speaking on the phone) I'm standing here next to him, he says that he doesn't know what I want from him. He has no idea, what I want from him. Would you like to speak to him? Would you like to speak to him? He is standing right next to me, one moment, would you like to speak to him? Would you like to speak to him?

B. I don't understand, how can you stop a person in the middle of the street?

A. (Speaking to B) How am I to stop you, what was I supposed to do? How was I to stop you?

B. There's a phone here, you can call me.

A. I don't want to call you (speaks into the phone). Hello...... hello, I'm telling you, I called you today, is it true that I called you today? Did I tell you that Rabbi Makowetzki called me? I came down here to 58th Street, I came to Meir, I told Meir that I have no complaint against him. My only complaint is that two bills that I was left with. So he tells me that I'll meet...., how do you translate *"Makow"*...? I don't know Makowetzki. I can tell Makowetzki whatever I want, and I have nothing to say to Makowetzki. Don't tell me what I should tell Makowetzki, because I have complaints against you, I.... Again, don't tell me what I should tell Makowetzki, if I would have been outside, I known him 100%. I told him, go to this person and that person, and he tells me "well done", and that's it. You cannot leave me like this. So this is all that you have to tell me? - what I should answer Makowetzki? I know myself what I have to answer Makowetzki, I will tell Makowetzki, be well, get killed (puts down the phone) (speaks to B) what do you say?

B. What do I say? Is it relevant? You ask me what I say?

A. On the contrary. I call you, if we speak on the telephone, both of us don't have likewise... [Translator's note: as written]

B. Tell me likewise.

A. Yes.

B. Two years, I mean, I don't know anymore how many years it has been one and a half years, you did not know where I live, you didn't know my number, you didn't know where to find me, you didn't know where to go, [suddenly] you knew where to go, knew exactly where to go.

A. (Interrupts) I did know, I didn't immediately... Meir (handwritten: Meyer), Meir, Meir, Meir, I was hurt. I am now speaking normally to you.

B. (Interrupts) Do I say you don't? Do I say you don't?

A. I did not fight with you in Mukacs, I have been very.... Now listen to me, I'm talking to you.

B. (Interrupts) I hurt you? I?

Kellner A. Meir, Meir, you have hurt me, Meir, now you have, and I came to you. I am human. If I hurt you, you can come to me.

B. Aaaaaaaahhh! When your son hurts me, you don't want me to come to you?

A. If your son,... If my son hurts you, I would really want you to come to me.

Meyer B. Ah. But not the father!?

A. But if my father hurts you, no.

B. So you are going to bury me with everybody? But you wouldn't go to a child?

A. I didn't bury you.

B. What else? You didn't bury me?

A. Meir, Meir, Meir, you have caused me a much greater damage.

B. I?

A. And I have... Again, I invested in the business a hundred times more than... than... than you. I have [...] the business - if ever there was one - just a minute, let me turn off the light.

B. Yes. (Speaks with other people)

B. You should've called me one day earlier, you should've called me!!

A. Meir, Meir, I was...

B. (Picks up the phone) Hello..... Talking with someone on the phone (puts down the phone).

A. Meir, let me explain to you, if I was right or not, I am not getting into this complaint now,

B. Again, you finished me, you cannot say that you didn't, you can say that you were angry at me, you finished me, you are now talking to a person whom you slaughtered, and whose blood has been shed for ever and ever.

A. Meir, Meir, Meir, let me explain, I didn't finish you... it's not true. And what about me and my blood, my blood that has been shed for ever and ever?

B. I understand the problem very well, but I cannot help you, I feel the same way that you do.

A. No! The answer is....

B. What's the answer?

A. The answer is very simple. I found myself in a situation, which you wouldn't believe, but I'm going to be very clear with you not only about everything that happened. I found myself in a situation, in which Haim Hager wanted to kick him out of the Yeshiva,

B. I am talking about before that.

A. I'm talking about then, about the next morning.

B. I'm talking about before you left.

A. Before I knew, before I knew!!

B. You knew that there was a problem.

A. No? No. Listen to me, I did not know. Haim Hager came to tell me.

B. So.

A. Haim Hager told me, Haim Hager is the Dzikover Rabbi, the Kosover Rabbi's son.

B. Shraga Hager's son?

A. Shraga Hager's brother, the brother Haim Hager.

B. Brother, okay.

A. [...] One afternoon he was giving a lesson, and on the evening before my son drove home with Weisberg, with the father, and then happened whatever happened. I wasn't there, etc. The next morning he went to his friend and asked him in the Yeshiva - I'm telling you clearly, because I'm not playing any games with you now, Meir - I have never had anything like that. And I have told the Kosover Rabbi a hundred times, that I will sit down with Lebovitch whenever he wants to.

B. I have heard nothing from the Kosover Rabbi.

A. So I am telling you. Then Makowetzki came to me, and said, leave the....

B. Continue the story about Haim Hager.

A. Just a minute. Then Haim Hager came and said, I'm going to kick him out of the Yeshiva.

B. Why??

A. I don't know, ask him, here, you can talk to him.

B. Who went to Haim Hager?

A. My son went to Haim Hager. He told him, I need him to be out of the Yeshiva. Then I told him, you throw him out of the Yeshiva, aren't you ashamed of yourself?

B. I don't understand.

A. Meir, I'm telling you, go ask Haim Hager, ask Haim Hager. And I went, I had no choice, I'm telling you simply and straightforward. I'm telling you, I went to Joseph Baer, Joseph Baer – Israel or Joseph Baer Kraus, I don't know which one it is.

B. [.......]

A. Yes, I don't know him, I went for advice.

B. I know him precisely because I have dealt with young men (*Bocherim*).

Kellner

A. I went to ask him for advice. He told me, go have him arrested. What I did.... It's possible that,... I am not going to justify myself now, perhaps it was half right, perhaps it was a three quarters right, perhaps it was only a quarter right. **After I finished, I went to Shimon Baruch...**

B. What are you telling me now? Didn't you go to other people? Didn't you put together an entire case, didn't you become God's police?

A. Meir, Meir, I was not God's police, Meir, you know that I was hurt, do you know what I have been going through every day? Do you know what I have been going through?

B. Why do you think this is the way to handle it? Perhaps, if he would've come to me, you would have had better prospects. I would have taken care of the problem, we would have done everything.

A. Just a minute, Meir, Meir.

B. You know me. You know, you know me.

A. Meir, no! I was... I'll say it again, I was...

B. You know me as a responsible person.

A. Yes, I was finished. I was finished. I was finished.

B. People come to him [or: You should've come to me], Meir, when something like this happens, what does one do...

A. Meir, Meir, that's what I think, you know something, I went to the Kosover...

B. What has this got to do with the Kosover?

A. Just a minute, I'll tell you. How did I know...? **Shimon Baruch... how often did Shimon Baruch call you, that I told him, Shimon Baruch, come, I will depose myself, so he tells me "No"...**

B. Before?

A. A week later.

B. Impossible!

A. Call Shimon Baruch [redacted]

B. Okay, I don't want to hear what Shimon Baruch has to say, because I can't believe Shimon Baruch anything, nothing.

A. Okay, just a minute, I went to the Kosover, I asked the Kosover.

B. And?

A. And the Kosover told me, you must go to Yudel Wolf, so I told him, I'm not going to Yudel Wolf.

B. Everything you're saying was after that?

A. Nnn... Yes, no, Yudel Wolf, that was later... the Kosover... yes.

B. Okay, wait, this is starting up a whole new story, I don't know what.

A. I'm not afraid that you're going to have me arrested! I am not going to have you arrested. If I want to have you arrested, I'll have you arrested. My purpose is not to have ten people arrested, I went to have arrested... I think he committed an unforgivable crime.

Cellner

B. Who is talking about arresting anybody?

A. That's what they all told me.

B. Did anybody ever tell that person anything?

A. Whom?

B. The person whom you had arrested.

Baruch L.

A. That is what Joseph Baer told me.

B. Lies, lies.

A. You ask me, so I tell you.

B. It's a lie, from beginning to end. Nobody ever told that person anything.

A. Ah, but do you believe me that Joseph Dovid told me this? Give me his phone number, I'm going to call him immediately. And Joseph Dovid told me, he should know, let's call him down right now, cut off his beard, and beat him up, I'll tell you what he told me...

B. That's what you should have done, you should've done it!

A. So I told Joseph Dovid, I told Joseph Dovid, I told Joseph Dovid, Joseph Dovid, I didn't come here for revenge, I'm not going to take this....

B. Why not, I would understand that it should have been done.

A. You want to have somebody arrested, that I have heard, but to cut off somebody's beard, and walk them on the street, I didn't think that was right.

B. But sitting in jail 30 years, you think that is right? Cutting off somebody's beard - don't make a fool of yourself, why do you make a fool of yourself?

A. Meir, you know, you know I didn't want it to become public, do you want to know? They wanted to pick up your father Friday night, so I said, if you pick him up on Friday night, I would not cooperate. They wanted to pick him up in the Beth Midrash, and I said I would not cooperate.

B. It's not your fault, that it became public?

A. Meir, no, it is not my fault. Tell me one person whom I've told it to? I was ashamed because of it.

B. That I admit to you, not us. The guilty one is Amram Rosinger and Jimmy Herbst.

A. Yes. I was also ashamed, they put shame on me, they not only persecuted all my children all the way to the end, they persecuted me all the way to the end.

B. Thank God I had nothing to do with this.

A. I can tell you, up to this day I can tell you, that I don't believe, if you look, I don't tell you...

B. I don't understand. You consider Joseph Dovid Kraus a person to go to? Why did you not go to a rabbi, to a serious person?

A. I had nobody to go to. I told him, and he told me, I'll bring you permission from Heskel Gold.

B. He went to Rabbi Heskel?

A. Yes. He picked up the telephone, he came to me to tell me...

B. And what did Rabbi Heskel give permission for, to listen to the other party?

A. You see for yourself.

B. Joseph Dovid Kraus and Joseph Dovid Kraus.

A. Then Joseph David said to me, No! Shlomo Aharon, come here, let's cut off his beard, so that he may never walk the street again. And that is what he wanted. Then I said, I don't go along with that, I'm going to fix him, after that they took care of it, all of a sudden the street (public) started stinking nicely, after the street started stinking, you know very well, that Joshua sent him out...

B. What are you saying?

A. ~~Joshua sent my son out of the Yeshiva.~~

B. I know nothing about that. I hear it for the first time.

A. Yes. I'm telling you.

B. I'm telling you, Joshua came to me to ask me five times, and I told him "I'm not saying anything, it's not my business"

A. Ah, so I can tell you, I told 0 Wolf – you can ask Lazar Wolf – I said "Go tell Meir, he has a good relation with him, go tell Meir, if he wants to depose himself." – 5 times, 10 times, "I am going to depose myself with him"..

B. Who said that?

A. Lazar Wolf Hager, Lazar Welfel, if Meir wants to depose himself with me, I will depose myself only together with Meir.

B. That's what you said?

A. Yes.

B. I never received such a message.

A. [redacted]5

B. Why are you getting on my nerves?

A. He tells me, yes, I know about the story of Lebovitch, ahhh, the story with Stein, that's what he said, I told him, if Meir comes, then he said, I'm telling you, don't, don't, don't repeat it before him, we're talking now....

B. I will not repeat it, but what are you talking about now?

A. That's why I have all this [...]. If you say that you haven't received the message, neither from the Kosover nor from Shimon Baruch, let me explain to you one thing. You can't say...

