**SIDER, ZACHARY**

| | |
|---|---|
| **From:** | BATSIDIS, NICHOLAS |
| **Sent:** | Monday, November 29, 2010 10:29 AM |
| **To:** | MEISNER, JORDAN |
| **Subject:** | FW: Kelner and Lebovits |
| **Attachments:** | Lebovits and Kelner.doc |

---

**From:** GREEN - JONES, STEPHANIE
**Sent:** Wednesday, November 24, 2010 10:00 AM
**To:** BATSIDIS, NICHOLAS
**Subject:** FW: Kelner and Lebovits

EXHIBIT
62
Batsidis 3/23/22 (LL)
LEXITAS

Nick,

I printed it out - the total number of pages - 161.

Stephanie

---

**From:** Ruthkey@aol.com [mailto:Ruthkey@aol.com]
**Sent:** Wednesday, November 24, 2010 1:11 AM
**To:** GREEN - JONES, STEPHANIE
**Subject:** Kelner and Lebovits

Finally!

Stephanie, I worked really hard on this. I did and redid it, I edited and listened to the whole thing several times. Can't get out more than this. As I told you, their logic is somewhat skewed and all those characters...

Btw, was this recorded by Kelner or by Lebovits? Kelner sounds like he's closer and Lebovits claims he was "cornered" by Kelner in the street.

Anyway, please forward it to Nick. Let me know when you'll want to pick up the disc.

Ruth