EXHIBIT
PLTF 36A 2/23/22 (DS)
exhibitsticker.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS, CRIMINAL TERM - PART 15

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, | No.: 11393/08 |
| -against- | (Kings County) |
| BARUCH LEBOVITS, Defendant-Appellant. | **AFFIRMATION** |

STATE OF NEW YORK :
: ss:
COUNTY OF KINGS :

[redacted] affirms under penalty of perjury and says:

1. Sam Kellner approached me at the synagogue and said "I have a job for you." Mr. Kellner gave me about $400 or $500 and said "I should say yes if someone ask me if I was molested."

2. Mr. Kellner instructed me to say "Baruch Lebovits raped me" on a regular basis from the time I was 12 until I was 16 years old.

3. I testified two times that Baruch Lebovits raped me by putting his penis in my anus, but Baruch Lebovits never molested me.

4. Mr. Kellner gave me a total of approximately $10,000. I don't know why I did what I did but Sam Kellner "brainwashed me" and I "desperately needed the money."

5. I saw [redacted] last night, July 21, 2010, and he said "Kellner gave money to everyone and he (Kellner) is going to get in trouble."

6. My father and brother told me not to "go to Sam Kellner, he is a prick."

MICHAEL TORENHEIM

Sworn to before me this 22 day
of July, 2010

Notary Public

ROBERT E. MLADINICH
Notary Public, State of New York
No. 01ML6197480
Qualified in New York County
Term Expires December 1, 2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS, CRIMINAL TERM - PART 15

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK,<br>-against-<br>BARUCH LEBOVITS,<br>Defendant-Appellant. | No.: 11393/08<br>(Kings County)<br>**AFFIRMATION** |

STATE OF NEW YORK :
: ss:
COUNTY OF KINGS :

[redacted], affirms under penalty of perjury and says:

1. Sam Kellner approached me at the synagogue and said "I have a job for you." Mr. Kellner gave me about $400 or $500 and said "I should say yes if someone ask me if I was molested."

2. Mr. Kellner instructed me to say "Baruch Lebovits raped me" on a regular basis from the time I was 12 until I was 16 years old.

3. I testified two times that Baruch Lebovits raped me by putting his penis in my anus, but Baruch Lebovits never molested me.

4. Mr. Kellner gave me a total of approximately $10,000. I don't know why I did what I did but Sam Kellner "brainwashed me" and I "desperately needed the money."

5. I saw [redacted] last night, July 21, 2010, and he said "Kellner gave money to everyone and he (Kellner) is going to get in trouble."

[signature]
[redacted]

Sworn to before me this 22 day
of July, 2010
[signature]
Notary Public

ROBERT E. MLADINICH
Notary Public, State of New York
No. 01ML6197480
Qualified in New York County
Term Expires December 1, 2012