**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**

EXCELSIOR

**CHARLES J. HYNES**
*District Attorney*

EXHIBIT
58
Batsidis 3/23/22 (LL)
LEXITAS

**To:** SID Case Number: 63/10

**From:** Detective Stephanie Green-Jones

**Date:** September 16, 2010

**Re:** Interview of [redacted]

---

On September 15, 2010 at approximately 1640 hours, [redacted] and his attorney, John Lonuzzi (Lonuzzi & Woodland, Attorneys at Law) were present in the Kings County District Attorney's Office, 350 Jay Street, 17th Floor Rackets Bureau, Brooklyn, N.Y. Mr. [redacted] came in to discuss the Affidavit he signed on July 22, 2010, regarding Baruch Lebovits. Present during the interview was ADA Nicholas Batsidis, John Lonuzzi, and the writer.

The following is sum and substance of statements made by Mr. [redacted]

- Late evening, on or around March 11, 2008, Mr. Sam Kellner came to his home. Mr. Kellner asked him if he had ever been molested and [redacted] stated yes. [redacted] never told Mr. Kellner who molested him.

- Sam Kellner asked [redacted] if he was molested by Baruch Lebovits and he told him no. Kellner then told him if anyone asked him, to say he was molested by Baruch Lebovits.

- [redacted] stated that he told Kellner he was looking for a job and Kellner gave him $500 in cash that evening. [redacted] also stated that Kellner stated that he had a job for him. Kellner then told him he was taking him to see Detective Steve Litwin and when asked, he should tell Litwin that Baruch Lebovits molested him. Kellner took [redacted] to Detective Litwin's office around 10 or 11 p.m. that night. and was shown a photo array which included a photo of Baruch Lebovits. [redacted] identified Baruch Lebovits and said he was the man who molested him between the ages of 12 and 16 years old. [redacted] said when he saw identified Baruch Lebovits, he knew he was not the man who molested him but lied as Kellner told him to do.

- [redacted] stated that he received approximately $100 per week – for a total of approximately $10,000 from Sam Kellner. Kellner told him that he would give him money whenever he needed it. He stated he only received money from Kellner – no one else. [redacted] stated that Detective Litwin took him to dinner regularly.

- [redacted] said he met Kellner in late 2007 or the beginning of 2008 (approx. 17 yrs old) when Kellner approached him and introduced himself. They attended the same synagogue.

- [redacted] said when he was 17 years old he went to the 70 Pct. and reported being molested by Aaron Kraus. He said he spoke to a Detective Bruno. He believes Detective Bruno spoke to Aaron Kraus about his allegations. Torenhein said he later dropped the charges. He stated that Detective Litwin questioned him about the Kraus case when they met.

- Detective Litwin left him a voicemail message a few weeks ago telling him he wanted to talk to him and go out to eat. [redacted] said he saved the message.

(3)

- [redacted] stated he met [redacted] through a mutual friend – Natalie Baginov. They all smoked marijuana together. Srulli told him that Kellner was a good person when they began hanging out together.

- [redacted] stated that he and Srulli talked about Kellner. [redacted] said that if he [redacted] dropped the case, Kellner would get him in trouble. [redacted] told him that he feels bad about starting the case and now he's sorry. He said he was getting paid more than $5,000.

- [redacted] stated that he financially supported his friends with the money he received. He helped his friend Natalie Bagimov (21 yrs old) and her child.

- [redacted] said he does not know [redacted]. [redacted] testified in the Baruch Lebovits.)

ADA Batsidis asked [redacted] if he told Detective Litwin that Baruch Lebovits had performed several sexual acts on him.

[redacted] stated "yes, but Baruch Lebovits never molested me and everything I said was false."

[redacted] stated that he was not threatened nor was he paid to come forward. He came forward for his own good. When he heard that Baruch Lebovits was sentenced to 33 years in prison he was shocked. Kellner told him that Lebovits wouldn't get that much time and probation. [redacted] said he knew another convicted molested (Brunner) who only got six (6) months and probation.

[redacted] stated that he told his father and other family members about Kellner and what he ([redacted] had done. He stated that he hasn't been able to eat or sleep and that his life has been difficult for the last few years.

[redacted] said he is a registered Confidential Informant (guns and drugs) for the 66 Pct. Sgt. Raymond Ng [redacted] for about 4 years. Although he has been inactive for 2 years, he spoke to Sgt. Ng about one month ago to begin working again.

Interview ended at 1750 hours.

---

The above investigation was conducted by Detective Stephanie Green-Jones

Approved By:



9