# I N D I C T M E N T

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>AGAINST<br><br>X. SAMUEL KELLNER<br>DEFENDANT | INDICTMENT NO.2538/2011<br>NON-ALIGNED<br>RACKETS |

4-A

COUNTS

E Felony CONSPIRACY IN THE FOURTH DEGREE
D Felon ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE (5 COUNTS)
D Felony PERJURY IN THE FIRST DEGREE (2 COUNTS)
A MIS CRIMINAL SOLICITATION IN THE FOURTH DEGREE (2 COUNTS)

EXHIBIT
74
Batsidis 3/23/22 (LL)
LEXITAS

A TRUE BILL

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER OF THE CRIME OF CONSPIRACY IN THE FOURTH DEGREE [PL 105.10 (1)] COMMITTED AS FOLLOWS:

ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010 IN THE COUNTY OF KINGS THE DEFENDANT SAMUEL KELLNER AND UNINDICTED CO-CONSPIRATORS #1, #2, #3, #4, #5 KNOWN TO THE GRAND JURY EACH AIDED BY THE OTHER AND ACTING IN CONCERT WITH EACH OTHER WITH THE INTENT THAT CONDUCT CONSTITUTING A CLASS B OR C FELONY, NAMELY GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.40(1)]; BE PERFORMED, AGREED WITH ONE OR MORE PERSONS TO ENGAGE IN OR CAUSE THE PERFORMANCE OF SUCH CONDUCT, AND;

THAT SUCH CONDUCT, ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010, IN THE COUNTY OF KINGS, STATE OF NEW YORK, DID CONSIST OF THE MAKING OF REPEATED DEMANDS TO MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, FOR PAYMENTS IN EXCESS OF $50,000, IN RETURN FOR WHICH THE DEFENDANT KELLNER WOULD, THROUGH THE DEFENDANT KELLNER'S ABILITY TO CONTROL THE COOPERATION AND THE CONTENT OF THE TESTIMONY OF THE COMPLAINING VICTIMS, CAUSE THE DISMISSAL OF CRIMINAL CHARGES FOR SODOMY AND RELATED CRIMES THEN PENDING AGAINST BARUCH LEBOVITZ UNDER TWO KINGS COUNTY INDICTMENTS; FOREGO DIRECTING AN ADDITIONAL ALLEGED VICTIM TO MAKE PUBLIC ANOTHER CRIMINAL COMPLAINT OF SEXUAL MISCONDUCT AGAINST BARUCH LEBOVITS; AND CAUSE THE CESSATION OF THE PUBLICATION WITHIN THE COMMUNITY OF ALLEGATIONS OF SEXUAL IMPROPRIETIES WITH JUVENILES BY BARUCH LEBOVITS.

AND IN FURTHERANCE OF THE CONSPIRACY, ONE OR MORE OF THE CO-CONSPIRATORS COMMITTED AT LEAST ONE OF THE FOLLOWING OVERT ACTS IN KINGS COUNTY:

1. ON OR ABOUT MARCH 2008, UNINDICTED CO-CONSPIRATOR #1 KNOWN TO THE GRAND JURY INFORMED MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, THAT, IN RETURN FOR A MONETARY PAYMENT BY THE FAMILY OF BARUCH LEBOVITS, THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

2. ON OR ABOUT APRIL 2008, UNINDICTED CO-CONSPIRATOR #2 KNOWN TO THE GRAND JURY INFORMED MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, THAT, IN RETURN FOR A MONETARY PAYMENT BY THE FAMILY OF BARUCH LEBOVITS, THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

3. ON OR ABOUT JUNE 2008, UNINDICTED CO-CONSPIRATOR #3 KNOWN TO THE GRAND JURY INFORMED MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, THAT IN RETURN FOR A MONETARY PAYMENT OF MORE THAN FIFTY THOUSAND DOLLARS IN UNITED STATES CURRENCY BY THE FAMILY OF BARUCH LEBOVITS, THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

4. ON OR ABOUT NOVEMBER 2008, UNINDICTED CO-CONSPIRATOR # 4 KNOWN TO THE GRAND JURY INFORMED MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, THAT IN RETURN FOR A

MONETARY PAYMENT BY THE FAMILY OF BARUCH LEBOVITS, THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

5. ON OR ABOUT JANUARY 2009, UNINDICTED CO-CONSPIRATOR #5 KNOWN TO THE GRAND JURY INFORMED MEYER LEBOVITS, THE SON OF BARUCH LEBOVITS, THAT, IN RETURN FOR A MONETARY PAYMENT OF MORE THAN FIFTY THOUSAND DOLLARS IN UNITED STATES CURRENCY BY THE FAMILY OF BARUCH LEBOVITS, THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

