**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**
**(718)-250-2000**

EXCELSIOR

*District Attorney*

**CHARLES J. HYNES**

EXHIBIT
PLF 126 4/8/22 KS
exhibitsticker.com

March 25, 2010

Honorable Patricia DiMango
Justice of the Supreme Court
Part 15
320 Jay Street
Brooklyn, NY 11201

Re: People v. Baruch Lebovits
Indictment Number 11393/2008

Dear Justice DiMango,

On March 8, 2010, the defendant, Baruch Lebovits, was found guilty after a jury trial of eight counts of Criminal Sexual Act in the Third Degree, a class "E" felony. The People recommend that the defendant be sentenced to the maximum on each count, one and one third to four years period of incarceration; and that all eight counts run consecutively to one another.

Having presided over the trial in this case, your honor is familiar with the evidence that was presented during trial. From May 2, 2004 through February 22, 2005, the defendant, an adult man, sexually assaulted [redacted] then a sixteen year old boy, on multiple occasions by putting his mouth on the penis of the boy. At the time of the abuse the defendant and the victim were members of the Hasidic Jewish Community. The defendant perpetuated the abuse by trading in on his position as a rabbi, prominent businessman, and as the father of one of the victim's classmates. The defendant also relied on the insularity of the community to keep the boy from disclosing the nature of the abuse he suffered.

While this case represents the defendant's first conviction, he has two similar cases currently pending in Brooklyn Supreme Court. Additionally, the defendant has not exhibited any remorse for his actions. In fact, the defendant provided a witness who testified during the trial in a failed attempt to cast doubt on the victim's account and credibility. Through this witness it was made clear the extent to which the defendant and

members of his religious community would resort to in order to silence the victim and protect the offender.

Accordingly, the People recommend that the defendant be sentenced to a term of ten and two-thirds to thirty-two years incarceration.

Sincerely,

CHARLES J. HYNES
District Attorney
350 Jay Street
Brooklyn, New York 11201

By: Miss Gregory
Assistant District Attorney
[redacted]

cc: Arthur Aidala, Esq.
8818 Thirteenth Avenue
Brooklyn, NY 11228

Elizabeth Johnson, Esq.
Law Offices of Lawrence S. Goldman
500 Fifth Avenue
New York, NY 10110