# PRE-PLEADING MEMORANDUM

Submitted in regard to

**BARUCH LEBOVITS**
Kings County Supreme Court Indictment 11393-2008

The Honorable Mark Dwyer

2013 AUG -8 A 10:49
CLERK'S OFFICE
DISTRICT ATTORNEY
KINGS COUNTY

## Conclusion

The above portrayal of Mr. Lebovits's positive history, the time he has already served both in prison and during house arrest, together with an evaluation of the People's case, the complainant's desire to avoid testifying, and what sentence others receive under similar circumstances, heavily favors that he be permitted to plead guilty to the indictment and secure a sentence of time served. A sentence of time served would be consistent with what had been offered prior to the first trial, when Mr. Lebovits faced more charges and complaints than he presently faces.

Based on the above, we respectfully request that, should Baruch Lebovits enter a plea of guilty in this case, and the Court impose a sentence of time served.

We thank the Court and the People for their time and consideration in this matter.

Respectfully submitted

By: Arthur L. Aidala, Esq.
Alan Dershowitz, Esq.
Amy Adelson, Esq.
Nathan Z. Dershowitz, Esq.
Attorneys for the Defendant