UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

SAMUEL KELLNER,

Plaintiff,

v. Civil Action No:

THE CITY OF NEW YORK, ET AL., 17-cv-1268 (MKB)(SJB)

Defendants.

---

VIDEOTAPED DEPOSITION

---

WITNESS: Steven Litwin

DATE: Friday, January 13, 2023

START TIME: 11:26 a.m.

END TIME: 1:53 p.m.

REMOTE LOCATION: Remote Legal Platform

REPORTER: Kimberly Costanza, CDR-1835

JOB NO.: 14425

A P P E A R A N C E S

Law Office of Niall MacGiollabhui
171 Madison Avenue, Suite 305
New York, New York 10016
By: NIALL MACGIOLLABHUI, ESQUIRE
niallmacg@macglaw.com
Appearing for Plaintiff

New York City Law Department
Office of Corporation Counsel
100 Church Street
New York, New York 10007
By: SUSAN SCHARFSTEIN, ESQUIRE
sscharfs@law.nyc.gov
Appearing for Defendant and Non-party witness

ALSO PRESENT:
Samuel Kellner, Plaintiff
Susan LaPooh, Notary Public

# I N D E X O F T E S T I M O N Y


| EXAMINATION OF STEVEN LITWIN | PAGE |
| --- | --- |
| By Mr. MacGiollabhui | 10 |

I N D E X   O F   E X H I B I T S

(available for download)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 234 | Notes | 28 |
| 235 | 6/8/2008 DD5 | 34 |
| 236 | 9/26/2008 DD5 | 42 |
| 237 | Notes | 43 |
| 238 | Note | 77 |
| 239 | Notes | 77 |

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the presence of the Referee be waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved until the time of trial;

IT IS FURTHER STIPULATED AND AGREED that this deposition may be utilized for all purposes as provided by the Federal Rules of Civil Procedure;

AND FURTHER STIPULATED AND AGREED that all rights provided to all parties by the Federal Rules of Civil Procedure shall not be deemed waived and the appropriate sections of the Federal Rules of Civil Procedure shall be controlling with respect thereto.

FEDERAL REMOTE STIPULATIONS

IT IS HEREBY STIPULATED, by and between the attorneys of record for all parties to the above-entitled action, that:

Pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure, this deposition will be conducted by remote videoconference with the oath being administered remotely and a court reporter creating an accurate written record; that, if necessary, the parties agree that each witness can be identified with picture identification;

No attorney, nor any party or witness, shall capture any still photographs, nor record, by video or audio, any part of these deposition proceedings;

Each attorney agrees to instruct their witness that there is to be no communication with anyone outside of the identified and participating group, by chat, text, email, or other means during the deposition;

There shall be no other person in the room with the witness during their deposition;

Any phone or electronic device in the room with a witness shall be identified and not read, referred to, or otherwise used during the witness' deposition, unless agreed to by all counsel on record.

P R O C E E D I N G S

THE REPORTER: Okay. Good morning. We are now on the record. Today's date is January 13, 2023, and the time is approximately 11:26 a.m. Eastern Standard Time. My is Kimberly Costanza, and I am the officer designated by Remote Legal, 381 Park Avenue South, New York, New York to take the record of this proceedings.

This is the deposition of Steven Litwin taken the in the matter of Kellner versus The City of New York, et al., Civil Action Number 17-cv-1268 (MKB) (SJB), filed in the United States District Court for the Eastern District of New York.

This deposition is being taken remotely on behalf of the plaintiff and is being conducted pursuant to the procedural and laws governing this matter. As such, all parties agree to this means of capturing, which may include recording by audio, audiovisual, or stenographic means as if it were done by traditional in-person means.

Further, all parties agree that the deposition officer or person administering the oath may be authorized to administer the oath under the rules of the state where they reside.

Do all parties so stipulate?

MR. MACGIOLLABHUI: Yes. On behalf of Plaintiff, so stipulated.

MS. SCHARFSTEIN: On behalf of Defendants and the witness who I represent, I will object to the audio and video recording to the extent that it does not comply with Rules 28 and 30 of the Federal Rules of Civil Procedure and any other applicable rules of the court. If it does, that's fine, but it has to be in conformance with those rules.

And I would note further that we're going to reserve our right to review and sign the transcript.

THE REPORTER: Okay. Thank you.

Would counsel please identify themselves for the record starting with the noticing attorney?

MR. MACGIOLLABHUI: Yes. So Plaintiff's counsel, Niall MacGiollabhui, and I have with me Plaintiff as well for this deposition.

MS. SCHARFSTEIN: And I'm Susan Scharfstein. I represent the defendants in this matter and also the non-party witness who's testifying today, Mr. Steven Litwin.

THE REPORTER: Thank you.

And will all observers please identify themselves for the record? I believe that's Mr. Kellner.

MR. MACGIOLLABHUI: Oh, excuse me. I thought I had already identified.

So, you have to identify yourself.

MR. KELLNER: Sam Kellner.

THE REPORTER: Thank you.

