UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

SAMUEL KELLNER,

Plaintiff,

Docket No. 17-cv-1268

- against -

THE CITY OF NEW YORK and PATRICIA L. HYNES, Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

---------------------------------------------X

Held via Zoom videoconference

July 8, 2022
10:12 a.m.

DEPOSITION of THE CITY OF NEW YORK (BY: HENNA WHITE), taken by Plaintiff, pursuant to Federal Rules of Civil Procedure, and Subpoena, held at the above-noted time and place, before Kyra Kustin, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendants
CITY OF NEW YORK and PATRICIA L. HYNES,
AS ADMINISTRATOR OF THE ESTATE OF
CHARLES J. HYNES
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

HENNA WHITE

H E N N A W H I T E,

Defendant, having first been duly sworn by the Notary Public, was examined and testified as follows:

THE REPORTER: Can I have your name with the spelling, please.

THE WITNESS: Henna -- H-e-n-n-a -- last name is White -- W-h-i-t-e.

THE REPORTER: And your address, please.

THE WITNESS: It's 100 Church Street. You need the zip code?

THE REPORTER: If you have it.

THE WITNESS: No.

MR. MACGIOLLABHUI: That's fine. So Susan, I don't know if you want to make a record now. I'll just say that I have pressed record.

MS. SCHARFSTEIN: Okay. So I just want to note for the record my objection to Plaintiff's counsel recording the deposition by Zoom. I believe it's in violation of rules 28

and 30 of the federal rules of civil procedure.

As before, we've agreed to go ahead, subject to the objection based on Mr. MacGiollabhui's representation that he's going to retain only the audio recording and not the video recording, and that he is not going to share copies with anyone. At most, he will play the recording for his client and for no one else. And should he change his mind about that or should any circumstances change, he will let me know in advance so that I will have an opportunity to raise any issues with the Court.

MR. MACGIOLLABHUI: Yes. That's -- that is our agreement.

EXAMINATION

BY MR. MACGIOLLABHUI:

Q Good morning, again --

MS. SCHARFSTEIN: I'm sorry. I just also wanted to reserve a right to review and sign the transcript.

HENNA WHITE

Q That's okay. Now fair to say that Mr. Hynes took a personal interest in this particular program?

MS. SCHARFSTEIN: Objection.

A I don't recall that.

Q Well, isn't it the case -- or do you know whether or not Mr. Hynes grew up in a household where his father had beaten his mother?

MS. SCHARFSTEIN: Objection.

A Mr. Hynes was passionate about the issue of helping domestic violence victims -- that, I know -- and played a major role in the office. Not particularly in -- in any community, but I do know he was -- that was -- he was passionate, to the best of my recollection.

Q And there was another program by the name of Kol Tzedek. I'll spell it. K-o-l, T-z-e-d-e-k.

What was that program?

A That was similar to Project Eden, and it was to try and make victims of sexual abuse feel more comfortable to come to the criminal justice system.

THE WITNESS: Can I ask for a