**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**
**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**
**718 250-2000**

July 5, 2013

Mr. Michael Dowd Esq.
425 Park Avenue, 26th Floor
New York, NY, 10022

Re: **<u>PSNY v. Samuel Kellner</u>**
Indictment Number 2538/2011

Dear Mr. Dowd:

On June 26 and July 1, 2013, representatives of this Office spoke with Michael Torenheim. During those interviews, Mr. T[redacted] provided information that had not been previously disclosed or known to us. Accordingly, in compliance with our continuing discovery obligations set forth in CPL § 240. 60, and the holdings of <u>Brady v. Maryland</u>, 373 U.S. 82 (1963) and <u>Giglio v. United States</u>, 405 U.S. 150 (1972), we timely disclose the following information:

> On June 26, 2013 M[redacted] T[redacted] acknowledged that on several occasions he has told several people that Baruch Leibovits molested him.

> On June 26, 2013 M[redacted] T[redacted] initially denied knowing Zalman Ashkenazi before acknowledging that he knows Mr. Ashkenazi, and that Mr. Ashkenazi is his brother's Rabbi.

> On June 26, 2013 M[redacted] T[redacted] stated that Zalman Ashkenazi has supplied funds for Mr. T[redacted]'s attorney, his airfare to and from Israel, his apartment in Israel, and his school fees.

> On July 1, 2013 M[redacted] T[redacted] stated that he became disenchanted with Samuel Kelner after Mr. Kelner failed to pay him a fee that the two had agreed upon to testify falsely in the Grand Jury that Baruch Leibovits molested him.

> On July 1, 2013, M[redacted] T[redacted] initially stated that he barely knew Zalman Askenazi before acknowledging that he has known Zalman Ashkenazi since childhood, and that he knows the entire Ashkenazi family including Zalman's father who is a Rabbi and Zalman's brother, Beryl.

On July 1, 2013, M[redacted] T[redacted] stated that Samuel Kelner promised to finance a wedding for Mr. [redacted] in exchange for falsely testifying in the Grand Jury that Baruch Leibovits molested him. Torrenheim added that he could not clearly remember specific dates and times because of his heavy drug and alcohol use.

On July 1, 2013, M[redacted] T[redacted] stated that he had never seen Baruch Leibovits in his life.

On July 1, 2013 M[redacted] T[redacted] initially stated that he went to Israel because his family had arranged a possible marriage for him. After further questioning, Mr. T[redacted] acknowledged that he travelled to Israel in order to avoid child molestation allegations that were being made against him by a person or persons whom he did not name.

On July 1, 2013, M[redacted] T[redacted] stated that when he is in Israel, he needs Zalman Ashkenazi's permission to return to the United States.

In addition to this letter, the People are providing a set of redacted handwritten notes that were taken during the above mentioned interviews, a redacted typed synopsis of these interviews and travel records plus credit card information indicating that Zalman Ashkenazi paid for M[redacted] T[redacted]'s airline travel.

Yours truly,

Joseph P. Alexis
Assistant District Attorney

Nicholas Batsidis
Assistant District Attorney

# Torenheim's Statements

On April 7, 2011, M[redacted] T[redacted] testified under oath in a Grand Jury proceeding that Samuel Kelner paid him to twice testify falsely against Baruch Leibovits, and accuse him of sexual molestation in separate Grand Jury presentations.

Based in large part upon M[redacted] T[redacted]'s testimony, Samuel Kelner was indicted in the Spring of 2011.

A few weeks ago, one of Kelner's defense attorneys called the assigned assistants, Nick Batsidis and Joe Alexis, and informed them that the defense was aware of a tape recording in which Torenheim is purported to say that Leibovits did in fact molest him.

On June 26, 2013, Batsidis and Alexis interviewed T[redacted] in a KCDA conference room in order to further assess T[redacted] as a witness, and to discuss whether or not Torenheim ever told others that his initial sexual molestation accusations against Baruch Leibovits were in fact true. Mr. T[redacted] was accompanied by his attorney, Mr. John, Lonuzzi.

Below is a summary of the June 26 interview.

T[redacted] reaffirmed that Kelner paid him to falsely accuse Baruch Leibovits of sexual molestation. He added that Kelner took him to see Detective Steven Litwin in order to formally lodge this complaint against Leibovits. T[redacted] explained that as he and Kelner went to see Steve Litwin he anticipated that Steve Litwin would give T[redacted] a badge and a gun and allow T[redacted] to aid Litwin in his police work.

T[redacted] further said that he told Litwin that a man named Kraus was his true molester[redacted].

T[redacted] used drugs and alcohol very heavily during the relevant time period.

T[redacted] acknowledged telling other people on several occasions that Baruch Leibovits molested him.

T[redacted] initially denied Knowing Zalman Ashkenazi. After continued questioning, he admitted knowing Zalman Ashkenazi, stated that Zalman Ashkenazi is his brother's Rabbi, and added that Zalman Ashkenazi is paying for his airfare to and from Israel, his apartment and school fees in Israel, and his attorney's fees.

T[redacted] stated that he wasn't sure who molested him and stated that Baruch Leibovits could have molested him, but that he wasn't sure.

On July 1, 2013, Mr. T[redacted] and Mr. Lonuzzi returned to the KCDA for further questioning.

Michael Vecchione, Nick Batsidis and Joe Alexis conducted the questioning.

During the July 1 interview, T[redacted] reaffirmed that Samuel Kelner gave him money to falsely testify against Baruch Leibovits.

T[redacted] initially stated that he flew to Israel because his family had arranged a possible marriage for him. He stated that his uncle paid for this flight. Upon arriving in Israel, Rabbi Menachem Landsman and Rabbi Fischer gave him money, paid his rent and paid his school fees.

After further questioning, T[redacted] stated that he really went to Israel because he was accused of child molestation. His family arranged for him to flee to Israel until the accusations in America cooled down. Mr. T[redacted] stated that the charges against him are false [redacted]

After initially stating that he barely knows Zalman Ashkenazi, T[redacted] stated that he has known Zalman Askenazi since he was a child, and that he knows the entire Askenazi family, including Zalman's father who is a Rabbi, and Zalman's brother, Beryl.

[redacted]

T[redacted] acknowledged that Zalman Ashkenazi has paid for several of his flights between the United States and Israel, and that he needs Zalman Ashkenazi's permission to return to the U.S. when he's in Israel.

M[redacted]'s brother, Simcha Torenheim, makes M[redacted]s travel arrangements, but Zalman Ashkenazi supplies the money.

T[redacted] added that Kelner promised to make T[redacted]'s wedding in exchange for falsely accusing Baruch Leibovits. When pressed for specific dates and times T[redacted] stated that he could not clearly remember because of his heavy drug and alcohol use.

T[redacted] stated that his relationship with Kelner cooled because Kelner didn't pay T[redacted] as he promised to do.

T[redacted] stated that he has never at any time seen Baruch Leibovits.

6/26/13

[redacted]

1st - Kraus w/ molester.

Kraus molested MT in a car & then in a park.

[redacted]

MT denies ever picking BL out of photo array.

SL showed MT photo array out of SK's presence

[redacted]

Went to talk to Litwin to get a badge.

Loved the action.

Kelner gave MT $ & said I have a job for you.

MT used $ for drugs & women.

MT used to be a charity collector. Family didn't have $! Asked for $ at weddings.

Kelner pushed MT to smoke drugs.

Drugs - weed

Drugs when he was 17 or 18

met [redacted]. [redacted] used a lot of drugs.

Kellner + MT connected in Synagogue

[redacted]

Yeilel Wolf & Kraus ~~forced~~ tried to have MT testify vs. Leibowitz too. Could be a different Leibowitz

Kraus broke up electronics

Wolf & Kraus gave MT $.

Knows Askenezi

Told others Leibowitz really molested him.

MT wanted a badge & a gun

Askenezi paying for everything.
flights
school
apartment
lawyer

Kellner bought drugs & women for Torrenheim

MT - BL could've molested me. Can't really say.

7/1/13

Kellner gave MT $ to testify against BL.

MT got a call from brother. You have a ticket to go to Israel.

Rabbi in Israel pays for his apartment

Menachem Landsman, is Rabbi.

Lives in Jerusalem.

Rabbi Fischer also takes care of MT.

Simcha Torenheim is MT's brother

His uncle paid, Ashkenazi paid.

Ashkenazi paid. His uncle paid, for 1st trip

Zalman told MT he doesn't know the Leibowitz'

MT has never seen BL.

Has to get permission from Ashkenazi to come back to U.S.

Landsman paid for apt.

Went to Israel b/c accused of child molesting.

Kellner offered MT a wedding to come fwd.

$ for drugs girls + alcohol.

MT cooled to Kellner b/c Kellner didn't pay as promised.

Simcha [redacted]

CHASE

## Personal Signature Card

ACCOUNT TITLE
ZALMEN ASHKENAZI

| | |
|---|---|
| ACCOUNT NUMBER | 858483951 |
| TAX RESPONSIBLE ID # | 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 |
| ACCOUNT TYPE | Chase Premier Checking |
| DATE OPENED | 11/29/2009<br>New Account |
| ISSUED BY | McDonald Ave<br>247<br>ARIEL S SHALTIEL<br>614-248-5800<br>11/29/2009 |

PERSONAL ADDRESS 1555 47TH ST

BROOKLYN, NY 11219

TYPE OF OWNERSHIP Individual

| | TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | [redacted] * | [redacted] | Driver's License | [redacted] | NY | 10/25/2004 | 12/10/2012 | US Passport | [redacted] | USA | 08/19/2009 | 08/18/2019 |
| 2) | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | |

(*Tax Responsibility Indicator)

CUSTOMER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).**

**If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.**
***The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.***

| | NAME | DATE | SIGNATURE | | NAME | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|
| 1) | ZALMEN ASHKENAZI | 11/29/09 | [signature] | 5) | | | |
| 2) | | | | 6) | | | |
| 3) | | | | 7) | | | |
| 4) | | | | 8) | | | |

Rev 2/09

Scan

## Customer Summary

**Customer:** ZALMEN ASHKENAZI
Business Owner
Individual

**Address**
[redacted]

**Best # to Call**
[redacted]2 (Home)
More Phones

**LOB Indicator**
Retail Group

**Segment**
Business Opportunity

**Homeowner**
Unknown

**IFS**
No

**SSN/EIN**
[redacted]

**Employer**
tandem transit llc

**Cost Center**
000042

**Date of Birth**
[redacted]

**Assigned Banker & Branch**
No Assigned Banker
McDonald Ave

**ECI**
0327036728

### Comments

| Valid From | Valid Until | Type | Comment Text |
|---|---|---|---|
| 09/10/2011 | 09/10/2016 | Profile | ACCT HST PURGED 2011, 010, 0000000009111086 2765. |
| 05/14/2011 | 05/14/2016 | Profile | ACCT HST PURGED 2011, 010, 00000000441010319501. |

**Additional Comments: Alert: N General: N Profile: N Other: N**

### Accounts

| Account # | Type | | Status | Relationship | Current Balance | Bank |
|---|---|---|---|---|---|---|
| XXXXX3951 | Premier Checking | Go To | Open | Sole Owner | $926.07 | NY/NJ/CT |
| XXXXXXXXXXXX4593 | ATM/Debit Card | | Active | Sole Owner | Not Applicable | NY/NJ/CT |
| XXXXXXXXXXXX1713 | Chase Freedom Exclusives 10&10 Credit Card | Go To | Open | Primary | $3,296.95 | NY/NJ/CT |

### Closed Accounts

Show closed accounts?
Yes No

| Account # | Type | Status | Relationship | Current Balance | Bank |
|---|---|---|---|---|---|
| XXXXXXXXXXXX7777 | ATM/Debit Card | Closed | Sole Owner | Not Applicable | NY/NJ/CT |

Back

NY 858483951 1/1/11
NY 2942113321 1/1/11

INVENTORY LISTING

CHASE FILE NO.: SB416483-F1

**Customer Name: VOICE NETWORK SERVICES INC**
Account No.: **247501756065**
Request Type: Checking -Checks and Withdrawals
Date Range: 1/1/2011 - 9/28/2012
Comment:

Customer Name: VOICE NETWORK SERVICES INC
Account No.: 247501756065
Request Type: Checking -Deposit Slips and Offsets
Date Range: 1/1/2011 - 9/28/2012
Comment:

Customer Name: VOICE NETWORK SERVICES INC
Account No.: 247501756065
Request Type: Checking -Statements
Date Range: 1/1/2011 - 9/28/2012
Comment:

Customer Name: VOICE NETWORK SERVICES INC
Account No.: 247501756065
Request Type: Checking -Signature Card
Date Range: -
Comment:

CHASE
JPMorgan Chase Bank, NA

# BUSINESS SIGNATURE CARD

BRANCH COPY

| | | |
|---|---|---|
| Account Title ("Depositor") | VOICE NETWORK SERVICES INC<br>1274 49TH STREET STE 315<br>BROOKLYN NY 11219 | Date of Change 06/21/2006<br>Maintained By D ELIASSAINT<br>Reason<br>Name and/or Address Change |
| Account # | 2475017560-65 | |
| SS/TIN # | 20-0205765 | |

This Account is Not Transferable

| POWER OF ATTORNEY? | Yes | | NO | |
|---|---|---|---|---|

The Depositor certifies that it has reviewed the information contained in this Signature Card and the Business Account Application and finds it accurate on this date. The Depositor has received and agrees to the Terms and Conditions for Business Accounts and the Business Banking Card Agreement currently in effect and as may be amended for the type of account and services it has selected. The Depositor certifies that the (No.) _______ signature(s) presented below, including reverse side, is/are the signature(s) of the person(s) authorized to sign and/or act with respect to account transactions.

LINE OUT UNUSED SIGNATURE BOXES

| PRINT NAME | TITLE | SIGNATURE |
|---|---|---|
| ZALMEN ASHKENAZI | PRES | X [signature] |
| | | X |
| | | X |
| | | X |

Date: Complete additional cards if there are more than 4 signers (excluding POA) on account

## W9 Certification

By signing below, I certify under penalties of perjury that: (1) The number shown on this form is Depositor's correct taxpayer identification number; and (2) Depositor is not subject to backup withholding because (a) Depositor is exempt from withholding [Depositor must check the appropriate box below]; (b) Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified Depositor that Depositor is no longer subject to backup withholding, and, (3) Depositor is a U.S. person (including a U.S. resident alien).

[ ] Check here if Depositor is exempt from backup withholding.
[ ] Check here if Depositor is subject to backup withholding for failure to report interest or dividends.
[ ] Check here if Depositor is not a U.S person (or a U.S. resident alien), and complete the appropriate Form W-8

| Signature | X [signature] | Date: | 6/21/06 |
|---|---|---|---|

**BUSINESS ENTITY CERTIFICATION**

The undersigned secretary (if a corporation or association) or partner (if a partnership), or owner (if a sole proprietorship) or member manager or secretary (if an LLC) hereby certifies that the above signatures are the signatures of persons authorized to sign and/or act on behalf of the Business Entity with respect to account transactions.

| Secretary/Authorized Representative | X [signature] | Date: | 6/21/06 |
|---|---|---|---|

☐ Check here if there are additional signers on reverse side of BRANCH COPY

Retain card in branch for one year after account closes. Then send to Pawling for additional retention of five years.

**BRANCH COPY - DO NOT SEND TO CHECK REVIEW**

**BUSINESS** VOICE NETWORK SERVICES INC
Address 1274 49TH STREET 377
BROOKLYN NY 11219

TIN 20-0205765
EST 09/08/2003
TEL (718)265 6922

**SIGNER #1** ZALMEN ASHKENAZI
Address [redacted]

ID-1 DL ID# [redacted] ST NY ISS 10/25/2004 EXP 12/10/2012
ID-2 CC ID# [redacted] MC EXP 03/30/2007
ChexSystems N/A
TU Existing CDE.

SSN [redacted]
DOB [redacted]
TEL [redacted]
TITLE PRES
PERCENT 100

**SIGNER #2:**
Address:

SSN
DOB
TEL
TITLE
PERCENT

**SIGNER #3:**
Address:

SSN
DOB
TEL
TITLE
PERCENT

**SIGNER #4**
Address:

SSN
DOB
TEL
TITLE
PERCENT

| Power of Attorney | Name | POA SIGNATURE X |
|---|---|---|
| ADDRESS (Street and #) | | |
| City | State Zip | POA Recvd ___/___/___ |

**Check Imaging or No Checks With Statement:** The Depositor authorizes you not to return paid checks with its account statements. If the Depositor selected the Check Imaging option, the Depositor agrees to receive images (front only) of its paid checks. The Depositor agrees that the account statement will contain information about each check paid including check number dollar amount and date paid, thereby enabling a proper reconciliation of the account. Upon request, photocopies of checks will be provided. You will not retain original checks.

| Name | Title | X |
|---|---|---|

**BUSINESS ENTITY CERTIFICATION**

The undersigned secretary (if a corporation or association) or partner (if a partnership), or owner (if a sole proprietorship) or member manager or secretary (if an LLC) hereby certifies that the above signatures are the signatures of persons authorized to sign and/or act on behalf of the Business Entity with respect to account transactions.

Secretary/Authorized Representative ① Date: 6/21/06

Verified by: Print Name Initials Dept. No./Br. No

Retain card in branch for one year after account closes. Then send to Pawling for additional retention of five years.

**BRANCH COPY - DO NOT SEND TO CHECK REVIEW**

Record # 66VMKJ

Page 1

66VMKJ.tx

```
TLVLY0980/2189WV/SU                                   02SEP12/1047Z
RPP/RLC-66VMKJ
--- TST RLR TC-BIZ RLP DCS ---
RP/NYC1S218J/NYC1S218J               AA/SU    21APR1'/0120Z   66VMKJ
  1.TORENHEIM/MICHAEL YAKOB
  2  LY 002 V 18APR12 3 JFKTLV HK1 B      FLWN
  3  LYOPEN V TLVNYC                 FLWN
  4 AP NYC 718 436 3500 - EXPRESS WORLD TOURS - A
  5 AP 347-581-9121 CL
  6 TK OK18APR12/NYC1S218J
  7 SSR SKML LY HK1/S2
  8 SSR DOCS LY HK1/S2
  9 SSR DOCS LY HK1
 10 SSR DOCS LY HK1/S2
 11 *SSR FQTV LY HK//LY10063584/TL
 12 SK FDOJ LY HK1 24NOV2011
 13 AI ANJUDY
 14 RM SM3479121@GMAIL.COM
 15 RM *AN3475819121
 16 RIA -1793.00-FPAID W/ CC
 17 RII $1793
 18 FA PAX 114-7036665151/ETLY/USD1793.00/18APR12/NYC1S218J/3380
       7056/S2-3
 19 FB PAX 1800128040 TTP/INV/RT OK ETICKET/S2-3
 20 FE PAX FARE RESTRICTIONS APPLY -BG:LY/S2-3
 21 FI PAX 1800128040 INV 0000078120/S2-3
 22 FM *M*75.00A
 23 FP PAX CCCA5580890121150040/0518/A071611/S2-3
 24 FT *GRPBY2012MR
 25 FV PAX LY/S2-3
 26 AB SIMCHA TORENHEIM,1460 60 STREET,BROOKLYN NY 11219
**** RH **** History
     000 ON/TORENHEIM/ZACHARY
     000 OS/LY 002 V 18APR 3 JFKTLV LK1 1900 122!+1/NN *1A/E*
     000 OR/SSR SKMLLYHK1/LY 002 V 18APR JFKTLV
     000 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
         R/1334Z
     001 AR/AI ANJUDY
     001 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
         R/1334Z
     002 QU/QE19
     002 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18APR/1
         334Z
 000/003 CN/TORENHEIM/ZACHARY
 000/003 AN/TORENHEIM/MICHAEL YAKOB
 000/003 SX/SSR SKMLLYHK1/LY 002 V 18APR JFKTLV/TORENHEIM/ZACHARY
     003 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
         R/1349Z
     004 AS/LYOPEN V              TLVNYC
     004 AR/RII $1793
     004 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
         R/1350Z
     005 AR/RM EML-ITI-SENT TO SM3479121@GMAIL.COM AT 18APR12 13:
         50 GMT
     005 RF-DDIP PROC 18APR/1350Z CR- 18APR/1350Z
 003/006 CN/TORENHEIM/MICHAEL YAKOB
 003/006 AN/TORENHEIM/JEREMY
     006 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
         R/1350Z
     007 SA/SSR SKMLLYHK1/LY 002 V 18APR JFKTLV
     007 RF-YSE CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18A
         PR/1350Z
```

66VMKJ.txt

```
    008 AS/LY 008 V 18APR 3 JFKTLV PE1 2350 173!+1 NN *1A/E*
    008 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 18AP
        R/1350Z
    009 QU/QE19
    009 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18APR/1
        351Z
    010 QU/QE19
    010 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18APR/1
        359Z
    011 QU/QE/LP/*C(Y)/LY008/18APR-Q25C13
    011 RF-PNR.PAXLIST CR-NYCLY0100 - 33993956 SU 0000JM 18APR/1
        420Z
008/012 XS/LY 008 V 18APR 3 JFKTLV HL1 2350 173!+1 NN *1A/E*
    012 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1510Z
006/013 CN/TORENHEIM/JEREMY
006/013 AN/TORENHEIM/MICHAEL YAKOB
    013 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1510Z
    014 AF/FP CCCAXXXXXXXXXXXX0040/0518
    014 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1511Z
    015 SA/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
        LY 002 V 18APR JFKTLV/TORENHEIM/MICHAEL YAKOB
    015 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
    015 AK/SK FDOJ LY HK1 24NOV2011/TORENHEIM/MICHAEL YAKOB
    015 RF-/*BIZ* YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC91
        9D 18APR/1512Z
    016 AP/AP 347-581-9121 CL
    016 AR/RM SM3479121@GMAIL.COM
    016 AR/RM* AN3475819121
    016 AB/AB SIMCHA TORENHEIM,1460 60 STREET,BROOKLYN NY 11219
    016 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1513Z
    017 AF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 002 V 18APR JFKT
        LV/LYOPEN V          TLVNYC/TORENHEIM/MICHAEL YAKOB
    017 AF/FM *M*75.00A
    017 AF/FT *GRPBY2012MR
    017 AF/FV LY/LY 002 V 18APR JFKTLV/LYOPEN V          TLVNYC/T
        ORENHEIM/MICHAEL YAKOB
    017 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1515Z
    018 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1516Z
    019 AR/RIA -1793.00-FPAID W/ CC
    019 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1516Z
014/020 CF/FP CCCAXXXXXXXXXXXX0040/0518
014/020 AF/FP CCCAXXXXXXXXXXXX0040/0518/A071611/LY 002 V 18APR J
        FKTLV/LYOPEN V          TLVNYC/TORENHEIM/MICHAEL YAKOB
    020 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1516Z
000/021 CT/TKOK 18APR/NYC1S218J
000/021 AT/TKOK 18APR/NYC1S218J//ETLY
    021 AF/FA 114-7036665151/ETLY/USD1793.00/18APR12/NYC1S218J/3
        3807056/LY 002 V 18APR JFKTLV/LYOPEN V          TLVNYC/TO
        RENHEIM/MICHAEL YAKOB
    021 AF/FB 1800128040 TTP/INV/RT OK ETICKET/LY 002 V 18APR JF
        KTLV/LYOPEN V          TLVNYC/TORENHEIM/MICHAEL YAKOB
    021 AF/FI 1800128040 INV 0000078120/LY 002 V 18APR JFKTLV/LY
        OPEN V          TLVNYC/TORENHEIM/MICHAEL YAKOB
    021 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 18AP
        R/1516Z
```

3

66VMKJ.txt

```
    022 RF-/DCS-SYNCUS CR-LON1A0955 - 00000000 SU 0001AA/RO-9CBA
        B9F1-NCE1A0955 - 12345675 18APR/1516Z
    023 AR/RM EML-ITI-SENT TO SM3479121@GMAIL.COM AT 18APR12 15:
        17 GMT
    023 RF-DDIP PROC 18APR/1517Z CR- 18APR/1517Z
    024 QU/QN/25C13
    024 RF-CR-NYCLY0100 - 33993956 SU 3438LI/DS-5874B8B 18APR/1
        526Z
    025 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV57/M/06JUL19/T
        ORENHEIM/MICHAEL YAKOB//TORENHEIM/MICHAEL YAKOB
    025 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV57/M/06JUL19/T
        ORENHEIM/MICHAEL YAKOB//LY 002 V 18APR JFKTLV/TORENHEIM/
        MICHAEL YAKOB
    025 RF-/DCS-IREQ CR-JFKLY0077 - 33993702 GS 0141CN 18APR/210
        1Z
    026 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0141CN/RO-9CBA
        B9E8-FDFSS00CK - 00000000 18APR/2102Z
    027 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0141CN/RO-9CBC
        CB16-NCE1A0955 - 12345675 18APR/2102Z
    028 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0141CN/RO-9CBC
        CAF5-NCE1A0955 - 12345675 18APR/2103Z
    029 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0128MJ/RO-9CBA
        B908-PERQF0002 - 02391454 18APR/2227Z
    030 QU/QN/19C0
    030 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67C919D 19APR/1
        840Z
015/031 SX/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
    031 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
    031 RF-CSXAPU CR-NCE1A0LY0 - 00000000 SU 0001AA 21APR/0120Z

**** TST ****
TST00001     NYC1S218J JG/18APR M F LD 18APR12 OD NYCNYC SI
T-
FXP/R,U
    1.TORENHEIM/MICHAEL YAKOB
 1    JFK LY  002 V 18APR 1900  OK   VNYCZS3         18APR18APR 1PC
 2 O NYC LY OPEN V OPEN V            VNYCZS3         02MAY      1PC
      NYC

FARE   F USD     1694.00
TX001 X USD       5.50YCAE TX002 X USD     16.70USAP TX003 X USD     16.70USAS
TX004 X USD       5.00XACO TX005 X USD      7.00XYCR TX006 X USD      2.50AYSE
TX007 X USD      25.10ILEB TX008 X USD     16.00APSE TX009 X USD      4.50XF
TOTAL   USD      1793.00
GRAND TOTAL   USD    1793.00
NYC LY TLV Q295.00 552.00VNYCZS3 LY NYC Q295.00 552.00VNYCZS3 NUC1694.00END ROE1
.000000 XF JFK4.5

**** TTH ****
** CURRENT HISTORY

CT    I/M
CC    NYC LY TLV Q295.00 514.50VNYCZS3 LY NYC Q295.00 514.50VNYCZ%      S3
NUC1619.00END ROE1.000000 XF JFK4.5
CF/F USD1619.00/E    0 /XUSD5.50YCAE/XUSD16.70USAP/XUSD16.70USAS/%
XUSD5.00XACO/XUSD7.00XYCR/XUSD2.50AYSE/XUSD25.10ILEB/
    XUSD16.00APSE/XUSD4.50XF/TUSD1718.00
018 RF-YS   CR-NYC1S218J GS 1005JG 18APR/1516Z
```

Record # 7YAOYH Page1

SI09021347.txt

TLVLY0980/2189WV/SU 02SEP12/1047Z
RPP/RLC-7YAOYH
--- TST RLR TC-BIZ RLP DCS ---
RP/NYC1S218J/NYC1S218J AA/SU 30MAR12/1835Z 7YAOYH
1.TORENHEIM/MICHAEL YAKOB
2 LY 002 O 24NOV11 4 JFKTLV HK1 B FLWN
3 LY 007 N 29MAR12 4 TLVJFK HK1 B FLWN
4 MCO XD ARC 29MAR12/USD100.00/*LY SURCHARGE
1 FA 890-0561886433/PTXD/USD100.00/19MAR12/NYC1S218J/33807056
2 FB 1900126853 TTM/RT OK PROCESSED
3 FM *C*96.50A
4 FP CCVI4124510124997777/1115/A080913
5 XSB LY TLV 29MAR12/USD70.00/*EXCESS BAGGAGE/TLVJFK/1/LY
6 AP NYC 718 436 3500 - EXPRESS WORLD TOURS - A
7 APE NYC4461@YAHOO.COM
8 TK OK24NOV11/NYC1S218J
9 TK PAX OK19MAR12/NYC1S218J/S3
10 SSR RQST LY HK1 JFKTLV /26KN,P1/S2
11 SSR RQST LY HK1 TLVJFK /30AN,P1/S3
12 SSR OTHS 1A
13 SSR SKML LY HK1/S3
14 SSR DOCS LY HK1/S3
15 SSR DOCS LY HK1
16 SSR DOCS LY HK1/S3
17 SSR OTHS 1A
18 *SSR FQTV LY HK//LY10063584/TL
19 SK FDOJ LY HK1 24NOV2011
20 AI ANJUDY
21 RC RESTRICTED
22 RM NYC4461@YAHOO.COM
23 RM $470
24 RM *AN3475819121
25 RX ADVD PAX CHECK FLGHT SCHEDULE 24H BEF DEP ON WWW.ELAL.COM 27FEB
26 RIA -1019.95-FORIGINAL TICKET AMOUNT
27 RIA 170.00-FCHANGE FEE
28 RIA 100.00-FSERVICE FEE
29 RIZ VMCO4522009079/EL-AL SERVICE/USD140.00/29MAR12
30 FA PAX 114-8711368781/ETLY/USD1019.95/24NOV11/NYC1S218J/33807056/S2
31 FA PAX 114-7036027078/ETLY/USD1219.95/19MAR12/NYC1S218J/33807056/S3
32 FB PAX 2400122099 TTP/INV/RT OK ETICKET/S2
33 FB PAX 1900126848 TTP/EXCH/INV/RT OK ETICKET/S3
34 FE PAX FARE RESTRICTIONS APPLY -BG:LY/S3
35 FI PAX 2400122099 INV 0000076317/S2
36 FI PAX 1900126848 INV 0000077736/S3
37 FM *M*8
38 FO 114-8711368781NYC24NOV11/33807056/114-87113687813E2*B922.00/X97.95/C170.00
39 FP CCVI4124510124997777/1115
40 FT *ONYSP71505
41 FV PAX LY/S3
42 AB SIMCHA TORENHEIM,1460 60 STREET,BROOKLYN NY 11219

**** RH **** History *
000 ON/TORENHEIM/MICHAEL
000 OS/LY 002 O 24NOV 4 JFKTLV LK1 1800 1125+1/NN *1A/E*
000 OS/LY 027 O 05DEC 1 TLVEWR LK1 0040 0605/NN *1A/E*
000 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 24NOV/1903Z
001 AR/AI ANJUDY

2

SI09021347.txt

```
    001 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1903Z
    002 SA/SSR SKMLLYNO1 SSR NOT CREATED - LATE MEAL REQUEST/LY
        002 O 24NOV JFKTLV
    002 SA/SSR SKMLLYHK1/LY 027 O 05DEC TLVEWR
    002 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1903Z
    003 QA/QE1C27D1
    003 RF-SYSTEM PLACED CR-NYC1S218J - 33807056 GS 1005JG 24NOV
        /1903Z
    004 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1908Z
    005 AF/FM *M*8
    005 AF/FT *ONYSP71505
    005 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1909Z
    006 AR/RM* AN3475819121
    006 AB/AB SIMCHA TORENHEIM,1460 60 STREET,BROOKLYN NY 11219
    006 RF-/*BIZ* YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC91
        9D 24NOV/1910Z
    007 SA/SSR RQST LY LK1 JFKTLV/26KN/LY 002 O 24NOV JFKTLV
    007 SA/SSR RQST LY LK1 TLVEWR/50KN/LY 027 O 05DEC TLVEWR
    007 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1912Z
000/008 CN/TORENHEIM/MICHAEL
000/008 AN/TORENHEIM/MICHAEL YAKOB
002/008 SX/SSR SKMLLYNO1 SSR NOT CREATED - LATE MEAL REQUEST/LY
        002 O 24NOV JFKTLV/TORENHEIM/MICHAEL
002/008 SX/SSR SKMLLYHK1/LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL
    008 SA/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
        TORENHEIM/MICHAEL YAKOB
    008 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1913Z
    009 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1914Z
    010 AR/RIA -1019.95-FPAID W/ CC
    010 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1918Z
    011 AF/FP CCAXXXXXXXXXXXX1004/1013
    011 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1932Z
    012 AF/FE FARE RESTRICTIONS APPLY/LY 002 O 24NOV JFKTLV/LY 0
        27 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
    012 AF/FV LY/LY 002 O 24NOV JFKTLV/LY 027 O 05DEC TLVEWR/TOR
        ENHEIM/MICHAEL YAKOB
    012 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1933Z
011/013 CF/FP CCAXXXXXXXXXXXX1004/1013
011/013 AF/FP CCAXXXXXXXXXXXX1004/1013/A185319/LY 002 O 24NOV JF
        KTLV/LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
    013 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1933Z
000/014 CT/TKOK 24NOV/NYC1S218J
000/014 AT/TKOK 24NOV/NYC1S218J//ETLY
    014 AF/FA 114-8711368781/ETLY/USD1019.95/24NOV11/NYC1S218J/3
        3807056/LY 002 O 24NOV JFKTLV/LY 027 O 05DEC TLVEWR/TORE
        NHEIM/MICHAEL YAKOB
    014 AF/FB 2400122099 TTP/INV/RT OK ETICKET/LY 002 O 24NOV JF
        KTLV/LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
    014 AF/FI 2400122099 INV 0000076317/LY 002 O 24NOV JFKTLV/LY
         027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
    014 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
        V/1933Z
```

3

SI09021347.txt

```
015 RF-/DCS-SYNCUS CR-LON1A0955 - 00000000 SU 0001AA/RO-9CBC
    CB00-NCE1A0955 - 12345675 24NOV/1933Z
016 AR/RM EML-ITI-SENT TO SM3479121@GMAIL.COM AT 24NOV11 19:
    37 GMT
016 RF-DDIP PROC 24NOV/1937Z CR- 24NOV/1937Z
017 SA/SSR SKMLLYNO1 SSR NOT CREATED - LATE MEAL REQUEST/LY
    002 O 24NOV JFKTLV
017 SA/SSR SKMLLYHK1/LY 027 O 05DEC TLVEWR
017 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 24NO
    V/1937Z
018 OA/OSI LYPAX FQTV NUMBER IS 100635846
018 RF-EP CR-NYCLY0100 - 33993956 SU 3501EP/DS-58974B75 24NO
    V/2008Z
019 SA/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
    LY 002 O 24NOV JFKTLV/TORENHEIM/MICHAEL YAKOB
019 SA/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
    LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
019 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
019 AK/SK FDOJ LY HK1 24NOV2011/TORENHEIM/MICHAEL YAKOB
019 RF-EP CR-NYCLY0100 - 33993956 SU 3501EP/DS-58974B75 24NO
    V/2008Z
020 SA/SSR OTHS1A ATTN AGT PAX FQTV NUMBER IN PNR NOW
020 RF-EP CR-NYCLY0100 - 33993956 SU 3501EP/DS-58974B75 24NO
    V/2009Z
021 RF-LS CR-NYC1S218J - 33807056 GS 0529LS/DS-67EC919A 24NO
    V/2018Z
022 RF-LS CR-NYC1S218J - 33807056 GS 0529LS/DS-67EC919A 24NO
    V/2018Z
023 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV87/M/06JUL19/T
    ORENHEIM/MICHAEL YAKOB//TORENHEIM/MICHAEL YAKOB
023 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV87/M/06JUL19/T
    ORENHEIM/MICHAEL YAKOB//LY 002 O 24NOV JFKTLV/TORENHEIM/
    MICHAEL YAKOB
023 RF-/DCS-IREQ CR-JFKLY0077 - 33993702 GS 0176PS 24NOV/211
    6Z
024 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0176PS/RO-9CBC
    CB12-NCE1A0955 - 12345675 24NOV/2116Z
025 RF-/DCS-SYNCUS CR-JFKLY0077 - 33993702 GS 0141CN/RO-9CBA
    BAA0-NCE1A0955 - 12345675 24NOV/2211Z
026 QU/QE19 QR1C27D1
026 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 25NOV/0
    044Z
019/027 SX/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
    027 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
    027 RF-CSXAPU CR-NCE1A0LY0 - 00000000 SU 0001AA 27NOV/2008Z
007/028 SX/SSR RQST LY HK1 TLVEWR/50KN/LY 027 O 05DEC TLVEWR
    028 SA/SSR RQST LY LK1 TLVEWR/47AN/LY 027 O 05DEC TLVEWR
    028 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 02DE
    C/1542Z
000/029 XS/LY 027 O 05DEC 1 TLVEWR HK1 0040 0605/NN *1A/E*
    029 AS/LY 007 O 12MAR 1 TLVJFK LK1 1015 1645/NN *1A/E*
014/029 CF/FA 114-8711368781/ETLY/USD1019.95/24NOV11/NYC1S218J/3
    3807056/LY 002 O 24NOV JFKTLV/LY 027 O 05DEC TLVEWR/TORE
    NHEIM/MICHAEL YAKOB
014/029 AF/FA 114-8711368781/ETLY/USD1019.95/24NOV11/NYC1S218J/3
    3807056/LY 002 O 24NOV JFKTLV/TORENHEIM/MICHAEL YAKOB
014/029 CF/FB 2400122099 TTP/INV/RT OK ETICKET/LY 002 O 24NOV JF
    KTLV/LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
014/029 AF/FB 2400122099 TTP/INV/RT OK ETICKET/LY 002 O 24NOV JF
    KTLV/TORENHEIM/MICHAEL YAKOB
012/029 CF/FE FARE RESTRICTIONS APPLY/LY 002 O 24NOV JFKTLV/LY 0
    27 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
012/029 AF/FE FARE RESTRICTIONS APPLY/LY 002 O 24NOV JFKTLV/TORE
```

4



```
        NHEIM/MICHAEL YAKOB
014/029 CF/FI 2400122099 INV 0000076317/LY 002 O 24NOV JFKTLV/LY
         027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
014/029 AF/FI 2400122099 INV 0000076317/LY 002 O 24NOV JFKTLV/TO
        RENHEIM/MICHAEL YAKOB
013/029 CF/FP CCAXXXXXXXXXXXX1004/1013/A185319/LY 002 O 24NOV JF
        KTLV/LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
013/029 AF/FP CCAXXXXXXXXXXXX1004/1013/A185319/LY 002 O 24NOV JF
        KTLV/TORENHEIM/MICHAEL YAKOB
012/029 CF/FV LY/LY 002 O 24NOV JFKTLV/LY 027 O 05DEC TLVEWR/TOR
        ENHEIM/MICHAEL YAKOB
012/029 AF/FV LY/LY 002 O 24NOV JFKTLV/TORENHEIM/MICHAEL YAKOB
028/029 SX/SSR RQST LY HK1 TLVEWR/47AN/LY 027 O 05DEC TLVEWR
008/029 SX/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
        TORENHEIM/MICHAEL YAKOB
017/029 SX/SSR SKMLLYNO1 SSR NOT CREATED - LATE MEAL REQUEST/LY
        002 O 24NOV JFKTLV
017/029 SX/SSR SKMLLYHK1/LY 027 O 05DEC TLVEWR
019/029 SX/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
        LY 002 O 24NOV JFKTLV/TORENHEIM/MICHAEL YAKOB
019/029 SX/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
        LY 027 O 05DEC TLVEWR/TORENHEIM/MICHAEL YAKOB
023/029 SX/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV87/M/06JUL19/T
        ORENHEIM/MICHAEL YAKOB//TORENHEIM/MICHAEL YAKOB
023/029 SX/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV87/M/06JUL19/T
        ORENHEIM/MICHAEL YAKOB//LY 002 O 24NOV JFKTLV/TORENHEIM/
        MICHAEL YAKOB
027/029 SX/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
018/029 OX/OSI LYPAX FQTV NUMBER IS 100635846
    029 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 02DE
        C/1759Z
    030 QU/QN/19C0
    030 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 05DEC/1
        431Z
    031 SA/SSR SKMLLYHK1/LY 007 O 12MAR TLVJFK
    031 AR/RX ADVD PAX CHECK FLGHT SCHEDULE 24H BEF DEP ON WWW.E
        LAL.COM 27FEB
    031 RF-MICHAEL CR-TLVLY0100 - 37490224 GS 2211LB/DS-58979B60
         27FEB/1055Z
    032 AP/APE NYC4461@YAHOO.COM
    032 RF-MICHAEL CR-TLVLY0100 - 37490224 GS 2211LB/DS-58979B60
         27FEB/1057Z
    033 AR/RM EML-ITR-SENT TO NYC4461@YAHOO.COM AT 27FEB12 10:57
         GMT
    033 RF-DDIP PROC 27FEB/1057Z CR- 27FEB/1057Z
    034 AS/LY 011 G 29MAR 4 TLVJFK PE1 1500 2105/NN *1A/E*
    034 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 01MA
        R/1518Z
034/035 CS/LY 011 G 29MAR 4 TLVJFK KL1 1500 2105/HL *1A/E*
    035 RF-AUTO WAITLIST CLEARANCE PROCESS CR-    0000    01MAR/1
        518Z
    036 QA/QE/NYC1S218J/2C27D3
    036 RF-AUTO WAITLIST CLEARANCE PROCESS CR- 01MAR/1518Z
035/037 CS/LY 011 G 29MAR 4 TLVJFK HK1 1500 2105/KL *1A/E*
    037 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 01MA
        R/1519Z
037/038 XS/LY 011 G 29MAR 4 TLVJFK HK1 1500 2105/KK *1A/E*
029/038 XS/LY 007 O 12MAR 1 TLVJFK HK1 1015 1645/NN *1A/E*
    038 AS/LY 007 N 29MAR 4 TLVJFK LK1 0940 1520/NN *1A/E*
031/038 SX/SSR SKMLLYHK1/LY 007 O 12MAR TLVJFK
    038 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 01MA
        R/1520Z
    039 AR/RM NYC4461@YAHOO.COM
```

5

SI09021347.txt

```
039 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 01MA
    R/1520Z
040 SA/SSR RQST LY LK1 TLVJFK/30AN/LY 007 N 29MAR TLVJFK
040 SA/SSR SKMLLYHK1/LY 007 N 29MAR TLVJFK
040 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 01MA
    R/1521Z
041 QU/QE19 QR2C27D3
041 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 01MAR/1
    524Z
042 AR/RM $470
042 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 01MA
    R/1605Z
043 AR/RM EML-ITI-SENT TO NYC4461@YAHOO.COM AT 05MAR12 16:41
     GMT
043 RF-DDIP PROC 05MAR/1641Z CR- 05MAR/1641Z
013/044 XF/FP CCAXXXXXXXXXXXX1004/1013/A185319/LY 002 O 24NOV JF
    KTLV/TORENHEIM/MICHAEL YAKOB
044 AF/FP CCVIXXXXXXXXXXXX7777/1115
044 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 15MA
    R/1546Z
045 SA/SSR DOCSLYHK1 ////06NOV87/M//TORENHEIM/MICHAEL YAKOB/
    LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
045 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
045 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 15MA
    R/1548Z
044/046 XF/FP CCVIXXXXXXXXXXXX7777/1115
046 AF/FP O/CCVIXXXXXXXXXXXX7777/CCVIXXXXXXXXXXXX7777/1115
046 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 15MA
    R/1655Z
047 AF/FO 114-8711368781NYC24NOV11/33807056/114-87113687813E
    2*B922.00/X97.95/C170.00
047 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 15MA
    R/1717Z
048 AF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 007 N 29MAR TLVJ
    FK/TORENHEIM/MICHAEL YAKOB
048 AF/FV LY/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
048 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 19MA
    R/1700Z
049 AS/LY 002 N 19MAR 1 JFKTLV GK1 1900 1135+1/GK LY
012/049 XF/FE FARE RESTRICTIONS APPLY/LY 002 O 24NOV JFKTLV/TORE
    NHEIM/MICHAEL YAKOB
048/049 XF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 007 N 29MAR TLVJ
    FK/TORENHEIM/MICHAEL YAKOB
012/049 XF/FV LY/LY 002 O 24NOV JFKTLV/TORENHEIM/MICHAEL YAKOB
048/049 XF/FV LY/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
049 AF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 002 N 19MAR JFKT
    LV/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
049 AF/FV LY/LY 002 N 19MAR JFKTLV/LY 007 N 29MAR TLVJFK/TOR
    ENHEIM/MICHAEL YAKOB
049 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
    R/1701Z
049/050 XS/LY 002 N 19MAR 1 JFKTLV GK1 1900 1135+1/GK LY
049/050 CF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 002 N 19MAR JFKT
    LV/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
049/050 AF/FE FARE RESTRICTIONS APPLY -BG:LY/LY 007 N 29MAR TLVJ
    FK/TORENHEIM/MICHAEL YAKOB
049/050 CF/FV LY/LY 002 N 19MAR JFKTLV/LY 007 N 29MAR TLVJFK/TOR
    ENHEIM/MICHAEL YAKOB
049/050 AF/FV LY/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
050 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
    R/1701Z
051 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
    R/1701Z
```

6

ST09021347.txt

052 AR/RIA -1019.95-FORIGINAL TICKET AMOUNT
052 AR/RIA 170.00-FCHANGE FEE
052 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1702Z
053 AR/RIA 100.00-FSERVICE FEE
053 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1703Z
010/054 XR/RIA -1019.95-FPAID W/ CC
054 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1703Z
046/055 XF/FP O/CCVIXXXXXXXXXXXX7777/CCVIXXXXXXXXXXXX7777/1115
055 AF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115
055 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 19MA
R/1705Z
055/056 CF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115
055/056 AF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115
056 AF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115/A0?0513/LY 007 N
29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
056 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 19MA
R/1705Z
057 AT/TKOK 19MAR/NYC1S218J//ETLY/LY 007 N 29MAR TLVJFK/TORE
NHEIM/MICHAEL YAKOB
057 AF/FB 1900126848 TTP/EXCH/INV/RT OK ETICKET/LY 007 N 29M
AR TLVJFK/TORENHEIM/MICHAEL YAKOB
057 AF/FN 7906079275390006/LY 007 N 29MAR TLVJFK/TORENHEIM/MI
CHAEL YAKOB
057 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 19MA
R/1705Z
057/058 XF/FN 7906079275390006/LY 007 N 29MAR TLVJFK/TORENHEIM/MI
CHAEL YAKOB
058 AF/FA 114-7036027078/ETLY/USD1219.95/19MAR12/NYC1S218J/3
3807056/LY 007 N 29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
058 AF/FI 1900126848 INV 0000077736/LY 007 N 29MAR TLVJFK/TO
RENHEIM/MICHAEL YAKOB
058 RF-OC CR-OC 19MAR/1705Z
059 MA/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/TORENHEIM/MI
CHAEL YAKOB
059 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1708Z
055/060 XF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115
056/060 XF/FP O/CCVI+/CCVIXXXXXXXXXXXX7777/1115/A0?0513/LY 007 N
29MAR TLVJFK/TORENHEIM/MICHAEL YAKOB
060 AF/FP CCVIXXXXXXXXXXXX7777/1115
060 RF-YS CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1709Z
059/061 MC/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/TORENHEIM/MI
CHAEL YAKOB
059/061 MA/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FM-*C*96.50A
/FP-CCVIXXXXXXXXXXXX7777/1115/TORENHEIM/MICHAEL YAKOB
061 RF- CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MAR
/1709Z
059/062 MC/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FM-*C*96.50A
/FP-CCVIXXXXXXXXXXXX7777/1115/TORENHEIM/MICHAEL YAKOB
059/062 MA/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FM-*C*96.50A
/FP-CCVIXXXXXXXXXXXX7777/1115/A080913/TORENHEIM/MICHAEL
YAKOB
062 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MA
R/1709Z
059/063 MC/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FM-*C*96.50A
/FP-CCVIXXXXXXXXXXXX7777/1115/A080913/TORENHEIM/MICHAEL
YAKOB
059/063 MA/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FB-190012685
3 TTM/RT OK PROCESSED/FM-*C*96.50A/FN-7906079276590056/FP

SI09021347.txt 7

```
           -CCVIXXXXXXXXXXXX7777/1115/A080913/TORENHEIM/MICHAEL YAK
           OB
       063 RF-JG CR-NYC1S218J - 33807056 GS 1005JG/DS 67EC919D 19MA
           R/1710Z
   059/064 MC/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FB-190012685
           3 TTM/RT OK PROCESSED/FM-*C*96.50A/FN-7906017927659056/FP
           -CCVIXXXXXXXXXXXX7777/1115/A080913/TORENHEIM/MICHAEL YAK
           OB
   059/064 MA/MCO XD ARC 29MAR/USD100.00/*LY SURCHARGE/FA-890-05618
           86433/PTXD/USD100.00/19MAR12/NYC1S218J/33807056/FB-19001
           26853 TTM/RT OK PROCESSED/FM-*C*96.50A/FP-CCVIXXXXXXXXXX
           XX7777/1115/A080913/TORENHEIM/MICHAEL YAKOB
       064 RF-OC CR-OC              19MAR/1710Z
       065 AR/RM EML-ITI-SENT TO SM3479121@GMAIL.COM AT 19MAR12 17:
           10 GMT
       065 RF-DDIP PROC 19MAR/1710Z CR- 19MAR/1710Z
       066 QU/QN/19C0
       066 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 19MAR/2
           051Z
       067 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV77/M/06JUL19/T
           ORENHEIM/MICHAEL YAKOB//TORENHEIM/MICHAEL YAKOB
       067 SA/SSR DOCSLYHK1 P/USA/458567800/USA/06NOV77/M/06JUL19/T
           ORENHEIM/MICHAEL YAKOB//LY 007 N 29MAR TLVJFK/TORENHEIM/
           MICHAEL YAKOB
       067 RF-/DCS-IREQ CR-TLVLY0077 - 37491683 GS 6258TR 29MAR/051
           0Z
       068 RF-/DCS-SYNCUS CR-TLVLY0077 - 37491683 GS 6258TR/RO-9CBC
           CB0A-NCE1A0955 - 12345675 29MAR/0511Z
       069 MA/XSB LY TLV 29MAR/USD70.00/*EXCESS BAGGAGE/TLVJFKPC1
             LY   /TORENHEIM/MICHAEL YAKOB
       069 RF-ALTEA DCS CR-MUC1A0XSB - 00000000 SU 0000JM/DS-9B6F10
           86 29MAR/0512Z
       070 SA/SSR OTHS1A VMCO4522009079/2-XBAG. 70.SD USD140.00/TLV
           JFK/TLVLY0001-PC/29MAR12/TORENHEIM/MICHAEL YAKOB
       070 RF-APPVMCO CR-TLVLY0001 - 37490121 SU 1158JC/DS-58974F09
           29MAR/0528Z
       071 QA/QE/NYC1S218J/1C27D1
       071 RF-APPVMCO CR-TLVLY0001 - 37490121 SU 1158JC 29MAR/0528Z
       072 AR/RIZ VMCO4522009079/EL-AL SERVICE/USD140.00/29MAR12/TO
           RENHEIM/MICHAEL YAKOB
       072 RF-APPVMCO CR-TLVLY0001 - 37490121 SU 1158JC/DS-58974F09
           29MAR/0528Z
       073 RF-/DCS-SYNCUS CR-TLVLY0077 - 37491683 GS 6167HS/RO-9CBA
           BA11-NCE1A0955 - 12345675 29MAR/0652Z
       074 QU/QN/1C27D1
       074 RF-CR-NYC1S218J - 33807056 GS 1005JG/DS-67EC919D 29MAR/1
           356Z
   045/075 SX/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
       075 SA/SSR FQTVLYHK/ LY10063584/TL/TORENHEIM/MICHAEL YAKOB
       075 RF-CSXAPU CR-NCE1A0LY0 - 00000000 SU 0011AA 30MAR/1835Z
**** TST ****
TST00003      NYC1S218J JG/19MAR M V LD 28NOV11 OD TLVNYC SI
T-
FXP/S3,4/R,24NOV11
   1.TORENHEIM/MICHAEL YAKOB
 1    TLV LY  007 N 29MAR 0940  OK  NL3USA6M           15MAR19SEP 1PC
      JFK

FARE  F USD     1122.00
TX001 X USD       5.50YCAE TX002 X USD     16.30USAP TX003 X USD     16.30USAS
TX004 X USD       5.00XACO TX005 X USD      7.00XYCR TX006 X USD      2.50AYSE
TX007 X USD      24.85ILEB TX008 X USD     16.00APSE TX009 X USD      4.50XF
```

8

TOTAL USD 1219.95 SI09021347.t.t
GRAND TOTAL USD 1219.95
NYC LY TLV Q259.00 302.00NL3USA6M LY NYC Q259.00 302.00NL3USA6M NUC1122.00END RO
E1.000000 XF JFK4.5

**** TSM ****

TSM TYPE S NCE1A0LY0 AA/29MAR12 CARR XD
1.TORENHEIM/MICHAEL YAKOB
PRESENT TO: TRAVEL AGENCY SERVICE FEE
AT: ARC
TYPE OF SERVICE: *LY SURCHARGE

ADD INF/RKS:

ISSUED IN CONNEXION WITH:

FARE F USD 100.00

EXCH VAL USD 100.00

TOTAL USD 100.00

TSM00001 TYPE X NCE1A0LY0/AA 29MAR12 CARR LY
1.TORENHEIM/MICHAEL YAKOB
PASSENGER TICKET NUMBER 114-7036027078
CHARGE DESCRIPTION: A *EXCESS BAGGAGE

ROUTING: TLV LY O/JFK

EXCESS BAGGAGE: PC 1
RATE PER WEIGHT/PIECE: USD 70.00

FARE F USD 70.00

TOTAL USD 70.00
PRICING ROUTING AND CARRIER: TLV JFK LY
GLOBAL INDICATOR:

**** TTH ****
** CURRENT HISTORY

XS JFK LY 2 N 19MAR12 1900 OK
050 RF-YS CR-NYC1S2183 GS 1005JG 19MAR/1701Z

**** TMH ****
** TSM HISTORY

** TSM HISTORY
AV LY
AI A
AG *EXCESS BAGGAGE
AF FUSD70.00/WUSD70.00
AEB 1 PC
AER USD70.00
ART TLV LY JFK
APA LY
APR TLV JFK

9

AT 114-7036027078 SI09021347.txt
069 RF-AL CR-MUC1A0XSB SU 0000JM 29MAR/0512Z