UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

SAMUEL KELLNER,

Plaintiff,

- against -

Docket No. 17-cv-1268

THE CITY OF NEW YORK and PATRICIA L. HYNES, Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

-------------------------------------------X

Held via Zoom videoconference

November 2, 2022
10:07 a.m.

CONTINUED DEPOSITION of KEVIN O'DONNELL, Non-party Witness, taken by Plaintiff, pursuant to Federal Rules of Civil Procedure, and Subpoena, held at the above-noted time and place, before Kyra Kustin, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendants
CITY OF NEW YORK and PATRICIA L. HYNES,
AS ADMINISTRATOR OF THE ESTATE OF
CHARLES J. HYNES
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
Attorneys for Non-Party Witness
KEVIN O'DONNELL
350 Jay Street
Brooklyn, New York 11201

BY: JOHN CARROLL, ESQ.

A L S O P R E S E N T:

ASSISTANT DISTRICT ATTORNEY ZACHARY SIDER

KEVIN O'DONNELL

K E V I N O ' D O N N E L L,

Non-Party Witness, having first been duly sworn by the Notary Public, was examined and testified as follows:

THE REPORTER: Can I have your name with the spelling, please.

THE WITNESS: Kevin, K-e-v-i-n, O'Donnell, O -- apostrophe -- D-o-n-n-e-l-l.

THE REPORTER: And your address, please.

THE WITNESS: 350 Jay Street, Brooklyn, New York, 11201.

THE REPORTER: And can I have your name, as well. The attorney who is with you.

MR. CARROLL: My name is John Carroll. I am representing ADA O'Donnell who has been subpoenaed to appear here. I am the chief of civil litigation at the Kings County District Attorney's office, and my address here is 350 Jay Street, Brooklyn, New York, 11201.

ago, there were a lot more people I would speak to on a more regular basis about open cases in the community.

Q Well, did you at any time personally form the belief that Sam Kellner was a -- quote/unquote -- extortionist in his community?

A Yes. I'm of the belief that Mr. Kellner was guilty of the charges for which he was indicted and a number of other misdeeds that had been reported to me by this individual that's documented in the phone call and other individuals.

Q So you formed the belief that he was guilty of the charges in the indictment against him in the case your office was at one time prosecuting?

A Correct.

Q And did you form the belief that he was guilty of all the charges in the indictment? Or some of them?

A I don't know the answer to that. I was actually going to volunteer that. I don't remember all of the charges in the indictment. I don't know whether my belief was that he was

guilty of some or all, but it was one of those two.

Q And in terms of your belief -- and I think I asked you this before, but I'll ask it again. Was that belief of yours informed by any evidence?

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

A Obviously, yes.

Q And what evidence was it informed by, that belief?

A I can't recall all the evidence in the case, just I can tell you now, sitting here, my personal impression was that he was guilty.

Q And -- okay. And in terms of that personal impression, was it informed by evidence that had been used to indict him? Or was it informed by evidence other than that used to indict him? Or some combination of the two?

MS. SCHARFSTEIN: Objection.

MR. CARROLL: Objection. And, I mean, now we're getting into grand jury. I think, you know...

MR. MACGIOLLABHUI: That's fine.