SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

-against-

SAMUEL KELLNER,

Defendant.
-------------------------------------------------------------------X

Ind. No. 2538/2011

**AFFIRMATION IN SUPPORT OF MOTION TO DISMISS**

NIALL MACGIOLLABHUÍ, an attorney duly admitted to practice law before the courts of the State of New York, hereby affirms the following under penalties of perjury:

1. I am an associate attorney in the Law Office of Michael G. Dowd, attorneys of record for Defendant Sam Kellner. As such, I am fully familiar with the facts of this case and make this affirmation in support of Defendant Kellner's motion to dismiss annexed hereto.

2. Unless otherwise specified, all allegations of fact are based upon inspection of the record of this case, conversations with the Assistant District Attorneys assigned thereto, independent investigation and research.

3. Defendant Kellner is charged herein with one count of Conspiracy in the Fourth Degree (Count 1); five counts of Attempted Grand Larceny in the Second Degree by Extortion (Counts 2 to 6); two counts of Perjury in the First Degree (Counts 7-8), and two companion counts of Criminal Solicitation in the Fourth Degree (Counts 9-10).

4. According to Count 1 of the Indictment, between March 2008 and March 2010, Defendant Kellner is alleged to have made repeated demands to Meyer Lebovits, the son of

46. On April 12, 2011, Sam Kellner was arrested. A news conference held personally by the District Attorney followed, and Sam was paraded in front of the media. The next day, Lebovits was released on $250,000 bail pending the appeal of his conviction and placed under house arrest. (On April 25, 2012, Lebovits' conviction was overturned by the Second Department and a new trial required because of the prosecution's untimely disclosure of certain Rosario material.)

**The case against Kellner begins to fall apart – Torenheim's manipulation is revealed**

47. In May 2012, the District Attorney was told by a woman named Natalie, described as Torenheim's best friend, that he fled to Israel "out of fear". She also "recalled the conversation she and Torenheim had prior to the [Lebovits] trial when he told her that [Lebovits's] oldest daughter called (Torenheim) and told him that if he testifies against her father, he (Torenheim) would immediately be arrested for molestation." According to Natalie, Lebovits's "daughter said they would bring in the two little boys Torenheim molested as witnesses against him."

48. In September 2012, the District Attorney obtained travel and bank records that showed that Torenheim did in fact go to Israel and that his flights were being paid for by a felon, convicted a number of years ago of bank fraud, named Zalmen Ashkenazi, who just happened to be the brother of Berel Ashkenazi, the sole defense witness at the Lebovits trial who tried to pay Rubinstein off (and faced no sanction for doing so). Again, no further action was taken by the District Attorney, and the information was not supplied to defense counsel in breach of the prosecution's Brady obligation.

conversation with Sam in May 2009?

12. Why were Yisroel Makavetzky and his Beit Din not investigated?

13. Why was Detective Steve Litwin, known as a tireless champion of victims of childhood sexual abuse, referred to Internal Affairs based on more spurious allegations concocted by Lebovits and his supporters?

60. Each of these questions is prompted by pervasive evidence of serious investigative and prosecutorial misconduct. It is a searing portrait of shame. Michael Torenheim was abused over and over again, and then failed utterly by those that were charged with his protection. Justice demands that he be set free from his continued abuse and that the counts in the Indictment that rely upon his continued debasement be dismissed. The confidence of the public in the criminal justice system requires no less.

WHEREFORE, it is respectfully requested that the Court grant the relief sought.

Dated: New York, New York
July 26, 2013

NIALL MACGIOLLABHUÍ