UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
SAMUEL KELLNER,

Plaintiff,

-against-

THE CITY OF NEW YORK and
PATRICIA L. HYNES, administrator
of the Estate of CHARLES J. HYNES,

Defendants.
--------------------------------------------------------------------------X

Case No.
17-cv-1268 (NRM) (MHH)

**DECLARATION OF**
**NIALL MACGIOLLABHUÍ**

NIALL MACGIOLLABHUÍ, ESQ., an attorney duly admitted to practice before the Courts of the State of New York and before this Court, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am the attorney of record for Plaintiff, and, as such, am fully familiar with the facts and circumstances of this matter.

2. I submit this declaration in opposition to Defendants' motion for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure

3. Attached as "Exhibit 1" is a copy of excerpts from the deposition of Plaintiff conducted on January 25 and 30, 2023.

4. Attached hereto as Exhibit "2" is a copy of the indictment in the matter of *People v. Baruch Lebovits*, Ind. No. 2600/2008.

5. Attached hereto as Exhibit "3" is a copy of the indictment in the matter of *People v. Baruch Lebovits*, Ind. No. 11393/2008, which supersedes the indictment attached as Exhibit 2 as to counts 1-31 and 67.

6. Attached hereto as Exhibit "4" is a copy of the Kings County District

Attorney's Office ("KCDA") Status Sheet dated November 18, 2008, in the matter of *People v. Lebovits*.

7. Attached hereto as Exhibit "5" is copy of the transcript of the court appearance on February 24, 2009, in the matter of *People v. Lebovits*.

8. Attached hereto as Exhibit "6" is a copy of excerpts from the deposition of Amy Feinstein.

9. Attached hereto as Exhibit "7" is a copy of excerpts from the deposition of Miss Gregory. As set forth in counsel's letter to the Court dated November 7, 2023, *see* Dkt. No. 87, a different, final version of the deposition transcript to the one received by counsel for Defendants was received by Plaintiff and provided for review to Gregory. The court reporting agency stated that it sent the same version to counsel for Defendants, a representation that appears inaccurate. Counsel for Defendants relied upon the earlier version to prepare their Rule 56.1 Statement before the discrepancy came to light. Since the two versions appear substantively identical insofar as presently relied upon by the parties, Plaintiff has agreed to use of the earlier version (including the attached excerpts) for purposes of the present motion.

10. Attached hereto as Exhibit "8" is a copy of the document dated May 4, 2009, in the matter of *People v. Lebovits*, entitled "In Camera Confidential Memorandum in Support of Defendant's Pre-Pleading Application Concerning Sentence." The document was disclosed by Elizabeth Johnson, Esq., former counsel for Baruch Lebovits (who is deceased) pursuant to subpoena and designated "confidential" under the Protective Order entered in this matter (Dkt. No. 49).

11. Attached hereto as Exhibit "9" is a copy of the report by Dr. Robert Lloyd

Goldstein, dated April 29, 2009, concerning Baruch Lebovits.

12. Attached hereto as Exhibit "10" is a copy of the affirmation of Miss Gregory dated July 8, 2011.

13. Attached hereto as Exhibit "11" is a copy of the affidavit of Steven Litwin dated July 7, 2011.

14. Attached hereto as Exhibit "12" is a copy of excerpts from the deposition of John Lonuzzi.

15. Attached hereto as Exhibit "13" is a copy of notes created by Kevin O'Donnell.

16. Attached hereto as Exhibit "14" is a copy of the KCDA memo dated April 30, 2010.

17. Attached hereto as Exhibit "15" is a copy of an excerpt from the deposition of Plaintiff conducted on March 16, 2023.

18. Attached hereto as Exhibit "16" is a copy of the KCDA Visitor Log.

19. Attached hereto as Exhibit "17" is a copy of excerpts from the deposition of Arthur Aidala.

20. Attached hereto as Exhibit "18" is a copy of the KCDA Rackets Case Tracking Report dated May 10, 2010.

21. Attached hereto as Exhibit "19" is a copy of the New Yorker article entitled "The Outcast."

22. Attached hereto as Exhibit "20" is a copy of the KCDA memo dated May 25, 2010.

23. Attached hereto as Exhibit "21" is a copy of the Rina Neeman translation of the recorded conversation between Plaintiff and Meyer Lebovits.

24. Attached hereto as Exhibit "22" is a copy of the Miss Gregory memo dated June 3, 2010.

25. Attached hereto as Exhibit "23" is a copy of the KCDA memo dated July 20, 2010.

26. Attached hereto as Exhibit "24" is a copy of the Kevin O'Donnell memo dated March 4, 2014.

27. Attached hereto as Exhibit "25" is a copy of the affidavit of M.T. dated July 22, 2010.

28. Attached hereto as Exhibit "26" is a copy of the affidavit of Moshe Friedman dated July 15, 2010.

29. Attached hereto as Exhibit "27" is a copy of excerpts from the deposition of Anthea Bruffee.

30. Attached hereto as Exhibit "28" is a copy of the affidavit of Sholem Weisner dated June 22, 2010.

31. Attached hereto as Exhibit "29" is a copy of the New York Post article about Sholem Weisner dated November 17, 2017.

32. Attached hereto as Exhibit "30" is a copy of the timeline prepared by Nicholas Batsidis.

33. Attached hereto as Exhibit "31" is a copy of the Ruth Kohn translation of the recorded conversation between Plaintiff and Meyer Lebovits

34. Attached hereto as Exhibit "32" is a copy of email correspondence between Michael Vecchione and Nichoas Batsidis dated November 29, 2010.

35. Attached hereto as Exhibit "33" is a copy of the KCDA memo dated December 2, 2010.

36. Attached hereto as Exhibit "34" is a copy of the Meyer Lebovits interview notes.

37. Attached hereto as Exhibit "35" is a copy of an excerpt from the deposition of Stephanie Green-Jones.

38. Attached hereto as Exhibit "36" is a copy of email correspondence between Arthur Aidala and Michael Vecchione dated January 20, 2011.

39. Attached hereto as Exhibit "37" is a copy of the Dershowitz fax dated March 15, 2011.

40. Attached hereto as Exhibit "38" is a copy of email correspondence between Nathan Dershowitz and Anthea Bruffee dated March 16, 2011.

41. Attached hereto as Exhibit "39" is a copy of excerpts from the deposition of Rhonnie Jaus.

42. Attached hereto as Exhibit "40" is a copy of excerpts from the deposition of Nicholas Batsidis. As with the deposition of Miss Gregory, and as set forth in counsel's letter to the Court dated November 7, 2023, *see* Dkt. No. 87, a different, final version of the deposition transcript to the one received by counsel for Defendants was received by Plaintiff and provided for review to Batsidis. The court reporting agency stated that it sent the same version to counsel for Defendants, a representation that appears inaccurate. Counsel for Defendants relied upon the

earlier version to prepare their Rule 56.1 Statement before the discrepancy came to light. Since the two versions appear substantively identical insofar as presently relied upon by the parties, Plaintiff has agreed to use of the earlier version (including the attached excerpts) for purposes of the present motion.

43. Attached hereto as Exhibit "41" is a copy of the evidence presented to the grand jury in *People v. Kellner*, Ind No. 2538/2011. The evidence was disclosed by the KCDA to counsel for Plaintiff on May 19, 2011, in the course of his prosecution. The names of victims are redacted.

44. Attached hereto as Exhibit "42" is a copy of the grand jury testimony of Meyer Lebovits. The names of victims are redacted.

45. Attached hereto as Exhibit "43" is a copy of email correspondence between Charles Hynes and Michael Vecchione dated April 12, 2011.

46. Attached hereto as Exhibit "44" is a copy of email correspondence between Charles Hynes and Barry Kamins dated April 14, 2011.

47. Attached hereto as Exhibit "45" is a copy of email correspondence between Anthea Bruffee, Miss Gregory and Amy Feinstein dated September 19-20, 2011.

48. Attached hereto as Exhibit "46" is a copy of the letter from counsel for Plaintiff to Nicholas Batsidis dated July 2, 2013.

49. Attached hereto as Exhibit "47" is a copy of email correspondence between Joe Alexis, Michael Vecchione, Monique Ferrell, and Nicholas Batsidis dated July 3, 2013.

50. Attached hereto as Exhibit "48" is a copy of the letter (without

attachments) from Nicholas Batsidis to counsel for Plaintiff dated July 5, 2013.

51. Attached hereto as Exhibit "49" is a copy of email correspondence between Nicholas Batsidis and Charles Hynes dated June 19, 2013.

52. Attached hereto as Exhibit "50" is a copy of the Zalman Ashkenazi checks.

53. Attached hereto as Exhibit "51" is a copy of the affirmation of Niall MacGiollabhuí dated July 26, 2013.

54. Attached hereto as Exhibit "52" is a copy of excerpts from the deposition of Michael Vecchione.

55. Attached hereto as Exhibit "53" is a copy of email correspondence between Miss Gregory and Rhonnie Jaus dated April 12, 2011.

56. Attached hereto as Exhibit "54" is a copy of the draft O'Donnell memo dated March 3, 2014.

57. Attached hereto as Exhibit "55" is a copy of the Joe Alexis-Nicholas Batsidis memo dated January 16, 2014.

58. Attached hereto as Exhibit "56" is a copy of the Jewish Week editorial dated November 19, 2008.

59. Attached hereto as Exhibit "57" is a copy of the O'Donnell memo dated March 4, 2014 (a slightly different version of Exhibit 24).

60. Attached hereto as Exhibit "58" is a copy of an excerpt from the deposition of Moshe Friedman.

61. Attached hereto as Exhibit "59" is a copy of an excerpt from the

deposition of Kevin O'Donnell.

62. Attached hereto as Exhibit "60" is a copy of the transcript of the court appearance on March 7, 2014, in the matter of *People v. Kellner*.

63. Attached hereto as Exhibit "61" is a copy of the KCDA Status Sheet dated August 4, 2010, in the matter of *People v. Lebovits*.

64. Attached hereto as Exhibit "62" is a copy of the New York State Supreme Court, Appellate Division, Second Department decision and order dated April 15, 2011.

65. Attached hereto as Exhibit "63" is a copy of the New York Post article dated January 30, 2019.

66. Attached hereto as Exhibit "64" is a copy of an excerpt from the transcript of the court appearance on March 3, 2010, in the matter of *People v. Lebovits*.

67. Attached hereto as Exhibit "65" is a copy of an excerpt from the transcript of the court appearance on October 3, 2011, in the matter of *People v. Lebovits*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 8, 2024

Niall MacGiollabhuí
NIALL MACGIOLLABHUÍ