# EXHIBIT 2

# INDICTMENT

## SUPREME COURT OF THE STATE OF NEW YORK
### COUNTY OF KINGS

------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

        AGAINST

B.    BARUCH LEBOVITS
       DEFENDANT
          2008KN019299
          2008KN019300

**EXHIBIT**

PLTF 1 2/23/22 (DS)

exhibitsticker.com

INDICTMENT NO. 2600/2008
NON-ALIGNED
SEX CRIMES AND SPECIAL VICTIMS
SEX CRIMES PART

3-A

COUNTS

SODOMY IN THE SECOND DEGREE (27 COUNTS)
SODOMY IN THE THIRD DEGREE (4 COUNTS)
CRIMINAL SEXUAL ACT IN THE THIRD DEGREE
SEXUAL MISCONDUCT (32 COUNTS)
SEXUAL ABUSE IN THE SECOND DEGREE (2 COUNTS)
SEXUAL ABUSE IN THE THIRD DEGREE
ENDANGERING THE WELFARE OF A CHILD (2 COUNTS)

A TRUE BILL

*Michael V. Bala*

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

2008 APR -1 AM 9:59
CRIMINAL TERM APP/ARST
SUPREME COURT KINGS

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [P.L. 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FOURTEEN YEARS OLD.

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [P.L. 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ███████████ A PERSON LESS THAN FOURTEEN YEARS OLD.

## THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [P.L. 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2000 AND DECEMBER 31, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ███████████ A PERSON LESS THAN FOURTEEN YEARS OLD.

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [P.L. 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ████████████ A PERSON LESS THAN FOURTEEN YEARS OLD.

## FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [P.L. 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ████████████ A PERSON LESS THAN FOURTEEN YEARS OLD.

## SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## TENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## TWELFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

### THIRTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

### FOURTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

### FIFTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

SIXTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

SEVENTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

EIGHTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## NINETEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## TWENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## TWENTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

TWENTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

TWENTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

TWENTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

TWENTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.


TWENTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.


TWENTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ A PERSON LESS THAN FIFTEEN YEARS OLD.

## TWENTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████████ A PERSON LESS THAN SEVENTEEN YEARS OLD.

## TWENTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████████ A PERSON LESS THAN SEVENTEEN YEARS OLD.

## THIRTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ANAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

THIRTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

THIRTY FOURTH COUNT:

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2000 AND DECEMBER 31, 2000 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

THIRTY FIFTH COUNT:

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

THIRTY SIXTH COUNT:

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

### THIRTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

### THIRTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

### THIRTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

FORTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF █████████ WITHOUT SUCH PERSON'S CONSENT.


FORTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF MICHAEL TORENHEIM WITHOUT SUCH PERSON'S CONSENT.


FORTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF █████████ WITHOUT SUCH PERSON'S CONSENT.

## FORTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ██████████ WITHOUT SUCH PERSON'S CONSENT.

## FORTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ██████████ WITHOUT SUCH PERSON'S CONSENT.

## FORTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ██████████ WITHOUT SUCH PERSON'S CONSENT.

FORTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.


FORTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.


FORTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS ███████████ WITHOUT SUCH PERSON'S CONSENT.

### FORTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

### FIFTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

### FIFTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## FIFTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

FIFTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ▬▬▬▬▬ WITHOUT SUCH PERSON'S CONSENT.


FIFTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ▬▬▬▬▬ WITHOUT SUCH PERSON'S CONSENT.


SIXTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ▬▬▬▬▬ WITHOUT SUCH PERSON'S CONSENT.

## SIXTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## SIXTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

## SIXTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF ███████████ WITHOUT SUCH PERSON'S CONSENT.

SIXTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 15, 2000 AND SEPTEMBER 14, 2000 IN THE COUNTY OF KINGS, SUBJECTED ███████████████ A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO ███████████████ PENIS.


SIXTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, SUBJECTED ███████████████ A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO ███████████████ PENIS.


SIXTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT FEBRUARY 12, 2008, IN THE COUNTY OF KINGS, SUBJECTED PINCHES KELLNER TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO PINCHES KELLNER'S PENIS, WITHOUT SUCH PERSON'S CONSENT.

SIXTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: MOUTH OF THE DEFENDANT AND THE PENIS OF ███████████████ A PERSON LESS THAN SEVENTEEN YEARS OLD.

SIXTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF ENDANGERING THE WELFARE OF A CHILD [PL 260.10(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT FEBRUARY 12, 2008, IN THE COUNTY OF KINGS, DID KNOWINGLY ACT IN A MANNER LIKELY TO BE INJURIOUS TO THE PHYSICAL, MENTAL OR MORAL WELFARE OF A CHILD LESS THAN SEVENTEEN YEARS OLD, NAMELY: PINCHES KELLNER.

SIXTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF ENDANGERING THE WELFARE OF A CHILD [PL 260.10(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN AUGUST 15, 2000 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, DID KNOWINGLY ACT IN A MANNER LIKELY TO BE INJURIOUS TO THE PHYSICAL, MENTAL OR MORAL WELFARE OF A CHILD LESS THAN SEVENTEEN YEARS OLD, NAMELY: ██████████████████

CHARLES J. HYNES
DISTRICT ATTORNEY