# EXHIBIT 3

I N D I C T M E N T

S U P R E M E  C O U R T  O F  T H E  S T A T E  O F  N E W  Y O R K

C O U N T Y  O F  K I N G S

EXHIBIT

PLTF 4 2/23/22 (DS)

exhibitsticker.com

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

B. BARUCH LEBOVITS
DEFENDANT
2008KN019299

INDICTMENT NO. 11393/2008
SUPERSEDES NO. 2600/2008 AS TO COUNTS 1-31 AND COUNT 67 ONLY
NON-ALIGNED
SEX CRIMES AND SPECIAL VICTIMS
SEX CRIMES PART

COUNTS

SODOMY IN THE SECOND DEGREE (27 COUNTS)
SODOMY IN THE THIRD DEGREE (4 COUNTS)
CRIMINAL SEXUAL ACT IN THE THIRD DEGREE (11 COUNTS)
SEXUAL MISCONDUCT (10 COUNTS)
SEXUAL ABUSE IN THE THIRD DEGREE (22 COUNTS)
ENDANGERING THE WELFARE OF A CHILD

A TRUE BILL

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FOURTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2000 AND SEPTEMBER 30, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FOURTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF [redacted]

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2000 AND DECEMBER 31, 2000 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FOURTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF [redacted]

FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FOURTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF [redacted]

FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2001 AND JANUARY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FOURTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

TENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

TWELFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

THIRTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

FOURTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

FIFTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

SIXTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted]

SEVENTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2001 AND MARCH 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

EIGHTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2001 AND MAY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

NINETEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2001 AND JULY 31, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2001 AND SEPTEMBER 30, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2001 AND NOVEMBER 30, 2001 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2001 AND JANUARY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2002 AND MARCH 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN APRIL 1, 2002 AND MAY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2002 AND JULY 31, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF MICHEAL [redacted]

TWENTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2002 AND SEPTEMBER 30, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE SECOND DEGREE [PL 130.45-1] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2002 AND NOVEMBER 5, 2002 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE ENGAGED IN DEVIATE SEXUAL INTERCOURSE WITH [redacted] A PERSON WHO WAS LESS THAN FIFTEEN YEARS OLD, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted]

TWENTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [P.L. 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

TWENTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [P.L. 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [P.L. 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN JANUARY 1, 2003 AND FEBRUARY 28, 2003 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SODOMY IN THE THIRD DEGREE [P.L. 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN NOVEMBER 6, 2002 AND DECEMBER 31, 2002 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE, ENGAGED IN DEVIATE SEXUAL INTERCOURSE, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 15, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ANAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE ANUS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MAY 2, 2004 AND MAY 31, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2004 AND JUNE 30, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JULY 1, 2004 AND JULY 31, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2004 AND AUGUST 31, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2004 AND OCTOBER 31, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

THIRTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 1, 2004 AND NOVEMBER 30, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

FORTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2004 AND DECEMBER 31, 2004 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

FORTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2005 AND JANUARY 31, 2005 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

FORTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2005 AND FEBRUARY 22, 2005 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] A PERSON LESS THAN SEVENTEEN YEARS OLD.

FORTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MAY 2, 2004 AND MAY 31, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2004 AND JUNE 30, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JULY 1, 2004 AND JULY 31, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2004 AND AUGUST 31, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2004 AND OCTOBER 31, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FORTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 1, 2004 AND NOVEMBER 30, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2004 AND DECEMBER 31, 2004 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2005 AND JANUARY 31, 2005 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2005 AND FEBRUARY 22, 2005 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MARCH 23, 2004 AND MAY 1, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MAY 2, 2004 AND MAY 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2004 AND JUNE 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JULY 1, 2004 AND JULY 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2004 AND AUGUST 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

FIFTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

FIFTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2004 AND OCTOBER 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 1, 2004 AND NOVEMBER 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SIXTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2004 AND DECEMBER 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2005 AND JANUARY 31, 2005 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2005 AND FEBRUARY 22, 2005 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE PENIS OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SIXTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MARCH 23, 2004 AND MAY 1, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN MAY 2, 2004 AND MAY 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JUNE 1, 2004 AND JUNE 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SIXTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JULY 1, 2004 AND JULY 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN AUGUST 1, 2004 AND AUGUST 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SIXTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2004 AND SEPTEMBER 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SEVENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN OCTOBER 1, 2004 AND OCTOBER 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SEVENTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN NOVEMBER 1, 2004 AND NOVEMBER 30, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF YAKOV RUBENSTEIN, WITHOUT SUCH PERSON'S CONSENT.

SEVENTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN DECEMBER 1, 2004 AND DECEMBER 31, 2004 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SEVENTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN JANUARY 1, 2005 AND JANUARY 31, 2005 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SEVENTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT BARUCH LEBOVITS, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2005 AND FEBRUARY 22, 2005 IN THE COUNTY OF KINGS, SUBJECTED [redacted] TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE HAND OF [redacted] WITHOUT SUCH PERSON'S CONSENT.

SEVENTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF ENDANGERING THE WELFARE OF A CHILD [PL 260.10(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN MARCH 23, 2004 AND FEBRUARY 22, 2005 IN THE COUNTY OF KINGS, DID KNOWINGLY ACT IN A MANNER LIKELY TO BE INJURIOUS TO THE PHYSICAL, MENTAL OR MORAL WELFARE OF A CHILD LESS THAN SEVENTEEN YEARS OLD, NAMELY: [redacted]

CHARLES J. HYNES
DISTRICT ATTORNEY