# EXHIBIT 4

EXHIBIT
PLTF 9 2/23/22 (DS)
exhibitsticker.com

**PART 11**
**STATUS SHEET**

DATE: November 18, 2008

BUREAU: SEX CRIMES

ADA: Miss Gregory
PHONE: 3779

INDICTMENT NUMBER: **2600/2008**

DEFENDANT: **BARUCH LEBOVITS**

DEFENSE ATTYS: Elizabeth Johnson + Arthur Aidala

CHARGES: **Sodomy 2°, Sodomy 3°, Criminal Sexual Act 3, Sexual Misconduct, Sexual Abuse 2°, Sexual Abuse 3°, EWC**

PLEA OFFER: **Sodomy 2° + 2⅓ - 7**

CRIMINAL HISTORY: First Arrest

---

**ON FOR:**

- ❑ **Trial or disposition**
- ❑ **Consented to hearings: None, no statements and parties are known to each other.**
- ❑ **Bail Status**
  Bail is currently $100K/$100K. **D is out on 100K Bail**
  Reasons for bail to remain the same
  (1) The defendant has now been indicted
  (2) There has been no change in circumstance.
- ❑ **No DNA Testing Required**

---

**ESSENTIAL FACTS:** Defendant = 57yr old male. c/w 1= 20yr old male, c/w 2=16yr old male
Defendant is a known Rabbi in the community

8/15/2000 – 9/30/2004: D would put his penis in CW 1's anus and mouth, and put his mouth on CW 1's penis. Incidents took place at the temple, at D's office and home, and in D's car.

2/12/2008, CW 2 received a car ride fro the D, while D was driving he put his hand on CW 2's penis. CW 2 outcried to his parents the following day.

---

**ADDITIONAL NOTES FOR PART ADA:** **FOOPS EXPIRE: 3/10/09**

D is out on $100,000 bail

All misdemeanor charges for CW1, counts 32-65, + 69, were dismissed as time barred.
Counts 66 and 68, concerning CW2, were severed from the counts concerning CW1.

D/C and ADA are still working on possible disposition.
Please get short adjournment for possible dispo.

NEXT DATE: 12/8/08 CHARGED TO: /

ON FOR: P/D **Part ADA:** M.G.

DISPOSITION:_______________