# EXHIBIT 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM: PART 20

-------------------------------------X

**THE PEOPLE OF THE STATE OF NEW YORK** :

**-against-** :**Indict No. 02600-2008 11393-2008**

**BARUCH LEBOVITS,** :

**Defendant.** :

-------------------------------------X

320 Jay Street
Brooklyn, New York
February 24, 2009

B E F O R E: HONORABLE JOSEPH McKAY, JSC

A P P E A R A N C E S:

OFFICE OF CHARLES HYNES, ESQ.
DISTRICT ATTORNEY, KINGS COUNTY
350 Jay Street
Brooklyn, N.Y. 11201
BY: MISS GREGORY, ESQ.
Assistant District Attorney

ARTHUR AIDALA, ESQ.
Attorney for Defendant on 02600-08
546 Fifth Avenue
New York, N.Y. 10007

LAWRENCE S. GOLDMAN, ESQ.
Attorney for Defendant ON 11393-08
500 Fifth Avenue
New York, NY

---

**DANIELLE M. KUROWSKI, RPR**
**SENIOR COURT REPORTER**

COURT CLERK: Number 9 trial calendar, Indictment 02600 of 2008, Baruch Lebovits.

Also number 27, Indictment 11393 of 2008.

MR. AIDALA: Arthur Aidala, 546 Fifth Avenue, New York, New York for Mr. Lebovits.

Good morning.

MR. GOLDMAN: Law offices of Lawrence S. Goldman, 500 Fifth Avenue. Also for Mr. Lebovits.

MS. GREGORY: Miss Gregory for the Office of the District Attorney.

Good morning, your Honor.

MS. GREGORY: Your Honor, may we approach?

THE COURT: Well, of course. If it is going to help the case, I am seeing this case for the first time. I gather it was warehoused in Part 11 which is now finished, right?

MR. AIDALA: Yes, sir.

THE COURT: So what are we going to do?

MS. GREGORY: I wanted to approach and give you an update, a quick history, then we can figure it out.

THE COURT: Is there any reason you could not do it from there?

MR. AIDALA: Because of the nature of the charges that are before the Court, maybe a little

more comfortable for every one to have the conference up at the bench.

THE COURT: Okay.

(A discussion was held off the record at the bench between the Court and the parties.)

THE COURT: I will extend an Order of Protection given to me by the D.A. in one of these cases.

I am going to adjourn it to April 15, I assume that the Part 11 Judge, well, I have been told the Part 11 judge is going to review the Grand Jury minutes in the 11393 case.

The other one is already done.

(Continued on certification page.)

THE COURT: Defense wants to submit pre-pleading memos, that is fine.

Obviously there are no promises in this case by the Court.

I don't know that the case at all except what I have been told in the last two minutes.

MR. AIDALA: Your Honor, we just have a problem with the date because that is during the religious holiday.

THE COURT: 21st.

MR. AIDALA: Thank you very much.

MS. GREGORY: Thank you, your Honor.

**********************************

**CERTIFICATION**

**I hereby certify that the foregoing transcript is a true and accurate record of the proceedings.**

**DANIELLE M. KUROWSKI, RPR**

**SENIOR COURT REPORTER**