# EXHIBIT 9

EXHIBIT
PLTF 15A 2/23/22 (DS)
exhibitsticker.com

DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

CLINICAL PROFESSOR OF PSYCHIATRY
COLLEGE OF PHYSICIANS &
SURGEONS OF COLUMBIA UNIVERSITY

ROBERT LLOYD GOLDSTEIN, M.D., P.C.
SUTTON PLACE APARTMENTS
405 EAST 54TH STREET
NEW YORK, NEW YORK 10022

(212) 595-6480
FACSIMILE (212) 995-1215
forensicgold@medscape.com

April 29, 2009

Lawrence S. Goldman, Esq.
500 Fifth Avenue
New York, NY 10110

**Re: Baruch Lebovits**

Dear Mr. Goldman:

I am writing to you at this time in order to report my findings and conclusions after completing my psychiatric examination of your client, **Baruch Lebovits**, whom I examined at my private offices on April 27, 2009. At that time, I conducted a comprehensive psychiatric examination, which comprised an anamnesis (*i.e.* a detailed, in-depth psychiatric history) and a mental status evaluation. In addition to my own direct face-to-face psychiatric examination, I also had occasion to review and analyze relevant materials pertaining to his case, including a report from his treating psychiatrist, Bernard Salzman, M.D., a Professor of Clinical Psychiatry at NYU School of Medicine (dated April 20, 2009).

Mr. Levbovits is a 58-year-old Orthodox Jewish man (a member of the ultra-Orthodox Satmar Hasidic community). The Satmar Hasidic movement originated in Hungary, where both of Mr. Lebovits's parents were born. Mr. Lebovits was born in Manhattan and grew up in the Williamsburg section of Brooklyn. His father died of hepatitis (at age 42), three days after Mr. Lebovits was born. Thereafter, the fatherless boy, who was the youngest of eight children, was always referred to "the orphan." He recalls that while growing up he was very sad and panfully self-conscious about not having a father. He says: "All the other kids had fathers. I never knew what it was to have a father, a male figure in the household."

Mr. Lebovits's mother died over 30 years ago (at age 65) of Amyotrophic Lateral Sclerosis (also known as "ALS" or "Lou Gehrig's Disease"). Both parents were survivors of Hitler's Nazi Holocaust. Both parents were imprisoned in a Nazi concentration camp before it was liberated. They lost many members of their families in the Nazi extermination camps. Although both parents managed to survive their nightmarish ordeal, they carried the emotional scars of their traumatic experiences in the death camp for the rest of their lives. Although neither sought formal psychiatric treatment (which was unacceptable in their Old World cultural milieu), both suffered throughout their lives from extreme nervousness, poor impulse control, nightmares, and emotional instability. Mr. Lebovits's mother was further traumatized when her husband died at a relatively young age and she was left on her own with a large family to support. She had to go to work in a clothing factory while raising her eight children as a single parent.

As a consequence, Mr. Lebovits had a very stressful and troubled childhood, was strictly disciplined by his mother and his uncle, who sometimes physically abused him (*e.g.* beating him with a strap), and was often neglected and unsupervised (*e.g.* his mother was completely unaware that, for a long period of time, he was afraid to go to school and instead wandered the streets, because he was terrified of his teacher who often hit the students).

In addition to being physicallly abused as a child, Mr. Lebovits was also sexually abused. At age 11, he was molested by a relative. He was too frightened and ashamed to tell anyone. One year later, he was molested again by an older male student at the yeshiva he attended. This time his family found out about the molestation and sent him away to a yeshiva upstate. At the upstate yeshiva, Mr. Lebovits and his classmates sometimes engaged in consensual adolescent homosexual behavior, which made him feel ashamed and insecure about his sexual identity.

At age 18, Mr. Lebovits married. He was very sexually inexperienced at the time (having never been with another woman) and a survivor of childhood sexual abuse. Nevertheless, he feels he has had a very good marriage over a period of nearly 40 years and views his wife as loving and supportive. He has not experienced any overt sexual difficulties in the marriage. He has seven grown children, who are all married, and over 20 grandchildren. He has always been regarded as a very loving and caring parent.

After graduating a religious school (*i.e.* a "yeshiva") himself, he taught for many years in a yeshiva and later as a private tutor. (He still volunteers as a

religious teacher every week in his community.) For the past 25 years, he has owned and operated a travel agency in Brooklyn. His wife and one of his sons work with him in the business.

Mr. Lebovits's past medical history includes diabetes, hypertension, a "mini-stroke," hernia surgery, and a concussion resulting from a motor vehicle accident. He has no history of alcoholism or drug abuse.

For many years, Mr. Lebovits suffered from a so-called "Impulse Control Disorder," *i.e.* Pathological Gambling. The essential feature of an impulse control disorder is failure to resist an impulse, drive, or temptation to perform an act that is harmful to the person and to others. Initial tension and arousal is followed by relief and gratification, and then often by extreme regret, guilt, self-reproach, and depression at one's inability to resist socially unacceptable behavior. Examples of Impulse Control Disorders are Pathological Gambling, Kleptomania, and Paraphilias (various impulsive sexually deviant behaviors). Mr. Lebovits lost large sums of money, ran up debts, and jeopardized his marriage. With his wife's encouragement and support, he enrolled in Gamblers Anonymous ("G.A.") and responded very favorably to their 12 step program. He still attends G.A. meetings regularly and for the past 15 years has been successful in controlling his pathological gambling behavior.

Mr. Lebovits is currently accused of multiple counts of charges of Sodomy, Criminal Sexual Act, Sexual Misconduct, Sexual Abuse, and Endangering the Welfare of a Child. The victims were underage boys. The sexual acts were all consensual, without force or coercion. Mr. Lebovits's deviate sexual behavior

was compulsive in nature. He had difficulty resisting temptation and controlling his sexual impulses at the time. The relief and gratification his behavior afforded him were short-lived and quickly followed by extreme guilt, contrition, and depression at his loss of control. There were a number of external stressors that were affecting him at the time, including concern about his health problems (as he was reaching mid-life at age 50), financial and business pressures, and marital conflicts arising out of his declining finances.

Mr. Lebovits is extremely remorseful about his deviate sexual conduct. He has been extremely remorseful and depressed. He sought psychiatric treatment in June 2008 to help him work out his underlying psychiatric difficulties, control his impulsivity, and avoid any repetition of his sexually aberrant behavior. He has been under the continuing psychiatric care of Dr. Salzman and is being treated with a regimen of psychotherapy and antidepressant medication (*i.e.* Lexapro). Dr. Salzman has opined that Mr. Lebovits is strongly motivated to receive treatment and has responded favorably. He believes that with proper treatment, Mr. Lebovits has a good prognosis. In a report dated 4/20/09, Dr. Salzman concluded as follows: "At this point there is reasonable certainty that his sexually aberrant behavior will not return and he can safely return to the community."

On mental status examination, this is a tense, sad-looking man dressed in Orthodox Jewish attire. There is no thought disorder. He is logical, coherent, and goal-directed. Affect and mood are depressed and anxious. He is very contrite about his behavior in the instant offense and has intense feelings of guilt. His sleep is poor, with multiple awakenings. He has gained weight. He has

diminished energy. There are no psychotic symptoms. He is not suicidal. His concentration and memory are somewhat impaired. His self-esteem is damaged.

In view of my findings, I have reached the following conclusions in this case:

1. Mr. Lebovits is suffering from a psychiatric condition. His diagnoses are IMPULSE CONTROL DISORDER NOT OTHERWISE SPECIFIED (PARAPHILIA) [DSM-IV-TR 312.30] and PATHOLOGICAL GAMBLING [DSM-IV-TR 312.31]. . Both conditions are in remission. His prognosis is good.

2. Mr. Lebovits has a psychological vulnerability that has placed him at very high risk to develop a psychiatric disorder of the impulse control type. This is best understood as a manifestation of what has been termed *Child of Holocaust Survivors' Syndrome*. There is an extensive psychiatric research literature on the subject of the second-generation psychopathological effects of Nazi persecution that employs this terminology.

3. The first-hand victims of the Holocaust were severely psychologically scarred by the overwhelming trauma of the Nazi death camps, the loss of entire families, the exposure to torture, loss of all personal security, annihilation of entire communities, and so on. Research studies detail how the *children* of such Holocaust survivors bear unmistakable, indelible psychological scars of their parents' overwhelming traumatic experiences via a process known

as *secondary traumatization.* This results in an intergenerational transmission of serious psychopathology and maladaptive behavior from one generation to the next.

4. The children of Nazi Holocaust survivors have been found to have a significantly higher incidence of major psychiatric illness and abnormal profiles on psychological tests. They demonstrate a greater tendency toward impulsiveness, emotional instability, and maladaptive behaviors. Mr. Lebovits was thus predisposed to develop one or more impulse control disorders.

5. Mr. Lebovits has an additional psychological vulnerability that has placed him at very high risk to develop a psychiatric disorder involving deviant sexual behavior, namely the fact that he was himself a victim of childhood sexual abuse. This traumatic experience of molestation at a young age predisposed him to have a paraphilic condition in later life.

6. Mr. Lebovits's aberrant sexual behavior is not a manifestation of pedophilia *per se*. Pedophiles usually have a life-long pattern of sexual arousal, sexual fantasies, and pathological sexual behavior involving children. In contrast, Mr. Lebovits has a history of normal, heterosexual orientation and behavior throughout his adult life. The deviate sexual behavior involved in the instant offense took place in response to external stressors in his life during a circumscribed period of time. This type of deviate sexual behavior, that is

impulsive, circumscribed in time, and triggered by stress has a much better prognosis than other forms of paraphilia.

7. There is a significant causal nexus between Mr. Lebovits's psychiatric infirmity and his conduct in the instant offense. I am in agreement with his treating psychiatrist, Dr. Salzman, that his prognosis is good and that, with appropriate treatment, his sexually aberrant behavior will not return. His track record in this regard is significant: his history of overcoming his Pathogical Gambling problem is a further indication that his prognosis is favorable.

8. Incarceration would be highly traumatic for Mr. Lebovits, placing him at high risk to develop an exacerbation of his depression. On an unconscious level, prolonged incarceration would represent for him the reenactment of the overwhelming trauma of the Holocaust which his parents had narrowly survived, with all the trappings of enforced confinement, separation from loved ones and normal routines, bleak prison surroundings, constant surveillance and control by uniformed guards, and so on. Additionally, prolonged incarceration would impose a substantial hardship on those family members who are still dependent on him for financial and emotional support.

9. In view of the fact that Mr. Lebovits's aberrant sexual conduct was substantially a product of his psychiatric illness, the latter should be viewed as a significant mitigating factor in this case. As noted

above, Mr. Lebovits has been doing quite well in treatment and has a favorable prognosis for full recovery. Incarceration would necessarily separate him from the psychiatric therapy that has been a major factor in his recovery and rehabilitation.

Very truly yours,

RLG:gc

ROBERT LLOYD GOLDSTEIN, M.D.

Clinical Professor of Psychiatry,
College of Physicians and Surgeons of
COLUMBIA UNIVERSITY

Diplomate of the American Board of
Psychiatry & Neurology

Clinical Professor of Psychiatry
College of Physicians & Surgeons of
COLUMBIA UNIVERSITY

# ROBERT LLOYD GOLDSTEIN, M.D., P.C.

SUTTON PLACE APARTMENTS
405 EAST 54TH STREET, SUITE 5-M
NEW YORK, NY 10022

Dr. Goldstein is Clinical Professor of Psychiatry and has served for over 20 years as Director of the "Legal Issues in the Practice of Psychiatry" Course at Columbia University's College of Physicians and Surgeons. He was formerly Director of Outpatient Psychiatric Services at the New York VA Medical Center, Deputy Director of the NYU-Bellevue Forensic Psychiatry Service, Medical Director of the Forensic Psychiatry Clinic of the Supreme Court of the State of New York (in Manhattan), Director of Psychiatry at New York Hospital Downtown, and Director of Psychiatric Education, Research and Quality Assurance at Long Island College Hospital. He is a Board Certified Diplomate of the American Board of Psychiatry and Neurology, a Distinguished Life Fellow of the American Psychiatric Association and an Officer of the Tri-State Chapter of the American Academy of Psychiatry and the Law. He received Postgraduate Fellowship training in Child and Adolescent Psychiatry and in Psychoanalytic Psychotherapy. He has authored over 80 publications in leading professional journals and in authoritative texts, including The American Journal of Psychiatry, Psychiatric Clinics of North America, The Journal of the American Academy of Psychiatry and the Law, The Harvard Medical School Mental Health Letter, The New England Journal of Medicine, The Journal of Forensic Sciences, Psychiatric Annals, Critical Issues in American Psychiatry and the Law, and Principles and Practice of Forensic Psychiatry. He is a recognized authority on the Insanity Defense, Diminished Capacity, Extreme Emotional Disturbance, Stalking and various Paranoid conditions. He served as Chairman of the Special Colloquium of Judges and Psychiatrists under the auspices of the Hunter College Trial Judges Institute (for over 10 years). He evaluates and treats patients in private practice in New York City. He has served as a psychiatric consultant to the New York Police Department's Psychological Services Unit. From time to time, he is called on as a psychiatric consultant and psychiatric expert witness by the Government and private law firms in civil and criminal cases. He has been qualified as a psychiatric expert in both State and Federal Courts.