# EXHIBIT 12

United States District Court
for the
Eastern District of New York

________________________________

SAMUEL KELLNER,
Plaintiff,
v. Civil Action No:
THE CITY OF NEW YORK et al. 17-cv-1268 (MKB) (SJB)

Defendant.
________________________________

VIDEOTAPED DEPOSITION OF JOHN LONUZZI

DATE: Monday, October 17, 2022
TIME: 9:51 a.m.
REPORTED BY: Elene Sowl, CER-1604
JOB NO.: 12778

Conducted by videoconference via the Remote Legal platform.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

NIALL MACGIOLLABHUI, ESQUIRE
Law Office of Niall Macgiollabhui
171 Madison Avenue, Suite 305
New York, New York 10016
niallmacg@macglaw.com
(646) 850-7516

ON BEHALF OF DEFENDANT:

SUSAN SCHARFSTEIN, ESQUIRE
New York City Law Department, Office of the Corporation Counsel
100 Church Street
New York, New York 10007
sscharfs@law.nyc.gov
(212) 356-2355

ON BEHALF OF THE WITNESS:

ANDREW FALLEK, ESQUIRE
Fallek & Fallek, PLLC
305 East 86th Street, Suite 4 SW
New York, New York 10028
info@falleklaw.com
(212)797-4700

that?
A I do.
Q Now this is a transcript -- or an excerpt from a transcript of a proceeding on March 4th, 2010. At that particular time and did you know Mr. Aidala outside of the context of the particular case?
MS. SCHARFSTEIN: Objection.
MR. FALLEK: Object to form.
THE WITNESS: I -- I knew Mr. Aidala at the time as a colleague in the business and as someone who was involved in the same bar association that I was very involved in at the time.
BY MR. MACGIOLLABHUI:
Q And at that particular time, 2010, is that statement of his accurate that at that time you were president of the Brooklyn Bar Association?
MS. SCHARFSTEIN: Objection to the form.
MR. FALLEK: Objection to the form as well.
THE WITNESS: I believe that in March of 2010 I was President of the Brooklyn Bar Association.
BY MR. MACGIOLLABHUI:
Q And what, in terms of that particular position, how long is the, as it were, term of office?
A A one year term.

Q And it -- does it run by calendar year or not?
A I believe, if memory serves me, it would have commenced at some point in early June of 2009 and it would have terminated at the end of May 2010 if I'm correct, give or take a week or two.
Q So when you were retained by M.T., first retained by him, that was a position that you held, right?
MS. SCHARFSTEIN: Objection.
MR. FALLEK: Objection as well.
THE WITNESS: I don't recall when I was retained by M.T.
BY MR. MACGIOLLABHUI:
Q Well, the particular portion of the -- of the excerpt I'm referring to -- you to, so again begins at the bottom of page 284 with, "Your Honor, I was called by John Lanuzzi," and then runs through page 285 and ends with, "That was my only conversation I had with him about this matter." Having reviewed what is said in that portion by Mr. Aidala, is there anything within it that is inaccurate?
MR. FALLEK: Objection as to form.
MS. SCHARFSTEIN: Objection.
THE WITNESS: My name is spelled correctly. I'm not sure why he would have mentioned my

THE WITNESS: I do recall M.T. being in Israel on -- at more than one occasion, yes.

BY MR. MACGIOLLABHUI:

Q And do you know who paid for his travel back and forth?

MR. FALLEK: Objection as to form.

MS. SCHARFSTEIN: Objection to the form.

THE WITNESS: I have no knowledge as to who paid for his travel other than what M.T. may have reported to or told the D.A.'s Office during one of our meetings.

BY MR. MACGIOLLABHUI:

Q Now, going back to Moshe Friedman, did you ever speak to Mr. Friedman about the Baruch Lebovits case?

A This -- does that include this lawsuit brought by your client?

Q No.

A Okay. I can't say for sure, but I believe that over the course of the years -- I've known Moshe Friedman for a long time and represented him in various matters and his family members, the topic probably came up.

Q Now, in terms of the matters in which you have represented either him or family members, are any of