# EXHIBIT 13

EXHIBIT
Plaintiff's 173 4/22/22 KK
exhibitsticker.com

People v. Samuel Kellner, Ind. No. 2538-2011

updated 3/4 (work)

T/P/O (counts 1 to 6): March 11, 2008 to March 5, 2010

1. Conspiracy 4 — 5 unindicted coconspirators, repeated demands to Meyer Lebovits for over $50K in return for which Kellner would (1) get the 2 indictments dismissed, (2) forgo an additional c/w from coming forward, & (3) stop the hotline

   Overt acts: (1) March 2008 co-C #1 told Meyer - $ in exchange for c/ws not testifying
   (2) April 2008 co-C #2 told Meyer - $ in exchange for c/ws not testifying
   (3) June 2008 co-C #3 [Taub] told Meyer - $ (over $50K) in exchange for c/ws not testifying
   (4) Nov. 2008 co-C #4 [Yidal Wolf] told Meyer - $ in exchange for c/ws not testifying
   (5) Jan. 2009 co-C #5 told Meyer - $ (over $50K) in exchange for c/ws not testifying
   (6) March 2009 **Def.** solicited Moishe Friedman to act as an emissary … $ over $50K …
   (7) 3/14/08 **Def.** paid a person [redacted]
   (8) 11/12/08 **Def.** paid a person [redacted]
   (9) May 2009 **Def.** confronted Meyer. **Def.** reiterated terms & conditions of his demand for $ previously conveyed through the coconspirators - in exchange for c/ws not testifying

2. Att. GL 2 P.L. 155.05(2)(e)(iii) (by extortion)(> $50K)(engage in conduct constituting a crime)
3. Att. GL 2 P.L. 155.05(2)(e)(iv) (by extortion)(> $50K)(accuse another of a crime)
4. Att. GL 2 P.L. 155.05(2)(e)(v) (by extortion)(> $50K)(expose a secret)
5. Att. GL 2 P.L. 155.05(2)(e)(vii) (by extortion)(> $50K)(testify)
6. Att. GL 2 P.L. 155.05(2)(e)(ix) (by extortion)(> $50K)(other act calculated to materially harm another)
7. Perjury 1 March 14, 2008 (swore falsely)
8. Perjury 1 Nov. 12, 2008 (swore falsely)
9. Criminal Solicitation 4 March 14, 2008 (solicited another to commit Perjury 1)
10. Criminal Solicitation 4 Nov. 12, 2008 (solicited another to commit Perjury 1)

---

**VDF** arrest: 2/23/11, 10:00am, 653 Grand Avenue (BSVS) by Det. Bruno
oral stmt.: 2/23/11, 10:00am, at BSVS by Det. Bruno = Pedigree. D works at ____________.
ID: 2/17/11, 10:40am, 653 Grand Ave.(BSVS) by Det. Bruno

Lebovits Indictments: 2600-2008 = sealed case 11393-2008 = open case

---

Exhibits:
**1.**

defense

Witnesses:
1.
2.
3.
4.

**To do**: -

---

**no Chris Blank** John O'Mara said no → Aidala then went to Vecchione
*Nick = someone who didn't talk back to Mike* *Joe = Mike's mop up guy*
*email from DA – allow case to be dismissed; Mike then went to DA*
S Green-Jones & Bill Petit → calls by D/C to get info

---

Michelle Weber → Rabbi Flohr – help w/ more Lebovits victims
go after Weisner [he will probably talk] & Torenheim's father

**Alexis – rumors**
met Dershowitz 1x

Michelle Weber investigated Florida
Michelle spoke to Alexis – Alexis said don't stop

Thought – [redacted] is a coconspirator – what it the corroboration

**July 5 letter attachments** – ADA M. Gregory notes (1 page)

My Q → any emails

**<u>Timeline</u>**:

| | |
|---|---|
| 3/5/08 | ADA Laline meets with Kellner's son |
| 3/5/08 | Det. Dispatch Sheet → case received from ADA Chris Laline & assigned to Det. Litwin |
| 3/5/08 | Det. Litwin interviews Sam Kellner & his son |
| 3/6/08 | Sam Kellner brought Torenheim to BSVS |
| 3/11/08 | Baruch Lebovits arrested **3/13/08 Crim Ct. ARR** |
| March 2008 | overt act #1 = co-C #1 [<u>Leizer Wolf Hager</u>] told Meyer - $ in exchange for c/ws not testifying |
| 3/14/08 | **<u>expected visitor</u>** – Samuel Kellner (9:49am) & [redacted] (1:41pm) to see ADA Laline |
| 3/14/08 | ADA Laline meets with [redacted] |
| [redacted] | Kellner's son & [redacted] = overt act #7] |
| 3/31/08 | **<u>expected visitor</u>** – Samuel Kellner (11:05am) to see Henna White |
| April 2008 | overt act #2 = co-C #2 [<u>Yakov Leizer Horowitz</u>] told Meyer - $ in exchange for c/ws not testifying |
| **4/28/08** | **Baruch Lebovits Sup. Ct. ARR on indictment 2600-2008** |
| June 2008 | overt act #3 = co-C #3 [<u>Taub</u>] told Meyer - $ (over $50K) in exchange for c/ws not testifying |
| <u>8/13/08</u> | <u>severance motion made</u> |
| 9/16/08 | Sam Kellner brought [redacted]) to BSVS |
| <u>10/8/08</u> | <u>severance motion granted</u> |
| Nov. 2008 | overt act #4 = co-C #4 [<u>Yidal Wolf</u>] told Meyer - $ in exchange for c/ws not testifying |
| 11/12/08 | ADA Laline meets with Srully |
| [redacted] | [redacted] = overt act #8] |
| **12/8/08** | **Baruch Lebovits Sup. Ct. ARR on indictment 11393-2008** |
| Jan. 2009 | overt act #5 = co-C #5 [<u>Wolf Wertzberger (Volvi)</u>] told Meyer - $ (over $50K) in exchange for c/ws not testifying |
| March 2009 | overt act #6 = **<u>Kellner</u>** solicited Moishe Friedman to act as an emissary … $ over $50K … |
| 4/7/09 | **<u>expected visitor</u>** – Samuel Kellner (11:24am) to see ADA Gregory |
| **<u>May 2009</u>** | **<u>overt act #7</u>** = **<u>Kellner</u>** confronts Meyer & reiterated terms & conditions of his demand for $ |
| 5/5/09 | in Judge McKay's chambers, D/C claimed Kellner tried to get $250K from Lebovits' family |
| 5/6/09 | <u>Per D/C</u> (in person – outside house) Kellner told Meyer he could make the case go away |
| 5/7/09 | <u>Per D/C</u> (by phone) Kellner told Meyer he could make the case go away |
| 11/4/09 | Miss Gregory meets [redacted] in her office = last time they spoke = he was cooperative |
| Nov.2009 | John Lonuzzi called Miss → [redacted] will take 5th as his [redacted] might have been embellished |
| | **<u>D/C Aidala admitted that Lonuzzi had called & spoken to him [see Miss G affirmation]</u>** |
| 3/3/10 | [redacted] testified at trial |
| 3/4/10 | Kellner & Litwin at [redacted] house = molested by Ashkenazi |
| 3/8/10 | TFG (D remanded) → convicted of 8 counts & acquitted him of two counts |
| 3/29/10 | sentence adjourned |
| **4/12/10** | **Baruch Lebovits sentenced [10⅔ to 32 years = 8 class E felonies]** |
| 4/21/10 | Simon Taub – start of T/P/O → transcript of conversation given to KCDA on 4/27/10 |
| 4/23/10 | Simon Taub conversation with Meyer Lebovits recorded → transcript to KCDA on 4/27/10 |
| **<u>4/27/10</u>** | **<u>DI Green-Jones met w/ Aidala in Vecchione's office</u>** → given 2 transcripts [Taub DD5 #1] |
| | 2 transcripts given to KCDA (conversations between Taub & Meyer) |
| | (1) 4/21/10 meeting between Simon Taub & Meyer Lebovits |
| | (2) 4/23/10 phone call between same |
| | DI G-J met w/ Aidala & Chaim Lebovits → Simon Taub <u>& Kellner</u> approached the Lebovits family and offered $400K to make the case go away & for Nuchem Rosenberg to go away |
| | Simon Taub approached Meyer Lebovits … |
| | … On April 29, Chaim said he recorded Simon Taub → played for & recorded by KCDA |
| | **voucher # 21690** = cassette & CD w/ 4/29/10 conversation between Chaim and Taub |
| | **<u>NEW</u>** → On 4/27, Chaim listened to Nuchem's hotline = a man in the community is being extorted for $½ million. Molester & extortionist will both be arrested. |
| 4/27/10 | Chief Terra & S G-J interview Chaim Lebovits at Aidala's office – implicates Taub & Kellner |
| 4/29/10 | a recorded conversation between Chaim & Taub was captured – **<u>do we have this?</u>** |
| 5/6/10 | Chaim calls DI G-J -- Mr. Feder was approached by Kellner's brother – Kellner will pay $20K to anyone who will bring a sexual abuse case **<u>against</u>** **<u>Meyer</u>** [Taub DD5 #2] |
| 5/13/10 | [Taub DD5 #3] DIs interview Chaim & Meyer at KCDA |
| | Chaim gave KCDA 2 recordings of Taub |
| | 5/12/10 meeting bet. Taub & Chaim (recorded) Taub never said $ amount but wrote numbers 250K and 50 five times = to avoid case against Meyer; $50 K due the next day & Kellner would be there; Rabbi Mandel will be at meeting; claims Taub's son was molested by Meyer |
| | **voucher # 21699** = cassette w/ (3) voicemail messages left for Meyer by Taub |
| | **voucher # 21700** = CD w/ (2) conversations bet. Taub & Meyer → transcript from Lebovits |
| | **voucher # 21701** = 5/12/10 phone call from Chaim to Taub |
| | **voucher # 21702** = 5/12/10 meeting between Chaim to Taub |
| | **voucher # 21703** = CD w/ meeting bet. Taub & Meyer & phone calls on 4/26 & 4/29 w/ same |

| | |
|---|---|
| | [Taub DD5 #4 dated 5/24/10 is a summary of the above conversations with Taub] |
| 5/14/10 | Baruch Lebovits transferred from Rikers to state prison |
| 5/24/10 | Meyer at KCDA [Taub DD5 #5] prior to his father's trial Kellner sent several individuals to Meyer last year (**2009**) [[redacted]] & asked for money in exchange for dropping the case. Kellner sent **Yidal Wolf Wertzberger** to negotiate a deal. Negotiations never got to the payment stage [WRONG → they paid $30K to Volvi] & Taub was **then** sent to try to get money in exchange for the case to be dropped. Taub told Meyer he could quash the whole case for 400K & threatened that if the family didn't accept the deal Taub & Kellner would bring another victim ([redacted] forward. Meyer said he recorded an April 2009 conversation he had with Kellner where Kellner admitted (1) that he sent numerous people to negotiate a deal, (2) that he could get rid of all 3 cases against Meyer's father & (3) he could remove any mention of Meyer's father of the Rosenberg hot line. **CHECK THIS** |
| | Mendelbaum (mentioned in the transcript) is a community activist helping BL |
| 5/24/10 | Batsidis assigned & is given the 2 transcripts bet. Taub & Meyer to review [Taub DD5 #5] Case was assigned to Grace Albinson & Vecchione → [*she won't talk back to Mike*] |
| 5/24/10 | Chaim calls DI – Taub called Rabbi Mandel to prepare agreement; Mandel concerned it's illegal [Taub DD5 #6] |
| 5/27/10 | recorded call bet. Chaim & Taub – **Do I have?** [Taub DD5 #7] **WHAT DOES CALL SAY?** |
| | **voucher # 21708** = [UNKNOWN MEDIA] 5/27/10 phone call from Chaim to Taub |
| 6/1/10 | Vecchione requests $75K in flash money [Taub DD5 #8] **More?** **On what basis?** [*Is date correct – why request $75K if that # hadn't come up earlier?*] |
| 6/4/10 | controlled / recorded meeting bet. Taub & Chaim at Taub's residence [Taub DD5 #9]<br>■ no discussion about the document<br>■ Taub wants $75K initial payment & promised to bring Kellner to meet Chaim after paid.<br>■ Taub said he got Nuchem Rosenberg to stop talking about Lebovits family on his hotline<br>■ Chaim is supposed to contact Taub when he gets the first $75K |
| 6/8/10 | Meyer & Chaim at KCDA [Taub DD5 #10] |
| 6/13/10 | Chaim sent email = recording between Chaim & Taub – **Do I have?** [Taub DD5 #11] |
| 6/18/10 | Meyer & Chaim at KCDA. Chaim calls Taub to set up 6/22 meeting [Taub DD5 #12] |
| 6/22/10 | DI G-J prepares & emails draft agreement to Chaim for Chaim to give Taub & Kellner [#13] 6/21/10 email from Chaim to DI G-J → "Guess he [Taub] doesn't have Kellner yet." |
| 6/23/10 | Chaim rescheduled meeting w/ Taub to 6/27. Taub said Kellner will be there. [Taub #14] |
| 6/24/10 | email from Chaim to Taub=you must bring your "partner" [Kellner] to the meeting [Taub 15] |
| 6/28/10 | email from Chaim to DI G-J = "Looks like he is having problems to 'deliver'." [Taub #16] TO ME, THIS MEANS TAUB DOES **NOT** HAVE KELLNER. |
| 6/28/10 | DI G-J documents email correspondence. [Taub DD5 #17] |
| 7/2/10 | Meyer called DI G-J -- Chaim said that Mr. Feder said that Kellner's brother Yakov called him and offered money to anyone who had a true story (allegations) against Meyer and that Taub was attempting to get money from the Lebovits' because his son was molested. |
| 7/2/10 | 3-way recorded conversation between Chaim and Taub was captured. [Taub DD5 #18] |
| 7/7/10 | [Taub DD5 **#24**] Taub left 2 voicemail messages for Chaim in the morning<br>Chaim calls Taub to confirm meeting today |
| 7/7/10 | [Taub DD5 #19] $75K delivered to Taub **by whom?** Kellner not present. According to Chaim - Taub said he would meet Kellner later that evening. |
| 7/7/10 | [Taub DD5 #20] Taub arrested – DI Deboer claims to see Kellner in the vicinity **where?** THIS IS NOT DOCUMENTED IN A DD5 |
| 7/7/10 | [Taub DD5 #21] Taub stmt: His son informed Dov Hikind that he was molested by Meyer. Kellner approached Taub & told him that Meyer molested his son. Taub requested a financial settlement. Once Taub received the money, "Kellner was going to bring Taub to KCDA [to] show proof of Meyer's guilt." THIS IS BRADY FOR KELLNER |
| 7/7/10 | [Taub DD5 #22] Taub brought to LICH before arraignment |
| 7/21/10 | [Taub DD5 #23] Meyer called DI G-J = people in the community are bothering his family<br>Taub left voicemail messages for Chaim – recorded by DI G-J on 7/29/10 |
| 7/22/10 | Taub's D/C = Michael Bachner executes a 30.30 waiver |

**KELLNER**

| | |
|---|---|
| 8/6/10 | Batsidis & Vecchione meet w/ Lebovits D/C – receive six affidavits |
| 8/13/10 | Batsidis & DIs meet w/ Moishe Friedman [Kellner DD5 #1] |
| 9/1/10 | Batsidis & DI interview of [redacted] [Kellner DD5 #2] [*brought in my Lebovits PI*] |
| 9/15/10 | proffer interview of [redacted] w/ atty Lonuzzi [Kellner DD5 #3] |
| *9/20/10* | *Batsidis instructed by Vecchione to give affidavits & translation to Sex Crimes* |
| 9/24/10 | DI subpoena original 2009 Kellner-Meyer Lebovits conversation from atty [Kellner DD5 #4] |
| 10/7/10 | Batsidis received email from Lonuzzi = recording between [redacted] & Litwin |
| [redacted] | [redacted] |
| 10/14/10 | Pinches Kellner charges dismissed |
| 10/25/10 | Batsidis & DI interview of Rochel Eisenbach & Samuel Eisenbach [Kellner DD5 #5] |

| | |
|---|---|
| 11/4/10 | Simon Taub indicted (# 4502-2010) |
| 11/4/10 | Batsidis & Vecchione meet w/ Lebovits D/C Aidala & Dershowitz |
| **11/9/10** | **Batsidis & DI interview of <u>Sholem Weisner</u> [Kellner DD5 #6]** |
| 11/24/10 | Batsidis received email w/ **<u>second translation</u>** of 2009 Kellner-Meyer Lebovits conversation |
| 12/1/10 | Simon Taub Sup. Ct. ARR |
| 12/1/10 | Batsidis & DIs interviewed [redacted] (1 of 3) [Kellner DD5 #7] |
| 1/20/11 | Rabbi Mandel called DI G-J (scheduled for 1/21) he wants to speak to an atty. [Kellner #8] |
| 2/28/11 | Rabbi Mandel interviewed at KCDA w/ his atty Jacob Laufer – original document vouchered<br>Where is this & was it translated? [Kellner DD5 #9] |
| 3/15/11 | Batsidis & Vecchione meet w/ Lebovits D/C Aidala & Dershowitz brothers |
| 3/21/11 | Batsidis & M. Ferrell interview at KCDA→ **<u>NO DD5</u>** |
| 3/24/11 | Batsidis & DIs interviewed [redacted] (2 of 3) [Kellner DD5 #10]<br>**conferenced w/ Vecchione –** [redacted] |
| [redacted] | [redacted] |
| 4/6/11 | proffer w/ coconspirator **Wolf Wertzberger** & his atty Jacob Laufer [same as Rabbi Mandel]<br>**→ <u>NO DD5</u> → <u>LOOK AT PAPERWORK = NOTES</u>** |
| 4/11/11 | Kellner indictment filed |
| 4/12/11 | Kellner arrested [Kellner DD5 #11] → D arraigned & press conference on April 13 |
| 4/15/11 | Baruch Lebovits granted bail pending appeal |
| 4/27/11 | Batsidis interviewed Srully (3 of 3) [not on Nick's timeline] |
| **<u>4/28/11</u>** | **<u>DI G-J closing DD5 [Kellner DD5 #12]</u>** |
| 8/26/11 | Simon Taub P's offer 2-6 yrs. D/C filed a PPI [off calendar] |
| 9/27/11 | Batsidis received voice mail msg. from Nathan Dershowitz; Vecchione said don't call back |
| 10/12/11 | Nathan Dershowitz lft. msg. for Batsidis; called back – wants judge to know victims' position |
| 10/18/11 | Simon Taub pled guilty to Att. GL2 [*TAP sheet notes = order a sentencing letter*] |
| 12/1/11 | Simon Taub sentenced to 5-years probation [*letter to J Walsh*] |
| 1/4/12 | (?) 108 page transcript = received from Lebovits D/C (?) |
| 2/28/12 | Vecchione tells Batsidis that Sex Crimes interviewed Rabbi Blum. Doubt about [redacted] claims of abuse due to his attendance at Bedford Hills Yeshiva in 2004 and 2005. Instructed to interview him. Batsidis & DI interview Rabbi Blum. Updated Vecchione on 2/29.<br>**HOW DID VECCHIONE KNOW THIS (FROM LEBOVITS D/C???]**<br>**Nick's action sheet = "D team for Lebovits made Rackets aware of Rabbi Blum"** |
| 2/28/12 | [from Batsidis action sheet] met w/ DA in regard to Rabbi Blum ADA Vecchione present |
| **<u>3/20/12</u>** | **<u>Kellner's Racket's investigation case w/ KCDA DIs reopened</u>**<br>**<u>Was this based on information from BL's D/C???</u>** |
| 3/23/12 | Batsidis, Ferrell, Bruffee, Litwin & DI G-J interview [redacted] [should be a DD5]<br>[redacted] confirmed Litwin's notes = Berly Ashkenazi & Kellner attempted to pay [redacted] [redacted] friend [redacted] said [redacted] influenced by BL's daughter |
| 4/24/12 | App. Div. reverses Baruch Lebovits' conviction |
| 5/4/12 | DIs interview [redacted] - [redacted] fled to Israel. [MORE] |
| 5/4/12 | S Green-Jones interviewed [from Anthea's brief – this is NOT accurate] |
| 7/10/12 | Meyer, Chaim, & Aidala at KCDA – they claim a recording between Kellner & another individual. To date, this recording has not been produced [<u>???</u>]<br>*Is this what is referred to in Forward article? [look at D/C conversation notes]* |
| 8/24/12 | KCDA subpoenaed **<u>flight records</u>** for [redacted] |
| 9/18/12 | KCDA subpoenaed bank records for accounts listed on El Al flight records (under new GJ#) |
| 11/19/12 | [redacted] recorded Litwin {WHEN} turned over to D/C today |
| 11/19/12 | Meyer tells Batsidis of Kellner's alleged tampering with co-conspirator **Wertzberger** |
| 1/14/13 | Hella Winston Jewish Week article |
| 1/14/13 | Kellner case on today & adjourned for D/C to obtain & provide their translation to KCDA |
| 1/16/13 | Meyer asks Batsidis if he should divulge Kellner recording [from Forward]. Batsidis=not wise |
| 3/6/13 | Kellner case on today & still awaiting D/C translation |
| 4/24/13 | Kellner case on today & still awaiting D/C translation |
| 5/8/13 | Kellner D/C calls Batsidis to tell him Rabbis will be meeting with the DA [<u>???</u>] |
| 5/8/13 | Kellner D/C [Niall] asked for another copy of People's transcript – emailed to him by Batsidis |
| 5/10/13 | Kellner D/C [Niall] claims a tape that exculpates Kellner [a witness who recorded |
| 5/13/10 | FIRST translation given to D/C – more damaging to Kellner [<u>???</u>] [**<u>one from BL D/C???</u>**]<br>from Nick - the Lebovits translator (in Israel) wished not to be deemed an expert |
| 5/22/13 | Kellner case on today & still awaiting D/C translation |
| 5/22/13 | Batsidis spoke to ADA Gregory – notes referred to in [redacted] = her status sheets<br>= no notes when she spoke to Kellner |
| 6/14/13 | Batsidis, Alexis, Schmetterer speak to NY Times reporter Michael Powell (Vecchione there) |
| 6/18/13 | Litwin & Jaus confirm that no notes are taken when they met with Kellner |
| 6/19/13 | Zalmen Ashkenazi **<u>bank records</u>** reviewed; email sent from Batsidis to Hynes & Vecchione |
| 6/20/13 | translator Ruth Kohn asked if she could speak to Kellner D/C |

6/20/13 Batsidis & Alexis meet w/ Hynes. If needed, ________ can be granted immunity.
6/26/13 Batsidis & Alexis interviewed ________ w/ atty Lonuzzi
6/26/13 Batsidis & Alexis meet with Hynes → have closing memo by Monday morning [July 1]. **Received email from DA with regard to closing memo**.
6/27/13 Batsidis & Alexis called to meet with Vecchione in regard to the case and the closing memo. Instructed by Vecchione that DA no longer wants closing memo and that all three of us were to meet with ________ a second time.

Up to here: add all of the Lebovits affidavits & the subpoenas to ________

When did RJ (or Amy) say no investigation into ________

7/1/13 Batsidis & Alexis met with Vecchione, Ferrell and Guria in regard to Brady issues and the IAB issue contained in email by DA on June 26, 2013.
7/1/13 ________ interviewed at KCDA by Batsidis, Alexis & Vecchione (Lonuzzi present)
7/2/13 Batsidis spoke to **IAB** in regard to ________ allegations against Det. Litwin
7/2/13 Batsidis highlighted parts of Meyer Kellner translation as instructed by Vecchione for DA
7/2/13 ADA Ferrell protective order from Justice Dowling
7/5/13 Brady disclosure to Kellner D/C on
7/5/13 Batsidis spoke with Vecchione again and reiterated that the Kellner case was resurrected by the Lebovits lawyers with the affidavits they gave us and their investigator was escorting witnesses and potential witnesses to KCDA.
7/10/13 I finished task = the DA wanted summary of the ________ along with the excerpts
7/10/13 Batsidis interviewed over the telephone by **IAB** Sgt. Steven Bhagan in regard to ________ allegations. Batsidis & Vecchione met with Daily News (Orin). Jerry and Ali present also.
7/17/13 Batsidis, Alexis and DI Jones met with Dov Hikind and Dov Cohen at their office. Mr. Hikind stated listened to the recording between Meyer and Kellner. See DI Jones DD5.
8/13/13 [from Batsidis action sheet] Vecchione gave Batsidis a CD
11/11/13 NY Post article = Alexis & Batsidis removed from case

[end of Batsidis action sheet] Mr. Fuchs ???
Sternlicht allegedly has Kellner on recording

---

**Timeline for Clayton** (last updated 8/15/13)

135) July 10, 2013(KELLNER)-----I spoke with ADA Gregory again about the statement by Kellner during the recorded conversation attributed to her. ADA Gregory informed me that the conversation never occurred.

138) July 12, 2013(KELLNER)----Subpoenaed additional years of accounts belonging to Zalmen Ashkenazi. Left message for Lonuzzi regarding HIPPA form.

139) July 15, 2013(KELLNER)-----I received a voicemail message from Lonuzzi in reference to the HIPPA form. Lonuzzi stated that ________ is reluctant to sign because he does not want it to get out in the community. Lonuzzi stated that he may order the records and look them over. He stated he would get back to me and further discuss matter with Torenheim.

-----I also requested financial investigators be assigned after meeting with DI Jones. I along with ADA Alexis and DI Jones met with CFI Gillon and FI Fortel and briefed them with regard to investigation.

---

From nick - Kellner said he got the names from Schlessenger
Kellner probably guilty but can't prove BARD
Kellner wanted $, when L didn't pay, **then** he went to rabbis for permission

I need email
Who decided to report Litwin to IAB?

**156-page transcript** = conversation between Kellner & Meyer Lebovits

| | | |
|---|---|---|
| p.1 | | [Kellner approaches Meyer **on the street**] |
| p.2 | SK | Makovetsky is calling me … |
| | | I came down here to 58 [Street] … |
| | | The only complaint that I have is the two bills that were left for me … |
| p.6 | SK | "I lost on this deal a hundred times more than, than, than you. On this deal I have … " |
| | | [a car door closes → *are they inside a car ???*] |
| p.7 | ML | You killed me [2x] … you have stabbed me |
| p.8 | SK | Chaim Hager wanted to kick him [Kellner's son] out of the yeshiva |
| p.9 | SK | Chaim Hager is the Dzikov Rebbe & the Kosov Rebbe's son = Shraga Hager's brother … |
| | | Chaim Hager gave an afternoon lecture, a night before that - my son & Weisberg were driven home by your father & whatever happened happened … |
| | | I told the Kosov Rebbe [Shraga Hager] a hundred times, "I'll sit down with Lebovits whenever he is willing." |
| p.10 | SK | My son went to Chaim Hager … |
| | | I went to see Yosl Bear, Sruel David, Yosl Berl Krauss |
| p.11 | ML | [not sure who referring to] I do know him because he deals with teenage boys |
| | SK | [not sure who referring to] I went to ask his advice and he told me "Go arrest him." … After I finished, I went to Shimon Baruch [= **Simon Taub**] |
| | ML | You went to look for still others? [*other victims???*] |
| p.12 | ML | Truly, if you came to me, you'd be better off. … The problem would have been taken care of. |
| | SK | I was a wretch [4x] |
| p.13 | SK | I went to the Kosov Rebbe |
| | | Shimon Baruch called. I told Shimon Baruch he [*who???*] wants to sit down with you |
| p.14 | ML | I can't believe anything Shimon Baruch says. |
| | SK | I went to the Kosov Rebbe. The Kosov Rebbe said to me, "You must go see **Yidal Wolf**." … |
| | | [SK mentions the Williamsburg Vaad Hatznius] |
| p.15 | ML | Was that man told anything even one time? |
| | SK | Who? |
| | ML | The man you arrested? [= *was BL told*] |
| | SK | That's what Yosef Bear told me |
| | ML | It's a lie |
| p.16 | ML | Nobody ever told him anything [= *nobody ever told BL*] |
| | SK | Yosef Duvid told me – Let's call him down here cut off his beard and slap him around |
| | SK | [Kellner was okay with arresting him but not cutting his beard off] |
| | ML | [Meyer responds] Putting him in prison for 30 years, that's okay. [this comment throws me] |
| p.17 | ML | … To sit in jail for 31 … [If this is 2009, it's pre conviction. BL faced more time] |
| p.18 | ML | Who's to blame is Adam Rosinger and Jaime Herbst [**EXPLAIN**] |
| | ML | David Krauss is a … |
| p.19 | SK | He told me [who – Krauss???] "I'm bringing you permission from Mr. **Heskel Gold**." |
| | ML | Heskel gives permission without listening to the other side |
| | | [Nick's notes: Yosef David Krauss = Williamsburg Modesty Committee] |
| | SK | Shiye sent him away |
| p.20 | SK | Shiye sent my son away from the yeshiva |
| | ML | Shiye came to me five times to ask what … [**EXPLAIN**] |
| | SK | I told Leizer Wolf Hager "Go tell Meyer he should sit down." [*What does this mean?*] |
| | | [Nick's notes: Leizer Wolf Hager = chaplain at Mt. Sinai, son of Grand Rebbe in Monsey] |
| | SK | Yosl Velvel [???] Kellner wanted to sit down with Meyer [*What does "sit down" mean?*] |
| | ML | I never received such a message. |
| p.21 | SK | [refers to a message from Kosov Rebbe or Shimon Baruch] |
| | ML | I sent a messenger to the Kosov Rebbe & he knows nothing. |
| p.22 | SK | I asked the Kosov Rebbe, "Should I get out of court or not?" |
| | SK | The case can be closed tomorrow. You know it, I know it. |
| p.23 | SK | I sent you a message with Leizer Wolf. [same as p.20] |
| p.24 | SK | [also sent Yakov Leizer Horowitz] *THIS ALL SEEMS TO BE ABOUT NO WARNING* |
| p.25 | ML | If somebody did what was done to your child, I would have wanted to kill him. |
| | SK | I sent you messages |
| p.26 | ML | Why didn't you call me … [**Meyer upset at no notice from Kellner**] |
| | ML | nobody gave us a warning. … There is something in the Torah … |
| p.27 | SK | [mentions Leizer Wolf, Yakov Leizer, & Yidal Wolf] |
| p.28 | SK | I told him, my son is a misdemeanor, my son cannot go to trial. Tell him to stop. |
| | ML | Stop what? |
| | SK | Let's stop the whole case. |
| | SK | We went to Yidal Wolf and we went to Shimon Baruch |
| p.29 | SK | I can drop a misdemeanor. |
| | SK | [*??? Yidal Wolf was asking for $20K from Lebovits for himself???*] |

| | | |
|---|---|---|
| p.30 | ML | That villain Heskel Gold gives me the same stupid excuse you do. |
| p.33 | SK | Leizer Wolf said he spoke to Meyer |
| p.34 | ML | it's not true … it's a lie |
| p.35 | SK | mentions Taub & then "when Weingarten lost his case, then the same <u>Goldberg</u> came to me." [my note: Israel Weingarten had a federal case] = <u>Andrea Goldbarg</u> |
| p.36 | SK | Rabbi Gold said take the case to federal court |
| p.38 | SK | last week / ten days ago is when Rabbi Gold said take the case to federal court |
| | SK | Taub said when he called Meyer, his numbers were disconnected |
| p.39 | SK | Kellner asked Taub are you talking to them because Volvi [Wolf Wertzberger?] said you are not. Taub said yes. → [*<u>was Taub acting w/o Kellner's knowledge ???</u>*] [federal court has a 98% conviction rate] |
| p.40 | SK | maybe he will settle → [this can easily mean pled guilty] [*a different c/w w/ a crime that occurred upstate ???*] |
| p.41 | ML | The warning about the federal he [BL?] had already hear that |
| | ML | The fact that there is a new one before ____ I heard that too [referring to ] |
| p.42 | SK | If he wants to sit down, we'll sit down. If he wants to fight, we'll fight. |
| p.43 | SK | And you kept going. |
| | ML | [Yidal Wolf warned] "Kellner called, he's going in about another case. What does he want?" |
| p.44 | SK | Kellner told Yidal Wolf to tell them to come in and sit down over the misdemeanor case. |
| | ML | Nobody gave me the message |
| | SK | Yidal Wolf said he wants him to bring **<u>$20K</u>** |
| p.45 | SK | [mentions Makovetsky] |
| p.46 | SK | [mentions severed] |
| **<u>p.46</u>** | **<u>SK</u>** | I told Yidal Wolf, If my son is severed, how do I stop it now. Either he sits down or I'll bring another witness. First of all, it will drag out for another year. |
| p.47 | SK | I went to Makovetsky 3 times to sit down |
| p.48 | SK | [Volvi [Wolf Wertzberger?] went to Makovetsky] |
| | ?? | [Kellner says he spoke to Meyer. Meyer says he was at Makovetsky] |
| p.49 | SK | I have to make matches for my children [my note: for their weddings] |
| p.50 | SK | [mentions Ashkenazi & federal case] |
| p.51 | SK | [mentions the lawyer charges $10K] |
| | SK | I even went to see Moshe Gabai → As long as D won't talk to me, I won't talk to him. |
| p.52 | ML | What do you want? |
| | SK | I want you to take responsibility and I had a serious loss with my son. |
| | ML | So the victim has to pay? [priceless that he is referring to himself &/or his father as a victim] |
| p.52 & p.53 | | "Rabbinical reference" → WHAT IS THIS? |
| **<u>p.54</u>** | **<u>SK</u>** | When I wanted to sit down with you, I got back the answer, "He does not want to sit down with you. He will fight you in court and you'll have to bring your kid to court to trial. |

[<u>rehash of the past</u> → Meyer repeatedly says no one came to him → ____ ]

| | | |
|---|---|---|
| p.59 | ML | You brought ____ with you. |
| p.59 | SK | [after an arrest] The two parties sit down, whoever was right, was right, they called in a rabbi and the rabbi said, "Listen to me, this and that and here … settle it and get out of here." |
| | ML | Why did you go out to get ____ I would have gone to ____ myself. **<u>EXPLAIN</u>** |
| p.60 | SK | [police didn't want to arrest D w/ only a misdemeanor] [I got names of others where there were warnings & your father ignored them] [= "**<u>the list</u>**"] |
| p.61 | ML | no warnings |
| | SK | I got ____ after the warnings. |
| | SK | It was **<u>Schlesinger</u>**. "We called him. One time, two times, three times. He's not coming." … [my note = 3 prior victims & Vaad called BL in & he never came] |
| p.62 | SK | [after he mentions Yidal Wolf, he says he got Torenheim & Rubenstein "from them" = Vaad] |
| p.63 | SK | [the Vaad] revealed it only because he ignored it |
| | SK | I believed that maybe Yidal Wolf wanted to get money. [??? the Kosov Rebbe suggested taking $20K to have the 2 boys evaluated & Kellner said no] |
| p.66 | SK | I believed that that you knew and saw I wasn't going ahead with the case. Miss Gregory hasn't talked to my son to this day. … They are offering 2 years because they know it's not going to trial and that's all I said to Yidal Wolf. … Yidal Wolf was yelling. … [Kellner = it's not my problem] |
| p.67 | ML | … your son will come out. ____ **<u>will be out.</u>** → [**<u>HOW DID MEYER KNOW?</u>**] |
| p.69 | ML | He didn't want to go to trial. … He wanted to plead guilty … |
| p.70 | ML | [Kellner asked if D wanted to plead guilty w/ 10 years probation & Meyer answered "Yes"] |
| p.72 | SK | [Kellner wanted jail. Meyer asks how much is enough?] |
| | SK | **<u>Jamie Herbst</u>** let me have it 100 times worse that your father did. … hanged me … [It seems rabbi Herbst bad-mouthed Kellner in the community] |
| p.73 | ML | [Meyer asks what can be done so that everybody will come out = entire case will end] |
| p.74 | ML | Had you come to me … you would have gotten everything you'll ever get. [My Q = so if Kellner came to you pre-arrest, you would have "sat down" & "settled"?] |

| | | |
|---|---|---|
| p.76 | SK | [If I was looking for blood, I would have pursued a federal case] [*not sure if accurate* → Mendel Gold, Heskel Gold's son dragged me out by earlocks] |
| p.77 | SK | [I told them yes – I lied to all of them] [D had a choice to settle at Makovetsky; D had a choice to respond to Taub; D had a choice to respond to Volvi; D had a choice 50 times → Kellner didn't go in (for a federal case) because he knew he'd "get mine once more. There would be a stink about me all over town … "] |
| p.79 | SK | [Tuesday before Passover, Kellner was at KCDA. KCDA wanted Kellner to sign that he was going to trial. Kellner walked out. Kellner told {*not sure who*} he did sign] |
| | ML | [Meyer mentions a witness upstate → Kellner responds, they don't have that witness] |
| p.81 | ML | Take away the gun. → [WHAT DOES THIS MEAN – take away the case???] |
| p.83 | SK | [Miss & Rhonnie say we need the kid who was recently abused or there is no trial] |
| p.84 | SK | [There is no case] |
| | ML | [There is ____________] |
| | SK | ________ isn't coming. I'm not going. They won't ________ or ________ to trial alone.] |
| p.85 | ML | Talk to the point. Talk as if we're merchants. |
| | SK | [Gregory said, if you come to trial, we're going to trial. If you're not coming to trial, it's over. D wants 10 years probation & he might not take that now & the case will be dropped.] |
| p.86 | SK | Tell me what you consider as damages. → mentions Makovetsky & Yeheskel Rosen |
| | ML | Mendel Gold is partners with the Vaad Hatznius. |
| p.87 | SK | Weingarten [who had a federal case] was screaming that your father should be arrested too Rabbi Gold said there need to be so many cases that there will be order in the street [GOOD] |
| p.88 | SK | Goldberg [= Andrea Goldbarg] called me 10 times |
| p.90 | ML | Why doesn't the Vaad come to warn the person? |
| p.91 | SK | [I went to Shraga Hager. He said to see Yidal Wolf.] |
| p.92 | | [my note = it seems Yidal Wolf tried to collect $20K from D through Kellner for himself] |
| | SK | We went to see **Haim Duvid Katz**. [WHO IS HE?] |
| p.96 | ML | They are afraid of you [???] |
| p.99 | SK | Moshe Gabbai will tell you that **David Eckstein** brought me a signed contract saying that I'm transferring the whole case … Moshe said tear it up |
| p.100 | ML | What does David Eckstein have against my father? |
| p.102 | SK | Yosef Duvid Gross told me, "For 20 years I've been suffering because of this man and now I'm going to fix him." |
| | SK | Moshe Gabbai said I got it from the Williamsburg Vaad Hatznius that they're taking back the case. → Volvi left me with a bill. [THIS IS VERY UNCLEAR] |
| p.104 | SK | **Do I want to blackmail you? No**. [2x] |
| p.105 | SK | [mentions Yoeli Engleman → the lawyer **Michael Dowd** sent Engleman] |
| p.106 | SK | [Kellner told Engleman to stay away from his case. I'm letting **Nuchem** scream.] [to Meyer] I can take him off Baruch M → [= Kellner can stop **Nuchem** from talking] |
| p.107 | ML | What's going on with Beryl Ashkenazi? |
| | SK | There is a witness for him [Beryl Ashkenazi] = **Eisenbach** |
| p.109 | SK | He ________ was chasing after ____ saying you ____ out a Jew, you ratted out a Jew. |
| | SK | Beryl Ashkenazi said to ____ Kellner dragged you in, Kellner is a thug … a Rabbinical trial with Beryl Ashkenazi & Kellner |
| p.110 | SK | I left a message for him [WHO???] "Take care of ____ |
| p.111 | SK | They [WHO???] came to pick up Beryl Ashkenazi because he interfered with justice. Makovetsky gave me a ruling that I must not do it. |
| | SK | Regarding Beryl Ashkenazi I believed one thing. I caught you, now you'll pay for Sruli. Straighten out Sruli. … **It wasn't even big money**. |
| p.112 | | [Meyer gives Kellner his phone number] |
| p.113 | SK | I owe **Michael Dowd**. We hired a lawyer to get out. I told Volvi, "He charges $10K. He know about our dirt." **[It seems Kellner is telling Volvi to pay Dowd's fee]** |
| p.116 | SK | Michael Dowd was the lawyer who was supposed to pull us out of this. |
| p.117 | SK | [mentions **Mark Appel**] |
| p.118 | SK | Dowd sued Hikind for all the names & now he has all the names |
| p.120 | SK | He [Dowd] wants to see people to find out whom he is going to sue. They are going to sue. |
| p.122 | SK | [Kellner calls Leizer Wolf Hager & says, I told you at the beginning of the case, that I could go to Meyer … |
| p.123 | | [Kellner asks him, why didn't anything work out with Meyer? At the beginning of the case, **when you went to see Meyer**? **Hager** = Do I know? … **Yidal Wolf got involved**.] |
| p.124 | SK | Yidal Wolf told me, "Before we begin, let me tell you what my charges are." |
| p.125 | SK | [Yidal Wolf believed he was owed $40K. He was charging like $1,100 an hour] |
| p.127 | SK | [*??? I went to Dowd to get out of the case ???*] |
| p.128 | SK | [mentions Moshe Spitzer → arrested 3/5/2009. 3/20/09 Daily News story about indictment] |
| p.129 | ML | What do you want |

p.130 SK **I know you have no money. Meyer, I know your father has no money. I know one thing though, I don't have any money.**<br>
SK … I told him he is not going to get paid in April. We're already in May [= **May 2009**]<br>
p.131 ML **Weiss** wanted to get out of the case? [WHO???]<br>
[THIS IS VERY UNCLEAR]<br>
p.138 SK I went to the DA, I said that Lebovits has hired Nuchem and Nuchem listed my child's name. Otherwise he wouldn't have taken it off. … The DA called him up.<br>
p.139 SK **I don't want to blackmail you**. [BUT HE DOES WANT MONEY]<br>
p.144 ML Why didn't you come to us? [before putting him in jail]<br>
p.148 SK He's not going to jail. You know it and I know it.<br>
p.150 SK David Eckstein came to me, "I'm paying you everything."<br>
p.152 SK I met Yakov Leizer.<br>
p.153 SK [it seems Kellner was asking Yakov Leizer to meet with the Munkatch rabbi]<br>
p.154 ML Why didn't you go to Hess? Did you call Yakov Leizer or Hess?

Questions for Meyer:<br>
Go over [redacted]<br>
Explain the recording<br>
Do you believe your father is innocent (never touched any child)?<br>
Go through timeline<br>
When were the meetings w/ others?<br>
When was the recording w/ Kellner?

What did Kellner do? → only overt act = #7 = met w/ Meyer.

What links Kellner to Taub?

Taub DD5s:<br>
#13 [6/22/10] 6/21/10 email from Chaim to DI G-J → "Guess he [Taub] doesn't have Kellner yet."<br>
#15 [6/24/10] email from Chaim to Taub = you must bring your "partner" [Kellner] to the meeting<br>
#16 [6/28/10] email from Chaim to DI G-J = "Looks like he is having problems to 'deliver'."<br>
TO ME, THIS MEANS TAUB DOES **NOT** HAVE KELLNER.

Taub's statement helps Kellner = His son informed Dov Hikind that he was molested by Meyer. Kellner approached Taub & told him that Meyer molested his son. Taub requested a financial settlement. Once Taub received the money, "Kellner was going to bring Taub to KCDA [to] show proof of Meyer's guilt."

Who paid for Florida trip?<br>
audio was made by Sholem Weisner & Leizer Weiss in Florida<br>
[redacted] was taken to Florida on a pretense & plied with drugs in an attempt to implicate Kellner.<br>
On the video, [redacted] says the Lebovits scared [redacted] out of the case – will accuse him of molesting 2 children. They also paid for his lawyer & promised him money. Srully said Lebovits offered [redacted] father $50K & he didn't accept it.

Who paid for [redacted] atty?<br>
[redacted] best friend [redacted] says he fled to Israel out of fear and that before the Lebovits trial he told her that Lebovits's oldest daughter said that if he testified against her father, he would be arrested.<br>
Lebovits' daughter said he would be charged with abusing 2 at age 10<br>
[redacted] fled to Israel 7 month earlier [= Oct. 2011]<br>
Who pays for [redacted] flights back & forth to Israel, etc.?<br>
Who paid for [redacted] father's mortgage?

**KCDA DD5s - Taub** #1 to #17 are cut & pasted above

1. [4/27/10] **voucher # 21690** = cassette & CD w/ 4/29/10 conversation between Chaim and Taub
2. [5/6/10]
3. [5/13/10] **voucher # 21699** = cassette w/ (3) voicemail messages left for Meyer by Taub
   **voucher # 21700** = CD w/ (2) conversations between Taub & Meyer → transcript from Lebovits
   **voucher # 21701** = 5/12/10 phone call from Chaim to Taub
   **voucher # 21702** = 5/12/10 meeting between Chaim to Taub
   **voucher # 21703** = CD w/ meeting between Taub & Meyer & phone calls on 4/26 & 4/29 w/ same
4. [5/24/10]
5. [5/24/10]
6. [5/24/10]
7. [5/27/10] **voucher # 21708** = [UNKNOWN MEDIA] 5/27/10 phone call from Chaim to Taub
8. [6/1/10]
9. [6/4/10] **voucher # 21717** = [UNKNOWN MEDIA] 6/4/10 meet bet. Chaim & Taub at Taub's residence
   **voucher # 21718** = [UNKNOWN MEDIA] 6/4/10 meet bet. Chaim & Taub at Taub's residence
10. [6/7/10]
11. [6/13/10] **voucher # 21725** = [UNKNOWN MEDIA] [unknown date] conversation bet. Chaim & Taub
12. [6/18/10] **voucher # 21727** = [UNKNOWN MEDIA] 6/18/10 phone call from Chaim to Taub
13. [6/22/10]
14. [6/23/10]
15. [6/24/10]
16. [6/28/10]
17. [6/28/10]
18. [7/2/10] Meyer called = Chaim said that Mr. Feder said that Kellner's brother Yakov called him and offered money to anyone who had a true story (allegations) against Meyer and that Taub was attempting to get money from the Lebovits' because his son was molested. → 3-way recorded conversation between Chaim and Taub was captured. **– WHAT DOES THE CALL SAY ???**
   **voucher # 21750** = [UNKNOWN MEDIA] 7/2/10 phone call from Chaim to Taub
19. [7/7/10] $75K delivered to Taub **by whom?** Kellner not present.
   According to Chaim **-** Taub said he would meet Kellner later that evening.
   - While outside Taub's, Chaim called DI G-J → he saw Nuchem Rosenberg walk by Taub's
   - Chaim called Taub & Taub opened the door
   - Chaim asked Taub why Rosenberg was IFO his home. Taub said he may be going to doctor
   - Chaim had Meyer display the $75K; Chaim told Meyer to go to car; Chaim & Taub went inside
   - Chaim asked Taub where's Kellner. Taub called Kellner on speaker & discussed meeting later
   - Taub gave Chaim a card = their written agreement [in Hebrew lettering]
   - Taub took the $75K from Meyer in the car

I NEED THESE RECORDINGS (OF KELLNER ON SPEAKER PHONE)
   **DA voucher # 205/2010 = written agreement**
   **voucher # 21745** = [UNKNOWN MEDIA] 7/7/10 meet between Chaim/Meyer & Taub
   **voucher # 21746** = [UNKNOWN MEDIA] 7/7/10 meet between Chaim/Meyer & Taub
   **voucher # 21752** = malfunctioned video of the 7/7/10 meet between Chaim/Meyer & Taub
20. [7/7/10] Chaim & Meyer go to Taub's residence → Meyer goes to car / Chaim goes inside → Chaim then Taub exit building and enter car w/ Meyer → Taub arrested as he exits vehicle w/ envelope w/ $75K
   **DA voucher # 207/2010 = copies of $75K**
   **voucher # 21754** = [UNKNOWN MEDIA] 7/7/10 meet between Chaim/Meyer & Taub
   DI Deboer claims to see Kellner in the vicinity [**where?**] THIS IS NOT DOCUMENTED IN A DD5
21. [7/7/10] Taub statement: His son informed Dov Hikind that he was molested by Meyer.
   Kellner approached Taub & told him that Meyer molested his son. Taub requested a financial settlement. Once Taub received the money, "Kellner was going to bring Taub to KCDA [to] show proof of Meyer's guilt." = **Brady for Kellner**
22. [7/7/10] Taub brought to LICH before arraignment
23. [7/7/10] Chaim phoned Taub from KCDA to confirm meeting
24. [7/7/10] Taub left 2 voicemail messages for Chaim in the morning
   **voucher # 21748** = [cassette] 7/7/10 Chaim calls Taub to confirm meeting today
   **voucher # 21759** = [cassette] 7/7/10 (2) voicemail messages from Taub for Chaim
25. [8/13/**2012**] Lebovits PI Robert Mladinich contacted DI G-J → sent email w/ interview of Laib Sternlicht
   ~2010, Dim was molested by a friend [as well as by BL]
   Sternlicht recorded a phone conversation w/ Kellner → **WHERE IS THIS???**
   **Sternlicht SAYS HE HAS THE TAPE & WILL GIVE IT OVER IF SUBPOEANED**
   [8/20/**2012**] Lebovits PI gives DI G-J (2) CDs "Sternlicht 6/20/13" & "Abraham Gluck 8/6/13"
   **voucher # 22862** = [CD] "Sternlicht 6/20/13"
   **voucher # 22863** = [CD] "Abraham Gluck 8/6/13"

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**KCDA DD5s - Kellner**

1. [8/11/10] affidavits =
   **Moshe Friedman** [dated 7/15/10] Kellner approached Friedman at his office & wanted him to negotiate w/ Lebovits family for case to go away; Kellner said he "controlled all of these cases" and that "only a misdemeanor happened" regarding sexual activity" [**w/ whom – this is very vague**]
   [redacted] [dated 7/22/10] Kellner paid me $400 or $500; $10K total; Kellner brainwashed me; last night (7/21/10) Srully said Kellner gave money to everyone
   [redacted] [dated 6/30/10] on 3/4/10 at 2am, Det. Litwin, Kellner, & Rosenberg came to my home; Litwin wanted me to say Beryl Ashkenazi molested me. I told Litwin that wasn't true.
   **Rochel Eisenbach** [not dated & not signed] my husband let them in; Kellner said I would get $12K
   **Sholem Weisner** [dated 6/22/10] [redacted] told me he was a male prostitute & that he was doing that for years before he met Baruch Lebovits; he got "bigger money" from Kellner & from **Mark Appel**; **Mark Appel** bought him a computer; [redacted] asked me to contact Lebovits family to ask them to pay him to not proceed; [redacted] didn't trust Kellner & thought Kellner would keep all the money; I understood that only contact w/ BL was hand contact [**this is so poorly drafted**]
   [8/11/10] **Moshe Friedman** interviewed at KCDA:
   March or April 2009 phone call from Kellner & they met at his office – wants $250K …
   [I don't understand the references of Kellner saying he was getting money from people in Monroe]
   Notes: Friedman visited Lebovits in prison who said the case was an outright lie
2. [9/1/10] Batsidis & DI interview of [redacted] [*brought in my Lebovits PI*]
   **voucher # 21771** = [cassette] 9/1/10 interview of [redacted]
3. [9/15/10] proffer interview of [redacted] w/ atty Lonuzzi
   Kellner asked [redacted] if he was molested & [redacted] said yes; [redacted] was not molested by BL; Kellner told [redacted] to say it was BL; Kellner paid him $500 & took him to Det. Litwin; Kellner paid him $100 a week for a total of about $10K; **Det. Litwin took him to dinner regularly**; at age 17, he went to 70 Pct. to report abuse by Aaron Kraus – spoke to Det. Bruno but dropped the charges; he met [redacted] through [redacted]; …; he was not paid or threatened to come forward;
   **Notes**: rabbis gave him money – Zalman Ashkenazi, Goldman; David; Rossier; Fuchs
4. [9/24/10] DI subpoena original 2009 Kellner-Meyer Lebovits conversation from atty
   **voucher # 21784** = digital recorder w/ 2009 Kellner-Meyer Lebovits conversation
5. [10/25/10] Batsidis & DI interview of Rochel Eisenbach & Samuel Eisenbach
   **voucher # 21785** = [CD] 10/25/10 Rochel Eisenbach interview
   **voucher # 21786** = [CD] 10/25/10 Samuel Eisenbach interview
6. [11/9/10] Batsidis & DI interview of Sholem Weisner -- BL is well known in Boro Park as a man who liked young men but he was not a threat; no oral sex, at most he would touch
7. [12/1/10] Batsidis & DIs interviewed [redacted] (1 of 3)
8. [1/20/11] Rabbi Mandel called DI G-J (scheduled for 1/21) he wants to speak to an atty.
9. [2/28/11] Rabbi Mandel interviewed at KCDA w/ his atty Jacob Laufer – original document vouchered
   **DA voucher # 34/2011 = January 2009 document** Was this translated?
   Rabbi's translation says $225K paid & to go in escrow & Kellner will pick a Beit Din

3/21/11 Batsidis & M.Ferrell interview [redacted] at KCDA → **NO DD5**

3/24/11 Batsidis & DIs interviewed [redacted] (2 of 3) [Kellner DD5 #10]
**conferenced w/ Vecchione** – [redacted]
[redacted] [redacted]
4/6/11 proffer w/ coconspirator **Wolf Wertzberger** & his atty Jacob Laufer [same as Rabbi Mandel]
4/11/11 Kellner indictment filed
4/12/11 Kellner arrested [Kellner DD5 #11] → D arraigned & press conference on April 13
4/15/11 Baruch Lebovits granted bail pending appeal
4/27/11 Batsidis interviewed [redacted] (3 of 3) [not on Nick's timeline]
4/28/11 DI G-J closing DD5 [Kellner DD5 #12]

---

Wire room vouchers (case # 63/10)

| | | | |
|---|---|---|---|
| W21771 | 9/1/10 | Interview of [redacted] @ KCDA | |
| W21785 | 10/25/10 | Interview of Rochel Eisenbach @ KCDA | |
| W21786 | 10/25/10 | Interview of Samuel Eisenbach @ KCDA | ***** **NEED** |
| W22862 | 8/20/13 | CD entitled "Sternlicht 6/20/13" from PI Robert Mladnich | |
| W22863 | 8/20/13 | CD entitled "Abraham, Gluck 8/16/13" from PI Robert Mladnich | |

---

Sam Kellner court appearances: 4/11/2011 = indictment filed

| | | | | |
|---|---|---|---|---|
| Part 50 | 1/14/13 | 3/ 6/13 | 4/24/13 | 5/22/13 |
| TAP | 7/ 8/13 | 7/29/13 | | |
| | 9/ 9/13 | advanced from 9/30 | | |
| | 10/ 8/13 | advanced from 11/4 | | |
| | 11/12/13 | | | |
| | 11/25/13 | 1/21/14 | | |

---

Miss Gregory GJM: (3/29/11) assigned to CAC in August 2010
Baruch Lebovits was arrested on March 11, 2008
one c/w was [redacted]
one c/w was [redacted]
both c/ws testified in March 2008 under indictment # 2600-2008
after the indictment was severed, a third c/w came forward in Sept. 2008 named [redacted] → all 3 cases were severed
plea negotiations occurred & then ended → then the case was set for trial
first trial was to be for c/w [redacted]
in early 2009, ADA informed c/w that his trial would be first
in mid-November 2009, ADA was contacted by an atty for c/w → c/w would not cooperate/testify
ADA tried to speak to [redacted] but was unsuccessful
Trial under Ind. 11393 with [redacted]
Srully testified on March 3, 2010 → Baruch Lebovits convicted of CSA 3 x8
[redacted] charges were Sexual Abuse 3 + EWC → dismissed on 10/14/2010
[redacted] charges under 11393 were also dismissed
p.12 met [redacted] = Samuel Kellner
Mr. Kellner brought his son to the police
Mr. Kellner brought the other 2 c/ws to the attention of the police
[redacted] were interviewed by the police in March 2008
[redacted] was interviewed in Sept. 2008

---

Meyer Lebovits GJM: (3/30/11)
p.5 self-employed in real estate Baruch Lebovits = father Chaim Lebovits = older brother
p.8 has known Samuel Kellner since childhood
Baruch Lebovits was arrested on March 11, 2008
After father's arrest, approached by people in his community
**Leizer Wolf Hager** (aka Leizer Vevelk) wanted to talk / stopped me on street a few days after father's arrest
They met later that day or the next day
Hager said that Kellner told Hager to go to Meyer and tell Meyer that Kellner brought charges.
Kellner "controls them and I should settle with him." (*assumed he meant money*)
"He will make sure that the victim won't come testify, so the case will be dismissed."
**Yakov Leizer Horowitz** (aka Yakov Leizer) approached Meyer end of March / beginning of April 2008
Horowitz said that Kellner came to Horowitz and Kellner said he knows that Horowitz knows Meyer
Kellner should come to Meyer. Kellner "controls both of them and that I should sit down and settle with him for money. He will make sure both **complainants** are not coming to trial."
Meyer told both men that he didn't believe their stories & that they have lawyers … [*Note: I don't believe this*]
**Yakov Leizer Horowitz** came to Meyer in July or August with the same message from Kellner = "if we settle for money he will make sure that the victims will not come forward against my father."
**Yakov Leizer Horowitz** October or early November - Kellner said "pay him or he will bring a third victim."
*** Kellner knew of severance and that a third victim would allow [joinder] in one trial
no mention of who 3rd victim was or any $ amount
p.13 **Simon Taub** approached Meyer; a few times; in April 2008
(?) Kellner said pay money and the c/ws will not show up to testify
Spoke to Taub again in October 2008 → … $400K [*I skipped some*]
In November, Taub told Meyer the third victim would be Rubenstein
[*WHY is there noting about payoff in 2010???*]
**Yidal Wolf** – a rabbi – called Meyer in November 2008 – mentioned Rubenstein & settling w/ Kellner
"We should call right now and settle with him."
**Wolf Wertzberger (Volvi)** – Dec.2008 / Jan.2009, February, March – same thing but more forcefully
Kellner "is in control of all three cases."; will bring a 4th victim & take it **federal**; wants $300K
Meyer tells **Wolf Wertzberger** that he wants to meet personally with Kellner
Meyer wanted to record Kellner on tape
January / February 2009 → Kellner will take $225K
(18,4) Meyer = "I gave him $30,000." = to **Wolf Wertzberger** in January / February 2009
(18,12) "When we started negotiating … " → went to Rabbi Aaron Benzion Mendel who drafted a document

May 2009: Meyer met with Kellner at Meyer's home (58th Street between 11th & 12th)
& recorded an hour-long conversation (in Yiddish)
Kellner drove up & Meyer happened to have a recorder in his pocket
**pages 20-21** Meyer says what is in the conversation → **CONFIRM THIS** → "His plan I should come to him and pay him off." "He controls all three cases" → [I did not see that in the transcript]
p.21 Mayer = Kellner said he was going federal → in actuality, Kellner said he is **NOT** going federal
p.21 Moishe Friedman (???)
p.21 Nuchem - part of the deal → **NOT IN THE TRANSCRIPT** *THEY PAID $30K*
Kellner never demanded a specific amount of money during the conversation. They never were going to pay.

---

Moishe Friedman GJM: (3/31/11) I run a newspaper (@ 84 Broadway) [= **Der Yid**]
March / April 2009 – contacted by Sam Kellner (Kellner called his cell & went to his office)
conversation = Kellner's son was a misdemeanor victim of Lebovits & Kellner was trying to negotiate a $250K settlement; he should convince the Lebovits to settle … pay to avoid case going forward
Moishe Friedman told Meyer of his conversation with Kellner

---

[redacted]

---

**FILE REVIEW**
Multiple checks made payable to Simcha Torenheim & Moshe Torenheim (Michael's brother)
7/30/12 $9,400
2/14/2013 KCDA recording of Abraham Rubinstein calling Naftali Unger
p. 8 of 12 Unger = He'll give you $1million & he'll go back to jail for 6 months
p. 10 of 12 Unger = He'll meet with your son at my house and tell him, I'm guilty, I'm sorry.
p. 10 of 12 Unger = we had a deal … This is what Michael Ross was saying all the time
I sat with you at Michael Ross' twice, for four hours

---

**Lebovits file paperwork (in Kellner file)**
Det. Dispatch Sheet → case received from ADA Chris Laline on 3/5/08 & assigned to Det. Litwin
UF61 # 1218 → SA 2 & SA 3 = BL fondled Pinches genitals & buttocks in a vehicle (gray Toyota Avalon)
DD5 #1 (case # 158) =interview of Sam Kellner on 3/5/08 →
Incident = 2/12/2008 → BL picked up c/w Pinches & Shia Yoel Weisberg
hand-leg & hand-penis (over clothing)
______ outcried to Shia the next day at the yeshiva & then went to a teacher & then w/ dad to a rabbi
DD5 #2 =interview of Pinches Kellner on 3/5/08 → hand-penis, scrotum, genitals

---

BSVS case # 655 DD5 #4 (9/26/08) = recorded conversation between c/w _______ & Baruch Lebovits
7-page translation of conversation [by Ruth Kohn] → Eli Schreiber from Dov Hikind's office
BSVS case # 655 DD5 #5 (10/3/08) = Det. Litwin spoke to ADA Miss Gregory
10/25/10 interview of Rochel Eisenbach (By Nick Batsidis) (9 pages)
On 3/4/10, Kellner came to her home at 2am with a DA named Steve [Litwin???]
She woke up her son and Steve spoke to her son privately
When Steve left, Nuchem Rosenberg was downstairs [is this for real?]
The told her son that they wanted him to go to court as a witness against a teacher from a school
She paid $12K for her son's past troubles → Kellner said he can get the money back
Son = Yakov → paid his employer (a plumber) $12K for stolen pipes so he wouldn't report him

---

9/1/10 interview of ______________ (By Nick Batsidis) (13 pages)
On 3/4/10, at 12:45am 2 guys and a detective came to my house; Kellner & another guy
Asked me about Lebovits & Ashkenazi
______________
Kellner said Ashkenazi was a child molester
Kellner said he was going to make $250 for the case and that they would get 10%
to say Ashkenazi molested him
p.5 – don't know Kellner, then met him 2 years ago
Israel Rubinstein is a friend through school
[not clear – is Yakov saying that ______________ asked him to lie about Ashkenazi abusing him???]
2 years ago Kellner met him and said if you know something, come forward [= A GOOD THING]
____________________ dealt with Rabbi Rosenberg [Nuchem]
p.9-10 = Brady for the Lebovits case
Ashkenazi told witness that _____ told Ashkenazi that the witness testified against Ashkenazi
Ashkenazi told witness that Ashkenazi lost the case because when he testified, they said he had 2
Victims – one was the witness, & one other
Steve Litwin questioned me about Ashkenazi
Ashkenazi told witness that witness told Steve Litwin that Ashkenazi molested the witness ______
Ashkenazi told witness that Litwin took notes [during the interview]

9/18/136 closing of KCDA case # C063-2010 by Bill Petit
[redacted] attorney is John Lonuzzi – [redacted] left the country
Case administratively closed until new investigation or until [redacted] returns

---

Notes – 11/4/09 Miss Gregory met with [redacted] at KCDA – advised of trial date, witness on board
week of 11/22, lawyer for [redacted] contacted RJ & Det. Litwin & left message for MG
DIs to serve subpoena on MT 12/2, 12/20 (also 1/6/10 & 5/27/10 ???)

---

<u>July 8, 2013 minutes</u>: IN THE ROBING ROOM →
[redacted] was interviewed on June 26 & July 1, 2013
Protective order from Judge Dowling = Brady material
D/C said he has a recording of [redacted] admitting the Baruch Lebovits allegations are true
Zalman Ashkenazi's brother Beryl testified at the Baruch Lebovits trial for the defense
Zalman Ashkenazi paid for [redacted] school in Israel & flights, etc.
The concern is that Ashkenazi paid for Torenheim to testify <u>against Kellner</u>
[redacted] can't afford John Lonuzzi → **<u>Who is paying him & how was he retained?</u>**
D/C = the Lebovits side convinced [redacted] not to testify
when Lebovits was convicted, they then convinced [redacted] to accuse Kellner
D/C = Sex Crimes knew Lebovits was a pedophile and that [redacted] was an actual victim
entire case against Kellner was created by Lebovits, his attorneys & associates
[redacted] will never testify – he is 4 of the 10 counts in the indictment
protective order was obtained on July 3, 2013
p.18 there has been a financial settlement between the witness [redacted] and Lebovits
IN OPEN COURT Case adjourned for People to investigate the information received on June 26 & July 1
Brady letter dated July 5 (& a second July 5 letter)

---

<u>Anthea's brief</u>
5/4/12 S Green-Jones interviewed [redacted] who said he was in fact abused by Lebovits
*** [redacted] backed out of case = Lebovits' daughter said he would be charged with abusing2 at age 10
[redacted] fled to Israel 7 month earlier [= Oct. 2011]
p.4-5 = why Kellner's son's case was dismissed → Kellner tried to settle the case for money
p.6 5/5/09 – in Judge McKay's chambers, D/C claimed Kellner tried to get $250K from Lebovits' family
p.8 Berly Ashkenazi (D wit at Lebovits trial)
On 3/4/10, at 1am, Det Litwin spoke to [redacted]) at his home
On 3/4/10, at 2am, Det Litwin spoke to [redacted] at his home
p.10 D/C for Lebovits has an affidavit from [redacted] saying he was never abused by Berly Ashkenazi
p.12 Simon Taub threatened to bring charges against <u>Meir</u> Lebovits
p.13 (3) DVDs video interview of [redacted] – also a surreptitiously recorded audio of [redacted] =<u>includes Kellner</u>

---

Simon Taub TAP folder = D is a non-predicate for a federal felony fraud conviction in 1998
Simon Taub indictment # 4502-2010 T/P/O = 4/21/10 to 7/7/10 = Att.GL 2

---

1/23/13 3:25 D/C called → for settlement, c/w had to do a psych exam **<u>40 minute call</u>**
psych exam = pchizo → comfort dog
[redacted] → Dershowitz in court saying Litwin is the fall guy
D/C says someone should look into the witness tampering
DI Roger Torres – investigated Kellner case & witness tampering → told D/C he must speak to an ADA
D/C believes he was investigating the tampering
D/C said this is what
*referred to Amy in 2010 & then died
[redacted] paid off by Ashkenazi → WHY NO CHARGES FOR HIM???
another Lebovits victim that is also an abuser himself → he has been manipulated by Lebovits just like [redacted]

---

Steve Litwin desk 718-834-4585 cell 718-207-0064 → Kellner D/C called him
Has never been contacted by IAB.
I asked where [redacted] notes were put? → **<u>Are the notes anywhere now?</u>**
Steve wanted [redacted] non-cooperation to be investigated (by him or by an ADA) → Rhonnie said no

---

DI Roger Torres – in the office 6 months
1/14/14 he met Miss Gregory – contact Hella Winston – information about witness intimidation
he spoke to Hella Winston – she has people
call from Ian Christner – DI met w/ him 1/17/14 – he can help w/ community
2 calls from D/C (also on cell)
Kellner mentioned the name Dym (Keller told Kristner)
**<u>Betzalel Dym</u>** is a victim who is also a sexual offender DOB 2/23/96

---

D/C – he has no problem w/ Kellner speaking to KCDA & will put it in writing
Kellner recorded conversation w/ Dym – didn't you tell me to make it all up

====================================================================================

*6:44-7:08* *per Getter* → Kellner is an extortionist known to all in the community; since age 20

$18K from an atty Caller to take over D.Hikind's position; not rerunning; Grand Rebbe Teitlebaum

Kellner offered Abraham Rubin to get case dismissed; night before sentencing went to Rubin for $

*1/27/14 10:14 Getter* 917-494-4978 →info about one of the victims

3:41 → friend in Israel. (Sholem?). I met a Malik victim – he left Judaism. c/w has no interest …

====================================================================================

**5/23/13 Hella Winston Jewish Week article:** "The evidence, obtained by The Jewish Week, is an audiotape on which a young man makes statements that undermine his previous claims that Kellner paid him to fabricate allegations of sex abuse. The young man also makes statements indicating that powerful members of his own community pressured him to accuse Kellner of perjury. …

… After learning in 2008 that his son had been inappropriately touched by Lebovits, Kellner obtained rabbinic permission to report the incident to the police. When a detective told him that his son's case was a misdemeanor and thus unlikely to be prosecuted unless additional victims came forward, Kellner obtained the names of two men — "Yoel" and "Zev" (not their real names) —who had previously disclosed their abuse at the hands of Lebovits to the **Vaad** HaTznius, or modesty committee. (The **Vaad** is an unofficial community watchdog group that deals with abuse allegations and alleged molesters, typically without involving law enforcement.)

After meeting each of these men, Kellner secured rabbinic permission for both to make police reports. Along with Kellner's son, both also testified before grand juries, resulting in indictments against Lebovits.

While Yoel, the young man on the newly uncovered audio tape, ultimately backed out of testifying against Lebovits at trial, Zev went forward …

… The new audiotape, made by an acquaintance of Yoel after Kellner's arrest, not only further supports Kellner's claims of innocence, but raises additional questions about the DA's handling of the allegations against him. The acquaintance, who requested anonymity for fear of retribution, had been told repeatedly by Yoel about his abuse at the hands of Lebovits, and made the tape after trying unsuccessfully to alert the DA that Yoel was falsely accusing Kellner.

"I called the DA's office — I didn't give my name but said I had information that Kellner was innocent of these charges," the friend told The Jewish Week.

"I was transferred from one place to another, and finally I got someone who told me, 'We're not interested. We are the prosecution; we are prosecuting Kellner. Go talk to his lawyer."

Asked about this person's account, a spokesman for the district attorney told The Jewish Week, "We know nothing about this."

Yoel's acquaintance turned over the recording to **Rabbi Chaim Flohr** and his beit din, the same religious court that had given Kellner permission to report his son's abuse to the police. The tape was then shared with The Jewish Week.

During the conversation, which is in Yiddish and was translated by a native Yiddish speaker for the paper, Yoel makes statements that indicate he first disclosed his abuse by Lebovits to people within his community around the time he was 16 or 17 — several years before he ever met Kellner. This is consistent with information obtained by The Jewish Week that Yoel first sought help around this same time from Rabbi Shraga Hager, also known as the Kosover Rebbe, for depression related to his abuse by Lebovits. (Rabbi Hager is the rabbi who ultimately gave Yoel permission to make a police report about Lebovits several years later). It also comports with an account by the **Vaad** that Yoel first approached them around this same time with these allegations, and even e-mailed them a photo of Lebovits to positively identify him as his abuser. These statements seem to undermine Yoel's claims that Kellner paid him to lie about being abused by Lebovits.

At another point on the tape, Yoel says that a powerful community activist named Zalmen Ashkenazi "got him out" of testifying against Lebovits. He also states that Ashkenazi hired an attorney for him and "made him" go against Kellner. (Zalmen's brother, Berel, was a character witness for Lebovits at trial, where it emerged that Berel was also an alleged child molester). Yoel's story comports with DA records that note that when Yoel made allegations against Kellner, he did so in the presence of an attorney. At another point on the tape, Yoel says that if Zalmen ever "turns on him," he would accuse Zalmen of molesting him. …

… a close friend of Yoel's gave a statement, obtained by The Jewish Week, to a DA investigator indicating that Lebovits' eldest daughter had intimidated Yoel into backing out of the Lebovits prosecution by threatening to have him arrested for molesting boys.

Rackets Bureau prosecutors are also in possession of a videotape on which Zev claims that Yoel was "terrorized" by members of the Lebovits family after he decided to press charges against Lebovits. And then there are notes, written by Litwin, detailing attempts by Berel Ashkenazi and another man to persuade Zev to drop his charges in exchange for money. Sex crimes prosecutors also have a psak, or rabbinical ruling, made at the behest of Berel Ashkenazi and signed by a rabbi, prohibiting Zev from adjudicating his case against Lebovits in secular court. (This document was used to impeach Berel's credibility as a witness for Lebovits at trial, but was not used by the DA's office to charge Berel with witness tampering).

All of this, says Dowd, should certainly have raised serious questions about whether these same people who tried (and in Yoel's case, succeeded) to intimidate both Yoel and Zev into withdrawing their charges against Lebovits may have manipulated Yoel into making false allegations against Kellner to help Lebovits' cause after he was convicted.

**D/C's 7/26/13 Clayton motion**: Indictment is based on testimony of 3 witnesses
Counts 7-10 are based entirely on Torenheim
p.4 Kellner contacted Monsey **Rabbi Chaim Flohr**. Flohr contacted the Williamsburg & Boro Park **Vaad** and learned that Baruch Lebovits was known for decades as a notorious pedophile. The Williamsburg **Vaad** gave Kellner the name ______________. Kellner was given the name ______________. **By whom???**

Controlled phone call between ______ & Lebovits. Kellner was offered & refused money to drop his son's case. Monsey **Rabbi Yisroel Makavetzky** wanted Kellner to preside over his son's case against Lebovits. Kellner agreed IF Dowd & Flohr could be present and if he had no legal fees. Co-conspirator **Wolf Wertzberger** promised to pay any of Kellner's fees. The other precondition was rejected & Kellner received a $1,800 bill from Makavetzky for legal fees. When Kellner asked Wolf Wertzberger to pay as promised, Wertzberger said he was just a front for Meyer Lebovits who he would need to ask.

Another payoff offer from Moshe Friedman [________], a first cousin of Baruch Lebovits. For decades, Friedman was Grand Rebbe Moshe Teitelbaum's right hand man until his death in 2006. Friedman has tremendous power both inside and outside his community. Friedman hired Kellner to sell ads for Der Yid. Friedman offered Kellner $250K to drop the case. When Kellner refused, he lost his job.

Kellner met with ADAs Jaus, Gregory, & Laline to apprise them of attempt to buy him off. **The DA accepts that this meeting took place but that there are no notes.** → **CHECK EXPECTED VISITOR**

In May 2009, Kellner approached Meyer about the Beit Din bill. Meyer recorded this conversation. KCDA says it is a smoking gun. D/C says it proves Kellner's innocence & Meyer's ________. **LISTEN**

[The translation is not accurate.] A key phrase uttered by Meyer is missing.

**LOOK AT TRANSCRIPT & RE-READ THIS SECTION** = pages.7-9

**When was recording by Meyer given to KCDA?** [look at Anthea's brief, D/C used timing for own benefit]
@ Baruch Lebovits trial, Beryl Ashkenazi was confronted with rabbinical court ruling which said ______ couldn't report Beryl Ashkenazi's attempted bribe & Beryl could remove ______ from goyim courts !!!

Simon Taub's son was actually molested by Meyer Lebovits. Taub went to Meyer for money, not to the police. Kellner told Det. Litwin & Nuchem Rosenberg of Taub's plan. Nuchem put on his hotline that someone was attempting to extort money from a molester. On **April 27, 2010**, Taub contacted Meyer and told him he was no longer pursuing him for money. **CAN I VERIFY THIS?**

**April 27, 2010** meeting between KCDA & Lebovits D/C → meeting at 9pm → Chaim Lebovits asked to re-instigate contact w/ Taub.

Affidavit by <u>Sholem Weisner</u> – Srully said he was paid by Kellner & perjured himself at trial

Affidavit by Moshe Friedman [same one???]

Affidavit by ________ – paid $10K by Kellner

December 2010, ______ interviewed by KCDA = didn't lie & not paid for testimony [*for something else???*]
March 24, 2011, ______ interviewed by KCDA = went to Florida, **video** interviews with <u>Sholem Weisner</u>
______ was taken to Florida on a pretense & plied with drugs in an attempt to implicate Kellner. Context of video = prior affidavit was a lie [video = 1st time spoke to ______ about Kellner]. On the video, ______ says the Lebovits scared ________ out of the case – will accuse him of molesting 2 children. They also paid for his lawyer & promised him money. Srully said Lebovits offered ______ father $50K & he didn't accept it.

Paragraph 41 – look at again (does it make sense?)

Paragraph 42 = alleged lies by Meyer in – when compared to the recording

Moshe Friedman's testimony that Kellner came to him (a BIG man in the community) to do his bidding is absurd

In May 2012 - "Natalie" __________ best friend says he fled to Israel out of fear and that before the Lebovits trial he told her that Lebovits's oldest daughter said that if he testified against her father, he would be arrested.

In Sept. 2012 - KCDA obtains bank & travel records that show Zalman Ashkenazi (prior conviction for bank fraud) paid for __________ flights to Israel

On May 2013, D/C learns of a recording by __________ acquaintance → ________ outcried about Lebovits abuse at age 16 or 17 (years before he ever met Kellner) and that Zalman Ashkenazi got him out of testifying against Lebovits, hired him an attorney and made him go against Kellner. → D/C met with this acquaintance.

On 7/2/13, D/C writes to ADA Batsidis – Brady

On 7/5/13, D/C gets June 26 & July 1 notes on ________ → other Brady was being withheld due to a July 3 protective order → [D/C summarizes ________ interviews]

On July 8 (in court), LCDA said it was investigating Ashkenazi and the Lebovitses

**<u>ARGUMENT</u>** <u>(Clayton Motion)</u> ________ was a victim of Lebovits. Then intimidated / tampered with so that he refused to cooperate with case [atty – paid by BL]. Case dropped. Then manipulated into denying his abuse and into accusing Kellner. KCDA inexplicably accepted this manipulation w/o question.

The rest of the case rests on the testimony of Meyer Lebovits. Son of BL. Case brought to KCDA at time when he was seeking to have his father released from prison. **His testimony is contradicted by his May 2009 recorded conversation with Kellner**.

KCDA is "enlisted by a convicted pedophile and his supporters to oversee a blatant campaign of lies, manipulation and witness tampering in order to overturn a conviction and secure his release back into the community." *ADD attorneys* p.23-25 a list of questions

discovery letters (1) 1/20/12, (2) 3/20/12 = recordings, (3) 5/19/11 = recordings
WHAT RECORDINGS WERE TURNED OVER?

---

108 page transcript = received from Lebovits D/C on 1/4/12
audio was made by Sholem Weisner & Leizer Weiss in Florida
LOOK AT pages 65-69 & 100; particularly p.66 & 100

---

ADA Michelle Weber
Leizer Weiss paid Sholem Weisner to do movie BL paid Weisner → Leizer's ex-GF = Melissa
Steve Litwin's memobook ended up on Nuchem's website – Michael Torenheim
Ruth Kohn – did KCDA translation
Was Mark Appel at Florida hotel – around corner from his home.

---

Anthea's 440 brief [dated 7/12/11] = Similar to above-mentioned brief
**Miss Gregory's 7/8/11 affirmation** → 5/5/09 – D/C said Kellner approached Lebovits family and said he could have all charges dropped for $250K; D/C said Kellner approached the Rebbe's secretary and repeated the same offer. Per D/C: On 5/6/09 (in person – outside house) & on 5/7/09 (by phone), Kellner told Meyer he could make the case go away. **Did Meyer testify to this in GJ???**

Anthea's 3/27/12 supplemental brief → People's original brief = 7/8/11
D/C claims DD5 #1 & car ownership docs shows Srully lied → mistake about age at Bedford Hills Yeshiva
p.18 – D/C claims ____ lied at Kellner's behest as part of Kellner's extortion plot
p.21 – Kellner may have tried to use BL's crimes against ____ in his scheme to make money …
p.22 – ____ father told Srully that he had a feeling Kellner was in the business of extorting $ from people
**Srully's tape recording talks about Kellner's extortion plot**
on tape & at trial, ____ admits being offered money to drop the case
at trial, ____ says on 1/20/09, he told Litwin he went to the home of a wealthy man – offered $50K
rabbinical court ruling permitting Ashkenazi to pay ____ IF he dropped the case
I NEED ADA Miss Gregory's 7/8/11 affirmation → Kellner said all of the victims were telling the truth
& Nick Batsidis 6/29/11 affirm. → Sholem Weisner unsuccessfully tried to get ____ to admit he lied at trial

---

Rabbinical court ruling → parties = Aaron Kellner & Rabi Berl Ashkenazi. **Is this my defendant Kellner?**
Rabbinical judge = Israel Meir Makovetsky

---

Nick Batsidis 3/27/12 affirmation – he interviewed ____ 3 times (3/24/11, 4/27/11, & ____?)
Sholem Weisner is one of the speakers in the 108-page transcript

---

Nick Batsidis 7/8/11 affirmation – he interviewed ____ twice 12/1/2010 & 3/24/2011
3/24/11 interview – ____ met Kellner. Kellner asked ____ if he had been abused by BL & ____ said yes. Kellner told ____ that they could work it out – ____ believed he meant financially. ____ told Kellner to speak to his father.

---

BINDER = 156-page transcript (Kellner & Meyer L) → look at notes in front of binder
(1) Rabbi Makovetsky (Monsey)
(2) Chaim Hager (Boro Park) Kellner's son's teacher
(3) Shraga Hager (Boro Park) related to Chaim, Kosover Rabbi / leading rabbi → ____ *went to him*
Grand Rabbi Shraga Feivish Hager, present **Kosover Rebbe** of Boro Park
(4) Joseph Baer
(5) Joseph David Kraus (Williamsburg) Modesty committee → Joseph/Yoel Berl Krauss – deals w/ teenage boys
(6) Heskel Gold (Monsey) Rabbi / father
(7) Mendel Gold (Monsey) son
(8) Yoshua Terskey (Boro Park) Dean of Yeshiva
(9) **Leizer Wolf Hager** (aka Leizer Vevelk) (Boro Park) son of Monsey Grand Rabbi = co conspirator
(10) **Yakov Leizer Horowitz** (aka Yakov Leizer) (Boro Park) = co conspirator
(11) **Yidal Wolf** (Boro Park) Williamsburg Vaad = co conspirator
(12) Jimmy Herbst(Boro Park)
(13) Chaim David Katz
(14) Moshe Gabbai Friedman (Boro Park) = testified in GJ
(15) David Eckstein (Monroe)
(16) Mark Meyer Appel (NYC) **Koppel in transcript - ???**
(17) **Wolf Wertzberger (Volvi)** (Boro Park) = co conspirator
(18) **Simon Taub** (Boro Park) Shimon Baruch = co conspirator

---

**How did the Rabbi Makovetsky (Monsey) rabbinical court come about?**
**Kellner = Rabbi hounded him**
**Rackets = Kellner brought this to broker a deal**

---

Voice mail message - Monday, January 20, 3:35
Niall MacGiollabhui [Neil Mac-gill-o-vwee] **(212) 751-1640** cell (347) 809-0092
(646) 380-2985

---

3 thoughts
1 Alan Dershowitz – complains KCDA won't take evidence → I told him IAB, not KCDA

What they did w/ [redacted] – they did to others → & gave it to the Forward
KCDA should get this → may lead to witness tampering

Forward article (November) → I can ask for what BL's D/C gave to the Forward.

2 List of other victims
**Yidal Wolf** has the names
D/C said I should get the unindicted co-conspirators in and squeeze them
Say we know you lied –
[redacted] went to Vaad & provided a photo of BL (because there was an issue of ID)
Rabbi's are concerned the will be prosecuted for failure to report

Miss Gregory: has a real credibility problem – she was given name of Beryl Korman as a victim
She never followed it up
3
4 email me letter

---

MY MEMO
The genesis of the case against Samuel Kellner started with a [DATE] meeting between Baruch Lebovits' attorney and the former head of the KCDA Racket's Bureau. The source of this information should have caused the claims to be examined with heightened scrutiny.
At a minimum, there should have been some consultation with the Sex Crimes Bureau
(?) What exists to corroborate the claims of Kellner's chief accuser, Baruch Lebovits' son. The unindicted coconspirators should have all been interviewed. D/C = only Wertzberger
Rackets should have known who Gabbai was and how it was unlikely for him to do Kellner's bidding.

All of the witnesses were produced to the KCDA by D/C for Lebovits.
Some of the witnesses were accompanied by D/C's PI when they came to KCDA.

---

IAB Group 34 Sgt. Steven Bahgan (718) 840-2643
**call IAB → What's up w/ Litwin case.**
D/C may want to drag this out so that at retrial, he can say IAB has an open case.
**1/29/14 – I called IAB → Sgt now in Queens**
**2/5/14 (12:12) – I called IAB & asked for a Lt. –**
Lt. Chapell – closed as unsubstantiated. 2-3 days ago Thur or Friday
2/5/14 (4:43) per IAB Lt. Chapell "unsubstantiated"

---

9/24/10 DI subpoena original 2009 Kellner-Meyer Lebovits conversation from atty → DD5 #4
**Why can't we subpoena the settlement agreement?**

1/28/14 ~10:20 call w/ D/C → Kellner told him to say it's more
D/C asked Dym was there more than touching – Dym said yes

---

1/28/14 I spoke to D/C Michael Bachner re speaking to Simon Taub – Taub is ill

---

1/28/14 I spoke to Kellner D/C
**Dym** – Kellner D/C admits that Kellner spoke to Dym as a victim
Ian Christner got Dym into therapy

D/C thinks KCDA should have (& may have) asked Taub to flip
D/C said no Litwin notes about – Litwin interaction w/ Kellner

Affirmation from Sex Crimes given to D/C – with Brady he sought last year re [redacted]
given to D/C by Anthea Bruffee on 12/4/13 & 12/5/13
(1) Affirm from Miss & (2) affidavit from Litwin

want Ashkenazi stuff – it was claimed to be Brady

**Friday → will let me know what date he can meet next week**

1/29/14 D/C Aidala called – I asked for Ase & Dym contact information
Asked if I want to speak to Meyer

---

1/29/14, 12:35 – D/C called (20 minute call)
Whole process is **BS** – D's case will be dismissed & nothing else
May go to press on two topics **next week**

1. [redacted]
2. Aidala making calls to Joe Alexis (recently – while Ashkenazi is being investigated)

Tapes w/ [redacted] – Litwin told me to make things up
Rubenstein gets no money until the trial is over. → Why isn't KCDA getting the settlement?
No will – same people involved – no executive will
Lebovits side is crowing [happy] – claiming it's a done deal
Go after [redacted] both fathers, Ashkenazis – do like the feds & arrest everyone
KCDA arrested Kellner on uncorroborated evid from D BL's son
Gabbai said he visited BL 1x but prison records show otherwise (multiple visits)
Why didn't KCDA investigate all of these problems → people who were involved don't want this to be exposed. All involved deserve to be fired (higher ups)
D/C has no doubt Vecchione paid off (an opinion w/o proof)
Joe Alexis told Dowd – a contract given by Aidala to Vecchione
**Dym** – beyond statute of limitations Kellner put Dym in touch w/ [redacted] & Ian Christner
Why would Kellner say felonies if beyond statute of limitations? Of no use
ASK D/C FOR - TAPES GIVEN TO FOREARD & NOT KCDA &

---

**Fri 1/31/14 3:37pm→ 5:01pm I spoke to D/C**
on Kellner-Meyer tape – there is a reference to $ for medical costs → Kellner says that wasn't done on my behalf
Dym – Kellner told me that he inserted a finger → what BL did was "jerk me off" but that's a misdemeanor
D/C = someone got to him
? – our office looking into something & Aidala making a call → concerns Sholem Weisner
D/C – when our office started looking into Weisner, a call was made to KCDA & that stopped

Amy reference → relates to [redacted] investigation by Sex Crimes [look at my Steve notes]

D/C - **What is being done on the witness tampering investigation???**
(???) D/C has information (1) Aidala calls Joe Alexis or Vecchione who then spoke to Alexis → Joe tells someone else to back off of an investigation related to Kellner. (2) Florida movie people were being questioned & then it stopped suddenly (investigation into Weisner stopped) → **MY Q – What happened to investigation into Weisner / OR was there ever an investigation?**
Is Joe Alexis getting an award from Brooklyn Bar Association (& is Aidala involved)???
**MY Q – when did the Florida tapes w/ Srully come to light?**

---

Wed 2/5/14, 12:12 D/C (212) 751-1640
**4:47 I called D/C**:
What [redacted] said about Litwin is what there are now rumors about [redacted]
D/C called Joe Alexis to tell him that Dershowitz is crowing about connection to Alexis
Weisner thing → Aidala called Vecchione [D/C stopped on this thought]
Joe said he spoke to ADA [Michelle Weber]
D/C = call made to Vechione & then the investigation stopped
Our office investigated Weisner
Our office stopped investigating Weisner = Brady
Joe said Vecchione told Joe to speak to Michelle. Joe Alexis spoke to Michelle but did **not** tell her to stop,

Yidal Wolf is not the only repository that exists.

Rabbis will be upset w/ a lack of honesty.

What they are hoping for is what I said to them will be reflected in what we do officially

D/C asked was there an "investigation" into Ashkenazi?

D/C's cell (347) 809-0092

---

*Michelle Weber in my office 2/6/13*
Litwin memobook on Nuchem's website → address
in memobook -- E 2nd & Ave = Ashkenazi father's shul = where Litwin picked [redacted] up

D/C → checks from Ashkenzai family business to [redacted] father

---

---

Fri 2/7/14, 12:00 meeting w/ Mark

Brady disclosure to D
1 IAB – allegations made by Torenheim against Det. Litwin → **give D/C unredacted copies Monday**
2 investigation into ??? – allegedly shut down by BL's D/C
3 Sruli settlement letter by Michael Ross to DA Thompson
4 dismissal of Kellner's son's case → I have the transcript → **show it to D/C.**

Unindicted C-Ds → never spoken to by KCDA
Florida taping of ____ → never investigated
Torenheim's father's mtge paid off → unknown to KCDA / not investigated
$ Ashkenazi paid to ____________ →

interested witness = Meyer L

Artie Aidala 917-763-0111 Arthur@aidalalaw.com

---

2/11/14, 10:15am Artie Aidala called – conference call at 4:30pm

---

2/11/14, [pm] Michelle Weber hears there will be a scathing article about Nick & Joe

---

2/11/14, 4:45 – Naill called →

---

Scathing article on why

---

2/21/14 1:50 - D/C Naill called
covering up malfeasance is **not** interest of justice

---

2/24/14 from Anthea → voucher #s
22862 = 6/20/13 recording made by D/C Maladnich of Steinlicht
22863 = 8/20/13 recording made by D/C Maladnich of Abraham Gluck
22988 = mentioned in Steinlicht interview → could be Kellner talking about other BL victims

---

My comments for NCD:
BL's D/C wants the People to base a case on ____ but he is an absolutely discredited witness.

[this is weak] Everyone (at various points in their life) tried to get other people to do thing for them; things that benefit them. Sometimes it's good manners; sometimes it's flattery; other times it's more sinister.

2 emails from ____ Lebovits show that Taub did not have Kellner

Taub's post-arrest statement supports Kellner

At first meeting w/ KCDA, Chaim Lebovits said Taub & Kellner promised to make Nuchem go away.
No GJ testimony about Nuchem, except for recording between Kellner & Meyer.
Taub said he got Nuchem Rosenberg to stop talking about Lebovits family on his hotline

---

**Nuchem Rosenberg's hotline 2/26/14 4:25pm = message to Ken Thompson**
We saw that you went to visit the Satmar butcher shop
You took in a liason …
Sam Kellner heard …

---