# EXHIBIT 14

EXHIBIT
Plaintiff's 97 3/24/22 RV
exhibitsticker.com

**OFFICE OF THE**

***DISTRICT ATTORNEY***

**KINGS COUNTY**

***Special Investigations Division***

To: SID Job# 174/10

From: Stephanie Green-Jones, Detective Investigator

Date: April 30, 2010

Re: Alleged Extortion Attempt

---

On Tuesday, April 27th, 2010, the writer met with attorney, Arthur Aidala in Bureau Chief Michael Vecchione's office (KCDA, 350 Jay Street, Brooklyn, NY, Racket's Bureau, 17th Fl.) and was given copies of two transcripts to review. Both transcripts said to be of conversations between persons only identified as Simon Taub and Meyer Lebovits. The first, dated 4/21/10 was of a meeting between the two, and the other, dated 4/23/10 was a recorded telephone conversation.

At approximately 2100 hours, the writer and Assistant Chief Investigator George Terra met Mr. Aidala at his office (8113 13th Avenue, Brooklyn, NY) to interview Mr. Chaim Lebovits, who arrived shortly after us. Mr. Lebovits, who lives in Israel, flew in to New York in an attempt to assist his family.

The following summarizes what Chaim Lebovits stated:

- His father Baruch Lebovits was recently convicted of child molestation and sentenced to 33 years in prison.
- Prior to his father's trial, the family had been approached by Simon Taub and Solomon Kelner, who offered to "make the case go away" for a $400K fee.
- One of Kelner's sons also has a case alleging that Baruch Lebovits molested him. (This case has not been brought to trial yet.)
  (Taub & Kelner) also promised to make the allegations being made about the Lebovits' family by Rabbi Nuchem Rosenberg (who runs a community Hot-Line) go away. (Accorciding to Chaim, *the family turned down the offer to make their father's case go away.*)

Chaim further stated that another attempt to extort his family is being made by Taub & Kelner and there may be some involvement by Rabbi Rosenberg.

- One of his brothers, Meyer Lebovits was said to be approached by Simon Taub, alleging that one of Kelner's children (unnamed) was molested by him and indicating that it would cost him an unspecified amount to make the allegations go away. (See ***Transcript #1, dated 4/23/10*** meeting and recorded conversation between Meyer & Taub.) Meyer is a former teacher who is married with children. According to Chaim, his brother Meyer has since taken a lie detector test which he passed, to prove his innocence. Meyer doesn't have the means to pay money to Taub & Kelner, which is why his brother, Chaim who does, traveled here from Israel.
- Meyer agreed to meet with Taub on Tuesday, 4/27/10 and bring him $25K as a partial payment. (On Monday, 4/26/10, Meyer spoke to Taub who confirmed that the meeting was still on for Tuesday.)
- Chaim stated that on Tuesday morning (4/27/10, he and his brother Meyer listened to Rosenberg's Hot-line and heard him make reference to a man in the community who is accused of molesting a child being extorted for a half a million dollars. Rosenberg also stated that both the molester and his extortionist would be arrested. Shortly after, Chaim said Meyer telephoned

> Taub about his failed promise to keep Rosenberg quiet. Taub stated that the deal was off because now he has no choice but to "do what I have to do". Meyer believes he meant he has to come to the DA's office and tell his story.

Chaim requested that we assist him in trying to bring justice for his family. At approximately 2145 hours, Chaim placed to a call to Simon Taub at [redacted]. Mr. Taub did not answer the phone.

On April 28th, Chaim came to the KCDA office to meet with the writer and ACI George Terra. He stated that he was returning to Israel tonight. At approximately 1140 hours, a call was placed to Simon Taub at ([redacted]and there was no answer. Chaim left a message asking Mr. Taub to return his call.

At approximately 2300 hours, the writer received a call from Chaim, who stated that was in the airport (heading to Israel) and he had received two unanswered calls from Simon Taub. Chaim stated that Mr. Taub left him a voicemail message stating that said he got his message and they will talk. Chaim was advised to call Mr. Taub back and tell him he would call him tomorrow morning from Israel. Chaim was advised to call the writer when he arrived in Israel so that a recorded call could be made to Simon Taub.

On April 29th, Chaim contacted the writer from Israel at approximately 1210 hours and a three-way call was placed to the writer in KCDA's Hello Phone Room where a recorder was ready to capture the call to Simon Taub. It appeared that Mr. Taub answered the call but did not speak. Chaim hung up and made another attempt with the same results.

On April 29th at approximately 1720 hours, Chaim contacted the writer and said he had just spoken to Simon Taub at length and recorded it. The writer asked Chaim for his permission to make a recording of his recorded conversation with Simon Taub and he said yes. The writer called Chaim back from KCDA's Hello Phone and he played the recording, which was recorded on both the Telerecorder 500, and an Olympus Digital Recorder

The original copies of the cassette tape and CD were vouchered for safekeeping under DA Voucher #21690 and secured as evidence.

Investigation active.

Stephanie Green-Jones
Detective Investigator

Supervising Investigator