# EXHIBIT 15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL KELLNER,

PLAINTIFF,

-against- Docket No.: 17-CV-1268

THE CITY OF NEW YORK, and PATRICIA L. HYNES, Administrator of the Estate of Charles J. Hynes,

DEFENDANTS.
------------------------------------------------------------X

DATE: March 16, 2023
TIME: 10:11 A.M

DEPOSITION of the Plaintiff, SAMUEL KELLNER, taken by the Defendants, held at the above date and time, held via videoconference, before JESSICA L. MAHER, a Notary Public of the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for the Plaintiff
SAMUEL KELLNER
171 Madison Avenue, Suite 305
New York, New York 10016
BY: NIALL MACGIOLLABHUI, ESQ.
NIALLMACG@HOTMAIL.COM

HON. SYLVIA O. HINDS-RADIX
NEW YORK CITY LAW DEPARTMENT
Attorneys for the Defendants
THE CITY OF NEW YORK, and PATRICIA L. HYNES,
Administrator of the Estate of Charles J. Hynes
100 Church Street
New York, New York 10007
BY: SUSAN SCHARFSTEIN, ESQ.
SSCHARF@LAW.NYC.GOV
File #: 2017-018324
Control #; 23-0762

* * *

MS. SCHARFSTEIN: I just want to note so the reporter is aware that we're referring to these victims by number because the New York Civil Rights Law doesn't allow, at least doesn't allow me, to disclose the names of victims of certain crimes. I would just ask that if there's a reference to the victim as in this case, that you substitute in the designation that we've agreed to Victim No. 1. Do you understand what I mean?

THE REPORTER: Yes, understood.

Q. Mr. Kellner, at some point did you learn of a plan by Mr. Taub to silence you and Mr. Rosenberg from speaking about allegations of molestation?

MR. MACGIOLLABHUI: Objection.

A. That he was trying to silence me?

Q. You and Mr. Rosenberg or Rabbi Rosenberg.

A. I heard it on Rabbi Rosenberg, or Mr. Rosenberg, or Rosenberg himself, on his -- he has a hotline. On his hotline he said a story that Taub somehow wanted to deal with him and he ran out of the car and that he should take off Lebovits' name, so he ran out of the car. That was it, but Taub never asked me, never asked me to drop anything, never asked me none of these things.

MR. MACGIOLLABHUI: Let me just note, the

light has gone off in our conference room, somebody has to stand up, walk to the other end of the room to turn it on, as before.

MS. SCHARFSTEIN: Okay. Why don't we have the reporter -- is this going to take --

THE WITNESS: I'm back.

MR. MACGIOLLABHUI: It's done now.

Q. Mr. Kellner, did you ever report to Detective Litwin that Mr. Taub had such a plan?

A. Yes.

Q. Did the plan include Mr. Taub taking money from the Lebovits family?

MR. MACGIOLLABHUI: Objection.

A. Yes.

Q. How much money was involved?

A. I didn't care. I right away reported it to Detective --

Q. I'm just asking if you know, do you know how much money?

A. No.

Q. How did you learn of this plan?

A. That Taub is asking for money?

Q. Yes.

A. He's a wise guy, he's a very big wise guy, and he went up, you know, he was going crazy to get the story of