# EXHIBIT 16

Case 1:17-cv-01268-NRM-MMH  Document 104-16  Filed 10/31/24  Page 1 of 2 PageID #: 1723



EXHIBIT
PLTF 23 2/23/22 (DS)

| Employee last_name | Employee first_name | visitor_lname | visitor_fname | company | floor | date_time_in | reason | reason_detail | printed_on | unit |
|---|---|---|---|---|---|---|---|---|---|---|
| GREEN-JONES | STEPHANIE | WEISNER | SHOLEM | | 18 | 11/16/2010 13:56 | | | NULL | INVESTIGATORS/CIVIL RIGHTS |
| MOEHLE | ELIZABETH | AIDALA | ARTHUR | | 17 | 3/27/2012 15:00 | | | 3/27/2012 15:24 | RACKETS DIVISION |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 2/5/2013 11:00 | | | 2/5/2013 14:16 | CRIMES AGAINST CHILDREN |
| PERKINS | CHRISTOPHER | LEBOVITS | CHAIM | | 18 | 5/27/2010 12:46 | | | 5/27/2010 13:20 | INVESTIGATORS/COMPUTER CRIMES |
| FERRELL | MONIQUE | LEBOVITS | MEYER | | 17 | 8/28/2013 12:00 | INTERVIEW | | 8/28/2013 12:58 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 6/13/2012 14:00 | | | 6/13/2012 13:56 | CRIMES AGAINST CHILDREN |
| GREEN-JONES | STEPHANIE | LEBOVITS | CHAIM | | 18 | 6/3/2010 23:15 | | | 6/3/2010 12:52 | INVESTIGATORS/CIVIL RIGHTS |
| VECCHIONE | MICHAEL | AIDALA | ARTHUR | | 17 | 4/27/2010 16:30 | | | NULL | RACKETS DIVISION |
| GREGORY | MISS | | | | 11 | 3/5/2010 10:00 | | | 3/5/2010 10:17 | SEX CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 20 | 3/23/2012 10:00 | TO SEE ADA ANTHEA BRUFFEE | | 3/23/2012 11:32 | APPEALS |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 5/24/2010 14:00 | PLEASE CALL ME AT X2909 WHEN MR. LEBOVITS ARRIVES. THANKS | | 5/24/2010 14:37 | INVESTIGATORS/CIVIL RIGHTS |
| ALEXIS | JOSEPH | AIDALA | ARTHUR | | 17 | 7/10/2012 17:00 | | | NULL | RACKETS DIVISION/RACKETS |
| LALINE | CHRISTOPHER | | | | 11 | 11/12/2008 11:53 | | | 11/12/2008 11:55 | SEX CRIMES |
| VECCHIONE | MICHAEL | DERSHOWITZ | ALAN | | 18 | 7/7/2011 10:00 | | | 7/7/2011 12:12 | RACKETS DIVISION |
| MARSHALL | GREGORY | FRIEDMAN | MOSHE | | 17 | 8/5/2009 11:30 | | | 8/5/2009 11:34 | RACKETS DIVISION/CIVIL RIGHTS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 11 | 4/7/2010 17:01 | | | 4/7/2010 17:02 | SEX CRIMES |
| GREGORY | MISS | | | | 11 | 3/3/2010 8:30 | | | 3/3/2010 8:49 | SEX CRIMES |
| VECCHIONE | MICHAEL | DERSHOWITZ | ALAN | | 17 | 11/4/2010 15:00 | | | NULL | RACKETS DIVISION |
| BATSIDIS | NICHOLAS | | | | 17 | 9/15/2010 14:00 | | | 9/15/2010 15:56 | RACKETS DIVISION/RACKETS |
| VECCHIONE | MICHAEL | DERSHOWITZ | ALAN | | 18 | 8/6/2010 15:30 | | | 8/6/2010 14:57 | RACKETS DIVISION |
| KURTZ | ELIZABETH | ROSS | MICHAEL | | 17 | 1/29/2013 15:30 | | | 1/29/2013 16:28 | RACKETS/MORTGAGE FRAUD AND REAL ESTATE CRIM |
| MARSHALL | GREGORY | FRIEDMAN | MOSHE | | 17 | 8/20/2009 11:30 | | | 8/20/2009 12:10 | RACKETS DIVISION/CIVIL RIGHTS |
| OH | LAWRENCE | AIDALA | ARTHUR | | 17 | 8/2/2013 10:30 | | | 8/2/2013 11:23 | RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 5/16/2012 13:02 | | | 5/16/2013 13:04 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 11 | 3/5/2010 10:00 | PLEASE CALL ME AT X2909 WHEN THEY ARRIVE. THANKS. | | 3/5/2010 10:17 | SEX CRIMES |
| GREEN-JONES | STEPHANIE | WEISNER | SHOLEM | | 17 | 11/9/2010 13:30 | PLEASE CALL ME AT X2909 WHEN THEY ARRIVE. THANKS. | | 11/9/2010 13:34 | INVESTIGATORS/CIVIL RIGHTS |
| BATSIDIS | NICHOLAS | FRIEDMAN | MOSHE | | 17 | 8/13/2010 8:30 | | | NULL | RACKETS DIVISION/RACKETS |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 5/12/2010 13:00 | PLEASE CALL ME AT X2909 WHEN THEY ARRIVE. THANKS. | | 5/12/2010 13:31 | INVESTIGATORS/CIVIL RIGHTS |
| ALEXIS | JOSEPH | AIDALA | ARTHUR | | 17 | 7/10/2012 12:30 | | | 7/10/2012 17:14 | RACKETS DIVISION/RACKETS |
| LALINE | CHRISTOPHER | | | | 11 | 11/12/2008 11:52 | | | 11/12/2008 11:54 | SEX CRIMES |
| VECCHIONE | MICHAEL | AIDALA | ARTHUR | | 18 | 7/7/2011 10:00 | | | 7/7/2011 12:12 | RACKETS DIVISION |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 12/14/2010 11:30 | PLEASE CALL ME WHEN HE ARRIVES AT X2909 | | 12/14/2010 12:10 | INVESTIGATORS/CIVIL RIGHTS |
| GREGORY | MISS | | | | 11 | 4/7/2010 17:00 | | | 4/7/2010 17:05 | SEX CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 11 | 3/2/2010 17:55 | | | 3/2/2010 17:56 | SEX CRIMES |
| VECCHIONE | MICHAEL | AIDALA | ARTHUR | | 17 | 11/4/2010 15:00 | | | 11/4/2010 15:40 | RACKETS DIVISION |
| VECCHIONE | MICHAEL | AIDALA | ARTHUR | | 18 | 8/6/2010 15:30 | | | 8/6/2010 14:56 | RACKETS DIVISION |
| GREEN-JONES | STEPHANIE | LEBOVITS | CHAIM | | 18 | 5/12/2010 13:00 | | | 5/12/2010 13:30 | INVESTIGATORS/CIVIL RIGHTS |
| GREGORY | MISS | AIDALA | ARTHUR | | 11 | 8/24/2009 16:00 | | | 8/24/2009 16:03 | SEX CRIMES |
| WEINMAN | LINDA | FREUND | CHAIM | | 11 | 10/15/2013 14:30 | | | NULL | SEX CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 20 | 1/24/2012 14:30 | MTG WITH ADAS ANTHEA BRUFFEE AND MISS GREGORY | | 1/24/2012 14:50 | APPEALS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 3/8/2013 9:30 | | | 3/8/2013 10:15 | CRIMES AGAINST CHILDREN |
| RICHARDSON | KEVIN | AIDALA | ARTHUR | ATTORNEY | 17 | 2/16/2010 9:51 | | | NULL | RACKETS DIVISION/RACKETS |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 10/13/2010 15:33 | PEEASE CALL ME AT X2909 WHEN HE ARRIVES. | | 10/13/2010 15:45 | INVESTIGATORS/CIVIL RIGHTS |
| MARSHALL | GREGORY | FRIEDMAN | MOSHE | | 17 | 6/10/2009 11:00 | | | 6/10/2009 11:27 | RACKETS DIVISION/CIVIL RIGHTS |
| DEL ROSARIO | RIO MAY | | | | 15 | 2/23/2012 14:30 | N/A | Repeat c/w appointment | NULL | VICTIM SERVICES |
| GREGORY | MISS | | | | 10 | 11/21/2013 10:00 | | | 11/21/2013 11:25 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 10 | 5/1/2012 17:00 | | | 5/1/2012 17:19 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 10 | 11/13/2012 14:30 | | | 11/13/2012 14:21 | CRIMES AGAINST CHILDREN |
| GREEN-JONES | STEPHANIE | LEBOVITS | CHAIM | | 17 | 11/30/2010 10:00 | PLEASE CALL ME AT X2909 WHEN HE ARRIVES. THANKS. | | 11/30/2010 10:16 | INVESTIGATORS/CIVIL RIGHTS |
| HURLEY | BETH ANN | AIDALA | ARTHUR | | 17 | 8/7/2012 12:00 | | | 8/7/2012 12:13 | RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 4/14/2011 15:00 | | | 4/14/2011 15:17 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 15 | 2/23/2012 13:00 | N/A | Repeat c/w appointment | 2/23/2012 14:31 | VICTIM SERVICES |
| WEINMAN | LINDA | AIDALA | ARTHUR | | 15 | 11/15/2011 11:47 | EVE | Non-c/w | NULL | CRIMES AGAINST CHILDREN |
| BATSIDIS | NICHOLAS | LONUZZI | JOHN | | 17 | 3/21/2011 14:00 | | | 3/21/2011 15:57 | RACKETS DIVISION/RACKETS |
| BATSIDIS | NICHOLAS | LEBOVITS | MEYER | | 17 | 3/30/2011 13:31 | | | NULL | RACKETS DIVISION/RACKETS |
| HYNES | CHARLES | AIDALA | ARTHUR | ESQ. | 19 | 7/28/2011 16:30 | MR. AIDALA HAS AN APPT. W/ MR. HYNES. | | 7/28/2011 16:23 | OFFICE OF THE DA |
| BATSIDIS | NICHOLAS | AIDALA | ARTHUR | | 17 | 6/26/2013 14:30 | | | 6/26/2013 14:30 | RACKETS DIVISION/RACKETS |
| RICHARDSON | KEVIN | AIDALA | ARTHUR | ATTORNEY | 17 | 1/25/2010 16:30 | | | 1/25/2010 16:50 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | | | | 10 | 2/14/2013 10:00 | | | 2/14/2011 11:01 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | AIDALA | ARTHUR | | 10 | 12/5/2013 11:00 | | | 12/5/2013 11:13 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | ROSS | MICHAEL | | 19 | 1/21/2014 16:30 | | | 1/21/2014 16:31 | CRIMES AGAINST CHILDREN |
| GREEN-JONES | STEPHANIE | WEISNER | SHOLEM | | 18 | 9/10/2012 14:30 | PLEASE CALL ME AT X2909 WHEN HE ARRIVES. THANKS, STEPH | | 9/10/2012 15:59 | INVESTIGATORS/CIVIL RIGHTS |
| GREEN-JONES | STEPHANIE | LEBOVITS | CHAIM | | 18 | 6/7/2010 15:30 | PLEASE CALL ME AT X2909 WHEN HE ARRIVES. | | 6/7/2010 16:23 | INVESTIGATORS/CIVIL RIGHTS |
| HYNES | CHARLES | AIDALA | ARTHUR | ESQ. | 19 | 5/4/2010 15:00 | ARTHUR AIDALA HAS AN APPT. W/ MR. HYNES. | | NULL | OFFICE OF THE DA |
| VECCHIONE | MICHAEL | AIDALA | ARTHUR | | 17 | 3/3/2011 10:25 | AS PER BOSTONE | | 3/3/2011 10:26 | RACKETS DIVISION |
| MCCARTHY | JOSEPH | AIDALA | ARTHUR | | 17 | 11/20/2012 14:30 | | | NULL | RACKETS DIVISION/MONEY LAUNDERING AND REVENUE CRIMES |
| GREGORY | MISS | | | | 10 | 2/24/2011 14:05 | | | 2/24/2011 14:06 | CRIMES AGAINST CHILDREN |
| BATSIDIS | NICHOLAS | | | | 17 | 4/7/2011 14:00 | | | NULL | RACKETS DIVISION/RACKETS |
| OH | LAWRENCE | AIDALA | ARTHUR | | 17 | 12/9/2013 11:00 | | | 12/9/2013 11:07 | RACKETS |
| GREEN-JONES | STEPHANIE | LEBOVITS | CHAIM | | 18 | 7/7/2010 12:03 | PLEASE CALL ME AT X2909 WHEN THEY ARRIVE. THANKS | | 7/7/2010 12:10 | INVESTIGATORS/CIVIL RIGHTS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 20 | 2/23/2012 10:00 | | | 2/23/2012 10:13 | APPEALS |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 6/7/2010 15:30 | PLEASE CALL ME AT X2909 WHEN HE ARRIVES. THANKS | | 6/7/2010 16:23 | INVESTIGATORS/CIVIL RIGHTS |
| VECCHIONE | MICHAEL | LEBOVITS | MEYER | | 17 | 3/17/2011 10:08 | AS PER BOSTON | | 3/17/2011 10:09 | RACKETS DIVISION |
| HYNES | CHARLES | AIDALA | ARTHUR | ESQ. | 19 | 5/5/2010 15:00 | MR. AIDALA HAS AN APPT. W/ MR. HYNES. | | 5/5/2010 14:58 | OFFICE OF THE DA |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 12/26/2012 11:00 | | | 12/26/2012 10:55 | CRIMES AGAINST CHILDREN |
| PALTOO | OMA DEVI | | | | 11 | 3/14/2008 9:48 | | | 3/14/2008 9:49 | SEX CRIMES |
| BATSIDIS | NICHOLAS | LONUZZI | JOHN | | 17 | 4/7/2011 14:00 | | | 4/7/2011 14:54 | RACKETS DIVISION/RACKETS |
| RIDGES | THOMAS | ROSS | MICHAEL | | 11 | 9/15/2011 14:00 | | | 9/15/2011 14:45 | TRIAL BUREAU GREEN |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 7/7/2010 12:04 | PLEASE CALL ME WHEN HE ARRIVES AT X2909. THANKS | | 7/7/2010 12:10 | INVESTIGATORS/CIVIL RIGHTS |
| GREGORY | MISS | | | | 20 | 2/22/2012 10:00 | | | NULL | APPEALS |
| HRISTOVA | LINDA | FRIEDMAN | MOSHE | | 12 | 9/28/2012 9:30 | C/W | | 9/28/2012 10:22 | TRIAL BUREAU GREY/GRAND JURY |
| BATSIDIS | NICHOLAS | LEBOVITS | MEYER | | 17 | 3/30/2011 1:00 | | | 3/30/2011 13:57 | RACKETS DIVISION/RACKETS |
| BATSIDIS | NICHOLAS | LEBOVITS | MEYER | | 17 | 3/22/2011 16:00 | | | 3/22/2011 16:02 | RACKETS DIVISION/RACKETS |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 17 | 11/30/2010 10:00 | PLEASE CALL ME AT X2909 WHEN HE ARRIVES. THANKS. | | NULL | INVESTIGATORS/CIVIL RIGHTS |
| BATSIDIS | NICHOLAS | LONUZZI | JOHN | | 17 | 7/1/2013 10:00 | | | 7/1/2013 13:47 | RACKETS DIVISION/RACKETS |
| MORELLI | MICHAEL | AIDALA | ARTHUR | | 17 | 3/29/2012 17:07 | | | 3/29/2012 17:22 | RACKETS DIVISION/MONEY LAUNDERING AND REVENUE CRIMES |
| GREGORY | MISS | | | | 10 | 4/14/2011 15:00 | | | 4/14/2011 15:17 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 4/25/2012 16:00 | | | 4/25/2012 15:45 | CRIMES AGAINST CHILDREN |
| RIDGES | THOMAS | ROSS | MICHAEL | | 11 | 11/22/2011 10:30 | | | 11/22/2011 10:46 | TRIAL BUREAU GREEN |
| BATSIDIS | NICHOLAS | | | | 17 | 3/21/2011 12:54 | | | 3/21/2011 15:58 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 20 | 11/30/2011 12:00 | | | 11/30/2011 11:01 | APPEALS |
| MORTENSEN | HILDA | AIDALA | ARTHUR | | 17 | 1/19/2011 12:00 | | | NULL | RACKETS DIVISION |
| BATSIDIS | NICHOLAS | LONUZZI | JOHN | | 17 | 6/26/2013 14:30 | | | 6/26/2013 14:29 | RACKETS DIVISION/RACKETS |
| BATSIDIS | NICHOLAS | RUBINSTEIN | ABRAHAM | | 17 | 2/5/2013 14:15 | | | 2/5/2013 14:16 | RACKETS DIVISION/RACKETS |
| PERKINS | CHRISTOPHER | LEBOVITS | MEYER | | 18 | 5/27/2010 12:45 | | | 5/27/2010 13:20 | INVESTIGATORS/COMPUTER CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 1/21/2014 16:00 | | | 1/21/2014 16:31 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 10 | 8/27/2012 10:03 | | | 8/27/2012 12:01 | CRIMES AGAINST CHILDREN |
| GREEN-JONES | STEPHANIE | LEBOVITS | MEYER | | 18 | 6/3/2010 11:15 | PLEASE CALL ME AT X2909 WHEN THE LEBOVITS BROTHERS ARRIVE. | | 6/3/2010 16:09 | INVESTIGATORS/CIVIL RIGHTS |
| HYNES | CHARLES | DERSHOWITZ | ALAN | | 19 | 3/6/2012 16:45 | MEETING WITH THE D.A. | | NULL | OFFICE OF THE DA |
| GINGOLD | REBECCA | AIDALA | ARTHUR | | 17 | 3/2/2011 15:32 | ATTORNEY | | 3/2/2011 16:55 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 7/26/2012 11:00 | | | 7/26/2012 11:05 | CRIMES AGAINST CHILDREN |
| BATSIDIS | NICHOLAS | | | | 17 | 7/1/2013 10:00 | | | 7/1/2013 13:48 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | RUBINSTEIN | ABE | | 10 | 2/14/2013 10:00 | | | 2/14/2013 11:01 | CRIMES AGAINST CHILDREN |
| MORTENSEN | HILDA | AIDALA | ARTHUR | | 17 | 4/28/2011 12:30 | | | 4/28/2011 12:41 | RACKETS DIVISION |
| GREGORY | MISS | | | | 10 | 11/18/2013 10:30 | | | 11/18/2013 10:48 | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 10 | 4/30/2012 16:30 | | | NULL | CRIMES AGAINST CHILDREN |
| GREGORY | MISS | | | | 20 | 11/30/2011 11:00 | | | 11/30/2011 11:00 | APPEALS |
| GREGORY | MISS | RUBINSTEIN | ABE | | 10 | 11/13/2012 14:30 | | | 11/13/2012 14:21 | CRIMES AGAINST CHILDREN |
| BATSIDIS | NICHOLAS | LEBOVITS | MEYER | | 17 | 10/27/2010 10:30 | | | 10/27/2010 12:55 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | | | | 11 | 3/2/2010 17:46 | | | 3/2/2010 18:51 | SEX CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 10/5/2012 11:00 | | | 10/5/2012 11:16 | CRIMES AGAINST CHILDREN |
| REGUER | RONIT | | | | 15 | 11/18/2009 14:30 | N/A | Repeat c/w appointment | NULL | VICTIM SERVICES |
| O'DONNELL | KEVIN | LEBOVITS | MEYER | | 11 | 2/25/2014 11:00 | | | 2/25/2014 10:50 | SEX CRIMES |
| RIDGES | THOMAS | AIDALA | ARTHUR | | 16 | 4/8/2008 13:21 | | | NULL | HOMICIDE |
| GREGORY | MISS | | | | 11 | 10/29/2009 16:00 | | | NULL | SEX CRIMES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 11 | 3/3/2010 8:30 | | | 3/3/2010 8:48 | SEX CRIMES |
| BATSIDIS | NICHOLAS | LEBOVITS | CHAIM | | 17 | 10/27/2010 10:30 | | | 10/27/2010 12:54 | RACKETS DIVISION/RACKETS |
| BATSIDIS | NICHOLAS | LONUZZI | JOHN | | 17 | 9/15/2010 14:00 | | | 9/15/2010 15:56 | RACKETS DIVISION/RACKETS |
| SHARPLES | JOHN | AIDALA | ARTHUR | | 11 | 5/8/2013 11:11 | | | NULL | TRIAL BUREAU GREEN |
| RIDGES | THOMAS | AIDALA | ARTHUR | | 16 | 4/8/2008 15:28 | | | 4/8/2008 15:29 | HOMICIDE |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 11 | 11/4/2009 13:00 | | | 11/4/2009 13:29 | SEX CRIMES |
| GREGORY | MISS | AIDALA | ARTHUR | | 11 | 5/28/2008 11:12 | | | 5/28/2008 11:20 | SEX CRIMES |
| GREGORY | MISS | | | | 11 | 2/23/2010 15:00 | | | 2/23/2010 15:05 | SEX CRIMES |
| BATSIDIS | NICHOLAS | LEBOVITS | CHAIM | | 17 | 10/20/2010 15:00 | | | 10/20/2010 17:06 | RACKETS DIVISION/RACKETS |
| GREGORY | MISS | | | | 11 | 1/7/2010 13:30 | | | 1/7/2010 13:16 | SEX CRIMES |
| GREGORY | MISS | | | | 10 | 3/7/2013 19:22 | | | NULL | CRIMES AGAINST CHILDREN |
| O'DONNELL | KEVIN | AIDALA | ARTHUR | USDISTCT(SOUTHERN) | 11 | 2/25/2014 10:49 | | | 2/25/2014 10:50 | SEX CRIMES |
| KAGAN | JACQUELINE | AIDALA | ARTHUR | | 14 | 4/3/2008 11:00 | | | NULL | CRIMES AGAINST CHILDREN |
| FEINSTEIN | AMY | AIDALA | ARTHUR | | 19 | 2/25/2013 9:30 | | | NULL | EXECUTIVES |
| GREGORY | MISS | RUBINSTEIN | ABRAHAM | | 10 | 2/13/2014 12:39 | | | 2/13/2014 12:44 | CRIMES AGAINST CHILDREN |