# EXHIBIT 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X
SAMUEL KELLNER,

Plaintiff,

Docket No.
17-cv-1268

- against -

THE CITY OF NEW YORK and PATRICIA L. HYNES,
Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

--------------------------------------------X

Held via Zoom videoconference

June 29, 2022
1:14 p.m.

DEPOSITION of ARTHUR AIDALA, Non-party Witness, taken by Plaintiff, pursuant to Federal Rules of Civil Procedure, and Subpoena, held at the above-noted time and place, before Kyra Kustin, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendants
CITY OF NEW YORK and PATRICIA L. HYNES,
AS ADMINISTRATOR OF THE ESTATE OF
CHARLES J. HYNES
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

AIDALA, BERTUNA & KAMINS
Attorneys for Non-Party Witness
546 5th Avenue, 6th Floor
New York, New York 10036
BY: IMRAN H. ANSARI, ESQ.

for what was his city council seat?

A Absolutely.

Q And now, that was '97, was it?

A Yeah. It's the 25-year anniversary. We're going to have a party September 9 if you want to come.

Q Now other than Mr. Albanese's campaign, did you work -- or have you worked on other political campaigns?

A Yes. I worked -- well, I probably worked on more campaigns than I can remember. I worked on several of Sal Albanese's campaigns. I worked on several of Dominic Recchia's campaigns. I worked on several of Lou Fiddler's campaigns. I worked on one -- no -- several of Joe Hynes's campaigns. I guess that's it in terms of actually, like, hitting the ground and being a worker.

Q Now in terms of Mr. Hynes, how many of his campaigns did you work on? Do you remember?

A I worked very strongly on his 1994 campaign when he ran for attorney general. Like, I took a leave of absence from the office and, you know, had to turn in my shield and, you know,

be a civilian again and work on his campaign for six weeks, I think. And then I don't think he really had a real competitive campaign again -- at least one that I was involved with until -- I guess it was 2013.

Q Did he run against John Sampson one year?

A Yeah. I mean, I was -- I think I was involved around some fundraising activity, but you asked me about working on campaigns.

Q Right.

A You know, I'm thinking about standing on subway stops and handing out, you know, pamphlets and going door to door and going canvassing and carrying petitions. And that's what I did for the other people who I spoke about.

Q I understand. So at the time he ran against Sampson, you weren't involved to the same extent in that campaign.

A I -- I have zero recollection of that. I probably was involved in some sort of fundraising -- fundraising aspect of it, but I don't have any recollection of, you know,

ARTHUR AIDALA

Q Now the --

A Well, let me -- let me clarify that.

Q Okay.

A Mike Vecchione is a -- is a friend, a mentor. I can think of a lot of terms to describe him. So, you know, I had been to his office several -- on several occasions. So I don't have a recollection of going there one time with Dershowitz, but I have a recollection of going there to speak to him about the Lebovits case one time. And that particular time is with Professor Dershowitz.

Q And DA Hynes, obviously who's now passed, but would you describe him, too, as a mentor to you?

A Yes.

Q As a friend?

A Yes.

Q Now Mr. Vecchione, as it happens, has already been deposed in this case. Have you spoken to Mr. Vecchione about the testimony he gave?

MR. ANSARI: Objection to form.

A Not specifically. Just that he was

ARTHUR AIDALA

much of it as you want, but I'm going to only ask you about the first two or three paragraphs.

MR. ANSARI: I'm sorry. Niall, you e-mailed me this?

MR. MACGIOLLABHUI: Yeah, I did.

MR. ANSARI: This is exhibit what?

MR. MACGIOLLABHUI: 131.

MR. ANSARI: 131. Thank you.

A Okay.

Q And now Mr. Mladinich is an investigator that you hired in connection with the Baruch Lebovits case, right?

A Yes.

Q How did you know Mr. Mladinich at that time?

A I don't remember. I mean, I had used -- actually, I can't even say that. I don't remember. I don't remember if this is the first case I used him on or if I had used him in the past.

Q I'm going to show you now what was previously marked as Plaintiff's 36A.

MR. ANSARI: I see a 36A.

MR. MACGIOLLABHUI: Yes. That's