# EXHIBIT 18

**2010**

***RACKETS CASE TRACKING REPORT***

**[ X ] New Case [ ] Status change**

R number: R10-173
Date Opened: 5/10/2010
ADA Name: Vecchione / Albinson
Precinct:

Source of Case: Meyer Lebovits

Target/Defendant:

Name(s):
Simon Taub
Solomon Kelner
Rabbi Nuchem Rosenberg

Company: N/A

Docket/Indictment:

Arrest Date: N/A

Witness(es): (Name(s) and Contact Information)

Complainants:

Meyer Lebovits

Chaim Lebovits

Eyewitnesses: N/A

Synopsis: Complainants are brothers. Target Taub approached Meyer Lebovits alleging that one of Target Kelner's children was molested by Meyer Lebovits but that if Meyer Lebovits gave Target Taub an unspecified amount of money, Target Taub would make the case go away and also to keep Target Rabbi Nuchem Rosenberg from speaking badly about the Lebovits on a community hotline that the rabbi runs. Target Taub requested $25K as partial payment.

Status of Case (check one):

Date of Status Change:

[ ] Court-Misdemeanor
[ ] Court-DWOP;
[ ] Court-Unindicted Felony;
[ ] Court-Felony
[ ] Court - BW
[X] Investigation
[ ] Closed: (specify)