# EXHIBIT 20

LEXITAS
Batsidis 3/23/22 (LL)
46
EXHIBIT

***DISTRICT ATTORNEY***

**KINGS COUNTY**

***Special Investigations Division***

To: SID Case #09/10

From: Stephanie Green-Jones, Detective Investigator

Date: May 25, 2010

Re: Meeting and Interview – C/w Meyer Lebovits

---

On Monday, May 24th, 2010 at approximately 1430 hours, Meyer Lebovits was present at the KCDA offices, 350 Jay Street, 18th Floor Conference Room, to review the details of the above investigation.

Meyer was questioned regarding individuals mentioned in drafts of telephone calls and meetings by both he and his brother Chaim.

Meyer stated the following regarding **Haim Eluzer**:

- ***Haim Eluzer,*** whose last name is Rabinowitz, is the son of Rabbi "Moses" Rabinowitz. Haim Eluzer lives on 49th Street (13th & 14th Aves., and Rabbi Rabinowitz lives on 49th Street (14th & 15th Aves. (Noted: *Simon Taub, who lives on 14th Avenue & 49th Street, belongs to the same community as the Rabinowitz'.)*
- Meyer and Haim Eluzer are friends and taught at the Yeshiva together. (The Yeshiva that Simon Taub's son attended.) *Meyer was a substitute teacher and has not taught at the Yeshiva in over two years.*
- ***Haim Eluzer*** told Meyer that he recorded several conversations he had with Simon Taub after he made the allegations against Meyer. Meyer requested copies of the tapes, but Haim's father would not allow him to give them to him.
- **Haim Eluzer** said when he asked Simon Taub which of his sons was supposedly abused by Meyer, he said it was his youngest son, Mordechi Taub. Mordechi, who is between the ages of 18-22, lives with his father.
- **Haim** said he approached Mordechi Taub and asked about the alleged abuse, and he said he didn't know what he was talking about. When Haim told Simon about his conversation with Mordechi, he said it was his other son.

Meyer went on to state the following:

Prior to his father Baruch's trial, Solomon (Shlomo) Kelner sent several individuals to him (last year) and asked him for money in exchange for dropping the case.

Yidel Wolf Wertzberger was one of the individuals sent by Kelner to negotiate a deal. The negotiations never got to the payment stage and Simon Taub was then sent to try to get the Lebovits family to pay money for Kelner to drop the charges against their father.

Simon Taub approached Meyer and said he could squash the whole case for $400K, and threatened that if the family didn't accept the deal, they (Kelner and Taub) would bring another kid forward against his father. Meyer and his family refused to pay. (A third kid was brought in against his father.) [redacted] **is the father of the third child who accused Baruch Lebovits of molesting him. His case has been adjudicated, and Lebovits was found guilty and sentenced to 10-33 years.**

Meyer said he recorded a telephone conversation he had with Kelner last April. Meyer stated that he believes Solomon Kelner is the master mind behind Simon Taub. The tape, which he said is in Larry Goldman's office (his father's attorney) and is being secured by attorney, Elizabeth Johnson. Goldman's office number is 212/997-7499. Meyer states that on the tape, Kelner admits the following:

- Sending numerous people to negotiate a deal with him, but nothing happened.
- He (Kelner) could get rid of all three (3) cases against his father.
- He could get his father off of Rosenberg's Hotline.

Meyer further explained that Mendelbaum, who is mentioned in the transcripts, is a community activist who was trying to help his father.

Meyer reviewed each of the vouchered recordings, which are all in Yiddish for verification of dates and times of meeting and telephone calls to the best of his knowledge. During this review, Meyer noted the following:

a) We are also in possession of a recorded call he made to Simon Taub on 4/23/10 at approximately 0930 hours on the day of their meeting. The call in question was on a CD with three calls, and it was noted that it was Track #3, which was vouchered on DA V#21700/2010.

***b)*** He made another call to Simon Taub on 4/23/10 at approximately 1200 hours, from his attorney, John Marks office. The call which was also recorded, was to confirm their (Meyer & Taub) meeting scheduled for 1600 hours. ***Meyer will contact his attorney to get the original tape recording. (John Marks 212/545-8008 or 917/374-7693 )***

The interview concluded at approximately 1645 hours.

Case active.

Detective Investigator

Supervising Investigator