# EXHIBIT 23

**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**

EXCELSIOR

**CHARLES J. HYNES**
*District Attorney*

EXHIBIT
53
Batsidis 3/23/22 (LL)
LEXITAS

**To:** SID Case Number 09/10

**From:** Detective Stephanie Green-Jones

**Date:** July 20, 2010

**Re:** Pre and Post Operation Debriefing – Chaim Lebovits – 7/7/10

---

On July 7, 2010 at approximately 1545 hours, the writer and Detective Christopher Perkins were in the vicinity of 38th Street & 16th Avenue, in Brooklyn, New York for a pre-arranged meeting with Chaim and Meyer Lebovits. The backup team was comprised of Assistant Chief Investigator George Terra and Deputy Chief Investigator Gregory DeBoer also included Detectives Kevin McAleese and Michael Seminara.

At approximately 1555 hours, the writer activated and headed the audio recording devices (Flex8F and Sigma) which were then given to Chaim The writer and Detective Perkins then followed Meyer and Chaim to the vicinity of 49th Street & 14th Avenues, setting up video surveillance opposite 4819 14th Avenue, Brooklyn, New York.

At approximately 1625 hours, ADA Anna Rubin entered our vehicle, and the writer and Detective Perkins returned to the vicinity of 38th Street and 16th Avenue and met with Chaim and Meyer Lebovits. The recording devices were retrieved and deactivated by the writer at approximately 1630 hours.

Chaim informed the writer that the following occurred during his meeting with Simon Taub.

- Chaim telephoned the writer while he and Meyer were waiting for Taub to come to the door because while standing there, they saw Rabbi Nuchem Rosenberg walk pass Taub's house.

- Chaim then telephoned Taub to let Taub know that he and Meyer were standing outside at his front door. Chaim stated that Taub opened the door immediately after.

- When Taub came to the door, Chaim asked Taub why Rosenberg was in front of Taub's home. Chaim stated that Taub's response was that Rosenberg was probably going to or at the doctor's office located on the street level of his home.

- Chaim then motioned for Meyer to open the envelope containing the $75,000, and stating to Taub "you see". Chaim then told Meyer to go back to his car and Chaim entered 4819 14th Avenue with Taub.

- When Chaim asked Taub where Solomon Kelner was and why he wasn't at the meeting, Taub called Kelner on the telephone and put him on speaker. Chaim stated that during that telephone conversation, Taub never told Kelner that Chaim was at his home. Taub did discuss meeting with Kelner later that evening.

(19)

- Chaim was given a small white card by Taub which had Hebrew print on one side, and Taub's handwritten agreement on the other side. Chaim stated that both he and Taub had signed the card which was provided by Taub to serve as their written agreement. According to Chaim, the agreement states that he (Taub) got for the business, $75,000 and if the business goes well, the other money will come at the next meeting.

- After taking the manila envelope containing $75,000 from Meyer in the vehicle, Taub told Meyer not to worry "it's over".

The original 5 ½ x 4" white card which was given to Chaim by Taub as a handwritten agreement was vouchered under DA Voucher # 0205/2010 and secured as evidence in the 18th floor Safe. The audio recording devices were downloaded, copied and vouchered for safekeeping under DA Voucher # 21745 and 21746.

It should be noted that another audio recorder (Eagle), was placed in Meyer's vehicle at the same time as the other recorders were activated but inadvertently was not activated. It should also be noted that the video camera used by Detective Perkins to record video surveillance of this meeting malfunctioned and that the original video tape is being maintained for evidentiary purposes under DA Voucher # 21752.

The above investigation was conducted by Detectives Stephanie Green-Jones,

Christopher Perkins, Kevin McAllese and Michael Seminara.

Approved By: