# EXHIBIT 24

[redacted]

**MEMORANDUM**

EXHIBIT
Plaintiff's 170 4/22/22 KK
exhibitsticker.com

To: Kenneth P. Thompson
Mark Feldman

From: Kevin O'Donnell

Date: March 4, 2014

Re.: People v. Samuel Kellner, Ind. 2538-2011

---

I recommend that the case against Samuel Kellner be dismissed in the interests of justice. In my opinion, there is no way to prove any of the counts in the indictment beyond a reasonable doubt. This memo contains some of the reasons for my recommendation.

This memo is written in conjunction with the attached January 16, 2014 memo from ADAs Joseph Alexis and Nicholas Batsidis. The Alexis-Batsidis memo does not explicitly recommend a course of action. However, both ADAs recommended dismissal of the Kellner case last June. [redacted] ADA Vecchione to persuade him that the case should not be dismissed in the interests of justice. Equally troubling was Vecchione's decision to have Detective Steven Litwin referred to IAB. It is clear from the January 16, 2014 memo in conjunction with my own review of the case file that the behavior exhibited by former ADA Vecchione failed to consider justice as a paramount factor in the prosecution of this case.

[redacted]

The two core witnesses in the case against Samuel Kellner are [redacted] and Meyer Lebovits. For the reasons stated in the Alexis-Batsidis memo, [redacted] lacks all credibility as a witness. Not only were his statements wildly inconsistent, he admitted to being a long-term drug and alcohol abuser with a

psychiatric history. In a June 26, 2013 interview, [redacted] stated that he was not sure who molested him and that it may have been Baruch Lebovits. This is just one of many inherently unreliable statements he made that demonstrate that [redacted] is not worthy of belief.

The level of meddling with [redacted] perpetuated by or on behalf of the Lebovits family demonstrates the extent with which the Lebovits family will go to sabotage the case against their father. It is apparent, that since Lebovits' arrest, the goal of the Lebovits family has been to do whatever possible (legal or otherwise) to exonerate Baruch Lebovits. Baruch Lebovits' son, Chaim Lebovits, has been described as having virtually unlimited wealth. With those vast resources, the Lebovits family has expended enormous amounts of money furthering their father's cause. Since Baruch Lebovits was convicted, the Lebovits family has redoubled their efforts.

For example, the Lebovits family arranged for the Baruch Lebovits' victim who testified at trial, [redacted] to be taken to Florida under the guise of making a documentary film related to sexual abuse victims. While in Florida, [redacted] was plied with drugs and alcohol and filmed answering questions about Samuel Kellner as well as his victimization at the hands of Baruch Lebovits. Throughout the filming, [redacted] did not make any statements that were inconsistent with his prior statements to law enforcement, his [redacted] testimony, or his trial testimony.

In my interview with Meyer Lebovits, he admitted that the Florida trip was planned and discussed together with the Lebovits family, their private investigator, and with defense counsel Dershowitz and Aidala present. The trip was financed by the Lebovits family.

The Lebovits defense team also provided the KCDA with a series of sworn affidavits. These affidavits contain a variety of uncorroborated and self-serving accusations. Some of those affidavits have made wholly incredible accusations against Det. Litwin.[1]

**<u>Additional background</u>:**

After Baruch Lebovits was convicted, his attorney, Arthur Aidala asked the KCDA Conviction Integrity Unit to review the case. Former Unit Chief, ADA John O'Mara, declined that request. Mr. Aidala then went to former Rackets Chief, ADA Michael Vecchione, and arranged a meeting. On April 27, 2010, Mr. Aidala met with ADA Vecchione and two KCDA detective investigators in ADA Vecchione's office.

After that meeting, the Rackets Bureau opened an investigation into alleged attempted extortion by Simon Taub and Kellner. Also on April 27, 2010, KCDA Detective Investigators interviewed Baruch Lebovits' son, Chaim Lebovits. During the interview, Chaim Lebovits claimed that the Lebovits family turned down a purported offer made by Taub and Kellner to settle the case. This claim made by Chaim Lebovits is suspect in light of Meyer Lebovits' later admission that the Lebovits family paid $30,000 to Wolf Wertzberger.[2] Importantly, at no time during the meeting or interview did

[1] The NYPD Internal Affairs Bureau recently closed their investigation into Det. Litwin as unsubstantiated.
[2] This payment is discussed more below.

anyone, including Chaim Lebovits, mention any specific criminal acts committed by Kellner.

Approximately one month after the April 27, 2010 meeting, Kellner was accused of engaging in criminal activity. Specifically, on May 24, 2010, Meyer Lebovits first claimed that Kellner sent two individuals to Meyer in 2009 asking for money in exchange for dropping the case against Baruch Lebovits. Meyer further stated that Kellner sent Wolf Wertzberger to Meyer to negotiate a deal, but that negotiations never got to the payment stage. After negotiations with Wertzberger failed, Kellner then sent Taub to Meyer to negotiate a payment of money in exchange for dropping the case.

[redacted]

**<u>Simon Taub's extortion plot</u>**

Taub was indicted for Attempted Grand Larceny 2° by Extortion and pled guilty to his indictment. He was sentenced to a term of probation over the People's objection. Notably, Taub was never interviewed by law enforcement except on the day of his arrest. During that interview, Taub never implicated Kellner in any criminal activity. Part of Taub's post-arrest statement was that Meyer Lebovits had molested his son as well as Kellner's son. Taub further exculpated Kellner when he stated that he (Taub) solicited a number of unidentified individuals to speak to Meyer about these allegations and that he requested a financial settlement from Meyer. When asked about Kellner's involvement, Taub stated that once Taub received the money from Meyer, Taub and Kellner were going to bring the money to the District Attorney's Office as proof of Meyer's guilt. Taub did not explain what he meant by "proof of Meyer's guilt."

Chaim Lebovits attempted to implicate Kellner as part of Taub's extortion plot, by emailing Taub to say he wasn't going to meet "if he [Taub] can't promise that K [Kellner] will show up too." Despite the Lebovits family's specific attempts to implicate Kellner in the Taub plot, there is no proof that Kellner was acting with Taub in an attempt to extort money from Meyer Lebovits. On the contrary, two emails in June 2010 from Chaim Lebovits to a KCDA detective investigator indicate that Kellner was not involved. The two emails state, "Guess he [Taub] doesn't have Kellner yet" and "Looks like he [Taub] is having problems to 'deliver' [Kellner]."

Accordingly, there is not a scintilla of evidence which indicates that Kellner engaged in any conversation, meeting, or any other activity that would link him to Taub's plot. Additionally, Taub's admission that he sent individuals to Meyer to settle sexual

[3] In addition to Wolf Wertzberger and Simon Taub, Meyer testified that Kellner also sent Leizer Wolf Hager, Yakov Leizer Horowitz, and Yidal Wolf.

abuse allegations is a fact that may tend to exculpate Kellner with respect to the charges in the indictment against Kellner.

**The Genesis of the Kellner case**

After the Lebovits family's attempt to implicate Kellner in Taub's extortion plot failed, they were able to have the KCDA refocus its attention on Kellner by providing a series of affidavits to the KCDA. The timing of the two most relevant affidavits, from [redacted] and Moshe Friedman, is notable in that they were dated eight days and fifteen days, respectively after Taub was arrested. Moshe Friedman is discussed below.

As discussed above, [redacted] lacks credibility as a witness. Accordingly, his affidavit is not worth mentioning. One of the other affidavits, however, is noteworthy. In an affidavit made by a young man named [redacted] and in a subsequent in-person interview with ADA Batsidis, [redacted] claimed that Det. Litwin asked him to falsely accuse Berly Ashkenazi (a defense witness at the Baruch Lebovits trial) of sexually abusing him. According to Det. Litwin, [redacted] stated in an interview with him that he ([redacted] was sexually abused by Berly Ashkenazi. When speaking to ADA Batsidis, [redacted] claimed that he was sexually abused by another adult male and that Det. Litwin told him to falsely implicate Berly Ashkenazi. [redacted] made a strikingly similar baseless accusation against Det. Litwin. Based upon all of the surrounding circumstances, [redacted] accusations against Det. Litwin lack credibility.

**Moshe Friedman**

Rabbi Moshe Friedman was a [redacted] witness against Kellner. Friedman claimed Kellner came to his office and explained that he was trying to "negotiate" a $250,000 settlement with Lebovits. Kellner purportedly asked Friedman to convince the Lebovits family to pay him [Kellner] the money in exchange for the case to not go forward.

His testimony is suspect for two reasons. The first reason is based upon Moshe Friedman's position in the Satmar Hasidic world. Friedman had the role of gabbai (personal assistant) to the late Rabbi Moshe Teitelbaum. Rabbi Teitelbaum was the world leader of Satmar Hasidim from 1980 until his death in 2006. In his role as gabbai, Friedman became a political power broker in New York. Additionally, Friedman is the owner of Der Yid, the largest weekly Yiddish language newspaper in the world with a reported world-wide weekly circulation of 75,000.

The second reason is that Friedman is Baruch Lebovits' first cousin. This fact, never disclosed by Friedman, was brought to the attention of the KCDA by Kellner's attorney as well as by media accounts of the Kellner case. The likelihood that one of the most prominent leaders in the Satmar community worldwide would assist Sam Kellner in a plot to extort his first cousin out of $250,000 is exceptionally low.

**<u>The recorded conversation between Meyer Lebovits and Samuel Kellner</u>**

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted].

[redacted]

[redacted]

[redacted]

[redacted]

**<u>My interview of Meyer Lebovits</u>**

[redacted]

[redacted]

With respect to the second alleged co-conspirator, Yakov Leizer Horowitz, Meyer was also vague. Meyer did not attribute any criminal conduct to either Horowitz or to Kellner through Horowitz. At this point in the interview with Meyer, he had yet to articulate any criminal activity committed by anyone. Out of a sense of fairness, I specifically asked Meyer to describe the connection between Horowitz and Kellner so that I could discern the crimes he was alleging Kellner engaged in. Meyer merely stated that Horowitz told him that Kellner "wants you should settle with him." [redacted]

[redacted]

Meyer also did not allege any criminal conduct by another alleged co-conspirator, Yidal Wolf, either independently or on Kellner's behalf.

[redacted]

**Conclusion**

[redacted]

[redacted]

[redacted]

[redacted]