# EXHIBIT 26

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS, CRIMINAL TERM - PART 15

PEOPLE OF THE STATE OF NEW YORK,

-against-
(Kings County)

BARUCH LEBOVITS,

Defendant-Appellant.

No.: 11393/08

AFFIRMATION

EXHIBIT 56 Batsidis 3/23/22 (LL) LEXITAS

STATE OF NEW YORK : ss:
COUNTY OF KINGS

MOSHE FRIEDMAN, affirms under penalty of perjury and says:

1. I was approached at my office by a man named Mr. Kellner, who wanted me to negotiate with the Lebovits family to ensure that the charges against Baruch Lebovits never went to court and "all went away."

2. Mr. Kellner stated that he "controlled all of these cases."

3. Mr. Kellner stated that "only a misdemeanor happened" regarding sexual activity.

When asked by me why he was pursuing this case, Mr. Kellner stated, "Let them pay. Baruch doesn't have money but his son has money. I need to get money. I am not making a living. I have to get this money."

MOSHE FRIEDMAN

Sworn to before me this 15 day of July, 2010

Notary Public

ROBERT E. MLADINICH
Notary Public, State of New York
No. 01ML6197480
Qualified in New York County
Term Expires December 1, 2012