# EXHIBIT 27

UNITED STATES DISTRICT COURT
COUNTY OF EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

SAMUEL KELLNER,

Plaintiff,

Index No.: 17-CV-1268

- against -

THE CITY OF NEW YORK and PATRICIA L. HYNES, ADMIN. OF THE ESTATE OF CHARLES J. HYNES,

Defendants.

---------------------------------------------x

Video Deposition

April 14, 2022
10:00 a.m.

DEPOSITION of ANTHEA BRUFFEE, a Non-Party Witness, taken by the Adverse Parties herein, pursuant to the Federal Rules of Civil Procedure and Notice, before Lisa J. Lugo, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorney for Plaintiff
171 Madison Avenue, Suite 305
New York, NY 10016

BY: NIALL MACGIOLLABHUI, ESQ.

KINGS COUNTY DISTRICT ATTORNEY
Attorney for Non-Party Witness
350 Jay Street
Brooklyn, New York 11201
BY: A.D.A. JOHN CARROLL, ESQ.

HONORABLE SYLVIA O. HINDS-RADIX
CORPORATION COUNSEL
Attorney for Defendants
100 Church Street
New York, New York 10007
BY: SUSAN SCHARFSTEIN, ESQ.

he was still involved at this point in time, right?

A He was the trial attorney.

Q I see. When you referred to Nat Dershowitz and Ms. Adelson, you're referring to them as Appellate attorneys for Mr. Lebovits?

A Correct, they represented him on Appeal.

Q I understand. Now, if I can refer you --

A Can I correct what I just said?

Q Absolutely.

A The document that Alan Dershowitz is listed as of counsel on this document, so yes, he was on too.

Q So, let me refer you back to and what I'm going to do is I'm going specifically identify it as Plaintiff's Exhibit 165.

A Yes.

Q So, this particular document, so I'm going to direct your attention to the top of it where it says March 16, 2011 and then it says, "Meeting with Amy Feinstein, 4 p.m." Do you see that?

A. Bruffee

A Yes.

Q So, the time of that meeting at least according to this document was approximately two hours after you received that email that is Plaintiff's 138. And then let me just show you that document.

I'll direct your attention in particular to the time of the email.

A Yes.

Q So, how did that meeting with Amy Feinstein come about?

MS. SCHARFSTEIN: I just want to object to that last question.

MR. CARROLL: I'll object as well.

A I don't know for sure, but I was unlikely to pick up the phone and call the first assistant and say by the way, I need a meeting about a bail writ. So, I'm assuming that she asked me to meet with her.

Q I see. And at that meeting, was it just you and her or were other people present?

A I don't remember that.

Q Now, returning your attention to

A. Bruffee

Plaintiff's 165, you'll see, and there's a handwritten notation underneath the portion we just discussed across from May 18th, 2011 just above March 18, 2011 and to the right which says, "D.A. meeting" and then a question mark, do you see that?

A Yes, yes, I see that.

Q And is that your handwriting?

A It is.

Q And is it your recollection that you may have met around that time so this is March of 2011, with Mr. Hynes?

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

A The reason that's in there is that there was one meeting that I remember vividly, but I can't remember when it was. It was a meeting. It was after I talked to Amy Feinstein, who was the first assistant.

And I had the impression, and I'm not sure where I got it from, that the 19th floor was getting information that maybe Mr. Lebovits wasn't guilty as convicted.

The D.A. used to be a defense

A. Bruffee

counsel, he was very sensitive to that issue.

And I think I might have asked if this was the meeting that I asked Amy if she would cause a meeting with the D.A. to be created at which the appeals people, the trial people would talk to Mr. Hynes and explain that we believed that Mr. Lebovits in fact was guilty and in fact had done the same thing to other people. Just so that he had kind of our side of the story.

And during that, I remember it because we had the meeting, at the beginning he said where is the Rackets Bureau Chief, Mike Vecchione. We can't have a meeting without him too. So he came down.

And I remember Vecchione saying something like well, he might have touched him, but it wasn't what the victim said. And Hynes saying, but I thought you said he was an innocent man. I remember that so vividly.

So I don't know, was trying to figure out when that meeting was because I remember Mr. Hynes was surprised. And I think he maybe got a different view of the case after that.

2010?

A It would have to -- probably in 2011 because I don't know, I don't know.

Q Let me show you now what is Plaintiff's Exhibit 141 and I'll ask you to confirm that this is an Affirmation sworn by you on, I'm scrolling to the bottom of the document, on June 26, 2012.

(Screen sharing Exhibit 141.)

A Yes.

Q And I'm going to ask you to read through and let me see.

A I have the document if you just want to give me the paragraph number.

Q I will, what I want you to read is paragraphs three through five. Three, four and five.

A (Reading document.) Yes.

Q And in terms of paragraph five and you'll see that it says, "After fully cooperating with the prosecution for 21 months -- then the name is redacted -- became uncooperative under highly suspect circumstances -- again, the name is redacted -- "later recanted his claims of

Defendant's sexual abuse, therefore the people were constrained to move to dismiss the charges against Defendant regarding" -- again, the name is redacted, see, do you see --

A Yes.

Q -- see those sentences?

A Yes.

Q And those are references to victim number one, correct?

A Correct.

Q And I'm going to direct your attention back now to Exhibit 139 and this is the, let me ask you to confirm that this is the affirmation of Nathan Dershowitz in support of the application for bail pending Appeal that was advanced in and around March of 2011.

I'm going to scroll down for you to the bottom of the Affirmation where it is dated. Do you see that?

A Yes.

Q Is that, in fact, what I described IE: Nathan Dershowitz' Affirmation in support of Baruch Lebovits' application for Bail pending Appeal?

A. Bruffee

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

Q Despite all your strenuous and commendable efforts, right?

MS. SCHARFSTEIN: Objection.

MR. CARROLL: Objection.

A I was sorry we lost.

Q Okay. So, I'm going to point you now to let's see, Plaintiff's Exhibits 145 and 146. So, I'm going to ask to you look at 145 to begin with and ask you to confirm that this is an email that was sent by you to Ms. Gregory on September 19, 2011.

(Screen sharing Exhibit 145.)

A Yes.

MS. SCHARFSTEIN: Objection.

Q And fair to say that in and around this time, Baruch Lebovits had been, let me see if I can point you back before I ask the question. Let me see if I can point you back to your timeline again.

So this is Plaintiff's 136 and you see the September 2011 entry?

(Screen sharing Exhibit 136.)

A. Bruffee

A Yes.

Q Where it says in parenthesis, "Work log says, meetings re "bail conditions."

A Yes.

Q And you see on top there's the date of 9/22/11 handwritten?

A Yes.

Q And isn't it the case that at that time, Lebovits had been released on bail and the Lebovits defense attorneys had made an application to the Second Department to modify his bail conditions?

A Yes, they did make a motion to modify his bail conditions.

Q And in terms of the email that is Plaintiff's Exhibit 145, the attachment to it is a draft from you of your office's opposition to their application, right?

(Screen sharing Exhibit 145.)

A Yes.

Q Do you see the text where it says, "Miss, I sent this proposed opposition to Amy F. -- that's a reference to Amy Feinstein, correct?

A. Bruffee

A I'm not aware of that.

MS. SCHARFSTEIN: Okay.

Q You said at the end of your answer that it's not surprising, why is it not surprising to you?

A Because if he knew about it and decided strategically not to go into it, then he probably decided to wait and see if there was a conviction and then bring it up is what happened.

Q The period of time I'm speaking about is so the conviction is in March of 2010, the indictment of Sam Kellner is in April of 2011. Your meeting with Mr. Hynes was in March 2011.

So two months before that meeting, Mr. Aidala had sent a draft of what was going to be the Lebovits 440 Motion three months later to Mr. Vecchione.

My question is: Were you aware of that?

A No.

MS. SCHARFSTEIN: Objection.

Q Are you aware that on the prison calls involving Baruch Lebovits, that there was