# EXHIBIT 28

EXHIBIT
PLF 36C 2/23/22 (DS)
exhibitsticker.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS, CRIMINAL TERM - PART 15

PEOPLE OF THE STATE OF NEW YORK,

-against-

BARUCH LEBOVITS,

Defendant-Appellant.

No.: 11393/08

(Kings County)

**AFFIDAVIT**

STATE OF NEW YORK : ss:
COUNTY OF NEW YORK :

SHOLEM WEISNER, affirms under penalty of perjury:

1. I reside at 227 Hewes Street, Brooklyn, New York 11211.

2. I met [redacted] in the summer of 2009, right before [redacted] was expected to testify in a court proceeding. [redacted] did not want to testify. He was very stressed out about the Lebovits court proceedings. The trial did not take place at that time.

3. [redacted] was "desperate" and "suicidal" when I met him. He told me he was robbing charity boxes and working as a male prostitute to get drug money. He said he was going to die if he did not get money for his drug habit.

4. [redacted] said he had "numerous relationships" where he had sex for money which went back many years well before he met Baruch Lebovits.

5. [redacted] said he had a "guilty conscience" about making a case against Baruch Lebovits. Community pressure from "powerful people" was forcing [redacted] to go forward with the



SW

complaint. He wanted me to get involved. He said he had picked up bigger money from Shloime Aaron Kellner and Mark Appel. He said Appel bought him a computer and in the past Appel gave him bigger money.

6. [redacted] said his feelings were hurt when authorities asked Baruch Lebovits if he knew [redacted] and Baruch said no. Another time [redacted] asked Baruch for a favor (probably money) and Baruch said "I don't know you." This made [redacted] very angry and hurt.

7. [redacted] and I were arrested together in Brooklyn near the end of 2009 for marijuana possession. We were smoking in a car when stopped by the police.

8. [redacted] frequently told me he was proceeding with the case only to get money. He said when he makes money he will remember the friends.

9. He told me that he proceeded with the case because he received these payments. [redacted] asked me to contact the Lebovits family to ask them to pay him not to proceed. He asked me to get involved because he did not trust Kellner and was afraid Kellner would keep all the money. I did not do so because I did not want to get involved.

10. He said he was going after Baruch Lebovits because his son has money. He said he will not proceed with the case because the Lebovits will pay him. When he did not get money from Lebovits, he said he was angry and was going to proceed.

11. I asked him why he did not push Lebovits' hand away. He said not everyone was strong enough. I understood him to be saying the only contact was a hand contact.

12. I told him I did not want to see him. He said he was not happy to proceed but that's the way it goes.

13. I met him right before the trial and he told me he is making it big time. He told me not to go to the Lebovits' because h~ was being taken care of financially.

ROBERT E MLADINICH
Notary Public, State of New York
No 01ML6197480
Qualified in New York County
Term Expires December 1, 2012

SHOLEM WEISNER

Sworn to before me this 22 day
of June, 2010

Notary Public