# EXHIBIT 30

EVIDENCE AGAINST KELLNER BROUGHT TO KCDA

Note: Timeline prepared by N.B. - Date Aug. 2013

25) August 6, 2010(KELLNER)

----I along with ADA Vecchione met with the lawyers for the Lebovit's family who provided us with **affidavits of Moishe Friedman,**[redacted]**, Rochel Eisenbach (not signed),**[redacted] **and Sholom Weisner.**

26) August 11, 2010(KELLNER)

-----I was given a cellular telephone number by ADA Vecchione belonging to PI Bob Mladnich hired by the attorneys for Baruch Lebovits and was instructed to call him and schedule an interview for a Rabbi Moishe Friedman whose affidavit along with other affidavits of [redacted] the Eisenbachs and Sholom Weisner were recently supplied to the KCDA by the attorneys for Lebovits. I spoke with PI Mladnich and was told that Friday August 13, 2010 Rabbi Friedman was available and that a subpoena would need to be served upon him. Also met with DI Jones and gave her copies of the affidavits provided.

27) August 12, 2010 (KELLNER)

------Rabbi Friedman served by DI Esposito. Also contacted translator service Rina Neeman in regard to conversation between Meyer Lebovits and Kellner 2009 supplied to KCDA.

28) August 13, 2010 DD5#1 (KELLNER)

-----I along with DI Jones and DI Sbordone interviewed Rabbi Friedman at KCDA where Rabbi Friedman was shown his affidavit and confirmed it was true and accurate. See DD5#1 for substance of interview.

29) August 17, 2010 (KELLNER)

------I spoke with PI Mladnich with regard to [redacted] interview awaiting a call from [redacted] attorney John Lonuzzi.

EXHIBIT 54 Batsidis 3/23/22 (LL) LEXITAS

30) <u>September 1, 2010 DD5#2(KELLNER)</u>

------I along with DI Jones took a sworn interview o[redacted] at KCDA who was escorted by PI Mldanich..

31) <u>September 3, 2010 (KELLNER)</u>

------Received a message from Lonuzzi. Left message to that I would call the following week because early that week was not available.

32) <u>September 8, 2010(KELLNER)</u>

------Left a message for Lonuzzi to call me in regard to setting up a meeting.

33) <u>September 13, 2010(KELLNER)</u>

------Left a message again for Lonuzzi and on same date received call back meeting set up for September 15, 2010 at KCDA under a proffer agreement.

34) <u>September 16, 2010 DD5#3 (KELLNER)</u>

----On September 15, 2010, I along with DI Jones in the presence of Lonuzzi proffer [redacted]. See DD5 #3 for specifics.

35) <u>September 16, 2010(KELLNER)</u>

-----I contacted Rina Neeman with regard to the translation of the recorded conversation between Meyer Lebovits and Kellner supplied to the KCDA.

36) <u>September 20, 2010(KELLNER)</u>

**-----I was instructed by ADA Vecchione to supply sex crimes with all the affidavits, interviews and the translated recorded conversation between Meyer Lebovits and Kellner from 2009 (Translation provided to us).**

37) <u>September 24, 2010 DD5 #4 (KELLNER)</u>

-----DI Jones served subpoena on the Law Offices of Lawrence S. Goldman for the Olympus digital voice recorder of the original recording of the conversation between Meyer Lebovits and Kellner in 2009.

38) <u>September 27, 2010(KELLNER)</u>

**----Left a voicemail for Lonuzzi in regard to recorded conversation between [redacted] and Det. Litwin.**

39) October 4, 2010(KELLNER)

-----Left a voicemail for Lonuzzi again in regard to recorded conversation.

40) October 5, 2010(KELLNER)

**-----Spoke with Lonuzzi stated he will mail the conversation and also attempt to email it.**

41) October 7, 2010(KELLNER)

-----**Received from Lonuzzi email of recording between [redacted] and Litwin.**

42) October 13, 2010 through November 3, 2010(SIMON TAUB)

-----[redacted].

43) November 4, 2011(KELLNER)

------I along with ADA Vecchione met with Attorneys Arthur Aidala and Alan Dershowitz at KCDA.

44) November 12, 2010 DD5 #5 (KELLNER)

-----On October 25, 2010 I along with DI Jones and DI Sbordone at KCDA interviewed [redacted] parents of [redacted] previously interviewed.

45) November 12, 2010 DD5 #6 (KELLNER)

------On November 9, 2010 I along with DI Jones and DI Sbordone at KCDA interviewed **Sholom Weisner**.

46) November 24, 2010 (KELLNER)

-------I received an email containing the **second translation of the recorded conversation between Meyer Lebovits and Kellner from 2009**.

47) December 1, 2010(SIMON TAUB)

------I arraigned Simon Simon Taub in Supreme Court Part 50 on Attempted Grand Larceny Second, Third and Fourth Degrees. Defense Counsel Michael Bachner.

48) December 2, 2010 DD5 #7 (KELLNER)

-----On December 1, 2010, I along with DCI Deboer, DI Jones and DI Sbordone at KCDA interviewed [redacted]

49) January 14, 2011(SIMON TAUB)

-------I appeared in Supreme Court Part 50 and filed the [redacted] with the court in the Simon Taub case.

50) January 20, 2011 DD5 #8 (KELLNER)

-------DI Jones received a call from **Rabbi Mandel** who was scheduled to come to KCDA on January 21, 2010. Rabbi Mandel said he wanted to confer with an Attorney first and would re-schedule.

51) February 25, 2011(SIMON TAUB)

-----I appeared in Supreme Court Part 50 on the Simon Taub case and a decision was ordered by the court finding the [redacted].

52) March 7, 2011 DD5 #9 (KELLNER)

-----On February 28, 2011, I along with DI Jones interviewed **Rabbi Mandel** in the presence of his **attorney Mr. Jacob Laufer**, Esq. Rabbi Mandel presented us with the **original document he prepared for Meyer Lebovits Lebovits which was vouchered for translation.**

53) March 15, 2011(KELLNER)

----I along with ADA Vecchione met with Arthur Aidala, Alan Dershowitz and Nathan Dershowitz in ADA Vecchione's office.

54) March 21, 2011(KELLNER)

----I along with ADA Ferrell interviewed [redacted] at KCDA

55) April 27, 2011 DD5 # 10 (KELLNER)

-----On March 24, 2011, I along with DI Jones and Sbordone interviewed [redacted] at KCDA. [redacted]

56) March 29, 2011 through April 7, 2011(KELLNER)

------I presented evidence to the Grand Jury in the Kellner case. On April 6, 2011 I along with DI Diver (?) proffered **unindicted co-conspirator Wolf Wercberger** with his attorney **Jacob Laufer** at KCDA. I conferenced the proffer with ADA Vecchione.

57) April 7, 2011(SIMON TAUB)

-----I appeared in Supreme Court Part 50 on the Simon Taub case where a motion schedule was set and adjourned for decision.

58) April 12, 2011(KELLNER)

-----Conferenced voted indictment with ADA Vecchione. We discussed bail and method of discovery (OFD). Also, I was made aware by ADA Vecchione that there will be a press conference as per DA.

59) April 28, 2011 DD5 #11 (KELLNER)

---On April 12, 2011 ACI Terra, DI Jones, DI Sbordone and DI Pettie executed an arrest warrant for Kellner under indictment 2538/2011.

60) April 13, 2011(KELLNER)

----I appeared in Supreme Court Part 50 **to arraign Samuel Kellner on indictment 2538/2011. Defense Counsel Israel Fried.**

61) April 28, 2012 DD5 #12 (KELLNER)

----DI Jones closing DD5.

62) June 13, 2011(KELLNER)

----I appeared in Supreme Court Part 50 on the Kellner case. [redacted]

63) July 15, 2011(SIMON TAUB)

-----I appeared in Supreme Court Part 50 on the Simon Taub case and a second motion schedule was set and adjourned for decision.

64) July 28, 2011(KELLNER)

----I appeared in Supreme Court Part 50 on the Kellner case and Grand Jury minutes were found sufficient and adjourned for counsel Michael Dowd to appear.

65) August 26, 2011(SIMON TAUB)

-----I appeared in Supreme Court Part 50 on the Simon Taub case and counsel previously off calendar filed a pre-pleading memorandum for the People and Court to consider a non-jail disposition. Case adjourned for conference.

66) September 6, 2011 (KELLNER)

-----I appeared in Supreme Court Part 50 on the Kellner case adjourned for control/defense counsel to appear.

67) September 16, 2011 (SIMON TAUB)

----I appeared in Supreme Court Part 50 on the Simon Taub case adjourned for conference. Counsel and I conferenced with law secretary in regard to Pre-Pleading Memorandum.

68) September 27, 2011

----Received a voicemail message from Nathan Dershowitz, requesting that I call him. Conferred with ADA Vecchione and was instructed not to call back due to 440.10 being filed and litigated.

69) September 28, 2011(KELLNER)

----I spoke with **Dowd** who requested I consent to **Kellner** traveling to visit his daughter in Canada. I advised Dowd that court is in possession of passport and that he would have to make an application to the judge. Dowd said he would call me Friday to let me know if the court has the passport.

70) October 12, 2011(SIMON TAUB &KELLNER)

-----Nathan Dershowitz left message. I called him back with ADA Ferrell present. He wanted to know if the judge was made aware of the victims' position in the Simon Taub case. (Insulting to say the least). I advised him that the Judge was made aware of the victims' position and that all the issues were explored in conference with the law secretary and the People's position was two to six years incarceration. Also we discussed a victim's impact statement if they wanted to speak.

71) October 18, 2011(SIMON TAUB)

------I appeared in Supreme Court Part 50 on the Simon Taub case. **Simon Taub pled guilty to the indictment over my lengthy objection and was promised a sentence of five years probation.** And case was adjourned for I&S. Apprised ADA Vecchione as to the guilty plea and I was instructed to write sentencing letter to be filed with the court irrespective of my lengthy objection.

72) <u>October 24[redacted]1(KELLNER)</u>

----I appeared in Supreme Court Part 50 on the Kellner case. **Michael Dowd appeared stated that he was newly retained by Kellner.** Case was adjourned for control.

73) <u>December 1, 2011(SIMON TAUB)</u>

----I appeared in Supreme Court Part 50 on the Simon Taub case. Sentencing letter filed with the court and Simon Taub sentenced to court's promise of 5 years probation.

74) <u>January 18, 2012 (KELLNER)</u>

----Defense counsel per our conversation off calendar was to provide a list of discovery not given over to him by prior counsel. Motion schedule set. Case adjourned for decision.

75) <u>January 20, 2012 & on March 20, 2012</u>

-----Discovery served on defense including transcript of audio recording of [redacted] Shimon, Shulem and unknowns.

76) <u>February 28, 2012</u>

**----I was made aware by ADA Vecchione that sex crimes had interviewed a Rabbi Blum which might cast doubt on [redacted] claims of abuse due to his attendance at Bedford Hills Yeshiva in 2004 and 2005 and instructed to interview him. I along with Detective Sbordone interviewed Rabbi Blum on February 28. Received school records previously given to sex crimes.**

77) <u>February 29, 2012(KELLNER)</u>

-----I along with ADA Vecchione met with the DA in his office with regard to Rabbi Blum.

78) <u>March 14, 2012(KELLNER)</u>

----Spoke with Defense Counsel Dowd he stated he needed additional time to file motion.

79) <u>March 15, 2012 (KELLNER)</u>

-----Defense requested additional time to file motion. New motion schedule set. Case adjourned for decision.

80) March 20, 2012(KELLNER)

-----After Discussion with DI Jones SIU **status of case changed to re-opened base on Rabbi Blum interview and other pending interviews.**

81) March 23, 2012(KELLNER)

-----I along with ADA Ferrell, ADA Bruffee, Detective Litwin and DI Jones interviewed Rubenstein. [redacted] **confirmed Detective Litwin's hand written notes regarding attempts by Beyrl Ashkenazi and Kellner to pay off** [redacted] **Also Rubenstein stated that his and** [redacted] **mutual friend Natalie LNU at this juncture told him that one of Baruch Lebovits daughters called** [redacted] **and said if he testified against her father, the minute he gets off the stand that they would bring forward two boys** [redacted] **molested. Rubenstein also stated that the rumor around the community was** [redacted] **backed out because** [redacted] **lawyer was paid $5K and because of pressure from the Lebovits.**

82) April 2, 2012(KELLNER)

----Spoke with Meyer Lebovits who informed me that Kellner was allegedly following him in his van and screamed at Meyer Lebovits in violation of the OOP. Advised to file a report at 66 Pct.

83) April 23, 2012(KELLNER)

-----Spoke with Dowd apprised him that interviewed [redacted] again and he amplified what he stated in the audio recording between [redacted] Shimon and Shulem, and unknowns. Previously served. Also stated I will serve DD5 when I receive a copy.

84) May 4, 2012 (KELLNER)

----DI Jones and DI Sbordone interviewed **Natalie Bagimov (Natalie)**. She stated she is **best friends with** [redacted] **who fled to Israel Seven months ago.** Both she and [redacted] were molested as children and the system failed them. She does not trust police officers because she didn't receive help from them when she was molested. She recalled a conversation with [redacted] **prior to the Lebovits trial and** [redacted] **stated that Lebovits daughter called him and told him that if he testified he would be arrested for molestation of two little boys that the Lebovits would bring forward.** She also stated that this molestation by [redacted] occurred when [redacted] was 10 Years old and wouldn't be arrested. She said the fear got to him and he backed out. She also stated that she is friends with [redacted] and he has been going through a lot over the

case. DI jones asked if she was willing to speak at KCDA next week and she replied that she would think about it and call on May 7, 2012.

85) May 30, 2012(KELLNER)

-----DI Jones attempted to call Natalie and the message stated that at the subscribers request this phone does not accept incoming calls.

86) May 30, 2012(KELLNER)

----Spoke with Dowd who stated he needed additional time to file motion. Advised him that ADA Alexis and I will be in court on June 1, 2012 and will give over the DD5 of [redacted] and Natalie the substance previously disclosed to counsel via telephone conversation.

87) June 1, 2012(KELLNER)

----I and ADA Alexis appeared in Supreme Court Part 50. **DD5s served on counsel**. Case adjourned for decision on motion.

88) June 8, 2012 and June 12, 2012(KELLNER)

----Left message for [redacted] counsel to call me.

89) July 10, 2012(KELLNER)

-----I along with ADA Alexis and DI Jones met with **Meyer Lebovits, Chaim Lebovits and their attorney Arthur Aidala at KCDA.** At the meeting it was reported by the Lebovits of the **existence of a recording between Kellner and another individual**. The value of the recording with respect to criminal activity, if any, was unknown at the time and remained unknown to this day. I also asked the Lebovits on information given by defense counsel if they were aware of the whereabouts of [redacted] Mr. Aidala called [redacted] attorney in our presence. [redacted] was in Israel and as far as his attorney knew was willing to return.

90) July 19, 2012(KELLNER)

-----ADA Alexis appeared in Supreme Court in Part 50 on the Kellner case. Case adjourned to pick a trial date.

91) August 24, 2012

-----**Subpoenaed flight records for** [redacted] after apprised by defense counsel, sometime before the June 1, 2012 meeting with Lebovits' that [redacted] was in Israel.

92) September 18, 2012

-----[redacted]

93) September 26, 2012(KELLNER)

-----ADA Alexis appeared in court. Defendant did not appear. Case was inadvertently adjourned for Yum Kippur. Case adjourned to pick a trial date.

94) November 19, 2012(KELLNER)

-----I along with ADA Alexis appeared in Supreme Court Part 50 on the Kellner case. **Served three video recordings of [redacted] interviews in Florida and the recording of [redacted] and Detective Litwin that [redacted] recorded.**

95) November 19, 2012(KELLNER)

----Meyer Lebovits via telephone apprised me of alleged tampering by Kellner of un-indicted co-conspirator Wercberger.

96) November 26, 2012 (KELLNER)

----Spoke with Meyer Lebovits with regard to Wercberger issue. Called Jacob Laufer attorney for Wercberger. Apprised him of allegation and stated if client was willing to speak with me to let me know.

97) January 2, 2013(KELLNER)

----Spoke with Dowd who wanted to know if Simon Taub was cooperating. Stated Simon Taub pled guilty to indictment by Judge.

98) January 14, 2013(KELLNER)

----ADA Alexis appeared in Supreme Court Part 50 on the Kellner case. Case **adjourned for defense to obtain their translation of conversation between Meyer Lebovits and Kellner and served it upon People.**

99) January 16, 2013(KELLNER)

-----Meyer Lebovits inquired on whether he should divulge his copy of the recording to others in the community to refute the article recently written in the Jewish Week. I advised would be prudent to do so, yet, it is solely his and his attorney's decision. Updated him that we were still awaiting the defense translation which they claim is vastly different.

100) January 23, 2013(KELLNER)

----Spoke with Dowd and reiterated from a previous telephone conversation that his client is paranoid, that there is only one indictment and the confusion with respect to the indictment printed and disseminated by the press office was because this indictment was typed up by me free hand and its substance was not correctly inputted in the system.

101) March 6, 2013(KELLNER)

-----I along with ADA Alexis appeared in Supreme Court Part 50 on the Kellner case. Defense still did not have their translation of the recording. Case adjourned for final conference and defense to produce their translation.

102) April 9, 2013 (KELLNER))

----Received a call from Dowd claiming that Meyer Lebovits approached Kellner outside of Kellner's employment at 5203 12th Avenue and was taking pictures. Kellner'[s son urged Kellner to file a report which Kellner attempted to do because feared that Meyer Lebovits would use it against him because of the pending OOP. According to Dowd police refused to file a report and they will arrest his client if a report is filed against him.

103) April 24, 2013 (KELLNER)

-----I along with ADA Alexis appeared in Supreme Court Part 50 on the Kellner case. Still no translation produced. Case adjourned for final conference.

104) May 8, 2013 (KELLNER)

---I received a telephone call from defense counsel claiming that Rabbis will be meeting with the DA

105) May 8, 2013 (KELLNER)

----I received another call from defense counsel (Niall) requesting I produce another copy of the transcript. Apparently they misplaced pages of the transcript. I emailed defense counsel another copy of the transcript between Meyer Lebovits and Kellner.

106) May 10, 2013 (KELLNER)

---**Received a call from defense counsel (Niall) who claimed the existence of a tape that exculpates their client and that they are trying to persuade the witness whom allegedly recorded [redacted]o talk to the ADAs and will get us the recorded conversation in order for us to translate.**

107) May 10, 2013 (KELLNER)

----I received another call from defense counsel in regard to the first translation of the recording between Meyer Lebovits and Kellner given to KCDA. I stated I thought I served it during discovery even though defense was not entitled to it, there was not anything exculpatory or tending to be contained and that translation, in fact, it was more damaging to their client and Mr. Dowd himself, and the translator wished not to be deemed an expert. Agreed to have someone from their office pick up copy on May 13, 2013. (Ms. Kate Waterhouse).

108) May 13, 2013 (KELLNER)

-----Translation given to Ms. Waterhouse.

109) May 22, 2013 (KELLNER)

-----I along with ADA Alexis appeared in Supreme Court Part 50. **People were still awaiting defense counsel's translation and also the recording of alleged exculpatory evidence**. Case adjourned for Trial in TAP July 8. Counsel also handed over letter in regard to outstanding discovery or Rosario.

110) May 22, 2013 (KELLNER)

-----I spoke with ADA Gregory and she stated that no notes were taken when she spoke with Kellner and the notes referred to in the grand jury testimony were her case status sheets.

111) June 11, 2013 (KELLNER)

---**I spoke with Dowd and he informed me that the witness is not cooperating in giving over the alleged exculpatory recording in witness's possession**. Additionally, defense counsel stated that rumors are that [redacted] is in Israel and not returning.

112) June 11, 2013 (KELLNER)

-----Left message for Lonuzzi with regard to [redacted] Subsequently spoke with Lonuzzi who state he will contact [redacted] and make arrangements for him to return to the States and to meet with me and ADA Alexis. Spoke with Lonuzzi a second time where he stated that he reached out to [redacted] brother who, in turn, will reach out to [redacted] Lonuzzi stated that he would update me on the issue. I stated he is to return as soon as possible.

113) June 14, 2013 (KELLNER)

-----I along with ADA Alexis, Jerry Schmetterer spoke with NYT reporter Michael Powell. ADA Vecchione also present.

114) June 17, 2013 (KELLNER)

----ADA Alexis telephoned Dov Hikind's Office to schedule a meeting. We were informed about a death in the family and should call back the following Monday to schedule an appointment.

115) June 18, 2013 (KELLNER)

-----I left a voicemail for Lonuzzi in regard to update on [redacted] Lonuzzi left a voicemail for me stated [redacted] will be in the States on Thursday. He will confirm.

116) June 18, 2013(KELLNER)

**------I spoke with Litwin outside the office. He stated he took no notes when met with Kellner, Miss and Rhonnie. Spoke with Rhonnie in her office she reiterated the same.**

117) June 19, 2013(KELLNER)

----I along with ADA Alexis Spoke with defense counsel (Niall) in regard to upcoming trial date and other issues. At the DA's request, I sent an email to the DA and ADA Vecchione summarizing the evidence against Kellner and what was recently discovered today after reviewing the bank records of Zalmen Ashkenazi.

118) June 20, 2013(KELLNER)

-----I spoke with translator Ruth Cohen who asked me if it was okay to speak with defense counsel regarding her translation. I said it is solely up to her whether she wants to speak with them or not.

119) June 20, 2013(KELLNER)

----I along with ADA Alexis met with the DA in regard to the case against Kellner. Offer of immunity granted if necessary with regard to [redacted] DA instructed us to immediately brief him after interview.

120) June 25, 2013(KELLNER)

-----I spoke with Lonuzzi who confirmed meeting with client for tomorrow at 2:30 p.m. at KCDA

121) June 26, 2013(KELLNER)

-----I along with ADA Alexis met with [redacted] and Lonuzzi. After meeting ADA Alexis and I met with the DA and briefed him. DA stated that we have our closing memo by Monday morning. Received email from DA with regard to closing memo.

122) June 27, 2013(KELLNER)

-----I along with ADA Alexis was called to meet with ADA Vecchione in regard to the case and the closing memo. Instructed by ADA Vecchione that DA does no longer wants closing memo and that all three of us were to meet with [redacted] a second time.

123) June 28, 2013(KELLNER)

------I Spoke with translator Ruth Cohen and told her I would have DI Jones send her a copy of the audio recording for her review. I left message for DI Jones to send a copy to her.

124) June 24, 2013(KELLNER)

-----I Spoke with Lonuzzi office. Schedule meeting for July 1, 2013. He will confirm.

125) July 1, 2013(KELLNER)

-----I along with ADA Alexis met with ADA Vecchione, ADA Ferrell and ADA Guria in regard to Brady issues and the IAB issue contained in email by DA on June 26, 2013.

126) July 1, 2013(KELLNER)

-----I along with ADA Alexis and ADA Vecchione met with [redacted] and Lonuzzi at KCDA. After meeting ADA Alexis and I left message for Dov Hikind's office a second time.

127) July 2, 2013(KELLNER)

----Spoke with IAB in regard to [redacted] allegations against Det. Litwin. ADA Alexis and I drafted a Brady letter along with exhibits and a response to defense counsel's letter May 21, 2013.

128) July 2, 2013(KELLNER)

----I highlighted parts of the Meyer Lebovits Kellner translation as instructed by ADA Vecchione for DA.

129) July 3, 2013(KELLNER)

----ADA Ferrell moved for a protective order which was granted and signed by Justice Dowling with the admonition that the People turn over to the defense the evidence contained therein as soon as practicable as so that the People do not obtain an unfair tactical advantage.

130) July 3, 2013(KELLNER)

----Spoke with Henna White. She stated that she didn't take any notes when meeting with Kellner and that she just brought him downstairs to Sex Crimes.

131) July 5, 2013(KELLNER)

-----I along with ADA Alexis personally delivered Brady packet and response to Defense counsel's May 21, 2013 letter at their office on Park Avenue.

132) July 8, 2013(KELLNER)

-----I along with ADA Alexis appeared in Supreme Court Tap 15. Protective order filed with court under seal. Case adjourned to July 29, 2013. Also spoke with Lonuzzi said he will get [redacted] to sign HIPPA from and faxed it to us. He stated he will be meeting [redacted] tomorrow.

133) July 9, 2013(KELLNER)

-----I met with ADA Vecchione in regard to NYT article written by Mosi Secret. He instructed to order minutes for DA. Also I spoke with N. Dershowitz who called me with regard to the article. (Specifically, if we mentioned on the record the witness was unreliable). Also as per ADA Vecchione, the DA wanted excerpts from the translation by July 11, 2013. I spoke with ADA Vecchione again and reiterated that the Kellner case was resurrected by the Lebovits lawyers with the affidavits they

gave us and their investigator was escorting witnesses and potential witnesses to KCDA.

134) <u>July 10, 2013(KELLNER)</u>

----I finished the task for the DA and ADA Vecchione made some revisions Also ADA Vecchione instructed that I be present to talk with the press tomorrow.

135) <u>July 10, 2013(KELLNER)</u>

**-----I spoke with ADA Gregory again about the statement by Kellner during the recorded conversation attributed to her. ADA Gregory informed me that the conversation never occurred.**

136) <u>July 11, 2013(KELLNER)</u>

-----Met with ADA Vecchione with regard to the chargeable time in the Kellner case because the DA wanted to know the amount of chargeable time.

137) <u>July 11, 2013(KELLNER)</u>

-----I was interviewed over the telephone again by IAB by Sgt. Steven Bhagan in regard to [redacted] allegations. Also I along with ADA Vecchione met with Daily News reporter. Jerry and Ali present also.

138) <u>July 12, 2013(KELLNER)</u>

----**Subpoenaed additional years of accounts belonging to Zalmen Ashkenazi. Left message for Lonuzzi regarding HIPPA form.**

139) <u>July 15, 2013(KELLNER)</u>

-----I received a voicemail message from Lonuzzi in reference to the HIPPA form. Lonuzzi stated that [redacted] is reluctant to sign because he does not want it to get out in the community. Lonuzzi stated that he may order the records and look them over. He stated he would get back to me and further discuss matter with [redacted]

-----I also requested financial investigators be assigned after meeting with DI Jones. I along with ADA Alexis and DI Jones met with CFI Gillon and FI Fortel and briefed them with regard to investigation.

140) July 17, 2013(KELLNER)

-----I along with ADA Alexis and DI Jones met with Dov Hikind and Dov Cohen at their office. **Mr. Hikind stated listened to the recording between Meyer Lebovits and Kellner.** See DI Jones DD5.

141) July 29, 2013(KELLNER)

-----I along with ADA Alexis appeared in Supreme Court TAP. Case adjourned for decision on defense motion to September 30, 2013. People's response by September 3, 2013. Also I personally delivered the [redacted] to the court after calendar call.

142) August 2, 2013

-----I gave motion to ADA Vecchione and ADA Ferrell.