# EXHIBIT 32

**SIDER, ZACHARY**

**From:** VECCHIONE, MICHAEL F
**Sent:** Monday, November 29, 2010 10:00 AM
**To:** BATSIDIS, NICHOLAS
**Subject:** FW:[redacted]

Nick- FYI Have Stephanie coordinate with Bob to see if we can come up with this guy. Thanks

-----Original Message-----
From: aidalaesq@aidalalaw.com [mailto:aidalaesq@aidalalaw.com]
Sent: Wednesday, November 24, 2010 9:09 PM
To: VECCHIONE, MICHAEL F
Subject: Fw:[redacted]

------Original Message------
From: rmladinich@sbanyc.org
To: artie Client Chaim Aidala
Cc: Artie client Meyer Aidala
Cc: Artie client Meyer Aidala
Cc: Artie Aidala
Cc: Danita Aidala secretary
Cc: Bob Mladinich
ReplyTo: rmladinich@sbanyc.org
Subject:[redacted]
Sent: Nov 24, 2010 8:43 PM

EXHIBIT
63
Batsidis 3/23/22 (LL)
LEXITAS

Have determined that [redacted] lives at 2980 nostrand ave, not 2908. He and older man are seen walking his pit bull regularly. Witness said it is only pit bull on block and the owners fit description of [redacted] and. Uncle. I have supts name and number. Will relay this info to stephanie. Am sitting in location, but [redacted] is most likely upstate according to sholem.

Sent from my Verizon Wireless BlackBerry

Sent via BlackBerry by AT&T