# EXHIBIT 33

# OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908

EXCELSIOR

**CHARLES J. HYNES**
*District Attorney*

**To:** SID Case Number: 63/10

**From:** Detective Stephanie Green-Jones

**Date:** December 2, 2010

**Re:** Interview of [redacted]

---

On December 1, 2010, at approximately 1200 hours, [redacted] was present in the Kings County District Attorney's Office, 350 Jay Street, 18th floor, Special Investigations Division conference room. [redacted] voluntarily appeared in the KCDA office and was interviewed regarding allegations that he lied at the Baruch Lebovits trial. Present during the interview was ADA Nicholas Batsidis, Deputy Chief Investigator Gregory DeBoer, Detective Jeannette Sbordone and the writer.

[redacted] stated that everything he testified to at both the Grand Jury and trial regarding Baruch Lebovits was true. He also stated unequivocally that he was molested by Baruch Lebovits and at no time did he accept money for his testimony.

The interview concluded at approximately 1230 hours.

EXHIBIT
64
Batsidis 3/23/22 (LL)
LEXITAS

---

The above investigation was conducted by Detective Stephanie Green-Jones, Deputy Chief Investigator Gregory DeBoer, and Detective Jeannette Sbordone.

Approved By: