# EXHIBIT 34

EXHIBIT
Plaintiff's 172 4/22/22 KK
exhibitsticker.com

2/25/14. 11AM.

Meet w/ Atty Ardela & ~~Meyer~~ Lebowitz (YY)

→ AA exits →.

KO | ML | YY.

Recording of ML / SK → 58th street in front of ML's house.

Parked car, Right before dark →. Kellner car meks. short stop & stops & jumps out & starts talking – "seemed like he was waiting for me"
long conversation → over a hour → standing on the sidewalk on the street.
never went into car → one point SK asked ~~14~~ whether ~~Y~~ ML wanted to go into a car but ML declined.

Yosel Beer / snel doud / Kraus → referring to. s/o that is a Tzinus person in Williamsburg.

Kosel Rebbe → Shragge Hager

ML says "whose to blame"
Adam Rosub
Jaime Herbst → Munchaz community – big gossipers always talking the "smutz" of the town

Jamie → ppl in community stay away from him →

[ Yosl Douc ~~[illegible]~~ said to Kellner → will bring ML's father & cut beard ]

2

Whose to blame?

1) Kellner told ML, ^answer to make indictment / get him arrested, indicted & then go to the Rebbe & settle it & make it go away → that was

2) He blame ML for not sitting down with him & making it public.

3) & so ML Responded & said it was Jaimie Herbst & Adam Esrenberg b/c they told everyone Right away.

Shia Twersky - head of the school → brother of the Rebbe
Kellner said that Shia sent his son away from the Yeshiva
CL Respond "Shia came to ML 5X"

Leizer Wolf → Brother in law of Shia
Son of the Vishnitz Rebbe of Monsey.
Wife is Shia's sister.

Possible that ML was saying that he came to sit down.

Leizer Veul - Leize Wolf → Leizer Hager → same person.

Kellner calls Leiser in the middle of the conversation.

3

KO Never Sat Down → What Does this mean?
ML → Said Sit down was to negotiate a price.

ML → no Beis Din summoned him

the term "sit down" doesnt mean go to Beis Din

→ there is no summons → no beit Din

ML: To sit down w/ Simon Taub or Leizerl veul is no Beit Din.

KO: What does you see a messenger to the Kosev Rebbe & he know nothing?

→ Kosev Rebbe → active Rabbis in the community.

Yedl Wolf said to ML that he has to go Kosever Kellner ML says SK should go to the Kosever. is Referring to the Kosever → so SK went to the Kosever & the Kosever didnt want

Leizer Wolf
Yakov Leizer Horowitz } 2 diff. ppl.

ML → Says SK punish me without warning. →
Bible pt #1 { any punishment in the bible cant do only when the person has been warned 2x by 2 people prior to commiting the act.

Volvi -> Herzberger.

Witness upstate -> Bezalel Dym

When Mr. Kellner refferred to witness upstate ML knew who he was talking about b/c Herzberger -> Herzberger had told ML about Dym
Herzberger came to ML about Dym to get him involved ->
Herzberger told ML that a forth victim is already lined up.

SK explained that it could be a federal case b/c ML's father took Dym to Monsey across the state line so it could be a federal case. & ML said that SK said in good faith SK isn't going to bring it.

Makovetzky -> when the deal was Kellner told ML was chasing SK's brother.
One night -> Herzberger calls ML & said Makovetzky is in brooklyn & that ML must go meet him. ML went to meet him @ 11th & 49th. Parks van in back of Kellner's van -> came into the van -> said not being a
But Dym -> can't tell him that you have to give $ there is no investigation.

But that Kellner is going to Toronto. Go forward so that he has to give the $. McKurtzky said it's not a Beit Din b/c there were no 2 sides.
Kellner was in his van the whole time but ML never spoke to him. This was Dec–Feb 2008/09.

The deal was that ML would give the $ @ escrow by Wertzberger & the Wertzberger would release it to Kellner when he sees that the Kellner completes his part of the deal.

McKeratzky called ML a year ago out of the blue. Kellner's brother in law came to him asking who came to him. M said SK came to him & then SK's brother in law said that Y maybe Lebovitz

Shimon Weizer went to each witness & told them not to go forward. Vea Tuns Williamsburg.

All of them calling called ML & said why did you include me in this?

Shimon Weizer went to see Yakov Horowitz in the hospital @ midnight saying that he could be arrested @ any point b/c they were co-conspirators. So he called ML.

6

Leizer Hoger

Wertzberger → was screaming on shabbos

Weizer told the messengers → be quiet or say that its false & say that it never happened.

Leizer Volvk Heger → ~~Respected PR~~
YL Horowitz ~~in the Community.~~

SK Knows that these ppl will never come testify against him b/c of their stature in the community

PS 59 in transcript

SK says you would have gone to Turnerm yourself? → What does that mean?

→ I would alone have gone without Turnm
→ I would have set down

Kellner says →. Slessinger →. Tzanius Besson?
ML doesn't know any of them
never heard of them → never.
spoke to them.

In the beginning there was a misdemeanor plea & then it was out → never was an actual plea or probation. Maybe they were ~~a~~ probation plea but it never actually came.

SK brought Son's case & MT. Lawyer Baron made motion to sever. SK was

angry that the cases not severe b/c then his son doesnt have to go to court. ML says that SK is saying that ML's father should have plead guilty to SK's case alone.

→ How much is enough → How much Revenge is enough?

Yechezkel Rosen → ML doesnt know who that is.
this is probably chezkel gold.
no such person as Yechezkel Rosen.

Chaim David Katz → Satmar Dayen in Boro Park Zoli Satmar

David Ekstein → Head of KJ Vaad Hatzinus. big family mastermind of Monroe satmar.

Yosef David Gross → probably gold.

Beryl Ashkenazi → after the indictment w/ Rubinstein found Rubinstein on the street, & he had a conversation with him → went to him to pay him off → next time BA spoke to ML & said that forget about the $ → BA told ppl. about his request for $

SK says to Leizer Hager → I told you that you cant go to Meyer @ the begining of the case.

8

Kellner asks to Leizer Wolf → why did nothing happen?
8/31/22 → Yedl Wolf got involved? → Maybe
that is why nothing happened.
& Leizer Wolf is saying → I was
out of the picture. & other ppl. got
involved.

Yeidl Wolf

→ Vaad Hatznius of Boro Park.
CL & ML go to Yeidl Wolf to
see if he knew anything.
& it seemed that Yeedl Wolf
only knew about Kellner's story.

Y.W. called him that said that
SK was @ YW w/ Rubinstein -
and he's going to have BL
arrested. But he refused to tell
ML what SK wanted.

> In this conversation, Yedl Wolf said
he would talk to R' Flor to
see what he knows about the allegations.

R' Flor.

CL & ML went to his house → says I
don't anything about what the allegations
are → has a generic ruling that
says that if s/o says that they
have been abused, they are
allowed to go to the authorities.

9

needs $ for his lawyer → Michael Dowd → he is an animal → will bring down everyone.

→ he knows what we want.
need to keep him quiet, keep him happy.
He wanted to make a showcase of this case → need to contain him.

Vise → means to know → he knows that we want to get out of the case.

Yakov Leizer → Horowitz.

#1 Leizer Hager #1 → bumped into him on the street, call him, met him. Kellner says you (MK) are a good guy → doesn't have $ → boy was abused → has hardship → cost lawyers & shame → pay him → no #s. Just concept
very close to BL's arrest.
Pray by Kellner's in-laws.
maybe once.

#2 Yakov Leizer Horowitz.
2x → long conversation → only spoke to him on friday night in shul. he knew about the situation of the case & that Kellner is upset → and when ML asked what he wants, he said he wants him to settle with SK.

10

#3 Tavb → after Tab
called father first → sed to speak
to ML →.
Acting like he was a friend of ML.

#4 Wolf Werzberger.
Knew him from the country → argued in
the shul → he says you should pay
him

Tavb & Wersberger → spoke about spec
$ amount.
Yedl Wolf → there is an amount.
but he didn't want to be money

Werzberger → weeks of negotiations → Conversation
w/ Wersberger & Kellner on phone.
400 k → fell to 300k → negotiated it
to 225K.
→ put the $ @ Werzberger & b/c only
a small amount was given (30K)
the deal was broken.
ML gave it to @ Werzberger (not sure why)
Werzberger → promised Kellner would
come to the meeting.
he never came.
the $ exchange was maybe in
Werzberger's house → NOT sure.

Sholom Weisner → also came to them after
the conviction - ShemTov brought it
to them →.
Shemtov to ML's brother that
he has information & that Sholom
Weisner also have informa

11

Sholom Weisner → Leizer Weiss (ML doesn't know him)

Sholum Weisner came forward → DA told him to continue to have interaction w/ Rubinstein to see what he could find out → so Sholom Weisner said that he was going to florida.

Sholum Weisner → asked for [illegible] expenses relating to the trip → their lawyers are paid for this trip.
Leizer Weiss → [illegible] he is in acting. they came up w/ the idea for the trip to florida

Mr. Turheim → assume Ashkenazi & family that is taking care of him.

[illegible] the first trial, MT [illegible] isn't prepared wasn't clear what happened. Arthur spoke to his lawyer → some representation that he can't testify. so this is on hold.
BA was in the trial.
~~[illegible]~~
Zalman Ashkenazi - does consulting - community activist in Boro Park doing this on side. he's aren Satmar. he does a shir @ in Satmar Lebowitz [illegible] brother's prog @ Ashkenazi father sh. 1.
After the conviction, S/o said the Zalman told him that Turheim's story wasn't true.

Turnheim's brother sit by the Ashkenazi shul. That's all they know.

Then after the conviction, they hired a private investigator & alot came out

@ the bar mitzvah, ZA says that he knew that sit wasn't right with his testimony → & that ZA said that this family has problems. & that ZA has been helping this family before.

The whole sister thing → doesn't ring true, the date doesn't make any sense b/c the date was after the right date

[illegible].

Sheldon Wagner told ML that he heard from a friend on the street that Kellner is looking for ppl to testify against MT

ZA is paying for MT to be ~~paid~~ go ~~[illegible]~~ to israel, → thats true. probably through charity being raised → not his own $

his family's home mortgage was paid off → ML doesn't know anything about that.

ML → No ~~q.~~ questions.

1:15 → Meeting ended.

(1)

2/25/14
11:05

Krauss - Wm Vaad Hat.

transcript

Adam Rosinger + Jaime Herbst
used to be Munkatsch
= why everyone knows about it

~~Dan~~ Shiya Twersky → bro of deceased ~~son~~ Rabbi Twersky

Leizer Wolf = 1st guy SK sent
→ Shiye = BIn law

Leizer Velvel = Leizer Wolf = Leizer Hager

Kosov Rebbe - Shaya Hager

"witness upstate" = Betzalel Dym

---

Wertzberger mentioned a 4th person = Dym
Federal Case = took Dym to Monsey (GWB = NJ Interstate)

Mukebetsky - ML met on street → SK in his van
appear Beit Din approved
Jan/Feb 2009 or Dec. 2008

deal = money in escrow to Wertzberger + when
Kellner keeps his part of deal then $ to Kellner

Shimon Weiser (Wm Vaad) - he went to all the messengers
told them co-conspirator + must say not true.
- Y Luzer Horowitz (hospital)
- Luzer Hager
- Wertzberger
} told Alexis + Betsides

(2)

Kellner got people who won't testify as messengers

★ I would go w/o Toenlein [= I'd sit down w/ you w/o Toenlein]

Schlesinger = probably Vaad Hat.

12:05

Haim David Katz = Dyn → Zollie Eatman leader in Boro Park

David Eckstein = Kyras Joel vaad Hat. → big my Monroe Eatman

Beryl Ashkenazi –

p122 plene call "I" = "you" you could go to Meyer

he was out of picture — others involved

---

Ydal Wolf – 1st time ML + bro went to him when learned 1st allegation about Kellner's son
– after that Wolf = doesn't want to give you msg
Wolf = Kellner to him w/ Rubenstein
YW he said he'd speak to Rebbi Flohr

---

CoC #1 = Hager (1x conversation)
vague – she needs $
CoC #2 = I asked what connection to Kellner.
"He wants you should settle with him."
→ mention gevereh
Wolf W (Volvi) →

Q Specific $ amounts
A Taub + Wertzberger told about specific $ amounts

(3)

Watzberger started @ $400k → $300k for a while
$225 = low #.

$30k to Vatzberger
not sure how he got the $
M.L.

Q Where?
A "Maybe in his house"...

---

Sholem Weisner - brought to them
Q Who arranged Fla trip?
A DA = he should continue to have contact w/ Rubenstein
he (S.W.) + Malarnic planned the trip
SW asked for expenses → $ went through attys + Private Investigator.
discussed w/ attys → don't direct him let him speak.

M.T. - atty → assume $ from Ashkenazi
ML heard MT "can't" testify
Zalman is a community activist...
after conviction (for 1st time) heard... [story is off]

Q ML sister A look @ date to M.T.

Torenheim is a known trouble family

Fla trip discussion w/ "Dershowitz" "Arthur" → expenses for the trip are being allowed hotel/cost Okay not pay for services

I remember clearly telling Weisner ...
interview don't tell him what to say 1:13