# EXHIBIT 35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
SAM KELLNER,

Plaintiff,

-against-

Docket No. 1:17-cv-01268

THE CITY OF NEW YORK, et al.,

Defendants.
--------------------------------------x

March 24, 2022
1:28 p.m.

DEPOSITION VIA VIDEOCONFERENCE of Nonparty Witness, STEPHANIE GREEN-JONES, pursuant to Notice, before Randi Vecchione, a Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
1450 Broadway, 39th Floor
New York, New York 10018

BY: NIALL MACGIOLLABHUI, ESQ.

NEW YORK CITY LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
Attorneys for Defendant
CHARLES HYNES
100 Church Street
New York, New York 10007-2601

BY: SUSAN SCHARFSTEIN, ESQ.

KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
Attorneys for Nonparty Witness
350 Jay Street
Brooklyn, New York 11201

BY: ADA JOHN CARROLL

S. GREEN-JONES

going to ask you to review that document. And it was identified in a prior deposition by ADA Batsidis as a DD5 that you prepared of an interview of Sholem Weisner in your office on November 9, 2010.

MS. SCHARFSTEIN: Objection.

MR. CARROLL: Objection.

**A. Yes, that's my DD5.**

Q. Okay. Now, Mr. Weisner -- you recall meeting with Mr. Weisner; right?

**A. Yes.**

Q. And what was his -- what part did he play in your office's investigation into Mr. Kellner?

MS. SCHARFSTEIN: Objection.

MR. CARROLL: Objection.

**A. I would have to refer to my DD5. Other than that, I don't recall off --**

Q. Let me see if I can jog your memory somewhat. The photographs that are Plaintiff's Exhibit 66, those are photographs -- let me just point you back to them.

Those were photographs that were taken in Florida; right?

**A. Yes.**

**S. GREEN-JONES**

MS. SCHARFSTEIN: Objection.

Q. And were you provided with these photographs by Mr. Weisner?

**A. I don't recall who provided the photos.**

Q. And do you recall why your office was provided with the photos?

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

**A. No, not really.**

Q. Well, isn't it the case that Mr. Weisner was in Florida so that he could tape record another one of Baruch Lebovits's victims, this is victim number three?

MS. SCHARFSTEIN: Objection.

MR. CARROLL: Objection.

**A. I do recall that there was a trip to Florida, but I would have to review my notes to remember exactly why. I remember number -- victim number three was there. It was recorded.**

Q. Well, do you recall that either you or others within your office met with Mr. Weisner before he went to Florida to conduct this recording of victim number three?

MS. SCHARFSTEIN: Objection.