# EXHIBIT 37

EXCERPTS OF RIBENSTEIN RECORDING
GIVEN BY A. DERSHOWITZ + AIDALA

EXHIBIT
68
Batsidis 3/23/22 (LL)
LEXITAS

JD: oh this is very important you have to tell me the truth; we could go about this in six ways

S: I AM READY BUT I AM REALLY TERIFIED, THAT SOMEONE WILL PUT A PRICE ON MY HEAD, IF I COME OUT WITH THE CORUPTION, I can't prove it I am not sure...

JD: what do you think how we could prove it

S: YES, BUT I THINK IF I WOULD PROVE THE CORUPTION... I AM REALY AFRAID I WILL HAVE A PRICE ON MY HEAD, I MEAN IT! SERIUOS!

Jd: WOW! THAT'S HOW FAR IT GOES

S: ARE YOU CRAZY? YOU DON'T UNDERSTAND? A MAN IS SITTING IN JAIL BECAUSE SOMEBODY HAD A PREMEDITADED PLAN NOT TO PUT HIM AWAY BUT TO MAKE MONEY, AND MANIPULATE ME TO BACK O[redacted]

Jd: SO WHO IS THAT? THAT'S KELNER RIGHT?

S: SO YOU UNDERSTAND, OH THIS MAN HAS TO SUFFER THER IS NO QUEISTON ABOUT IT

Jd: WHO

S: lebovits him it becomes fully, but you don't understand I taught, it bothers me I am going to get a nervous breakdown it has to be confidential it hurts me....

[redacted]

S: I think Kelner he did me a lot of favors.. I don't want to talk bad against him but I believe the truth is and my father confirmed it to me that kelner has business of extorting money

JD: blackmail? [redacted]

S: yes

JD: wow...

S: he believes it I can't prove it [redacted]

Jd: from the actions he did?

S: yes

S: nothing in the story is not true, anything in the story you start to topple what happened you going to open fuckin up the whole big thing you can't touch this story

JD: **hey if it's the truth you have to cover it up Sorry!!!!!!**

**S: but then he could come out of jail, they will have enough to topple and he doesn't deserve to come out.. it's very critical you could topple the whole thing they could appeal**

**JD: if it was, we have to come out with it I think, we will do the right thing don't worry lebovits is not coming out..**

Jd: but they used you

S: yes they used me and then left me dead, that what bothers me but I did the right thing...

[redacted]D: kelner said he is going to give you money [redacted]

[redacted] no that's not true bs

JD: so what did kelner tell you?

[redacted] that's the joke

JD: tell me the truth I have to know:

[redacted] ......I was a felonry so he needed me

JD: so why did you?

[redacted] I don't give a fuck em em em...

JD: so why did you go?

[redacted] I said the truth they told me beforehand they will only give him 10 months probation he refused he took it to the end he himself is fault, nobody agrees that he should sit in jail so many years for what he did [redacted]

JD: do you feel bad

[redacted] no he hurt me so much during the trial you can't imagine the pain h[redacted] caused me

JD: you don't have to explain

[redacted] no not the molesting what happened after the whole case and after [redacted] everybody walks away from me [redacted]

JD: but you didn't do badly they did

[redacted] that why I do want to expose what happened but I have to watch...s[redacted] once we have the script we will go to the da and they will say if you could do it if not they will explain why not..

[redacted] **I said to the DA he has to give me money he molested me so he answered me [redacted] it's not about money...**

JD: the best thing

[redacted] and once I was there I cannot say I want to get the fuck out of here.. I am not that type of person

JD: that's how kelner pulled you in

[redacted] and I have to be the fuckin.. you know it's sickening

JD: the best thing would be when all this happened in the beginning if lebovits would came to you personally and give you straight the money I did you bad here you have 100k or 50k

[redacted] exactly that's the truth I have news for you that's should of happened... I even told this to the police so he told me Sruly that's not the way the nypd does it you are not in yeshiva this is the law.

JD: yes but this you should have done before you went to the police

[redacted] if lebovits didn't have the brains for this it's not my fault!

Jd: wow

[redacted] I didn't do it for the money

JD: why didn't they give for kelner the money right away?

[redacted] right that's what I didn't understand I don't get it..Oh that I don't know why...

---

[redacted]:Kelner was already on the internet that he did extortion here, THAT'S WHY THEY CALLED ME IN [TO DA] ABOUT IT... I know my uncle went with him in school he says it makes sense he confirmed it to me

JD: why does it make sense?

[redacted] they know him

JD: but you on this case how did you know that kelner was in for the money

[redacted] OH THIS, I CAN NOT TELL YOU! DO NOT MAKE ME SAY IT I COULD PUT HIM/POEPLE IN TROUBLE!

Jd: I SEE I need to know it for the film the script [redacted]

[redacted] about turnhiem he told me clearly he lied..

—

JD to SW: we have a new twist to the story

[redacted] but this could put away kelner this is the inside story

JD: Don't worry anybody will be in trouble

[redacted] if somebody would be in trouble it will be kelner and turnheim

—

I told him [detective] I need the 50k so he told me this is not the case he molested you this is criminal after you sue civil but

JD: so sue him

[redacted] of course I wanted to sue him but they are smart enough they made everything safe the Lebovits are not so dumb...

--

JD: kelner showed you the 50k?

[redacted] no he told me about it he gave me flashes you know to taste the honey..