# EXHIBIT 38

EXHIBIT
PLF 138 4/14/22 KS
exhibitsticker.com

## SIDER, ZACHARY

| | |
|---|---|
| **From:** | Nathan Dershowitz <NDershowitz@lawdea.com> |
| **Sent:** | Wednesday, March 16, 2011 1:42 PM |
| **To:** | BRUFFEE, ANTHEA |
| **Subject:** | Baruch Lebovits |
| **Attachments:** | Bail. Affirmation in support.pdf; Bail. Exhibits to Affirmation.pdf; Bail. Notice of Application.pdf; Bail. Order Show Cause.pdf; Bail. RADI Form.pdf |

Please see attached bail papers.

Nathan Z. Dershowitz
Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue
Suite 300
New York, NY 10001
Phone (212) 889-4009
Fax (212) 889-3595