# EXHIBIT 39

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
SAMUEL KELLNER,

Plaintiff,

Docket No.
17-cv-1268

- against -

THE CITY OF NEW YORK and PATRICIA L. HYNES, Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

---------------------------------------------X

Video Conference

April 8, 2022
10:00 a.m.

DEPOSITION of RHONNIE JAUS, Nonparty Witness, taken by Adverse Parties, pursuant to Federal Rules of Civil Procedure, and Order, held at the above-noted time and place, before Joanne Maggiore, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorney for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of The City of New York
Attorneys for Defendants
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

RHONNIE JAUS

A. Not really, no. I have no independent recollection of speaking to her. I don't doubt that I did. I just don't have any recollection. There is no reason that stands out in my mind.

Q. What about Mr. Hynes, do you have any recollection of speaking to him about the case?

A. No, not really. Except when we were -- I have recollection of only one time way after the trial when there was information that number 3 may have recanted on tape. We did have a meeting just to discuss who was going to look into it and Mike was there and it was decided that Rackets was going to look into it.

Q. This alleged recantation on tape, this was information that was brought to your office by the Lebovits attorneys; right?

A. Not to me. Mike called me on the phone and told me that. This is after the trial, after the sentencing that the victim in our case from the trial there may be -- he may have recanted and there was a tape.

Q. I see. The Mike you are referring to is Mike Vecchione; right?

A. Yes.

Q. At that time you recall speaking to Mr. Hynes; right?

A. I met with Mike, Miss, Anthea Bruffee. There's probably other people. I don't remember who. There were other people. I never heard the tape. We were very concerned. Once you hear about a recantation it is very concerning because you have to act on it quickly. We can't have someone recanting and the defendant went to jail. Anthea and Miss worked on it. Ultimately I think the victim said he did not recant, and then after that later that day or maybe the next day, we met with Mr. Hynes and -- maybe that day. We discussed what was going on and that Mike's department was going to look into it. We were going to speak to our witness. Supposedly there was a tape. I never heard the tape.

Q. This is prior to my client meaning Samuel Kellner being indicted?

A. I didn't hear you.

Q. This is prior to my client meaning Samuel Kellner being indicted?

RHONNIE JAUS

A. Yes.

Q. I'll run you through a number of exhibits hopefully quickly. The next two are 127 and 128. If you can look at 127. I'll ask you to confirm that is an order of protection that was issued by the Lebovits trial court following his conviction.

A. It looks like an order of protection. I can't say if it's the actual order of protection. I see what I'm seeing, yeah.

Q. I'll ask you now to look at Exhibit 128. I indicate it's a letter to DA's Hynes, it's copied to a number of people including you, it is from a person by the name of Christner. I want you to look it's a reference to the Baruch Lebovits conviction. I want you to read the second paragraph. Do you see that?

A. Yes, I see it.

Q. I'll read the first line. First of all, this is a letter of congratulations to the office and to a number of people in particular including you with respect to the Lebovits conviction; right?