# EXHIBIT 40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
SAMUEL KELLNER,

Plaintiff(s),

17-cv-1268(MKB)(MMH)

-against-

THE CITY OF NEW YORK and PATRICIA L. HYNES, administrator of the Estate of CHARLES J. HYNES,

Defendant(s).
---------------------------------------------x

March 23, 2022
10:11 a.m.

VIDEO CONFERENCED EXAMINATION BEFORE TRIAL of Non-Party Witness ADA NICHOLAS BATSIDIS, pursuant to Subpoena, before Laura B. Lowenthal, a Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff(s)
171 Madison Avenue, Suite 305
New York, New York 10016
BY: NIALL MacGIOLLABHUI, ESQ.
E-mail: niallmacg@macglaw.com

GEORGIA M. PESTANA, Corporation Counsel of the City of New York
Attorneys for Defendant(s) City of New York and Patricia L. Hynes, as administrator of the estate of Charles J. Hynes
100 Church Street
New York, New York 10007
BY: SUSAN P. SCHARFSTEIN, ESQ.
E-mail: sscharfs@law.nyc.gov

KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
Attorneys for Non-Party Witness
ADA Nicholas Batsidis
350 Jay Street
Brooklyn, New York 11201
BY: JOHN CARROLL, ESQ.
E-mail: carrollj@brooklynda.org
BY: ZACHARY SIDER, ESQ.

ALSO PRESENT:
Anthony Minervini
Lexitas

ADA N. Batsidis

would not file their 440 motion until after Sam Kellner was indicted?

A I was not part of that at all.

Q I am returning you to Exhibit 54 and in particular entry number 54.

A Yes.

Q I will ask you to confirm that that is a reference to the interview you previously mentioned of victim number one at which ADA Monique Ferrell was present; correct?

A Yes.

Q Is there any reason why ADA Gregory was not asked to be present at this meeting?

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

A It was a Rackets investigation.

Q But Miss Gregory had as it were interacted at length with victim number two in the course of the prosecution of Baruch Lebovits; right?

A I have no idea.

MR. CARROLL: Objection.

Q I will show you now what is Plaintiff's Exhibit 71 and I will direct your

ADA N. Batsidis

Q This particular DD5 it refers to a second interview that you conducted victim number three; right?

A Yes.

Q You see, let me scroll down, you see the paragraph at the bottom there is a reference there to what we were previously discussing in terms of Sholem Weisner and the videotape in Florida; right?

A Yes.

Q Let me show you, let me point you to I think it is Exhibit 55 your action sheet. I want to point you to in particular the entry you made you see the entry you made on 3/24/11 second interview?

A Yes.

Q I will read from the line below which states "as per M.V." and M.V. is Michael Vecchione; right?

A That is correct.

Q It says "as per M.V. indict and see if and it is victim number three comes around"; do you see that?

A Yes.

ADA N. Batsidis

Q That is a conversation or that reflects a conversation that you and Michael Vecchione had; right?

A Yes.

Q That particular conversation was there anybody else within your office prior to that conversation?

A Not that I recall.

Q If you look to the entry just above it on 3/21/11 that again is the interview the second interview that you conducted with victim number one with Monique Ferrell; right?

A Yes.

Q Fair to say that those were the last two at least at this point --

Well, withdrawn.

Were these the last two interviews that you conducted prior to the indictment as part of your investigation of Sam Kellner?

A I believe so.

Q If you look at --

Withdrawn.

Prior to the interview on -- do you see the entry above that which is marked 3/15/11

ADA N. Batsidis

page four you will see as of August 6, 2012 it says that you're still awaiting the tape in question?

A Yes.

Q I will point you now to Exhibit 82 and it is quite a long exhibit but it is a I think it is a set of checks and also various financial records, I will ask you just to review it as quickly as you can and let us know in general what exactly it is?

MR. CARROLL: Niall, we are just scrolling through them in the exhibits that you sent us because it is faster.

MR. MacGIOLLABHUI: That is fine.

Q I will show you 82A which is some of the same records in question but unredacted.

Do you see that or do you see those?

A Yes, we see those.

Q The name on these checks I won't say the last name but the first name is Moshe, M-O-S-H-E; do you see that?

A Yes.

Q Who is that person in relation to victim number one?

ADA N. Batsidis

A I believe it is his father.

Q Didn't you find out in October of 2012 that victim number one's family were receiving payments from a person by the name of Ashkanazi?

A Yes.

Q Isn't this Ashkanazi first name Zalman a brother of Berel Ashkanazi who is the sole defense witness at the Baruch Lebovits trial?

A I believe so, yes.

Q Isn't it the case that you meanwhile prosecuting Sam Kellner for paying off victim number one when in fact you found out that somebody else was paying him off?

MR. CARROLL: Objection.

MS. SCHARFSTEIN: Objection.

A Yes.

Q You had no physical evidence of any payment that Sam Kellner ever made to victim number one?

A None.

Q But you did have physical evidence of payments that Zalman Ashkanazi was making to victim number one's family?

A Yes.