# EXHIBIT 42

-------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK :

PLAINTIFF, :

against : 2538-11

:

SAMUEL KELLNER

DEFENDANT. :

-------------------------------------x

March 30, 2011

CHARLES J. HYNES, ESQ., DISTRICT ATTORNEY, KINGS COUNTY

NICHOLAS BATSIDIS, ESQ., Assistant District Attorney

VICKY VAVAS

ASSOCIATE REPORTER/STENOGRAPHER

VV.

# I N D E X

| WITNESS | PAGE |
|---|---|
| Meyer Lebovits | |

# E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| | None | |

# JURY CHARGE

None

MEYER LEBOVITS

Q. Could you please state your name for the Grand Jury.
A. Meyer Lebovits.
Q. Are you employed?
A. Self-employed.
Q. What do you do for a living?
A. Real estate.
Q. Do you know an individual by the name of Baruch Lebovits?
A. Yes.
Q. Who is that individual?
A. My father.
Q. Do you an know an individual by the name of Chaim Lebovits?
A. Yes.
Q. How do you know that individual?
A. My brother.
Q. Is there something that you want to talk to me about?
A. Yes.
MR. BATSIDIS: The witness and I are going to step outside for a moment.
[redacted]

MEYER LEBOVITS, RECALLED

Q. Do you know an individual by the name of Chaim Lebovits?

A. Yes, my older brother.

Q. Do you know an individual by the name of Samuel Kellner?

A. Yes.

Q. How long have you known Samuel Kellner?

A. Since I am a child.

Q. I want to direct your attention to March 11, 2008.

A. They arrested my father.

Q. Do you know what your father was arrested for?

A. Yes. Two charges against him from one individual Samuel Kellner's son complaining and another by the name of M[redacted] T[redacted] that he molested them as well.

Q. I want to direct your attention to after your father's arrest, were you approached by individuals in your community?

A. Yes.

Q. By whom were you approached?

A. A few people. The first person was Leizer Wolf Hager. He found me on the street. He wanted to

talk to me.

Q. Does he go by another name?

A. Leizer Vevel.

Q. You said he stopped you on the street. When was that?

A. Like a few days after my father was arrested, March of 2008.

Q. Where were you?

A. Fourteenth Avenue. I think in Brooklyn.

Q. Did you have a conversation with Leizer Wolf Hager?

A. He said that I should call him later. I called him and he said I should come meet him. I met him on 45th Street.

Q. The same day?

A. Either the same day or the next day, March 2008. He said to me that this guy Sam Kellner prayed at his in-law's synagogue. He told him that he should come to me and tell me that he brought charges. He controls them and I should settle with him.

MR. BATSIDIS: Ladies and gentlemen of the Grand Jury, the statement by Kellner to Leizer Wolf Hager is not being offered for the truth of the statement. It is being offered for the fact that -- it is only for

the fact that it was said in the context of which it was said to this witness.

Q. When he said settle, what did you take that to mean?

A. He wanted money.

Q. Did he say how much money?

A. He did not say.

Q. Did you understand what he wanted money for, what did he want in exchange?

A. He will make sure that the victim won't come testify, so the case will be dismissed.

Q. Did anyone else approach you?

A. Yes. A few days later individual from the community a gentleman, Yakov Leizer Horowitz.

Q. Does he go by another name?

A. Yakov Leizer.

Q. What timeframe was that?

A. End of March, beginning of April.

Q. Is that 2008?

A. Yes.

Q. Where did he approach you?

A. I met him at the grocery on 45th Street and 13th. We went to his car. He said that he prays in the same synagogue with Sam Kellner Friday night and Sam Kellner came to him and said that he knows that

he knows me. He should come to me. He controls both of them and that I should sit down and settle with him for money. He will make sure both complainants are not coming to trial.

Q. With regards to your conversation with Leizer Wolf Hager and Yakov Leizer Horowitz, what did you say to them once they spoke to you about what Kellner told them to tell you?

A. I don't believe the stories. We have lawyers hired for the case. That is not the right way to go about it. We should do it through lawyers.

Q. Leizer Wolf Hager, did you know him?

A. A few years I know.

Q. What about Yakov Leizer Horowitz, do you know him?

A. I used to pray at the same synagogue.

Q. How long did you know him for?

A. Twenty-five years ago.

Q. Did you have any other conversations with Yakov Leizer Horowitz?

A. Yes. At a later time in the middle of the summer, July and August he came to me with the same message that Kellner said that we should not be smart alecks because we were in the process of going to court procedures. If we settle for money he will

make sure that the victims will not come forward against my father.

Q. What did you say to Yakov Leizer Horowitz, what did you say?

A. First time I don't believe that is the way to do it. We have lawyers and that is their view.

Q. Where were you when you had the second conversation with Yakov Leizer Horowitz?

A. In Borough Park.

Q. In Kings County?

A. Yes.

Q. Did you speak to Yakov Leizer Horowitz?

A. Later date. It was after summer. I think October of 2009, 2008 or beginning of November, end of October.

Q. Where did you speak with him?

A. Borough Park, Brooklyn, Kings County. He said that because we severed the cases our lawyers put motions to separate calendar cases so it should be two separate trials. Kellner's son has to -- must come testify. Kellner said that is not going to happen. To do it his way, come pay him or he will bring a third victim. It should legally be able to put it together again to one trial.

Q. Now, did Yakov Leizer Horowitz mention who the

third victim would be?

A. No.

Q. Did he mention any type of monetary amount that you should give?

A. No, he did not say.

Q. Did anyone else approach you from your community?

A. Yes.

Q. Who is that?

A. Simon Taub.

Q. Do you know Simon Taub?

A. Yes, from the community since I was a child.

Q. When did you have contact with Simon Taub?

A. Also a few times also in April of 2008. He called me. I spoke to him and Kellner told him we should sit down and maybe pay him money to -- he will make sure that the complainants will not show up to testify.

Q. That was during the phone call?

A. Yes.

Q. Where were you when you had that phone call?

A. In Brooklyn.

Q. Did you speak to Simon Taub again?

A. Yes.

Q. When was that?

A. That was later like after the summer. It was October of 2008.

Q. Did you speak to him in person?

A. He called me and we met in person. I went to his car and he said that Kellner told him that you are smart alecks. We are not coming through. We sent a few people and we must pay money that it should go away. That we were separating the cases. He is going to the bring another case, a third victim and he did not want to tell me the name. He told me he knows the name and he told me that amount is $400,000.

Q. What did you say to Mr. Taub after he told you the amount?

A. That we discussed it already, why is he doing this. We have the lawyers and this is not the way to do it.

Q. Did Simon Taub tell you who the third victim was going to be?

A. Yes, in November.

Q. What year?

A. 2008.

Q. Who did he say the victim was?

A. [redacted].

Q. Did anyone else approach you from the community?
A. There was a Yidal Wolf?
Q. Do you know Yidal Wolf?
A. Yes.
Q. How do you know him?
A. Rabbi in the community.
Q. How long do you know him for?
A. A few years.
Q. When did you have contact with Yidal Wolf?
A. He called me in November that Kellner was by. He told him to tell me -- it was time before my younger brother's wedding.
Q. November of 2008?
A. Yes. Right before the wedding of my younger brother. He is bringing a third case. The name is R[redacted] and he is going to make sure that the wedding will not be as we think it would be. We should call right now and settle with him. He did not want to go into the settling issue. Kellner went into it in detail. He did not want to convey that part of the message. He did convey the part of the message that the victim will be R[redacted].
Q. Did you speak to anyone else in the community?
A. Yes, individual named Wolf Wertzberger.

They call him Volvi.

Q. Do you know him?

A. Yes. We went to the country together.

Q. Did you have contact with Wolf Wertzberger?

A. Yes.

Q. When was that?

A. From the end of December of 2008, going into 2009, January, February up until March, probably. He came to me with the same thing but more forcefully. He is praying with Kellner on Friday night and that he told him that he is in control of all three cases. We were trying to sever the cases. We are smart alecks. He will bring a fourth victim and he will take it to the federal institutions, not only state. He will not stop until we stop and, according to his plan, that we should give him the money to him. He said that he wants $300,000.

Q. What did you say in response to what Wolf Wertzberger said?

A. My response was that I want to meet personally with Kellner, why does he send middle people. I want to meet him in person. The reason was because at that time --

Q. Let me stop you. During the time that these witnesses from after your father's arrest in March

of 2008 through March of 2009, did you ever speak with the defendant, Samuel Kellner at that point?

A. No.

Q. Continue with what you said with regards to Mr. Wolf Wertzberger.

A. We were trying to get him to bring Kellner to us so we will be able to tape the conversation and show that it is not legal. We wanted to have it on tape but Kellner never agreed to come. We made some dialog 300,000 so much money. Kellner will take $225,000.

Q. Were those separate dates?

A. Separate dates.

Q. Do you remember what date he requested the $225,000?

A. I don't remember exactly. It was between January, February.

Q. Of 2009?

A. Yes.

Q. Did you agree to anything with Mr. Wertzberger at that point?

A. We agreed that he has to bring Kellner, which he did not bring him never. I said to him I will give you some of the money. The deal was Wertzberger was the third person, that he is going to

hold the money. He is going to give the money when it comes time, when the witnesses do not come that is what he was offering. I said I will give you a few money and then he will come meet him. I gave him $30,000.

Q. Prior to -- when did you give him the $30,000?

A. I don't remember. I don't remember the exact date January, February, 2009.

Q. Prior to the end of January 2009, February 2009, did you meet with anyone with regards to that conversation you had with Wertzberger?

A. When we started negotiating there is a Jewish concept when you make any agreement you are forced to make this agreement. You go to rabis that witness and tell them that you are forced to do this. You have to put money for somebody then you can put a lien. That we should not be able to give it to the person that they agreed with. This is done because you are forced to do it. That is what I did, I went to the rabbi.

Q. Who is that?

A. Aaron Mandel.

Q. Did he draft a document?

A. Yes.

Q. Did you see that document?

A. I see it, yes..
Q. Did you explain to him what was going on?
A. Yes, I did to Aaron Benzion Mandel.
Q. I want to direct your attention to May of 2009. Did there come a time you had contact with Samuel Kellner?
A. Yes.
Q. Where was that?
A. In the street where I live. I came home.
Q. What county is that?
A. Fifty-eighth Street between 11th and 12th in Brooklyn.
Q. What language was that conversation with?
A. Yiddish.
Q. How long was that conversation?
A. Over an hour.
Q. Did you record it?
A. Yes.
Q. Explain how you had contact with Mr. Kellner?
A. I came home and I parked my car a few houses away. I walk to my house and suddenly a white van makes a short stop in front of me and somebody jumps out and just stands in front of me. That was Sam Kellner. As soon as I saw that he starts to talk I put my hand in my pocket, which I knew how to put

it on. I put on the recorder and that is how the conversation is on the recorder.

Q. In sum and substance, what was the conversation about, what did he say to you, what did you say to him?

A. He said to me that all these people, all the messengers his plan was after the two complainants he brought with his son the DA would not prosecute my father. He went and brought T[redacted] so he can -- his plan I should come to him and pay him off. Nothing is going to come to him, why I go to the court, why I go to the lawyers. His son is never going to go on trial. He controls all three cases. Why didn't I come through with all these messages that he sent to me.

Q. When he said to you that he was sending you individuals to deliver messages from him, did you confirm that you received those messages?

A. No.

Q. Why not?

A. Because he was trying in the conversation not to get into explicit -- he was referring to the messages without saying what he wants. I wanted him to say because I have the recorder, to spell out what he wants.

Q. During the conversation did he have any mention of M[redacted] T[redacted] and R[redacted]?

A. Yes. That he brought both of them to make a complaint. That he controls both of them. He can make sure that both will not come to testify, if I give him the money that he is asking for.

Q. Did he say a specific amount of money that he was requesting?

A. For that he referred to the messengers.

Q. He never stated a specific amount that he was requesting from you?

A. No.

Q. Did he talk about federal courts or state courts?

A. He presented that he brought all three cases. He reminded me that -- he warned me before the third case come through with all the messengers. He started telling me that he has a fourth case coming because we are not coming through. He will take them all -- he gave me reason because federal is 90 percent conviction and state is 70 percent conviction and he will take it to federal. It is going to be more worse against my father because I am not coming through to settle.

Q. To settle for?

A. For the money.

Q. Did he mention a name of Moishe Friedman?

A. Yes. After he finish with Wertzberger he went to Moishe. He wanted to send him that.

Q. Did he mention anything with regards to an individual by the name of Nacum?

A. Known guy in the community who has a hot line. A few years already he says that he claims he watches the community of sexual arrests, sexual crimes. When he wants he puts up names and talks against them. He started to talk with my father's name.

Q. After he got arrested?

A. Yes.

Q. What did Kellner say with regards to that?

A. I control this. It is part -- a part of the deal is you go off the hot line or in the internet site.

Q. During your conversation with Kellner did he ever in words state a demand for a specific amount of money?

A. No.

Q. Were you or any other member going to pay the demand of $225,000 in order for the witness not to appear and testify?

A. No.
Q. Were you afraid during the course of your dealings with the members of the community and your conversation with Kellner and the pendency of your father's case?
A. Yes.
Q. What were you afraid of?
A. He will bring more victims, federal business and the hot line slander ever week.
Q. I have no further questions. You may step down.

(WITNESS EXCUSED)

[redacted]

(IN PART)