# EXHIBIT 43

**SIDER, ZACHARY**

**From:** HYNES, CHARLES J. </O=DAKC/OU=RP/CN=RECIPIENTS/CN=HYNESC>
**Sent:** Tuesday, April 12, 2011 8:58 PM
**To:** VECCHIONE, MICHAEL F
**Subject:** Re: Kellner

EXHIBIT
Plaintiff's 186 5/20/2022 KK
exhibitsticker.com

Great

-----Original Message-----
From: VECCHIONE, MICHAEL F
To: HYNES, CHARLES J.
Sent: Tue Apr 12 20:49:43 2011
Subject: Kellner

Boss, Kellner is in custody. See you in the morning.