# EXHIBIT 44

**SIDER, ZACHARY**

**From:** HYNES, CHARLES J. </O=DAKC/OU=RP/CN=RECIPIENTS/CN=HYNESC>
**Sent:** Thursday, April 14, 2011 10:02 AM
**To:** 'bkamins@courts.state.ny.us'
**Subject:** Re: Lebovits

Of course

-----Original Message-----
From: Hon. Barry Kamins <bkamins@courts.state.ny.us>
To: HYNES, CHARLES J.
CC: FEINSTEIN, AMY
Sent: Thu Apr 14 10:00:13 2011
Subject: Lebovits

I spoke to Judges Leventhal and DiMango. At my suggestion, Judge Leventhal will put in his order that in the event there is an application with respect to a violation of the terms of the house arrest, the application will be made to Judge DiMango.
Please do not mention this to anyone until Judge Leventhal issues his order.