# EXHIBIT 45

EXHIBIT
PLF 145 4/14/22 KS
exhibitsticker.com

**SIDER, ZACHARY**

**From:** BRUFFEE, ANTHEA
**Sent:** Monday, September 19, 2011 1:50 PM
**To:** GREGORY, MISS
**Subject:** Response to Order to Show Cause (Lebovitz)
**Attachments:** Response to Order to Show Cause (Lebovitz).doc

Miss, I sent this proposed opposition to Amy F. Let's hope she can convince the DA. Anthea

**SIDER, ZACHARY**

| | |
|---|---|
| **From:** | BRUFFEE, ANTHEA |
| **Sent:** | Monday, September 19, 2011 1:38 PM |
| **To:** | FEINSTEIN, AMY |
| **Subject:** | Response to Order to Show Cause (Lebovitz) |
| **Attachments:** | Response to Order to Show Cause (Lebovitz).doc |

New version; please ditch the other one.

## SIDER, ZACHARY

**From:** BRUFFEE, ANTHEA
**Sent:** Monday, September 19, 2011 1:33 PM
**To:** FEINSTEIN, AMY
**Subject:** Response to Order to Show Cause (Lebovitz)
**Attachments:** Response to Order to Show Cause (Lebovitz).doc

Amy, I am attaching a proposed affirmation in opposition to the Baruch Lebovitz stay modification. It's short and sets forth what our argument would be. Our papers are due on Wednesday. Please let me know what the decision is. Thanks.
Anthea

EXHIBIT
PLF 146 4/14/22 KS
exhibitsticker.com

**SIDER, ZACHARY**

**From:** BRUFFEE, ANTHEA
**Sent:** Tuesday, September 20, 2011 3:50 PM
**To:** FEINSTEIN, AMY
**Cc:** JOBLOVE, LEONARD
**Subject:** Use of defendant's 2009 psychiatric report --see para. 6
**Attachments:** Response to Order to Show Cause (Lebovitz).doc

Amy, I wanted to clear this with you before I did it but I would like to refer to the defendant's 2009 psychiatric report and submit it to the App. Div. under seal. His admissions in the report are highly relevant to the threat he poses to the community, should the court give him unrestricted access. Let me know what you think. Thanks. Anthea
P.S. It is paragraph 6 in the attached document.