# EXHIBIT 46

*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

July 2, 2013

Nicholas J. Batsidis, Esq.
Kings County District Attorney's Office
350 Jay Street
Brooklyn, NY 11201

**Re: <u>People v. Kellner</u>**
**Ind. No. 2538/11**

Dear Mr. Batsidis:

By letter dated May 21, 2013, hand delivered to you in court the following day, the following items were requested pursuant to CPL § 240.20:

1. All records of meetings between Mr. Kellner and public servants engaged in law enforcement activity, including but not limited to notes taken by ADA Gregory and referenced in her Grand Jury testimony of March 29, 2011;

2. All records of reports made by Mr. Kellner to public servants engaged in law enforcement activity relating to attempts to pay him off in connection with criminal proceedings against Baruch Lebovits;

3. All records relating to the matter in which Mr. Kellner's son was a complainant against Baruch Lebovits, including its dismissal on October 14, 2010;

4. All records which originated prior to May 24, 2010 relating to the recorded conversation between Mr. Kellner and Meyer Lebovits in 2009;

5. All notes of ADA Gregory relating to Michael Torenheim, including those relating to her meeting with him in early 2009 and her conversation with his attorney in November 2009, which are referenced in her Grand Jury testimony of March 29, 2011.

I understand that the above items will be provided to the defense in court on July 8, 2013.

Further to item no. 5, I have pressed you for some time as to the circumstances surrounding the contact made by Mr. Torenheim's attorney with your office in November 2009, as well as subsequent contacts with your office concerning Mr. Torenheim - including contacts by representatives of Baruch Lebovits - in the belief that highly significant Brady material is being withheld from the defense. I expect this material to be produced on July 8, 2013, and a representation made in open court that the production is complete.

Lastly, I will be asking for a representation in open court that Baruch Lebovits did not at any time prior to Mr. Torenheim's non-cooperation indicate a willingness, through counsel, to plead guilty in respect of offenses committed against Mr. Torenheim (in exchange for an agreeable disposition). We have substantial reason to believe that communications of this nature were made to your office. Obviously, the withholding of information to this effect would constitute a grave violation of your Brady obligations. Moreover, it would show knowledge on the part of your office that Mr. Torenheim was a genuine victim of Baruch Lebovits and that, when he testified to the contrary in front of the Grand Jury that indicted my client as a result, he committed perjury. In such circumstances, your office would have been complicit in suborning perjury.

I look forward to these issues being addressed as a matter of urgency.

Sincerely,

Niall Mac Giollabhuí

/jr