# EXHIBIT 47

**SIDER, ZACHARY**

| | |
|---|---|
| **From:** | ALEXIS, JOSEPH |
| **Sent:** | Tuesday, July 2, 2013 5:14 PM |
| **To:** | VECCHIONE, MICHAEL F; FERRELL, MONIQUE; BATSIDIS, NICHOLAS |
| **Subject:** | Kelner Brady letter 7 5 13.docx |
| **Attachments:** | Kelner Brady letter 7 5 13.docx |

I've worked in the DA's revisions.

EXHIBIT
88
Batsidis 3/23/22 (LL)
LEXITAS