# EXHIBIT 48

**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**
**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**
**718 250-2000**

July 5, 2013

Mr. Michael Dowd Esq.
425 Park Avenue, 26th Floor
New York, NY, 10022

Re: **PSNY v. Samuel Kellner**
Indictment Number 2538/2011

Dear Mr. Dowd:

With reference to your letter dated May 21, 2013, as supplemented on July 2, 2013, the People respond as follows:

1. As for the "records of meetings between [defendant] the and public servants engaged in law enforcement activity, including but not limited to notes taken by ADA Gregory and referenced in her Grand Jury Testimony on March 29, 2013," all such records in the People's possession have been provided or accompany this letter. See attached handwritten notes (1 page) referred to by ADA Miss Gregory during her testimony in the Grand Jury on March 29, 2011, the transcript of which has previously been provided. Should any additional items come into the possession of the People, we will promptly provide them to you.

2. The People are unaware of the existence of "records of reports made by [defendant] to public servants engaged in law enforcement activity relating to attempts to pay him off in connection with the criminal proceedings against

Baruch Lebovits." Any such records of reports that come into the possession of the People will be provided promptly upon receipt.

3. All records in our possession relating to the matter in which "defendant's son was a complainant against Baruch Lebovits" accompany this letter:

Detective Dispatch Sheet (1 page)

Complaint Report-2008-066-01218 (2 pages)

Arrest Report (2 pages)

New York City Arrest report Run Date (1 page)

Complaint Follow-Up Report Interview of Sam Kellner, Father of Victim 6/7/2008 (1 page)

Interview of Sam Kellner – handwritten notes dated 3/5/08 (1page)

Complaint Follow-Up Report Interview of Pinches Kellner 6/7/2008 (2 pages)

Interview of Pinches Kellner – handwritten notes dated 3/5/08 (1 page)

Complaint Follow-Up Report on Arrest of Baruch Lebovits dated 6/7/2008 (1 page)

Note: This Office did not request and does not have the minutes of the dismissal proceeding.

4. "All records which originated prior to May 24, 2010 relating to the recorded conversation between [defendant] and Meyer Lebovits in 2009" in our possession accompany this letter:

DI Report April 30, 2010 Alleged Extortion Attempt (2 pages)

DI Report May 6, 2010 Telephone call from Chaim Lebovits (1 page)

DI Report C/W Interview & Meeting Btw Chaim Lebovits & Simon Taub (2 Pages)

5. No notes were taken by ADA Gregory relating to meetings in which she participated in person or by telephone with Michael Torenheim, including a meeting early in 2009. With respect to ADA Gregory's conversation with Mr. Torenheim's attorney, John Lonuzzi, Esq., in November 2009, please see the copy of a single page of handwritten notes made by ADA Gregory that are included under paragraph 1, above.

With regard to your request for additional materials that you speculate exist with regard to Baruch Lebovits having stated, through counsel, that he was not willing to plead guilty to any counts pending against him, I direct your attention to the March 29, 2011 Grand Jury testimony of Miss Gregory, the transcript of which was previously provided to you. Additionally, the People advise you as follows: During the pendency of the case against Baruch Lebovits, this Office informed his attorney, Mr. Arthur Aidala, that we would not consider anything less than a plea to a felony count and a sentence in the range of 2 and 1/3 to 7 years. ADA Gregory recalls that Mr. Aidala, informally and unsuccessfully, occasionally broached with her a possible disposition based on a plea to a misdemeanor in return for a probated sentence. Following the dismissal of all misdemeanor counts, ADA Gregory further recalls, Mr. Aidala informally and again unsuccessfully proposed a non-jail disposition if his client were to plead to a single felony count.

Additionally, the People are also providing to you the following:

Arrest Report – Baruch Lebovits (1 page).

New York City Police Department Arrest Report Run(1 page)

Complaint Follow-Up Report – Closing, dated 3/13/2008 (3 pages)

Complaint Follow-Up Report – Recorded Conversation Between Witness and Baruch Lebovits, dated 1/29/2009 (1 page)

Complaint Follow - Up Report – Conferral with KCDA, dated 1/30/2009 (1 page)

Complaint Follow-Up Report – Conferral with KCDA Regarding Grand Jury Presentation, dated 1/30/2009 (1 page)

Complaint Follow-Up Report – Superceding Indictment Voted, dated 1/30/2009 (1 page)

Complaint Follow-Up Report – NYS DMV Check for Vehicles Registered to the Perpetrator, dated 1/20/2009 (1 page)

Complaint Follow-Up Report – Conferral with NYS DMV, dated 1/20/2009 (1 page)

Complaint Follow-Up Report – Closing, Superceding Indictment Filed/Case Closed with Exceptional Clearance, dated 1/30/2009 (1 page)

Handwritten notes dated 10/23/08 (1 page)

Handwritten notes dated 9/26/08 (1 page)

Record of Translation by Ruth Cohen of conversation between Witness and Baruch Lebovits (8 pages).

Each of the attached photocopies are exact reproductions of the original documents except to the extent that the following information has been redacted: (i) the addresses and telephone numbers of witnesses; (ii) the name of any confidential informants; (iii) the name, shield and tax registry of any undercover police officers.

Dated: Brooklyn, New York
July 5, 2013

Nicholas J. Batsidis
Assistant District Attorney
Rackets Division
(718) 250-3204.

RECEIVED BY:

______________________
Attorney for the Defendant