# EXHIBIT 49

**SIDER, ZACHARY**

---

**From:** BATSIDIS, NICHOLAS
**Sent:** Tuesday, July 2, 2013 11:19 AM
**To:** NJBATS@MSN.COM
**Subject:** FW: Kelner

-----Original Message-----
From: BATSIDIS, NICHOLAS
Sent: Wednesday, June 19, 2013 10:42 PM
To: HYNES, CHARLES J.
Cc: VECCHIONE, MICHAEL F
Subject: FW: Kelner

Synopsis: KELLNER's son was allegedly molested by Baruch Leibovits. When KELLNER was made aware that the charge was a misdemeanor he recruited two other witnesses.

EXHIBIT
86
Batsidis 3/23/22 (LL)
LEXITAS

Evidence:

1) The testimony of Meyer Leibovits is as follows:

After the arrest of Baruch Leibovits (Meyer's father) KELLNER'S unindicted co-conspirators under KELLNER'S direction approached Meyer Leibovits and stated, in summary, that the Leibovits family settle monetarily ($400,000 was a figure given by one of the un-indicted co-conspirators and $300,000 by another), that KELLNER brought the charges against his father, that KELLNER controls the complaining witness ([redacted]) against his father and that in exchange for money the witness would not testify. Also Meyer Leibovits will testify that a he was told by other unindicted co-conspirators that KELLNER will bring a third witness (this complainant testified in the Leibovits conviction) if there was no settlement because the case against Lebovits involving KELLNER'S son and and [redacted] were judicially severed and that KELLNER did not want his son to testify.

2) Recorded translated conversation (161 pages) between KELLNER and Meyer Leibovits:

KELLNER approached Meyer Leibovits in May of 2009, a year after the arrest of his father, and the above-summarized demands by the unindicted co-conspirators. At first blush, the meaning of the 161 page transcript is unclear. However, Meyer Leibovits states that this conversation a year after his father's arrest regards various attempts by KELLNER and his emissaries to extract payments from the Leibovits family in exchange for the silence of his father's accusers.

The defense alleges that the conversation only shows that KELLNER was seeking a rabbinical settlement.

4) Testimony of [redacted] is as follows:

KELLNER paid him $10,000 to fabricate molestation charges against Leibovits. The Defense claimed they have heard a tape in which Torenheim stated that Baruch Leibovits did in fact molest him. Despite our repeated requests, the Defense has not produced either this tape, or its maker.

Today's discovery:

Last fall, Joe and I were made aware of allegations that the Leibovits family paid [redacted] to testify in thie grand jury in the instant case and subsequently send him to Israel so that he would not be available as a witness at this trial. After being made aware of said allegations, under a separate investigation, we subpoenaed the travel records of [redacted]. A review of said records indicates clearly that Zalman Ashkenazi, a Lebovits family ally and the brother of Beryl Ashkenazi a defense witness in the Leibovits trial, paid for his travel expenses. [redacted] is scheduled to come to our office on Wednesday June 28, 2013 for an interview. During this interview, Joe and I plan to confront [redacted] with these travel records, and ask him whether or not he was paid to testify in this grand jury and whether or not he was ever molested by Baruch Lebovits.

5) Testimony of Moishe Freidman who grew up with Baruch Lebovits and Samuel Kellner. His testimony is that KELLNER came to his office said Baruch Lebovits molested his son yet it was only a misdemeanor and that he was negotiating to get $250,000 from the Leibovits family yet that the so called negotiations fell through and that Mr. Friedman should convince the Lebovits family for the $250,000 and that if paid that the cases won't go forward.

-----Original Message-----
From: VECCHIONE, MICHAEL F
Sent: Wednesday, June 19, 2013 6:54 PM
To: BATSIDIS, NICHOLAS
Subject: Fw: Kelner

----- Original Message -----
From: HYNES, CHARLES J.
Sent: Wednesday, June 19, 2013 06:32 PM
To: VECCHIONE, MICHAEL F
Subject: Kelner

I want you to have Nick and Joe give me a brief summary of the evidence against Kelner. I want to know if taped statement was ambniguous. Also mention the so-called exonoration tape which has not been turned over to us. I need this tonight if possible.