# EXHIBIT 50

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 008680510627 Posting date 03-MAY-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

1943

DATE 2/1/2012

PAY TO THE ORDER OF Moshe Turnheim $**750.00

Seven Hundred Fifty and 00/100*********************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈001943⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04502 - 11 Security Features

NOT WRITE, SIGN OR STAMP BELOW THIS LINE

EXHIBIT
82A
Batsidis 3/23/22 (LL)
LEXITAS

AcctNum: 000000000840596043 Amount: 000000000075000
Xerno: 0000001943 PostDate: 20120503 Sequence: 008680510627
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802120503008680510627 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 2297 ItemType: P

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 008680510626 Posting date 03-MAY-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 38th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

1942

DATE 3/1/2012

PAY TO THE ORDER OF Moshe Turnheim $**750.00

Seven Hundred Fifty and 00/100****************************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈001942⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04522 - 11 Security Features

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

```
AcctNum: 000000000840596043 Amount: 0000000000075000
Xerno: 0000001942 PostDate: 20120503 Sequence: 008680510626
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080212050300868051062 6 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 021000021 DocType: 8
EntryNum: 2297 ItemType: P
```

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G25Oct12-889**
**Sequence number 005080463391 Posting date 02-APR-12**

GEMILOS CHESED
ACH TOV V'CHESED

1-7056/2260

1583

Date 3/27/12

Pay to the order of Moshe Tofenheim $ 120 00/xx

One hundred twenty 00/xx DOLLARS

Apple Bank

Apple Bank for Savings
44 LEE AVENUE
BROOKLYN, NY 11211-7216

MEMO

⑆226070584⑆ 457 3012905⑈ 1583

```
AcctNum: 000000004573012905 Amount: 000000000012000
Xerno: 0000000000 PostDate: 20120402 Sequence: 005080463391
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 080212040200508046339l BOFD: 074909962 CapSRC: VP
TranCode: 001583 RouteTran: 22607058   DocType: 8
EntryNum: 3682 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 003480755343 Posting date 22-MAY-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

1940

DATE 4/1/2012

PAY TO THE ORDER OF Moshe Turnheim $**750.00

Seven Hundred Fifty and 00/100****** DOLLARS

Moshe Turnheim

ABOVE $25000 2 SIGNATURES REQUIRE

MEMO

⑈001940⑈ ⑆021000021⑆ 840596043⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

AcctNum: 000000000840596043 Amount: 0000000000075000
Xerno: 0000001940 PostDate: 20120522 Sequence: 003480755343
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802120522003480755343 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 5011 ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G25Oct12-889**
**Sequence number 006690341954 Posting date 29-MAY-12**

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

1939

DATE 5/1/2012

PAY TO THE ORDER OF Moshe Turnheim $**750.00

Seven Hundred Fifty and 00/100****************************************************************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈001939⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04602 - 11 Security Features

Scratch box for verification number

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

24951725606

AcctNum: 000000000840596043 Amount: 000000000075000
Xerno: 000001939 PostDate: 20120529 Sequence: 006690341954
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802120529006690341954 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 7480 ItemType: P

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 009680145562 Posting date 07-JUN-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

1983

DATE 6/6/2012

PAY TO THE ORDER OF Moshe Turnheim $ **850.00

Eight Hundred Fifty and 00/100*************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈001983⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04502 - 11 Security Features

Scratch box for verification number

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

```
AcctNum: 000000000840596043 Amount: 000000000085000
Xerno: 0000001983 PostDate: 20120607 Sequence: 009680145562
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802120607009680145562 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 3947 ItemType: P
```

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 006790312032 Posting date 05-JUL-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

2029

DATE 7/1/2012

PAY TO THE ORDER OF Moshe Turnheim $ **850.00

Eight Hundred Fifty and 00/100**************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈002029⑈ ⑆021000021⑆ 840596043⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

AcctNum: 000000000840596043 Amount: 0000000000085000
Xerpo: 0000002029 PostDate: 20120705 Sequence: 006790312032
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080212070500679031 2032 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 5487 ItemType: P

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 006970281437 Posting date 14-AUG-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

2075

DATE 8/1/2012

PAY TO THE ORDER OF Moshe Turnheim $ **850.00

Eight Hundred Fifty and 00/100*************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈002075⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04502 – 11 Security Features

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

AcctNum: 000000000840596043 Amount: 000000000085000
Xerno: 0000002075 PostDate: 20120814 Sequence: 006970281437
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 08021208140006970281437 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 0000003617 ItemType: P

29-Oct-12 25Oct12-889

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Oct12-889
Sequence number 007490461504 Posting date 04-SEP-12

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

TANDEM TRANSIT LLC.
1428 36th ST
Suite 209
BROOKLYN, NY 11218

JP MORGAN CHASE BANK
1-2/210

2076

DATE 9/1/2012

PAY TO THE ORDER OF Moshe Turnheim $ **850.00

Eight Hundred Fifty and 00/100****************************************** DOLLARS

Moshe Turnheim

ABOVE $2500 2 SIGNATURES REQUIRE

MEMO

⑈002076⑈ ⑆021000021⑆ 840596043⑈

DocuGard 04502 – 11 Security Features

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

ENDORSE CHECK HERE

AcctNum: 000000000840596043 Amount: 000000000085000
Xerno: 0000002076 PostDate: 20120904 Sequence: 007490461504
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802120904007490461504 BOFD: 074909962 CapSRC: VP
TranCode: 000000 RouteTran: 02100002 DocType: 8
EntryNum: 0000006122 ItemType: P