# EXHIBIT 52

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X
SAMUEL KELLNER,
Plaintiff,

Docket No.
- against - 17-cv-1268

THE CITY OF NEW YORK and PATRICIA L. HYNES,
Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

--------------------------------------------X

Held via Zoom videoconference

May 20, 2022
9:38 a.m.

DEPOSITION of MICHAEL F. VECCHIONE, Non-party Witness, taken by Plaintiff, pursuant to Federal Rules of Civil Procedure, and Subpoena, held at the above-noted time and place, before Kyra Kustin, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendants
CITY OF NEW YORK and PATRICIA L. HYNES,
AS ADMINISTRATOR OF THE ESTATE OF
CHARLES J. HYNES
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

MICHAEL F. VECCHIONE

there a question?

MR. MACGIOLLABHUI: I'm asking does he recall.

A Do I recall that I had bronchitis and asked for an adjournment?

Q Right.

A Yes. I do recall that. I think it was -- yes.

Q You recall the name of the judge?

A I know he's deceased now. I don't remember.

Q Was it Judge Reichbach?

A Reichbach. Correct.

MR. MACGIOLLABHUI: And let me just spell that for the reporter. I think it's R-e-i-c-h-b-a-c-h. And DeVecchio is D-e-V-e-c-c-h-i-o.

Q I'm quoting again from your book. Quote, unquote -- I was hoping -- this is in and around the time you asked for that particular adjournment. Quote, unquote -- I was hoping to take a vacation at a villa my good friend Arthur Aidala had rented in Italy.

Do you remember that?

MICHAEL F. VECCHIONE

A Yes.

Q And at a subsequent point, again in the book, you indicate that you obtained the adjournment -- and again I'm quoting -- and then flew off to Italy with Artie -- A-r-t-i-e -- and his family and a few other friends.

Do you remember that?

A Yes.

Q And --

A Are you asking do I remember the flight? Or do I remember writing that in the book?

Q No. I'm asking do you remember the vacation.

A Yes.

Q And in terms of the few other friends that were there, anybody else from the Brooklyn DA's office?

A Let me think about which trip this was. There was -- I think there was a former detective who's now deceased, Doug LaVien. There might have been another colleague of mine, Dino Amoroso, but I'm not a hundred percent certain if that was the trip that he was on.

MICHAEL F. VECCHIONE

Q Let me ask you this --
A I don't remember.
Q That's fine. I take it from your answer, nonetheless, that you went on vacation on more than one occasion with Mr. Aidala, right?
A That's correct.
Q And approximately how many times over the years have you gone on vacation with him?
A Three, I think.
Q Were the vacations all in Italy?
A Those were, yes. Those vacations.
Q What do you mean those were?
A The ones that I just told you about, the three, were in Italy. Yes.
Q I see. Were there other ones outside of Italy?
A Not that I can remember.
Q Okay. Other than Mr. Amoroso, do you recall -- and the detective you had mentioned who's now deceased, do you recall anyone else from the Brooklyn DA's office who was on any one of these vacations?
A Another colleague of ours who's also deceased now, named Angelo Morelli.

he did. If he did -- maybe he did. I don't recall.

Q Okay. Well, in relation to your communications with Mr. Aidala, other than the initial meeting in April 27, 2010, and the one you described in your office with regard to the baseball memorabilia, do you remember any other --

A No.

Q -- communications that you had?

A I don't remember any others.

Q What about Mr. Dershowitz? Other than that meeting in your office, do you remember any other communications?

A I do not.

Q Now the investigation that's been carried out by your office into Sam Kellner, was that a Rackets investigation? Or a joint investigation as between Rackets and Sex Crimes?

A It was not a joint investigation.

Q Why was it not a joint investigation?

A Because the investigation was -- they came to us with the allegations, and we opened up an investigation.

MICHAEL F. VECCHIONE

Q Why did you not include Sex Crimes in the investigation?

A There was no reason to include Sex Crimes. When someone comes to us with an investigation, unless there is a reason, then we would do it. But they came to us, and we did the investigation.

Q Yes, but the attorneys for Baruch Lebovits were looking to overturn his conviction, right?

A That has nothing to do with --

MS. SCHARFSTEIN: Objection.

A Yeah. Right. He was looking. I assume that's what a 440 is. So I assume yes.

Q So it did relate to a conviction that Sex Crimes had just obtained, right?

MS. SCHARFSTEIN: Objection.

A In -- in the broadest sense of the word relate, yes.

Q So why didn't you include Sex Crimes within Rackets' investigation of Sam Kellner?

A What's the question?

Q I said why did you not include Sex Crimes in the investigation of Rackets --