# EXHIBIT 53

EXHIBIT
PLTF 42 2/23/22 (DS)
exhibitsticker.com

**SIDER, ZACHARY**

**From:** GREGORY, MISS </O=DAKC/OU=RP/CN=RECIPIENTS/CN=GREGORYM>
**Sent:** Tuesday, April 12, 2011 3:35 PM
**To:** JAUS, RHONNIE
**Subject:** RE: Charges on the Kellner X Indictment, Case was filed yesterday

I'm not sure.
Maybe a DI and/or ADA took a statement from him.

---

**From:** JAUS, RHONNIE
**Sent:** Tuesday, April 12, 2011 3:30 PM
**To:** GREGORY, MISS
**Subject:** RE: Charges on the Kellner X Indictment, Case was filed yesterday

What is the perjury for ?

---

**From:** GREGORY, MISS
**Sent:** Tuesday, April 12, 2011 12:01 PM
**To:** JAUS, RHONNIE; BRUFFEE, ANTHEA
**Subject:** Charges on the Kellner X Indictment, Case was filed yesterday

CRIMINAL SOLICITATION IN THE FOURTH DEGREE (2 COUNTS), A Misdemeanor

CONSPIRACY IN THE FOURTH DEGREE, E Felony

ATTEMPTED GRAND LARCENY IN THE SECOND DEGREE (5 COUNTS), D Felony

PERJURY IN THE FIRST DEGREE (2 COUNTS), D Felony

Miss Gregory
Bureau Chief
Crimes Against Children
Office of the District Attorney, Kings County
350 Jay Street - 10th Floor
Brooklyn, NY 11201-2908
[redacted]