B. I was at the Kosovers, and he did not talk.

A. What?

B. I sent a messenger to the Kosover, and he knows nothing.

A. He knows nothing? Let me tell you, I went to the Kosover Rebbe, I asked the Kosover Rebbe whether I should leave the court or not. I've got news for you, I will tell you many things that you don't know. It wasn't me who went to Chaim Dovid....

B. What do you mean, leave the court? You can't leave the court.

A. I can leave the court, Meir, you know that one can leave.

B. Legally, there is a legal system involved.

A. And one can leave this legal system.

B. How can you leave it?

A. Meir, Meir,...

B. I don't know these things....

A. Meir, we can do without the case tomorrow, Meir, you know it, and I know it.

B. I don't know. I don't know!

A. I know, and you know, that your father, with all the guys that were fighting, finally they weren't watching so much, finally I got hold of more then you have, I support myself... ask, ask, ask others, I support myself with matchmaking.

B. And I don't? You have caused me damage forever. My children, all children, until the end of time! (Laughs) It's true, I accept it with love. You are only a messenger, you cannot do anything without God, you can do nothing, but God wanted to punish me!

A. Wait, wait, I want to tell you, Meir, this has nothing to do with it, I'll tell you that I beat myself more than I have beaten you. I sent a message with Lazar Wolf, you can call him now.

B. Never.

A. I am going to ask Lazar Wolf. Just for the fun of it, ask Lazar Wolf off the record whether he passed on the message to you. In the beginning he told me. Even better, ask Jacob Lazar Horowitz!

B. He told me nothing.

A. Jacob Lazar didn't come to you either?

B. I am there, all surprised, Jacob Lazar Horowitz is not saying anything?

A. I... Jacob Lazar approached me in the Beth Hamidrash, I told him, go tell Meir.

B. Nobody told me anything.

A. Ahh..... Meir.

B. Have I ever lied?

A. No, But I believe.... you think..... you thought that I would come out of it as the winner?

B. What has winning got to do with it now? I don't know what you're talking about.

A. No! You thought that I have not been suffering every day that this case has been going on, that this case has been opened, have I not been suffering?

B. What I understood is that you went to take the old revenge (speaks to somebody on the side - I'll be with you in a minute). If somebody would've gone to my child, I would've wanted to kill him, I am a father of children.

A. Afterwards.... Now.... Meir, there are two things that I did not believe. One, that it would become public....

B. Why did you not call me (claps his hands). That I cannot forgive you. I cannot forgive you.

A. I sent you messages, I'm telling you! And if I show you where....?

B. Why didn't you call me to tell me that your father has problems, we have to see what can be done. You never warned about such a thing going on, and this fits the word of the Torah, "you cannot punish a person unless you warn him"!!...

A. If all people....

B. You don't come to a person and act like that. You call him a day earlier....

A. Okay, let me tell you...

B. There is no answer to this. I will not at all forgive the actual sin!! Not at all!! What am I, free game? To have to suffer such things?

A. Lazar Wolf never told you?

B. Never ever! Nothing! What do you want with Lazar Wolf? Stop it.

A. No, I want to tell you that Jacob Lazar came to me in the Beth Hamidrash...

B. Now it's past the events, even according to your own words.

A. Now I want to tell you something even nicer. I went to Yudel Wolf. If you want to you can call him. He could have complaints against me, but I told him, Yudel Wolf, they separated the cases, tell Baruch Mordechai to leave my child alone....

B. Who says it has anything to do with your child. One has to be legal. That's how you want to do it??

A. Just a minute, one minute, ah... ah... no, no, I told them, listen to me, my son is a misdemeanor. My son cannot go to trial. So tell them to stop, tell them to stop.

B. Stop what?

A. My son has been hung enough, I caused....

B. Stop what?

A. **Stop the whole case!**

B. He did not tell me that.

A. Yudel Wolf told me.... **I told you that I went to Yudel Wolf, and I went to Shimon Baruch.**

B. I don't understand, you have to give them some kind of answer, what are you going to tell them?

A. I can drop the misdemeanor. If I hear one word from you, one word, quite on the contrary, I.... **Yudel Wolf asked me for permission, that I should call Lebovitch, that he should deposit $20,000 with me, and I told them, what has this got to do with you? What has this got to do with you? Where do you come into the picture?** I told them, please, my son is a misdemeanor, they can go, stop it, I can harm him ten times more, but now it's neither here nor there. I can tell you my side of the story. My side of the story is that I have been terribly hurt because of what was done to my child.

B. I understand.

A. I went to Joseph Dovid, Joseph Dovid came, and he gave me a bunch of things, maybe that was....

B. You have no excuse for it, and you will never have an excuse for it!

A. I will never have an excuse for this, but I don't believe that you will ever understand me, but I cannot go to a person and tell the person that his father did it.

B. And this you can do? And this you can? One should discover that the father calls, and that I should sit with your father two days in central booking, [....]? That you can do to me!! Tell me if you're normal?

A. No, no. For that I don't call you and tell you stories.

B. And that evil person Yehezkel Gold uses the same stupid excuse that you tell me.

A. Yes! And they came to me, and they....

B. But I asked him. The person has not been warned? So he says, I didn't know. So that's how you judge what you don't know? Why didn't you tell me? I didn't want to put shame on your son. What do you mean, I did not want to put shame on you son? You put shame on me! And then you tell me the same stupid excuse.

A. And Joseph Dovid, I will tell you something even nicer, Joseph Dovid knew about the two stories, and he said that he did not want to depose himself.

B. Who did not want to depose himself?

A. Your father.

B. Never called.

A. Your father was never called? I am going to call Joseph Dovid, give me his phone number, I don't have his number.

B. I will clarify it for you, that he has never been called. I'm going to prove to you properly.

A. He wasn't called? I am going to prove to you, and you will see a lot of things....

B. Because I wanted to follow up on it for myself! And I did follow up, and there is not one person in the world that can say that I thought that the other person said that I thought that the other person said, nobody called to say "Hello Mr., so-and-so is going on with you, and that cannot continue". You've got to go here and there, we are from the community, we would have supported him, we would have done what is required. Do I need this?

A. Meir, we went to Joseph Dovid on Friday, you know when it happens, I mean, when it happened, Tuesday or Wednesday, on Friday I went to Joseph Dovid....

B. You're having a person arrested for not having said anything?!!! That's the only question I have. Besides that I have no other question.

A. .... And Joseph Dovid told me that he would call you.... you know something!! I will pass... to you.... I can even show you, that Joseph Dovid told me that they call him, and they call them, and they can't reach him.

B. That's a lie, that's a lie.

A. It is possible that I did not call Joseph Dovid to talk, but I told Lazar Wolf, and Lazar Wolf told me that I spoke with Meir, and that Meir cries that it's not true, so I said in the presence of Meir - I can tell you what Lazar Wolf told me - and I said in front of Meir, Meir, say it's true and that's it. He doesn't want to. I did not get involved, you can ask Lazar Wolf.

B. That's an absolute lie.

A. Everybody was lying on my behalf? Maybe everybody was afraid to get involved.

B. Yes, Absolute lie!

A. I'm telling you! You know something? Let me ask you a second thing.....

B. Just a minute (picks up the phone, speaks to his wife, says that he is still busy, that he is downstairs, but he can't say whom he is talking to now, I'll call you soon, puts down the phone).

A. Let me ask you a second thing, let me ask you, let me go back to the issues....

B. What, what, what - what has been done, has been done.

A. How often did I ask you…, then explain to me, whether, whether, not one single message has ever reached you…

B. Nothing.

A. I'll tell you a story, I told Shimon Baruch, Shimon Baruch, I'm afraid that you lead me to […]… when, when, when Weingarten lost the case that same Goldberg came to me….

B. I am not informed, you see that I don't know what you're talking about, I am not involved in these things,

A. One minute! I only want to tell you, we have here a federal prosecutor.

B. I heard that Yeheskel Gold has [sent, or shocked] something else.

A. Yes. Yeheskel Gold now ordered to go there.

B. To go where?

A. We should take the case, we should go to the federal court, you don't even know about it?

B. No.

A. You see, here I want to show you that I went to Shimon Baruch,….

B. Yeheskel Gold is still leading the whole matter?

A. Yes! I'm not afraid to tell you.

B. [unclear]

A. Yeheskel Gold cried before the Rabbis, but I have an argument with you, but I have an argument with you, when I know that it's you, but one stands with a gun on 13th Ave. - I will tell you word by word - and he shoots, the first thing, everybody has to run away and hide. After that one has to call the police, one has to shoot him, perhaps in the legs, but if the gun doesn't fall down, then one must shoot in his head. Do you agree with me, yes or no? There was [something with tables and chairs, perhaps an idiom], and Yeheskel Gold ordered to shoot in the head.

B. This isn't a gun,….. not when….. a kind of primitiveness.

A. Again, I give you something, I went to - I only want to show you, how much you don't know - I went to Shimon Baruch, Shimon Baruch was upstairs, at home, and I said, "Shimon Baruch, I have….

B. When did this happen with a Yeheskel Gold?

A. What?

B. When did this occur?

A. Last week, ten days ago.

B. What happened?

A. That we should go to the federal government.

B. With my father's case?

A. Yes! Don't you know anything about it?

B. No!

A. Went upstairs to Shimon Baruch....

B. With whom? With which rabbis? Who else was present at the meeting?

A. Just a minute! Yeheskel Gold told me he was only fighting because I said in front of Yeheskel Gold but I was under a lot of pressure with this. In short, I will tell you even nicer, maybe you will get angry, but I went again to Shimon Baruch. I told him, Shimon Baruch, called Meir, so it says, okay I'll called Meir, I will tell Meir. He takes your phone number, he says it's disconnected. He takes your phone number, and he says it's disconnected, that's what he told me, it is in his phone, everything is disconnected, he doesn't have, so I tell him, Shimon Baruch, I have the feeling that something is going on, are you talking to them? - Because that's what Wolf told me - so he tells me, yes! So I tell him, let's see, Baruch [...] ... but he can catch your father, so he says, okay, lifts up your father and tells him, Shlomo Aharon, Kellner was here by me, and he told me that they're going into a federal case, it's going to be a federal case,

B. Was the difference if it's federal?

A. Because a state....

B. Yes....

A. In state court there are 70% convictions, and in the federal courts there are 98% convictions. In state [court] there have to be two things, and in the federal court that has to be one thing. In short, the federal court goes by completely different rules than the state court. And what does that mean? After all, they thought like the, the.... he gave his last offer to your father, two years, and they came and said they were going to take over the case, whether I would like to transfer it. So I told him, go tell Baruch Mordechai that I can transfer it to a federal case, either we get through, or that...

B. Where does the federal come in here?

A. Why does the federal get involved here? I'll tell you, because you don't know the whole story, because they gave me a name from upstate, and anyway [...] is already upstate,

anyway like Weingarten. He was acquitted in the state so now they go to the federal, that is what they wanted, and I yelled, listen to me....

B. And he gave you the story of somebody upstate?

A. Yes. In short, I went, and I looked....

B. Just a minute. This story - the crime was committed upstate?

A. The crime was committed upstate, yes. In short, the story, to make a long story short, I went there, and he called your father, and he tells him, he tells him, what do I want? So what does he want? Then Shimon Baruch says this and somehow, so he told me, and he wants you to know, he says.,., is he threatening me? So he says, he doesn't want to threaten you, because he told me that I should tell you.

B. So, what? What you want?

A. To pass on the message to them, that's what I told him, so don't say that he didn't know. I asked him to, and....

B. He wants to, why not?

A. What?

B. He heard the warning from the federal, and I already heard.

A. But... ahh. Now I want to ask you. So, in short, you did hear that, the next thing, one minute, the next thing was....

B. That there is a new thing coming for Rubenstein I also heard.

A. Yeeees. I sent it with....

B. So what, so what am I supposed to do with it??!? Am I supposed to eat it for breakfast? Anyway I will not..... one funeral after another.

A. No! This is not one funeral after another, because I have news for you. What did I say at that time in his presence? I'm just a rotten misdemeanor, I can walk out of the case, it's a rotten misdemeanor, it isn't worth anything.

B. So go.

A. One minute. If he does it, my son will have to take the stand. How am I going to prevent it? How am I going to prevent this from happening?

B. You want him to take upon himself to go to jail so that your son shouldn't have to take the stand?

A. So I'll tell you, the stories goes like this. If he wants to depose himself, we will depose ourselves, and if he wants to fight, we'll fight.

B. Who wants to fight?

A. You want to continue!

B. Who wants to fight??? Who wants to fight????

A. **You had the choice to depose yourself!**

B. Where to depose myself? When depose myself? How depose myself?

A. **How? Yudel Wolf, what did Yudel Wolf warn against?**

B. I never said anything.

A. **So what did he warn against?**

B. Yudel Wolf did not warn me.

A. **Yudel Wolf did not warn you that he....?**

B. Oh, yes, that....

A. About Rubenstein.

B. .... Then Kellner called me, that he is going to bring in another case, what does he want? I don't know.

A. **You don't know? He doesn't know what he wants?**

B. He doesn't know, he doesn't have any idea. I have never lied in my entire life.

A. Tell Yudel Wolf **that I told him that I will take "that,"** get out with the misdemeanor case, because it is a rotten misdemeanor case.

B. How can I get out of the misdemeanor?!?!? God in heaven!!! You want me to get out? How???

A. Come in.... **That's what I told Yudel Wolf, come in, let's sit down and we will talk about the misdemeanor.**

B. I have never, ever, granted that option.

A. Yudel Wolf said that I want that they should bring him $20,000, and I answered Yudel Wolf, under no circumstances, what do you need $20,000 for?

B. I don't know what you're talking about, this whole matter, and more....

A. I'm going to call Yudel Wolf, I will show you, I will show you, when I tell you something, you shouldn't have any [...] (he calls Yudel Wolf, the phone rings)

B. What do you want now?

A. (Puts down the phone) In short, I only want to tell you that I want to show you that I did send, in the same manner…

B. But I did not receive anything, not one of these things that you talk about that they wanted to do, not one of them, except ahh….

A. Then Makowetzki came…

B. … As they say, pressure with, with, with complaints, with…

A. Makowetzki…

B. With persecution, with threats, I didn't understand anything.

A. Thr..?! How did I threaten you?

B. We are before a wedding, "I am going to bring another one!!"

A. I just told Yudel Wolf that we are not going to pick him up during the wedding.

B. What's that?

A. What? I said, that at that time the case was split. Is it true that the case was split?

B. Possibly.

A. Yes, the case was split.

B. But that began right at the start?

A. Right, but at that time it succeeded. So I went to Yudel Wolf, and I told Yudel Wolf… I have to… my son is….

B. But it was already split.

A. At that time it was split, but…

B. So…

A. So I said, if my son is split, how do I now stop my son from testifying? So I told Yudel Wolf, he either deposes himself, and if not, I will bring another witness before, and it will take another year.

B. Now I want to ask you, what, what? Did you bring a…. There is another case here, and one should depose oneself with you, and the other case is going to continue??

A. The other… eh… eh… One more time, you know it, and I'm not going to tell you…. okay, now I'm going to…. what was Makowetzki? [About] Makowetzki you didn't know either? You know that we were sitting with Makowetzki every time when we needed to come…. I went there 3 times.

B. Until the last minute, with Werzberger, with Makowetzki receiving ownership, I didn't know anything.

A. Oh, so you didn't know? Then there's a second story. So again I don't know what to do.

B. You say that the whole city has been persecuting you. Why didn't you tell me, why didn't you come to me?

A. Okay, Makowetzki told me, no, no, you know nothing, then Wolf went to Makowetzki in the matter of receiving ownership? Then Welfi is a liar.

B. Did he talk, or did you talk? I don't remember the exact details of what was said.

A. One minute. I spoke with you on the phone, he shut down the phone on me, and I then [told him?] that I know what he speaks to Meir. Then he said, I'll put you through to Meir. Yes?

B. Yes, but who talked about Makowetzki? I don't know about any Makowetzki.

A. Just a minute! So, in short, he said, I should have a note, in Yiddish, and in English, we are going to have a deal here. So I told them, okay, there is a Rabbi Makowetzki who has been running after me for so long that I should drop the case. So I'll go to Makowetzki.

B. So what is now, what is this year [as written – uses the Aramaic word for year]?

A. What is this year? I'm asking... **First of all I got stuck with one thing**... Second, in short...

B. (Speaks to somebody on the side, finishes talking to the other person, turns to B [sic]) So...

A. The other thing is, something that I told you, I am going to tell you something of that, that, I got hit over the head three times, I paid the price, because somehow the hammer hits here and hits there. Again, again, I don't need your father, I told your father, I don't need all these things... ??? ... ???

B. You don't need all these things????

A. No. **You will go out, when your father is going to** ??solve??? **my problems**...?? I've got news for you, three weeks ago the Ashkenazi led me out of the Beth Hamidrash, you know, I only want to tell you, I was led out of the Beth Hamidrash, his brother led me out of Bobov, it doesn't make a difference.

B. Who? Who?

A. One of the Ashkenazis, one of his brothers. In short, that's not the point, the point is what you think? It is going to be over with? I'm saying one thing to you, first of all one thing, I feel so much, of course I sent the federal case... I told them, we're going to take a lawyer, the lawyer takes $10,000 to walk out, I'm telling you the truth [unclear] he paid seven and a half, he said, here, take seven and a half, he left me with two and a half, he said I don't owe you anything.

B. Until now he gave you, now he doesn't want to give you anymore?

A. Ah. And how [or: What does it mean]? he said, I can tell you what he said, and he said to Makowetzki, that he holds the money as a deposit, and for whatever reason, I cannot tell you, he decided to return the money, and if you want to, have him arrested..... that's what he came back to tell me. When Makowetzki sent me that, it didn't make any sense, somehow it didn't make any sense, I'll tell you even better, I even went to Moshe Gabbay, I told Moshe Gabbay, listen to me.... I told Moshe Gabbay, I told Moshe Gabbay, ... So Moshe Gabbay tells me that as long as Baruch Mordechai is not going to talk to me about it, I am not going to talk to him about it, I don't want to. But my entire life I knew one thing, I'm keeping away from these things, because it is not going to bring me much honor, when he comes to me, then I will talk.

B. Shlomo Aharon, I don't know what you want, you want something, what you want?

A. No! What I want now? I want the truth, just like you. I wanted you to take responsibility, and I suffered serious damage with my son in ..... we will never be friends, but — never mind.

B. *Lokeh U'Meshalem* [Note: Talmudic phrase meaning "Beating and Penalty". It refers to a combination of two punishments, beating and penalty. Usually both punishments are not given at the same time, except in a case where a person blemishes the reputation of another person in public]? I don't understand what you're talking about?

A. Beating and Penalty? What do you mean, Beating and Penalty? You know, I have news for you, by the way. I'm the one who suffers Beating and Penalty?

B. There is such a thing that's called *Kim Leyha Bedarba Mineyha* [Note: Talmudic phrase meaning "If a person is due two punishments for the same crime, or two punishments for two crimes committed concurrently, they will be given concurrently, *i.e.*, he will only suffer the greater of the two punishments. Example, if he is convicted to 10 and 5 years in prison, he will only sit in prison for 10 years].

A. What do you mean, *Kim Leyha Bedarba Mineyha*? I suffered the same beating that you did. I had him arrested, but I did not make it public on the streets. For that which has become public, I was beaten, for that which has become public, I was beaten.

B. And I was not beaten?

A. Once again, I did not do that. There was one thing that he did, one thing that he did, and for which I was beaten. When it became public, we both suffered a beating. Now.

B. Go on, what are you telling me?

A. In short, I'm asking....

B. What are you telling me?

A. What am I telling you?

B. What are you telling me?

A. What am I telling you?

B. Yes.

A. Ahhhhh... Very... So according to Makowetzki, if you didn't think that according to the Torah [Note: Jewish Law] I should go out, and on the human level, I should go out, why did you not come? The truth? Somehow I always came to Makowetzki, and somehow you never came to Makowetzki. And there is also the complaint that I am guilty? I didn't do the right thing? And you go on to call yourself [as suffering] *Beating and Penalty*?

B. No, I don't know what you want from me.

A. When I only wanted to sit down with you and talk, I received the answer that he doesn't want to sit with you, you'll fight in court, you will have to bring your child to the trial, so there!

B. I have never said such a thing, nor have I said that, this is also a lie.

A. So [...] came back to me to tell me what I sent to you to tell you, when I sent Shimon Baruch, when I sent, did I ... then, the first time, what was I supposed to do? So that's what I did, if you think that we ... let's fight it out in court, I have no problem, I'm saying again...

B. Just a minute, let me understand.

A. Yes.

B. Let us recapitulate what is going on here.

A. Yes.

B. With some clarity. You went, you took a person, and you put him into a Chad Gadya [Note: Refers to a Passover story of a chain of animals and elements feeding off each other, each one becoming the victim of the next].

A. Yes.

B. And that danger of Chad Gadya still exists.

A. Yes.

B. Therefore you come, then sit down with me, what for? Because if not, I could create a greater Chad Gadya?

A. It's not me who can make a greater...

B. Then what?

A. Not a greater. I went in because a rabbi told me to.

B. A rabbi told you to?

A. Give me a minute. A rabbi told me, do it, so I went in. The fact is that what you say, that it became public, that's exactly why I was beaten.

B. Just a minute, Shmuel Aharon, you do everything a rabbi orders you to do?

A. What? Take revenge? I'll do it anytime [Note: Literally: in a minute]!

B. Aha. I just want to talk.

A. I will take revenge anytime, yes, yes, I will do it anytime. So I came, but I said....

B. I don't do everything a rabbi orders me to, I am not like you.

A. No! Take revenge, yes. And that's what they ordered. I came to you, I came to you ten times after that, if you think....

B. Not even once.

A. I'm telling you, I'm letting you talk to Yudel Wolf, may he tell you and all other people that not. But now it doesn't matter anymore, now, now we're at this point, I told you, now we're at this point, I don't think this was a Beating punishment. What I did for him, that was private, nobody would have known it, except our five people.

B. Fact is that's how it was. And I don't understand. And if he goes to jail, won't we know either? If there is a court case, won't we know either?

A. That is not what we're talking about, we now talk about what happened then.

B. Then.... so what was your calculation?

A. When I came out, three days later I heard my name on the street, I was burning!

B. But you had already [redacted]m.

A. [redacted]o you know how long it took me to [redacted]

B. Yes? You brought him.

A. Yes.

B. So you knew that it would become public one day.

A. Why should it become public one day?

B. What do you mean? There are court cases going on with [Dsoris?], etc., I mean, you wanted him to go to jail and nobody would hear about it?

A. I've got news for you: no! I've got news for you. How many people have been arrested, and nobody ever heard of it. Two people sat together, and whoever was right was right. They would call in a rabbi, and the rabbi would say, listen to me, this and that is the compromise, and that's it, get out of here.

B. So why did you go [with] Turnheim? Why didn't you go alone, [redacted]

A. Why I didn't go without [redacted] hey didn't want to pick up your father without Turnheim. They didn't want to. I am talking to you openly, I'm not afraid to tell you. I went to the police and they said it's a misdemeanor, I'm not afraid to tell you. They said it's a misdemeanor, they're not going to pick him up. He is 60 years old, they won't pick [him] up for misdemeanor. So I went back to "that one".

B. Who is "that one"?

A. I went back [unclear] – if it matters to you, and you think that they did you an injustice, I can tell you in that case that I can convince you, because I only received it after your father had been warned over time, your father acted as if he didn't know.

B. That's a lie.

A. That's all I received. After all, I received the names from somewhere. I don't know Turnheim.

B. I will find out.

A. OK, I'm telling you, that I received [the name of?] [redacted] after the warning.

B. From whom?

A. I will tell you everything if we come to terms.

B. It's a secret?

A. Sure, you will [tell] it to the other!

B. I will do nothing.

A. You want to know? Yudel Shlesinger. And he told me, we called him once, twice, three times. He is not coming, here you have him, go, go with it, I got it from him. Do you understand? So now you say that they didn't call your father, I can prove it to you with this.

B. Maybe I will prove to you that it's not so?

A. More...

B. He admitted to me that he never called my father.

A. Who, Yudel? Yudel? Yudel cannot admit to me anything, Yudel cannot admit to me, because Yudel came to me again, I would really not appreciate it, if you would go and pass

this on to him, but if you ask me a question how I know [redacted] Did I know Turnheim? I've got news for you, I also received from them [the name of [redacted] I didn't know them. Do you think I knew? I did not know [redacted] even one hour before I met him. How would I have known [redacted] ve got news for you. He was crying next to me, and I was shocked when he came to me. Who are you? Do you know, that I knew, that he,... you [redacted], I saw you the last time with a tall hat, I recognized him. I got him because I warned again, and I did not receive...... Do you think my warning was for fun? And if you already want to know everything, I did not warn for fun, because otherwise I would not have gotten any witness. They ordered him again to come, and again he didn't want to sit. Yudel Wolf was supposed to warn, and Shimon Baruch warned, with everything. I didn't get any witness. I didn't meet the witness, I got the witness, finally, I think you think that I wasn't in line, that, that I should know all those who were bothered, and everybody who would hear that. Finally I got it from the guys who know, and finally they had to allegedly bear responsibility for whatever, either later or earlier, then, then, then, then they only said this because he acted as if he didn't know. I thought that perhaps Yudel Wolf wanted money. I thought this, and I thought that, I don't know what I said to Yudel Wolf ... Once again, I, I, I, no, whether you can ask for $20,000, again, you can ask again, but you cannot convince me, I have had better [...] before you, when the Kosover said ...

B. OK, what did Yudel Wolf want? So who?

A. To take $20,000 from your father in order to evaluate the two young guys.

B. How did you react to that?

A. I said no! Again, I don't understand where are you coming from? What do you need the evaluation for? I don't understand what do you want?

B. So what is it that you wanted?

A. What? Go tell Baruch Mordechai that he doesn't sit down, that he wants to take my son to the trial, I'll do everything that needs to be done so that my son will not go to the trial. I told him clearly, the cases were divided, and now my son has to...

B. So there will be a case anyway?

A. Yes. They divided the cases, my son goes first.

B. But you brought them, you brought [redacted]. There is a case anyway.

A. Meir.

B. You have to make it in such a way that it's worthwhile for the other! You have to explain so that the other understands that he's going to earn something here.

A. So, I did explain... I did talk straightforward....

B. But you brought another one...

A. Yes, I brought another one, what's the difference, what does it mean? Did I have a choice? Tell me, did I have a choice? I saw myself confronted with a trial date. I want to ask you something else...

B. You already shot the gun, you cannot take back the boom. The fact that you brought Turnheim...

A. I shot? No! You know exactly, in the beginning it was Mr. [unclear name: Terry Salent / Tersalent]....

B. I have no idea what you're talking about.

A. Okay, first some man held it, and it's possible that I held it. So you know, you see, that I don't go with the case. When Ms. Gregory took over the case a long time before [redacted] Ms. Gregory hasn't spoken to my son to this very day, to this very day she hasn't spoken with my son, and therefore he got two years, therefore they offer him two years, because they know we're not going to trial. And that's what I told Yudel Wolf all along, Yudel, I'm not going, my son is not going to go to any trial. If he wants to go all the way to there, and then catch me there, he's making a mistake, because I will do everything to delay. My son is not going to go to trial, and that's final. He was right. Wolf also cries, so what do you want me to do? What do you want me to do? So I tell Yudel Wolf, I cannot help you, I didn't ask him to come the first time, I didn't ask him to come the second time, it's not my problem.

B. Why?

A. It's not my problem, after all it's my son who is a misdemeanor.

B. So what, what do you want to be done? You're not talking to the point.

A. What should be done? I don't know, what do you mean, what should be done?

B. And besides, what do you want from me? It was you who got them into this situation. Take it out, so much the better. If you go out, your son is out. Then only Turnheim remains.

A. One moment, but after all I cannot drop it.

B. But you don't want to go to trial!

A. But after all my child was treated unjustly!

B. True!

A. I don't want to drop it! The person who comes and says, young man, I in fact did break into your home.....

B. So you want to settle?

A. No! Not settle. I broke into your home, but now you can go out because you don't have to put me into jail. After all, I put you into jail, because you came to break into my home, you came to break into my home. So I came to have you arrested, and I came and had you arrested. And now you say, if you don't back out, I will fix you.

B. Who wants to fix you?

A. If not, I have to go to trial. Do you know what happens if your father pleads guilty for a misdemeanor? Do you know what'll happen? He walks. Your father walks.

B. Who didn't want to plead guilty for a misdemeanor?

A. What do you mean. Your father wanted to go to trial with a misdemeanor.

B. That's a lie! After all both cases were joined.

A. What you mean? The two cases were divid[redacted]

B. Well, he wanted to plead guilty for, for... he wanted to plead guilty.

A. No! He wanted to plead guilty for Tumheim, and everything together. But if he pleads guilty for my son, he walks!

B. But he wanted to plead guilty, I don't know what you're talking about?

A. He did not want to.

B. Yes he did!

A. If he wanted, then why didn't he plead guilty?

B. He wanted to plead guilty, but they didn't want to compromise on what they wanted.

A. Aaaaah. This means he wanted to plead guilty, and he wanted ten years probation, and if not, then no.

B. Yes.

A. That's the whole story. Ah, I know about it.

B. So, what is it?

A. Just a minute.

B. A man gets undressed naked in the street, is that what he wants? But that means you're rid of it, then you don't go to a trial.

A. Yes! No! Your father, your father said, if it's not done his way, they'll go to trial. If it isn't done his way, and they go to trial, my son will have to testify.

B. Okay, who says, who said that it shouldn't go this way?

A. What?

B. But then what you want is, is that he should sit in jail. This is exactly [unclear].

A. No, Meir, again. This is revenge, this is what you said one is not allowed to do.

B. Where is the limit?

A. Okay, so I went…

B. Where is the limit?!

A. Ah, and then Welfi came…

B. Where is the limit?!!

A. Just a minute. Then Welfi came and said, sit down like a normal person, finally I caught you. I suffered from Jimmy Herbst one hundred times more also what I suffered from your father, And I did not bring in Jimmy Herbst, Jimmy Herbst had me hung in the middle of Boro Park and he did … I couldn't tell you a lot, I could tell you so much, at the end of the game, if you think, when I have to do it again, you think I would've done it again? Probably not. At the end of the game. But what else? What happened, happened; what is now? That's the story, what is now? Is there anything that can be done?

B. Everybody should go out.

A. Everybody should go out? Yes, I would agree, I would agree with you, now in the evening, you tell me, you tell me……

B. I'm asking you, you are the one who's been standing the whole time, you say even now…

A. No, never, never, Meir, I think we've done the boy harm.

B. True!

A. OK.

B. When you come to me… The one God knows the truth.

A. Yes, okay.

B. When you come to me without anything, you will receive everything that you could receive later, and more.

A. Meir, I want to tell you another thing.

B. Don't I bleed when I hear such a thing?

A. Meir,

B. I am a different person, I am broken and destroyed.

A. Meir.

B. Do I have to explain to you?

A. Meir, call Shimon Baruch now.

B. I'm not calling anybody.

A. **I just want to tell you one thing. If I really wanted to drink your blood, you know that I could've signed for the federal prosecutor? Ask Welfi.**

B. When, on May 1st?

A. Yes, you know?

B. No.

A. You know I told Welfi on Friday, I was ashamed, I told them that I signed? And you know that I didn't. I gave back the papers together with Heskel Gold, with what his son, Weiss's son-in-law, came carrying with the...

B. Weiss' son-in-law came?

A. How come he's called Weiss' son-in-law, well...

B. Mendel Gold?

A. The one who prays without [unclear].

B. Yes, yes, Joseph Dovid?

A. Yes, no, no, Joseph Dovid is another one.

B. One is called Mendel.

A. Yes, Mendel.

B. So what does he say?

A. He came to me saying that father said that he will come out. The father lies down with a [unclear], and the father came in, that I should go to the federal court. I was ashamed, and I told them, that it was inside, and I lied to them all, because after all I thought... Again, I, I'll tell you the truth. The straightforward truth. God and heaven know that I am now going to tell you. I will probably get the same that I got at the state, the whole city is going to talk about me. **No, I did not have any mercy on your father, because I thought that when he had the choice to settle, when we were sitting with Makowetzki, he had the choice to answer Shimon Baruch, he had the choice to answer Welfi, and he had the choice 50 times, but what happened, really, I'm telling you the truth, I'm telling you the truth, even though I'm a fool, I'm telling you the truth, really I'm telling you...**

B. One is never a fool when one speaks the truth.

A. So therefore I did not go in. Before that I did not go in because I knew I will get it again, the entire city would again talk about me, and again, I'm paying now the price and I will pay the price, and I will constantly pay the price, and before ...

B. Why doesn't Mendel Gold tell me straight to the face, yes, his father ..., what kind of a rabbi is this, that is hiding?

A. I'm going to tell you the truth, because I thought that they are telling you the truth. And now when you tell me that nobody tells you the truth, then I am telling you, now I'm telling you....

B. One tries to get out, and one doesn't know...

A. On the contrary. He told me, bring the other witnesses, the others, I'm not bringing any witness anymore. I sat, Tuesday before Passover I sat.... I'll tell you even more. Tuesday before Passover I was sitting in their office, and they asked me to sign that we're going to trial, that I walked out, I put down the pen, I didn't want to. I went home to Gold and I told him that I signed. Again, this is something you can know, whether I signed or not, I'm telling you this story, here! Ronnie was there, the one who is the chief, the woman, and there was a...

B. Why should you sign? After all they have another witness...

A. They don't have the witness, they only have the two witnesses, and no more. In short...

B. Bottom line? What...?

A. Meir, the bottom line is that I have explained to you, I with the... unless you're going to tell me... Again, we are not going to trust each other, and we're not going to trust each other, why should we trust each other? After all, I have hurt you, after all, you have hurt me.

B. How did I hurt you?

A. The entire street is talking about me!

B. I have hurt you? Meir Lebovitch has hurt you?

A. Okay, not Meir, Jimmy Herbst.

B. Thank God I didn't hurt you!

A. Jimmy Herbst.

B. But don't say that I hurt you.

A. The Krole(!) Rabbi told me to leave his Beth Hamidrash.

B. [unclear]

A. In short, I can only tell you, this is where I stand, and this is where you stand.

B. What what are you saying, what are you saying?

A. What am I saying? Didn't I tell you what I want? I told you! I told you one thing, do you want to come to terms with me,...?

B. Who doesn't want to come to terms with you?! I want to come to terms with everybody! I want to come to terms with every person in the world! An I a person that doesn't want to come to terms? You can ask around whether I'm a person that doesn't want to come to terms.

A. Did I ask you, ...

B. Put down the gun! Let us see, alive and well.

A. ... What you mean, the gun is here.

B. What are you asking about? Everything goes its normal way.

A. I'm telling you I think, again, you can ask your lawyer and that, I think that if I don't come to the trial, there is no trial. You know this 90%, but your lawyer knows is for sure, he thinks not?

B. You said yourself that it's a misdemeanor, and that it's nothing, that the main thing is the other one, the federal?

A. Again, I'm going to be very clear with you, and I'm telling you, they're not going to the case with [redacted] you know that.

B. I don't know that. I don't know anything! I hardly know how I walk, I don't know anything.

A. I'm telling you. I'm telling you, they're not going to the trial with [redacted] and with [redacted] out, they're not going. If I'm coming to the trial, there is going to be a trial, and they are asking me to bring in the new case, otherwise there is no trial. Gregory told me so, Ronnie told me so, they say it's over, the whole thing, the whole case, is based on these things and that's about it. What it's based on, is that there is a child here, which one has now bothered, that one child, all of these are cases from six years back.

B. Okay, so how can you drop it now? You went to the jury to testify. How can you drop it?

A. How can I drop it? There is no witness.

B. So you are going to report what?

A. What you mean? I don't have to report them.

B. What else?

A. Finally you don't think that it's funny that we are not going to the trial yet? You don't see that it's funny that we don't go to the trial?

B. I don't know, I don't understand, I don't understand these matters.

A. I'm telling you now, there will not be a trial, because there isn't any witness.

B. What you mean there isn't any? [redacted]

A. [redacted] doesn't come, I'm not going yet, they can't [redacted] to the case, with [redacted] alone they won't go either, with [redacted] have a case, if you want.

B. Yes.

A. Perhaps there will be a case.

B. So you see, there is a case.

A. Meir.

B. Talk to the point with me!, commercially speaking.

A. Talking to the point would be as follows, the issues to the point are, I know what needed to be done in order to put a case together. And I know what they had to do in order to put the case together. And there is no case, Gregory told me clearly, and that, but this is nothing that you are going to know now, it is possible you'll only learn about it next week, in two weeks, or in two months. You're not coming to any trial, save me the book [sic], and we go on, it's finished, it's over, it's finished. Tuesday before the holiday she told me, Mr. Kellner, if you're coming to the trial, we're going to have a trial, if you're not coming to the trial, it's over, finished, ended, we could hope for ten years probation that's what he is willing to do and I do not even think it is going to go to that, we're going to drop it, and that's about it, we are finished, out. If you want to hear it, they can't go [to trial], so… MISS

B. So what do you want, it's gone, talk, talk.

A. Tell me what damage I have done to you. Meir, I am talking to you openly, I'm telling you a lot more than I'm supposed to. In the end I told you everything today, I told you who is behind it, I told you who gave me the witness.

B. I still don't know who is behind it.

A. I am telling you, the Modesty Committee, Joseph Dovid is the first person, nobody spoke to my child before Joseph Dovid.

B. Mendel Gold cooperates with the Modesty Committee?

A. Mendel Gold was, because, because Joseph Dovid called his father.

B. He was his supervisor for everything?

A. Yesssss. Now, there is a whole [....]. We had an appointment with his father at Weingarten's place, at Weingarten's place. His father also screamed that people should be arrested. Again, the rabbis were very very angry at him.

B. What rabbis?

A. Those that were fighting at Weingarten's. I don't know the names of all rabbis of Monsey, they were fighting with Rabbi Heskel Gold, then he came... no, first they should take down the Weingarten case, go in with Baruch Mordechai's case, and second, one should start to throw so many cases, a [....] trick - one should throw so many cases that there will be order in the streets. I told him, Gold, I hear what you say. She called me, Goldberg, she called me ten times.

B. Who?

A. The US attorney: She has the credit, she prosecuted Weingarten.

B. I don't know, I just heard Weingarten.

A. Okay, she called ten times, but I told you, ask Welfi, I haven't even told him yet that I lied to him. I was so ashamed in the Beth Hamidrash that I'm such a chicken, and I told him, Welfi, I signed it. Welfi still thinks that I signed it, and I will tell you the truth, I did not sign it. Your father - now we are not talking about who accuses and who is to blame and who is not to blame. Everybody will stick to his own version.

B. I'm telling you the truth, Shlomo Aharon Kellner, nobody said anything at any time.

A. So what?

B. I don't justify it, I don't forgive the crime for one minute, the murder. I don't forgive any of these things, really. Is there such a thing, that the Modesty Committee shouldn't tell a person? There should be a complaint of which one hears, but they don't tell anybody? What is the Modesty Committee for in such a case? What is the Modesty Committee for, if not to warn a person that one should do this, and they hold it inside and keep it inside?

A. The Modesty Committee didn't...... I didn't know Joseph Dovid Kraus at all, I went to Joseph Dovid Kraus because Chaim Hager wanted to kick him out of the Yeshiva. Chaim Hager wanted to throw him out of the Yeshiva.

B. I don't understand why.

A. I'm telling you a story, can you let go of me now,

B. And did you go to Shraga Hager?

A. Listen to me. Yes.

B. So, and what did you say?

A. Shraga Hager said come back to me tomorrow.

B. And?

A. The next day I came back to him, so he says, come after 1 o'clock at night. I went back after 1 o'clock at night, and he told me, go to Yudel Wolf. So I asked Rabbi Shraga, Kosover Rebbe, maybe you can leave me out of this [or: leave me outside], so he said, okay, come back tomorrow. I went back and forth during the Rosh Hashanah holiday. I'll tell you the truth, I felt bad on Rosh Hashanah, throughout Rosh Hashanah and Yom Kippur I went to him at least twenty times, maybe Jews are supposed to come to an understanding, it's Rosh Hashanah, it's Yom Kippur, to that extent. I have nothing with that stinking Kosover, nothing, and I went for Rosh Hashanah, and I told him, tomorrow, when you're praying, perhaps we can come to an understanding? And I went to him.

B. Why didn't he ever tell me anything?

A. I'm telling you, the first time he even sent me to Yudel Wolf, and I said, I'm not going to Yudel Wolf.

B. Really, why don't you go to Yudel Wolf?

A. Why don't I go to Yudel Wolf? Because I saw that Yudel Wolf has a whole story on his back, a file. One has to come and confess, he has to give up his car. He even told me what they're going to do, why is he getting on my nerves, what have I got to do with your business, what have I got to do with your issues, Yudel, I don't need all these issues. I need to evaluate both boys, the evaluation costs $20,000. I tell Yudel Wolf, ask him, if he wants to come to an understanding regarding the misdemeanor? If he doesn't want to come to an understanding we'll continue. So he tells me, no, he doesn't want to come to an understanding, finished, have a good day, he doesn't want to. I thought, you said that it started, to such a degree, I will tell you, I will tell you another story, I went to see Rabbi Chaim Dovid Katz.

B. Yes.

A. So I went in to see Rabbi Chaim Dovid, and I say, I am the young man, I caused the arrest - I also want to tell you, somehow I don't know how it happened - I am the young man who had Baruch Mordechai Lebovitch arrested. So he says to me, okay, and he asks me, why did you come? So I tell them because I am a young man of Satmer.

B. Now you're a Satmer?

A. Just a minute! So I told them, I am a young man of Satmer, I will do anything you say. But when I had him arrested I did, in fact, not ask a Rabbi from here, I asked a Rabbi from the Modesty Committee. Why do you send me to a Rabbi from out of town? Why don't you

take me as a Rabbi? So he explained to me that I must understand, there is the family here, there is pressure, there is this and that.

B. There is family there. Talk to somebody, such evil.

A. Just a minute. He said to me, Chaim Dovid, I am going out of here when you tell me to, whatever you will tell me, [...] whatever you will tell me, I am a young man of Satmer, and I do as I'm told, all the best, best regards.

B. I'll tell you the truth, I went to see Chaim Dovid.

A. And what did he say? Did he tell you that I was there?

B. I'm afraid. But he was afraid of you.

A. I told him...

B. He was afraid you're going to put him in jail.

A. Do you know why....

B. I was very upset. What does it mean, a Rabbi is afraid? So he tells me, he already went to the non-Jews, so I have no obligation.

A. So I will tell you, do you know why?

B. That's what he told me, he already went [to the non-Jews], so I am free. That's what he said, according to the law I am free. Had he not gone, I would possibly have had an obligation to get involved....

A. Let me tell you, he didn't go because of the Modesty Committee.

B. What does that mean?

A. Because I told him, Reb Chaim Dovid, I will do as you say, you don't need to say anything.

B. So why didn't you go to Chaim Dovid right at the beginning?

A. I told the Kosover Rebbe at Rosh Hashanah, tell me what I should do.

B. And what did he say?

A. Come back tomorrow, I will not reject you, come back yesterday [as written], I came back every day.

B. He's afraid of you, I'll tell you openly.

A. Why are they afraid of me?

B. It makes you feel good that they're afraid.

A. I feel good? I'm asking you, I feel good?

B. They're afraid you're going to put them in jail tomorrow.

A. So let me tell you that he's a brute. Let me tell you how I danced around every time from here to there, every time I came to Makowetzki.

B. How does Makowetzki get into this.

A. Ah, Welfi has arrived.

B. He's a nice young man, but how does he get in here??

A. Ah. You should know...

B. I wish all rabbis would look like him.

A. All rabbis.

B. He is a good person, but how does he get in here?

A. Makowetzki has every....

B. Where did you pick him up?

A. Makowetzki called my brother every few weeks, and he told my brother from [...], I know you, I don't know your brother, the law says that you [redacted] let go of him, you must let go of him, and I told Makowetzki, you have won. I called Makowetzki, and Makowetzki told me he would come in. So I told Makowetzki, do me a favor, stop performing rabbinical courts, tell me your verdict and go out. I don't want any rabbinical court. I don't want anything. I want the verdict and that's all. I didn't hear from him anymore. He told my brother, I don't want to talk to him, I'm afraid, I want to talk with you. So my brother told him okay finished, and after that Welfi came.

B. Why should one make a fool of oneself?

A. Just a minute. I told Welfi, Makowetzki said that we should go out.

B. What shall we do? What shall we do?

A. That's what I'm asking you.

B. You're asking me?

A. Yes.

B. But you want this.

A. Finally...

B. You want from me, yes?

A. Finally, finally, finally, I will now be with you very ... how do you say that, finally, when you look at ... but they're afraid of me, and just then I don't feel good, because I finally have to find matches for my children, then, finally, Welfi will tell you that I signed for the federal while I, in fact, did not sign. All of those from the Modesty Committee will want to tell you that I signed, but I did not sign. And Moshe Gabbay will tell you, and David Eckstein brought me a written contract, ask Moshe Gabbay, he brought me a signed contract saying that I hand over the entire case to David Eckstein, and Moshe told me, Shlomo Aharon, tear it up! He's going to bury Baruch Mordechai, he has no good intentions towards you.

B. Was it David Eckstein who brought you that?

A. Yes.

B. Meaning what?

A. That he would pay me all my expenses for doctors. Let's not fool ourselves, it costs a lot of money, anything that it costs, I am going to pay you. Transfer it, give it to a lawyer, it is none of your business, Moshe told me that he wants to bury Baruch Mordechai, he does not mean well for you. [As to] Moshe Gabbay, you should know that he is a true friend of yours, you can call Moshe and thank him.

B. What does David Eckstein want from my father?

A. It's a whole group, and a group, and a group, I've got news for you...

B. Answer also this one question that I have, you are involved in the one issue today, is this normal and responsible, I'm not even talking about normal, but is it responsible towards God to let all these young men be bothered. What is it, didn't you do anything ten years ago? We didn't do anything!! Now every one is a murderer?? Everybody!!!! He should be locked up! I'm asking you now a question.

A. Do you want to hear? Joseph Dovid told me.

B. You didn't answer my question. Nobody can answer my question. I walk around asking this question, nobody can give me an answer. You tell me stories of ten years back, did you know? And you didn't do anything to it! He is a liar.

A. I'm telling you, Joseph Dovid Kraus told me, for twenty years I've been messing around with this person and now I'm going to fix him.

B. And he never said anything?

A. I can't tell you if it's true. Moshe Gabbay told me, you should know, it's not... I did not hear it from David Eckstein, I heard it from the Modesty Committee of Williamsburg – but they are taking back the case. I've got news for you. When I came up from David Eckstein's house I met up with the [unclear]. So I went to Moshe, and I told Moshe,

look, they left me with a bill, with the ??medical?? bills, this isn't normal, Welfi left me with a bill, one....

B. In the case of Welfi it's possible that he meant well, I can't tell you.

A. It doesn't matter, he also told me very much, Moshe told me, you should know, I spoke with him at that time, that was two, three weeks, four weeks, we walked back to the Modesty Committee, they said that they would take care, they will pay, they will send somebody to talk with … they said they would pay for everything, Moshe told me at that time that they were going to bury him, and it's not even from Williamsburg, from the Modesty Committee, it's David Eckstein.

B. Is that true?

A. Ask Moshe how he knows.

B. Earlier you said, there is a contract from David Eckstein?

A. Yes, yes, that contract, that Williamsburg told me to sign, it wasn't David Eckstein who told me to sign.

B. Ahh.

A. I received it through a messenger from the Williamsburg Modesty Committee. The Modesty Committee didn't call me, a messenger came to me. Moshe had told me that it doesn't come from Williamsburg, that it comes from Monroe, and finally the whole, the whole, the whole thing involves David Eckstein, how does he know? You can call him and ask him, really, because he told me clearly and simply, let him out, I beg you let him out. Moshe came, he was the only one who actually came to ask. So I told him, Moshe, call him, so he told me I don't want to get involved.

B. So what, what, what, what do you want?

A. You tell me… you want me to tell you how much it… ? It doesn't matter to me, you tell me… I'm going to eat with the child… do I want to blackmail them, no… do I want to tell you that we trust each other… do I know whether you will trust… what I want to tell you now is that I don't want to have to go into the streets and that's what I want to say, Meir, we have reconciled, each of us goes his own way, Meir, you could count on me, it has been a long time that I understand that this… the fact is that it cost me, and it's going to cost me. I am not capable of bearing the costs, I came to look for you and to beat you up, I came to look for… the lawyers threaten that they are going to cause devastation.

B. What you mean by devastation?

A. Why does he lead again… I will tell you a story, Yoeli Engelmann, he called me last week, [and told me] that the lawyers sent him.

B. What lawyers.

A. Michael Dowd [sic].

B. What does Mike Dowd have to do with Engelmann?

A. I went to Michael Dowd, and he has some kind of new organization, Survivors of Justice.

B. So?

A. So Yoeli Engelmann calls me, and then, what's his name? Michael told him about the case, and Michael told him exactly how WPRX chased after Reichman, let's set it up with Baruch Mordechai.

B. Which Reichman?

A. With the teacher in Williamsburg, didn't you know that Yoeli was running after that teacher? Whatever, they're going to do the same thing for Baruch Mordechai. He called me this Friday, I told him, Yoeli, stay away from my case, I don't know you, I don't know who you are, stay away from my case. But I let Nachum scream, again, I'm not telling you that I'm a saint, because I was really angry, it cost me blood...

B. So what does one do now? These are things that have no limit [Note: Talmudic quote].

A. I told you, I cannot tell you, I cannot tell you, but I can guarantee you that much, I can guarantee you that much, just to show you that I'm honest, I can take him off from Baruch Mordechai, you will never hear him again on Nachum's Hotline, guaranteed, that much I can tell you, that much I can guarantee you tomorrow.

B. I didn't know that Nachum [unclear]

A. No. Nachum [unclear] much from him, because I am hurt,, after all, I am hurt, finally I became...

B. What's going on with Berl Ashkenazy? I only hear from third-party sources...

A. Yes... what's going on with Berl Ashkenazy? Berl Ashkenazy...

B. Is it true what you say?

A. What? What do I say? I'm telling you one thing, and I'm telling you again...

B. I have never ever heard such things.

A. Regarding Berl Ashkenazy, there is a testimony against him. I don't even know him, Eisenbach...

B. Well, is this Eisenbach so trustworthy?

A. Berl Ashkenazy called me personally, he terrorized me, it was terrible. Berl terrorized me, so I went, I took him in there, it doesn't really matter...

B. Is it true? I want to know it, for my own sake.

A. I want to ask you a question now.

B. Tell me if it's true.

A. Yes. All that I know is that he was questioned by the DA. They pick him, and if not, if Shlomo Aharon doesn't want to go, I just yell after him, that I do...

B. What have you got to do with Eisenbach?

A. OK, now I'm going to tell you what happened. He was chasing after [redacted] now I'll show you, one minute.

B. He always had something to do with S[redacted], I don't understand.

A. Ah, he was running after [redacted] [telling him] you have denounced a Jew, you have denounced a Jew.

B. Okay, so what.

A. Okay. So he said to [redacted] it Kellner who brought you in? Kellner is impudent. So I relaxed, I am going to fix you, Berl, because you've been persecuting me for a long time I'll take you in. In short, he came to the rabbinical court, because I called into the rabbinical courts because you have put me to shame.

B. I want to know whether what you say about Berl is true or not?

A. Whether I think it's true? Yes. Whether I'm going to pick him up tomorrow?

B. No, why do you think that? Why do you say that?

A. Why I think that? Because I heard from a few witnesses.

B. You have heard a few? Eisenbach is a good person!

A. Eisenbach went to the police, to the DA.

B. So?

A. And the DA wanted to pick him up.

B. And then what?

A. They wanted to pick him up, and I'll tell you the truth, I don't feel like running after him. But during all this time, even today, I left a message, take care of Sruli, take care of Sruli.

B. What you mean by take care?

Ashkenazy

A. Take care, act according to the verdict, I wasn't going to put you to jail, Berl Ashkenazy, they could've come and picked up Berl Ashkenazy, because he interfered with justice, no? Makowetzki gave me a verdict that this is not allowed. So I abided by the verdict, you should also abide by the verdict.

B. What is with… ?? … I can't believe this about him. It is possible that you never know about anybody.

A. Let me tell you, it's become very stylish to say, whether it's true or not, Berl Ashkenazy, I believed one thing, I got you, and now you're going to pay for [redacted], straighten out [redacted] had to go through – it wasn't even so much money, [redacted] is on drugs, [redacted] said he is going to […] for how he terrorized me so often, he is going to take care of [redacted] I told them he doesn't need to take care of [redacted], so they sat down with Makowetzki, that I am not allowed to, that I'm not allowed to denounce him, and that he would take care o[redacted], but under one condition.

*

B. I also hear from others, that everything is about having to put Berl in jail.

A. In short, I ask you, so what do you say?

B. You know. You want from one minute to the other. It's not possible in one minute, give me your number.

A. Yes, I understand, I give you my number, here it is, give me your phone number, I'll call you and you'll have my number.

B. [redacted]. But I ask you, please don't give it to anybody.

A. [redacted]

B. [redacted] Don't give it to Shimon Baruch, or to anybody.

A. I'm not giving it to anybody.

A. I'm telling you again, I can understand that there is nobody there. I told you one thing, I'm begging you, the people are not allowed to know about this. I'm begging you, I owe Michael Dowd.

?

B. I don't even know what you're saying. Can you tell me what you're saying? I don't know what your saying. If you would just tell me normally, who is Michael Dowd…

B. No. I'm telling you that Michael Dowd was a lawyer.

A. Your connection was with the DA, how does a lawyer come into this?

B. No! He told me how to get out of the case, Michael Dowd. We took a lawyer to get out of the case, you don't even know that we took a lawyer to get out. I told Welfi, he takes ten thousand dollars, he knows about our dirt, he knows about our dirt, pay him everything so

we don't owe him anything, believe me, if I had the money I would pay him. He's going to cause trouble, he's going to cause me trouble, he called that he doesn't stop, Makowetzki....

B. Money...

A. Are you crazy? He chases me for $2500 with another few small payments. The charges $300, together it turns out that... Makowetzki is not a problem, he can call me until tomorrow, it doesn't bother me so much. But the lawyer will do anything, and that may explain to you, when the lawyer goes to bring a van into Boro Park, they had something in a public library, you know...

B. What? Nothing.

A. They recorded testimonies in the public library so they going to do that in Boro Park, so he decides to bother me, because...

B. Why does he think that he has to bother you?

A. Because he doesn't take me into consideration. Finally my name doesn't pop up every time he was sitting here and 68th Street, in the public library, with Michael Dowd, and he took testimonies 8 months ago, 3 months ago.

B. Who? Who does he work for?

A. Michael Dowd is the lawyer, the big lawyer, who eliminated the Catholic Church, he is a big lawyer, now he lives on good terms with me, and I tell him what you want to do in Williamsburg leave Boro Park alone, are you crazy, I must still marry off my children. Welfi walks, then we took him in, to check how we can get out of this, he knows about illegal matters, we still own him stinking $2800, believe me, if I had it I would pay it. I told him, listen, I'm asking you, wait, wait, I only came to you because I went to Welfi again and again, Welfi, we are going to get into trouble, we are going to get into trouble, do you know why? Because, I'm going to tell you the truth, because I didn't go to the federals, if I would've gone to the federals at that time, we wouldn't run into trouble anymore, but I didn't go, we're going with this stinking Michael Dowd, if Welfi hadn't known about it, but Welfi did know about it, so what did he leave me.

B. Michael Dowd inside, I don't understand.

A. Michael Dowd was a lawyer who was supposed to help us get out of this

B. Now?

A. Michael Dowd wants to make a stink in Williamsburg – Abraham Reichman, and here he wants to make a stink with Baruch Mordechai, with everybody, on my account, until now.

B. What has he got to do with Reichman?

A. What do you mean? That was the whole story with Right for Justice, that was the stink of the town.

B. He is a teacher, that's a different story.

A. You don't understand how many cases he has open now? Michael Dowd doesn't have any cases now.

B. Who paid for Reichman's case?

A. What? Who paid for Reichman's case? Meir Koppel.

B. Who is Meir Koppel?

A. Another stinker. I'm on good terms with him, he is [Bozo?]

B. Who is Meir Koppel?

A. Mark Koppel is some kind of commissioner in the city, some big...

B. At where does Dov Heikind come in?

A. Ah, this happened, Dov Heikind. He went, he wanted to start writing, he saw that it has become a very lively subject, so he took it on himself. Then Michael Dowd went and paid him for the names, and Michael Dowd now has all the names.

B. Mike Dowd has all the names?

A. All of them. After all he paid him for the names.

B. Does he really have all the names, there are such, and there are others, probably.

A. So now I tell Michael Dowd, don't cause me any damage, I am your client, you're confused, don't cause me any damage, you shouldn't cause me damage, for as long as you live on good terms with him, we are... and when I don't live on good terms with him, he goes and causes damage, because when he arrived here in Boro Park, I didn't know about it, but despite [unclear] he called me to tell me that he sits in Boro Park.

B. So what has that got to do with you?

A. What does Michael Dowd have to do with me?

B. Yes.

A. We are actually good friends.

B. Well, why does he sit in Boro Park.

A. Well, he tries to meet people that he's going to sue. He's now going to sue, there is this statute of limitation, but there is no limitation for suing. So now he goes and takes up cases and he goes there, and I keep telling him, young man, when you come to Boro Park you

can freshen up my cases, don't come to Boro Park. I beg you go way, he packed up and he left.

B. Do you have my number?

A. Yes, I have your number.

B. Did you call me? After all, you have never called me.

A. No. I haven't called. You see, I don't know that either, you see? One minute. Wait [redacted], okay, maybe I haven't sufficiently...

B. Okay, dial, dial, go on and dial.

A. Okay, it's working already!

B. Why don't I have it?

A. (the phone rings)

B: Ah, [redacted].

A. Now I can tell you, it's not worthwhile for you to wait, it's stupidity, it's not worthwhile for you to be on bad terms with him, because he's a stinking lawyer, and you don't need him on your back. After all, he has never done anything to you, we didn't file any lawsuit against your father, nobody filed this, and now I'm going to show you that, finally, when the anger(?) passed through, I didn't do anything anymore. When the anger was inside, I couldn't control myself. You're right, you have a complaint against me, you have a complaint against the Modesty Committee, okay.

B. I have one complaint, and you know that you don't have an answer.

A. But I sent you [redacted]

B. At that time the fire was already burning, what can I do...??...?

A. I'll show you. Let's see why Lazar Wolf, Lazar Wolf knew, I told Lazar Wolf and he said he would speak with you. One minute (calls Lazar Wolf, the telephone rings, we can hear the telephone speaker)

Telephone: Hello

A. Rabbi Lazar Wolf?

Telephone: Yes?

A. Let me hear you, ahhhh, he asks me now, remember I told you at the beginning of the case that you can go to Meir?

Telephone: So what?

A. About Meir Lebovitch?

Telephone: Yes, I already told you so many times.

A. He said that earlier he still believed that it's not true.

Telephone: (the beep sound) Just a minute, just a second.

B. Just wait till he comes back, a nice guy this is, Lazar Wolf, you know?

A. Watch out he's on speaker phone Usually he's a nice guy, but supposedly he never remembered, and that's it.

Telephone: Hello.

A. Yes, Rabbi Lazar Wolf.

Telephone: What you say, that what?

A. Why did nothing to work out with Meir at that time? Then, at the beginning of the case, when you went to Meir?

Telephone: Yudel Wolf got involved at that time.

A. Okay, talk to you later (hangs up the phone, speaks with B). Did you hear, Yudel Wolf interfered, so you went to Yudel Wolf.

B. So why didn't you go to Yudel Wolf?

A. Yudel Wolf told me, before we start, let me tell you what I charge.

B. So, why did it [...] you?

A. Again, at that time, on the minute, I thought, he gives $10,000 for evaluation of a young man? Do you need that? What about you? He starts up with this old story, beginning with the time when they sat down to talk. No, I saw that he was [...] by the time, we sat down, and he already had a calculation of $40,000 that he was entitled to. He charged some $1 100 an hour of talking to him.

B. Who?

A. Yudel Wolf!

B. He charges $1 100?

A. Certainly $10,000 for evaluating a person. I know that you, we have a ghetto, we thought it was [...]. In short, he went to Yudel Wolf, this into a story, so I went to Shimon Baruch, Shimon Baruch said, yes, he speaks with you constantly, I have some advice for you, he even told me, Welfi told me even, that Meir says that Shimon Baruch did not talk to him. Meir says that Shimon Baruch did not talk to him? I'm telling you again...

B. Okay, so, what now?

A. I'm begging you one thing. We can talk about a million things, tomorrow nothing will happen. The day after tomorrow nothing will happen. Maybe now it's not the proper way, now it could be that… I'm telling you again, Mike Dowd is not just an emergency, it's an explosion, do you know why? Because he is a lawyer. Makowetzki is a Rabbi, I don't believe Makowetzki will do anything to me. I don't like it when the picture is open, but about Makowetzki, I'm not telling you anything. With him there is a bill of 2500 and 300, some small stinking bill, and it's really a pity, if he is right; he's not asking for it.

B. Why?

A. Why? Because that's how it was, Welfi told him to, Welfi told him earlier, to come up with some way, how we can, this, this....

B. So he went and told him every detail of the story.

A. Yes, because he is the greatest expert! I told him I want to get out of the case, I told Wolf that I want to get out, tell me how to get out....

B. Now, on the bottom line, do you owe him money, now what?

A. No. He is my enemy, his goal today is the existence of a movement in that one needs to go around and take that.... you'll see, I am not going to tell you anything before two weeks go by, they have a car in Williamsburg, they're going to create turmoil, they're going to create terrible turmoil. Why? Because there are a few loafers who started taking rides on this. Finally there is now another case with Samet, I don't know whether you know about it. There is another case with Samet, who was arrested by the same police. And there's another case with Spitzer....

B. Which Spitzer?

A. Moshe Spitzer. I don't know who Moshe Spitzer is, at last there is something here, something else, a case from the sick Itzkovitch, the crazy Itzkovitch, the one who had a stroke, they arrested him, in short, it has become questionable(?), so he comes in now, and it became a movement. It's now without the... without the Senate SOL, the statute of limitation, and they fight, and they..... and they take hold in a [unclear]. I have news for you, because Nachum went last Tuesday and he asked me, that....... I was just lucky that I have [unclear] Michael Dowd, I told them that Baruch Mordechai goes to court, and I want to be there, and the minute that Baruch Mordechai goes to court and I am going to be there, then, then, I'm going there now, I'm going there now, because if not, he would have wanted that I would come to speak with a Senators, and that I should speak with...

B. Just a minute, .... somebody calls me, I mean, I have nothing to do with him, how come one can already continue to Albany? I don't know, leave me alone, I don't want to talk, I don't talk with anybody.

A. I have news for you. It has been said that in the last minute I hardly… I did not arrive, so Michael Dowd asked me, what happened? So I tell them, Michael, I already told you a hundred times, I'm doing it my way….

B. We can talk like this for a whole night.

A. We can talk for a whole night, and we will never finish. I told you, come up to….

B. (claps his hands) Talk clearly with me, what do you want?

A. I don't kn…, I can't answer you…, really, I can't answer you, shhh…, I can't answer you, I tell you the truth, I'm speaking with you completely honestly, Meir, I know you don't have any money, Meir, I know your father doesn't have any money, but I know one thing, I don't have any either. I should tell you things, it would be a lot better if we could agree like adult people.

B. I'm sure you understand the emotions, you left me standing in the middle of the street.

A. Yes, yes, yes, that's how it is. I'm telling you very simply and straightforward, because I'm telling you, Meir, I came here today in the morning, I knew he was going to explode, I have…. I told him, I promised him that he will receive it in April, and it's already May. I said to Welfi, please.

B. I don't understand why you're afraid of him? I don't understand

A. He's a nutcase!

B. I owe another lawyer some money, and nothing….

A. No! No! He knows what we wanted from him, he's a first-class wild animal, you have to keep him quiet, you have to keep him happy.

B. For the two and a half thousand dollars?

A. Keep him happy, he knows we wanted to throw out the case, keep him quiet, keep him still!

B. In any case, what is it he knows that we wanted to throw it out?

A. In any case he's an animal, a wild animal, why fight him? Why fight him? Stinking…. If one owes him $50,000, okay, you can't pay it, you owe him twenty-eight, twenty-eight.

B. So what if he knows that we wanted to throw the case?

A. In any case he knows that we started playing behind his back…. now he cries that I agreed with Baruch Mordechai, and that we kept him out of the picture, he cries at whatever, and I'm nervous, he's not a good friend of mine, so I ask you, Michael, let's go, I'm begging you, it's my child; he has to deal with it, I…. for example now, Michael, he encourages my

son to go to the DA, he has become a full-fledged functionary. He and this Heikind, do you know how often I was in Dov Heikind's office?

B. He doesn't make you marry off your children?

A. Who? But let's not quarrel with him.

B. What about that Heikind?

A. I told Dov Heikind the same thing, Dov, Dov, I can bury you deeper than.... and watch out, don't mess around with me, because I can bury you deeper, because I know what you said at the meeting, that you want to remain Assemblyman for your entire life, you don't want to step down because of Seroloch Hirsch; In any case you will have pigs from every community. If a rabbi will want to stand up against you, you will bring your pigs, that's exactly what you want, and finished. After all, I was there, in jail! You can't mix in any pig stuff, and I'm telling you honestly, I have had enough problems....

B. Does Dov have anything to do with the case?

A. Dov is afraid, you don't see him anymore, he is quiet, Dov is quiet, you must understand, anybody can encourage as much as he wants to, after all, there is a lot for which I take credit here, so...

B. That you can tell me that you can end the entire matter....

A. It's not me who's trying, I'm telling you, I told you...

B. You're lying to me!

A. Why should I lie to you?

B. I'll tell you the truth, I needed to go somewhere very important, one had to stop here....

A. No! No! If I lie to you....

B. For such a thing you come to me?

A. No. I'm telling you the truth, because I thought I'll tell you the truth, I did not sign for the DA. I did not sign for the federals. You must live in peace with the animal, because if you don't live in peace with it, it is a first-class animal, it was already ready for Yoeli Engelmann, for Yoeli Engelmann to come crying....

B. Does Yoeli Engelmann have anything to do with my father?

A. Yoeli Engelmann is a loafer, what does he do in the radio? Why does he go to the radio to talk about the entire community? What does he encourage? They wanted to [unclear] him, okay, go fight with Weizmann, whether it's true or whether it's not true, what came out of it? Everybody has become an activist.....

B. This is a terrible story, but it's a problem, what did you think, do you think I would cover up for villains? I don't cover up for any villain.....

A. It's not about forgiving! My case, I must finally arrange marriages, and I have some use for you, I am not curious, let the case run and that's it, from the outside I look like a very strong person, as far as Gold is concerned, I signed, as far as Welfi is concerned, I signed, I'm telling you the truth, I didn't sign anywhere, do you want proof?

B. Gold was also a public activist.....

A. What? Yes! It's become an entire..... everybody has become an expert, everybody has become..... it's become a..... a..... whole opinion, maybe that's how everything works out, but I don't know....

B. Was Joseph Dovid also involved?

A. Joseph Dovid, after the story where he brought me in.... I'll tell you even better....

B. Not Joseph Dovid Kraus, Joseph Dovid Gold?

A. No. Only the other. Joseph Dovid, I have never.... I don't even speak with him. He's busy all day, they're going to establish a committee, they're going to establish a committee, it's going to be.... the 963 number, in Williamsburg they established a new 963 number, for me, I saved it up. Again, today it's become.... today I've become worthless, Nachum, he had me on the hotline.... not on the hotline, on the Internet, five weeks ago, and you can convince yourself, I called up Nachum, I told him, Nachum, take me off, if you don't, I can have your arrested, because I'm a witness. I went to the DA, and one hour later the DA was ready to arrest him.

B. Why?

A. Because I said that he's from Lebovitch.

B. What does it mean, he's from Lebovitch?

A. He's from Lebovitch, Lebovitch ordered to have my name put up on the.... on the.... [unclear]

B. Who? Again, he put up your name? I don't understand.

A. He put up like this, what does it mean, Baruch Mordechai is walking in the streets? Kellner went and had him arrested, and this, and that..... he was crying all names, he said names, so I went to the DA, he's a madman....

B. He's on the Internet? Just a minute, I also know him....

A. glattkoshor.com, listen to him.

B. I don't understand, can he do that, when there is a case, can he go and talk to the world? There isn't any trial yet, we'll see during the trial, what is this?

A. He cries out your father's name every week, he has [unclear] [redacted] This week it was a little more merciful, last week he had written down the whole story. He had Beri Ashkenazy write the letter, didn't you see?

B. I know nothing! Do you think I'm not broken, do you think I wasn't murdered, I'm completely dead, I've become completely white, white.

A. You think that not! I'll tell you another thing, you think this street stinks, do you think it stinks less for me?

B. That I understand.

A. I'm standing and I'm watching out for it not to become public, I stand and I guard it. In short, I had no other choice but to go to the DA. I told the DA that Lebovitch employed Nachum, then he took down my child's name, otherwise he would not have taken it down.

B. I don't understand, can a non-Jew understand such a thing?

A. Yes, he is not a normal person.

B. OK, go on.

A. Well, Yoeli Engelmann is not looking to chase your father.

B. What else?

A. Today Yoeli Engelmann has become an organization, Survivors for Justice. He needs publicity in any case, he needs it, and he needs a few good cases, and that people should talk about them, etc., and that's about it. I have news for you. How often did Dov Heikind ask me to come up to Albany, and, holy Creator, Dov Heikind wants to tell me that this... ... that he has good intentions for me? After all, I must also come back home, no? Dov Heikind doesn't have to come home, I have to come home, but anyway, I only want to tell you, I thought it's an emergency case. I am telling you the other matter once more....

B. What other matter?

A. I told you about the... No, how we're going to get along, I told you it's an emergency because, that there is that, the other thing, I can tell you, I am very normal, I don't want to tear you apart, and I don't want to blackmail you. If I wanted to blackmail you, I wouldn't tell you that I am more afraid of bad publicity than you are, I'm speaking to you openly, normally, and ...

B. You said you can erase the whole story?

A. I'm telling you, but you don't have to believe me.

B. I need you, yes? In the meantime everything is....

A. What do you mean? Again, when I tell you, Meir, give me your house, I want to drop it, this means that I have an interest to lie to you. I told you that we understand each other, we understand each other, that's it, have a good day.

B. So how are we going to understand each other?

A. I told you that I cannot answer you.

B. Then let's sleep over it.

A. You exert pressure, on the minute....

B. No! I'm telling you quite on the contrary, on the contrary, I told you that,... again, I don't want to put any pressure on you, I am not one of them, I told you that, we can go away, but there is this little detail that needs to be taken care of. I called Welfi today, I called Welfi yesterday, I call him every day. He's a crazy activist, he brought down the Catholic Church, he is incalculable. I asked Yoeli Engelmann, who gave you my phone number, I have never spoken to Yoeli Engelmann before Friday. Who gave you my phone number? He tells me Michael Dowd. So I call Michael, and I tell Michael, Michael, why do you hand out my phone number? So he starts yelling, you'll be paying my bills, you can talk to me. So I say, Michael, I thought we were on good terms, I thought we cooperate. He then relaxed a little, then I told him I'm going to pay him within a day, right after the weekend, I cannot go out now. He's a crazy activist, I only told you, Welfi knows about it. The other things, it's nothing. I'm not going to have anything, the other things, Makowetzki, you're not going to pay them? If you don't pay, it's of no interest to me.

B. Ah! That is your business!

A. No, that's what I'm telling you, it's of no interest to me.

B. Makowetzki is a nice person, he probably meant well, I don't know how he got into this. On the contrary, according to what you tell me, he really came in the name of God.

A. No! I'm telling you again, he came...

B. He looks like an innocent, a truly innocent and honest young man.

A. He called my brother, every week, I'll tell you even more, he cried to Heskel Gold, then Rabbi Heskel Gold cried that he doesn't know, whether he made penitence, he doesn't know whether Baruch Mordechai made penitence.

B. He knows that he didn't?

A. So he asked him why he runs to the toilets to look?

B. And?

A. That's what Makowetzki asked him. Makowetzki really fought for your father. He was outplayed, he was outplayed, he cannot cause me any damage, I have no fear of him, when I tell Makowetzki, you are going to wait another three months, he will wait (somebody talks on the side), but he's a drunkard, he's a wild animal.

B. He drives you crazy, in other words.

A. It's not him that drives me crazy, he sends me an Engelmann, he sends me Nachum, he can really make a person nervous, we finally go with him, what is he going to do, he's not going to cause you any damage, he's going to cause me damage. I'm talking to you openly, I am not afraid that he's going to cause you damage, he's going to cause me damage, why is he going to cause me damage…

B. The Torah says, Fathers shall not die for their sons.

A. So?

B. What do you say, it's none of your business that someone is going to cause me damage? I do care if somebody causes damage to your other son…

A. No, I am talking, honestly, that if he should cause damage, and you don't cause me any damage, then it's a second…. it's a hammer that strikes this way and that way. If I wouldn't want to be open with you, I wouldn't speak to you like this.

B. Shlomo Aharon, there is one thing which I cannot forgive you.

A. I know!

B. I'm telling you the truth, not because you put him in jail.

A. No.

B. Not because you put him in jail, but why didn't you come to me?

A. No, no, no, do you know why…

B. … Except for that I understand everything. Not many people will tell you that they understand everything.

A. Yes, yes, but when I tell you that….

B. If you didn't know me, and you would've thought that I am a fraud, I would forgive it all. But you knew me! You knew that I wouldn't do that.

A. Meir, Meir, Meir, if I were to tell you of the damage….

B. I would cry! Of course.

A. You're not going to cry, but you're not going to believe that I could have sought straight for 5 weeks, if I want to tell you about the damage, one day it will happen and I will tell

you, not now, when I will tell you the damage [unclear], you will see that you have no [unclear] because I really think that it was not a normal thing. I often think to myself how close I became to being crazy. What have I done? After all, you see now, when I thought that I've come to the edge, I thought I'd come to you, I looked in the telephone book 1156, I decided that I'm going to sit here and wait, I will tell you even more, I was already here this morning, I came here at 10 o'clock.

B. Ah, I wasn't here anymore.

A. I didn't know that. So, so, some woman came out with a child, and that, and somebody parked a minivan and he went inside, and half an hour passed and you weren't in, and I thought, at 10:30 you're probably not here anymore, and I left.

B. Ahhhhh. Why didn't you ring my bell?

A. Why... No, I didn't even want to ring the bell, simple and straightforward, yes, many times I think, holy Creator, how did this whole picture come to be? And I'm telling you, if you're going to look at it later, after I went to Chaim Dovid, and to the Kosover, and to Lazar Wolf...

B. I have complaints towards the same person, he should've cleared himself. What does this mean, a rabbi in the city, who doesn't clear himself for such a matter?

A. Okay, I went to Chaim Dovid...

B. But you already went afterwards, that was his claim, that is how he pulled himself out of it.

A. Well, I went to the Kosover Rebbe, he told me yes, I ran after the Kosover Rebbe, I went to his Beth Hamidrash to wish him a good year, I told him, Kosover Rebbe...

B. You're talking about this last Rosh Hashanah?

A. This last Rosh Hashanah! I thought that it's not allowed on Rosh Hashanah and Yom Kippur, I'm telling you the truth, I'm not afraid to tell you, that the situation was such that I was in the middle of saying it, I went to Shimon Baruch, I went to Weiss, I went to Makowetzki, I went to everybody. Do you know why I really thought that it's not right, why I thought this would help me talk a second time, when it happened. It was terrible, it was impossible to talk, and that's it. But the only good thing that came out of the whole talk is that he's not going to jail, you know it, and I know it.

B. I don't know! Now I hear it.

A. Do you want to hear?

B. I hear it from you, but I don't know.

A. I show you that I'm saying the truth (dials a number).

B. Who is that?

A. Nachum Rosenberg. Be quiet, don't say a word. When I said I'll get him off, I'm getting him off (nobody picks up the phone). I've been telling Nachum the whole time that he's not going to be in jail. I don't have the heart to do it. I'm not going to put a person in jail. finished. You can dance and you can jump, you want to mess with him, then mess with him.

B. You can't let go of it anymore.

A. Let me tell you that I can. I didn't tell you that.... I'm telling you, Meir, you can relax, I also told Welfi, but I actually wanted to say that, what I wanted, when I went to the federal government, I was with the paper, ask Moshe Gabbay. Dovid came now, after this story, from Makowetzki, and he came and he said that he's going to pay out everything.

B. Who, the Williamsburg Modesty Committee?

A. Yes. I'll pay you everything, just sign the paper, that's what Moshe Gabbay told me. He should know that this is. He is a dog and a snake, I've done him so many favors, and what did he do to me.....

B. Why did you not send Moshe to speak with my father?

A. Moshe told me he cannot speak to your father. We are friends, and all.... that's what he said, that's the truth. Moshe cried in front of me, Shlomo Aharon, he said to me the word from the Mukacser Rov.

B. Why did you not go to the Mukacser Rov?

A. Why did I not go to the Mukacser Rov? I tried and tried one million times to reach Jacob Lazer. Ok, he's in jail.

B. Why do you say okay, I say poor guy.

A. Do you know why? Because I asked him for access to the Rov.

B. Really, why does he let him sit in jail?

A. The story with your father also is on account of the Rov....

B. What?

A. Could the Rov not have gotten involved? I asked Jacob Lazer, Jacob Lazer, let me in. It's been a long time since I've spoken to the Rov, please let me in. He tells me yesterday, this and that, we don't get involved, and he also didn't stick to it....

B. When, before or after?

A. What? After. The first initial arrest happened, you should know when....

B. I heard something afterwards, that he called Heskel Gold in that matter.

A. And what? Mukacser Rov?

B. Yes.

A. Did not get involved. When he wants to get involved, Jacob Lazer receives me, I met Jacob Lazer, I called Jacob Lazer, I told them, Jacob Lazer, whatever you want, I have respect for the Rov, I think of him highly and I respect him. What did I want to tell you about the Rov? Ahhh.....

B. Why did you not go straight to him, you say you called Jacob Lazer, back and forth.

A. I couldn't walk in to the Rov, I called Jacob Lazer, I told Jacob Lazer, Jacob Lazer came over to Krali, and I told Jacob Lazer, and he told me, Shlomo Aharon, he doesn't want to, the Rov doesn't want to, he doesn't want to get involved. You should know when Moshe.... Ah...Ah.... this story with Moshe Gabbay, that was the Belzer, the Mukacser signed something against the Belzer, so the Mukacser Rov told him an interesting story. Then the Belzer Rov sent a messenger telling him, what's the matter with you, you let yourself [be influenced] by Satmer, by the Hitachdut? And you wrote, and he said, you see, I understand everything, but let me tell you first, that neither the Hitachdut nor Satmer convinced me as strongly as your rabbi alone, to sign against him. In short, you should know, Moshe asked me, Shlomo Aharon, leave him, and you should know about Moshe, there is in fact no feud, Moshe is a very respectful and good friend of yours, even better, they cried out, don't leave Moshe....

B. Well, it's starting to rain.

A. Meir, we will be in touch.

B. I just want one thing, I don't want you to call Welfi and tell him that you talked to me. He doesn't need to know.

A. **I can tell him that I only asked for the money! That's all.**

B. All the best!!