6. ON OR ABOUT MARCH 2009, DEFENDANT SAMUEL KELLNER SOLICITED MOISHE FRIEDMAN TO ACT AS HIS EMISSARY TO THE FAMILY OF BARUCH LEBOVITS AND TO CONVEY DEFENDANT SAMUEL KELLNER'S DEMAND FOR A MONETARY PAYMENT IN EXCESS OF FIFTY THOUSAND DOLLARS IN RETURN FOR DEFENDANT SAMUEL KELLNER'S GUARANTEE THAT THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS

7. ON OR ABOUT MARCH 14, 2008 DEFENDANT SAMUEL KELLNER PAID A PERSON KNOWN TO THE GRAND JURY TO SWEAR FALSELY AND GIVE FALSE TESTIMONY AGAINST BARUCH LEBOVITZ, WHICH TESTIMONY WAS MATERIAL TO A MATTER BEFORE THE GRAND JURY BEFORE WHOM THE FALSE TESTIMONY WAS GIVEN.

8. ON OR ABOUT NOVEMBER 12, 2008 DEFENDANT SAMUEL KELLNER PAID A PERSON KNOWN TO THE GRAND JURY TO SWEAR FALSELY AND GIVE FALSE TESTIMONY AGAINST BARUCH LEBOVITZ, WHICH TESTIMONY WAS MATERIAL TO A MATTER BEFORE THE GRAND JURY BEFORE WHOM THE FALSE TESTIMONY WAS GIVEN.

9. ON OR ABOUT MAY 2009 DEFENDANT SAMUEL KELLNER CONFRONTED MEYER LEBOWITS, THE SON OF BARUCH LEBOWITS, IN THE BOROUGH PARK SECTION OF KINGS COUNTY, AT WHICH TIME DEFENDANT DID REITERATE THE TERMS AND CONDITIONS OF HIS DEMAND FOR A MONETARY PAYMENT PREVIOUSLY CONVEYED TO MEYER LEBOVITS THROUGH THE CO-CONSPIRATORS IN RETURN FOR DEFENDANT'S GUARANTEE THAT THE COMPLAINING WITNESSES WOULD NOT TESTIFY AGAINST BARUCH LEBOVITS UPON HIS TRIALS UNDER TWO PENDING KINGS COUNTY INDICTMENTS.

SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER, ACTING ALONE AND IN CONCERT WITH OTHERS, OF THE CRIME OF ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.05(2)(E)(III), 110/155.40(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010 IN THE COUNTY OF KINGS ATTEMPTED TO STEAL PROPERTY, NAMELY UNITED STATES CURRENCY, HAVING A VALUE EXCEEDING FIFTY THOUSAND DOLLARS, BY EXTORTION, COMMITTED BY INSTILLING IN THE VICTIM A FEAR THAT IF THE PROPERTY IS NOT SO DELIVERED, THE ACTOR OR ANOTHER PERSON WILL ENGAGE IN

OTHER CONDUCT CONSTITUTING A CRIME.

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER, ACTING ALONE AND IN CONCERT WITH OTHERS, OF THE CRIME OF ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.05(2)(E)(IV); 110/155.40(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010 IN THE COUNTY OF KINGS ATTEMPTED TO STEAL PROPERTY, NAMELY UNITED STATES CURRENCY, HAVING A VALUE EXCEEDING FIFTY THOUSAND DOLLARS, BY EXTORTION, COMMITTED BY INSTILLING IN THE VICTIM A FEAR THAT IF THE PROPERTY IS NOT SO DELIVERED, THE ACTOR OR ANOTHER PERSON WILL ACCUSE SOME PERSON OF A CRIME OR CAUSE CRIMINAL CHARGES TO BE INSTITUTED AGAINST HIM.

FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMEUL KELLNER, ACTING ALONE AND IN CONCERT WITH OTHERS, OF THE CRIME OF ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.05(2)(E)(V); 110/155.40(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010 IN THE COUNTY OF KINGS ATTEMPTED TO STEAL PROPERTY, NAMELY UNITED STATES CURRENCY, HAVING A VALUE EXCEEDING FIFTY THOUSAND DOLLARS, BY EXTORTION, COMMITTED BY INSTILLING IN THE VICTIM A FEAR THAT IF THE PROPERTY IS NOT SO DELIVERED, THE ACTOR OR ANOTHER PERSON WILL EXPOSE A SECRET OR PUBLICIZE AN ASSERTED FACT, WHETHER TRUE OR FALSE, TENDING TO SUBJECT SOME PERSON TO HATRED, CONTEMPT OR RIDICULE.

FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER, ACTING ALONE AND IN CONCERT WITH OTHERS, OF THE CRIME OF ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.05(2)(E)(VII); 110/155.40(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND MARCH 5, 2010 IN THE COUNTY OF KINGS ATTEMPTED TO STEAL PROPERTY, NAMELY UNITED STATES CURRENCY, HAVING A VALUE EXCEEDING FIFTY THOUSAND DOLLARS, BY EXTORTION, COMMITTED BY INSTILLING IN THE VICTIM A FEAR THAT IF THE PROPERTY IS NOT SO DELIVERED, THE ACTOR OR ANOTHER PERSON WILL TESTIFY OR PROVIDE INFORMATION OR WITHHOLD TESTIFY OR INFORMATION WITH RESPECT TO ANOTHER'S LEGAL CLAIM OR DEFENSE.

SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER ACTING ALONE AND IN CONCERT WITH OTHERS, OF THE CRIME OF ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE BY EXTORTION [PL 155.05(2)(E)(IX); 110/155.40 (1)] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT AND BETWEEN MARCH 11, 2008 AND

MARCH 5, 2010, IN THE COUNTY OF KINGS ATTEMPTED TO STEAL PROPERTY, NAMELY UNITED STATES CURRENCY, HAVING A VALUE EXCEEDING FIFTY THOUSAND DOLLARS, BY EXTORTION, COMMITTED BY INSTILLING IN THE VICTIM A FEAR THAT IF THE PROPERTY IS NOT SO DELIVERED, THE ACTOR OR ANOTHER PERSON WILL PERFORM ANY OTHER ACT WHICH WOULD NOT IN ITSELF MATERIALLY BENEFIT THE ACTOR BUT WHICH IS CALCULATED TO HARM ANOTHER PERSON MATERIALLY WITH RESPECT TO HIS HEALTH, SAFETY, BUSINESS, CALLING, CAREER, FINANCIAL CONDITION, REPUTATION OR PERSONAL RELATIONSHIPS.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER OF THE CRIME OF PERJURY IN THE FIRST DEGREE [PL 210.15] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT MARCH 14, 2008, AIDED BY A PERSON KNOWN TO THE GRAND JURY, SWORE FALSELY AND SAID FALSE STATEMENT CONSISTS OF TESTIMONY MATERIAL TO THE ACTION, PROCEEDING OR MATTER IN WHICH IT WAS MADE.

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER OF THE CRIME OF PERJURY IN THE FIRST DEGREE [PL 210.15] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT NOVEMBER 12, 2008, AIDED BY A PERSON KNOWN TO THE GRAND JURY, SWORE FALSELY AND SAID FALSE STATEMENT CONSISTS TESTIMONY MATERIAL TO THE ACTION, PROCEEDING OR MATTER IN WHICH IT WAS MADE.

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER OF THE CRIME OF CRIMINAL SOLICITATION IN THE FOURTH DEGREE [PL 100.05] COMMITTED AS FOLLOWS:

THE DEFENDANT ON OR ABOUT MARCH 14, 2008, WITH THE INTENT THAT ANOTHER PERSON ENGAGE IN CONDUCT CONSTITUTING A FELONY, NAMELY PERJURY IN THE FIRST DEGREE, DID SOLICIT, REQUEST, COMMAND, IMPORTUNE OR OTHERWISE ATTEMPT TO CAUSE SUCH OTHER PERSON TO ENGAGE IN SUCH CONDUCT.

TENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT ACCUSES THE DEFENDANT SAMUEL KELLNER OF THE CRIME OF CRIMINAL SOLICITATION IN THE FOURTH DEGREE [PL 100.05] COMMITTED AS

THE DEFENDANT ON OR ABOUT NOVEMBER 12, 2008, WITH THE INTENT THAT ANOTHER PERSON ENGAGE IN CONDUCT CONSTITUTING A FELONY, NAMELY PERJURY IN THE FIRST DEGREE, DID SOLICIT, REQUEST, COMMAND, IMPORTUNE OR OTHERWISE ATTEMPT TO CAUSE SUCH OTHER PERSON TO ENGAGE IN SUCH CONDUCT.

CHARLES J. HYNES
DISTRICT ATTORNEY