And will the --

MR. KELLNER: S-A-M --

THE REPORTER: I'm sorry.

MR. KELLNER: -- K-E-L-L-N-E-R.

THE REPORTER: Thank you.

And will the notary please identify themselves for the record?

THE NOTARY PUBLIC: Susan LaPooh, Director of Testimony Capture, remote on-line notary, New York notary.

THE REPORTER: Thank you.

And the notary will now swear in the witness.

THE NOTARY PUBLIC: Mr. Litwin, can you please state and spell your name for the record?

MR. LITWIN: Steven, S-T-E-V-E-N, Litwin, L-I-T-W-I-N.

THE NOTARY PUBLIC: Thank you.

Please raise your right hand. Do you swear or affirm the testimony you shall give today in

this proceeding will be the truth, the whole truth, and nothing but the truth.

WHEREUPON,

S T E V E N L I T W I N

having been called as a witness, being duly sworn by the notary public present, testified as follows:

THE WITNESS: I do.

THE NOTARY PUBLIC: You may put your hand down.

THE REPORTER: Thank you.

Counsel, you may begin.

MR. MACGIOLLABHUI: Thank you.

EXAMINATION

BY MR. MACGIOLLABHUI:

Q Good morning --

A Good morning, sir.

Q -- Detective Litwin. And as I think you know, my name is Niall MacGiollabhui, and I represent Sam Kellner in this matter. And we're here today for me to ask you a number of questions in relation to his lawsuit.

Now before I begin with the questions, let me just say it's nice to finally meet you after all this time.

MS. SCHARFSTEIN: Objection to the

A My -- my understanding was that her role was that of a community liaison between the Orthodox and Hasidic Jewish communities in Brooklyn and the District Attorney's Office.

Q And fair to say that victims within that community were often reluctant to cooperate with law enforcement?

A Yes, that would be fair to say.

Q And had you -- again, before the case of Victim 1, 2, and 3, had you encountered previously such reluctance to cooperate amongst victims within that particular community?

A I believe I had. It's difficult now to remember the chrono -- the chronological order of those cases, so I'm not sure, but I believe I had.

Q I'm going to show you now -- well, actually, before I do, let me ask you another question. So you testified a little earlier there that you arranged an appointment with Sam Kellner and Victim Number 2. Did that meeting occur?

A It did.

Q And fair to say that Victim Number 2 described to you what had happened to him in respect of Baruch Lebovits?

A Yes.

that.

BY MR. MACGIOLLABHUI:

Q Well, isn't it the case that he said that -- maybe not with specific reference to Baruch Lebovits, but that efforts would be made to buy off victims who were willing to come forward?

MS. SCHARFSTEIN: Objection.

THE WITNESS: That's not what I -- what I understand this to be.

BY MR. MACGIOLLABHUI:

Q Well, can I ask you this? Do you recall that particular meeting?

A I believe I do.

Q Okay. Well, can you --

A I'm not positive, but I -- I'm not positive, but I believe I do.

Q Okay. Well, can you tell me what you recall of that particular meeting?

A I believe that Sam Kellner was saying that people were trying to buy him off, but he was very vague about who those people may be. It was very, very -- it was a broad (indiscernible.) It was very general. That's my recollection of it.

Q Well, isn't it the case with regard to Sam Kellner that he had -- withdrawn.

Aren't you aware that within Sam Kellner's community it is quite difficult for someone in the position of Sam Kellner, or anyone else within the community, to make allegations of a criminal nature against other members of the community to secular authorities?

MS. SCHARFSTEIN: Objection.

THE WITNESS: I am.

BY MR. MACGIOLLABHUI:

Q And that for Sam to name any of the people who are offering him money, he would have had to first have obtained permission to do so from a rabbi?

MS. SCHARFSTEIN: Objection.

THE WITNESS: I believe that that's usually the case, yes.

BY MR. MACGIOLLABHUI:

Q And in terms of this particular meeting -- well, let me say this. Aside from this meeting, Sam Kellner had told you that people were trying to pay him off, right?

A Yes.

Q And he was adamant, was he not, that he was not going to take money, right?

MS. SCHARFSTEIN: Objection.

THE WITNESS: He -- he was adamant, but

he would also make buoyant remarks indicating that they should offer millions of dollars and maybe he would consider.

Q Sam, it's fair to say, has a particular sense of humor, correct?

MS. SCHARFSTEIN: Objection.

THE WITNESS: Yeah, he has a particular sense of humor.

BY MR. MACGIOLLABHUI:

Q Now at this particular meeting in the DA's Office, do you recall who the other prosecutors were that were there?

A I -- I can't even say conclusively that there was this meeting. I believe -- I believe there was, and I believe I was there, and I think it was Ronnie Youse and Miss Gregory.

Q Do you remember a prosecutor by the name of Chris Laline, which is spelled L-A --

A I do.

Q L-A-L-I-N-E?

A I do.

Q Do you recall if he was there?

A I don't.

MS. SCHARFSTEIN: Objection.

BY MR. MACGIOLLABHUI: