# EXHIBIT 58

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

SAMUEL KELLNER,

Plaintiff,

v. Civil Action No:

THE CITY OF NEW YORK et al, 17-cv-1268(MKB)(SJB)

Defendant.

---

VIDEOTAPED DEPOSITION

---

WITNESS: Moshe Friedman

DATE: Thursday, December 1, 2022

START TIME: 2:02 p.m.
END TIME: 4:40 p.m.

REMOTE LOCATION: Remote Legal platform

REPORTER: Vanessa Van Wagner, CER-1602
JOB NO.: 13837

A P P E A R A N C E S

LAW OFFICE OF NIALL MACGIOLLABHUI
171 Madison Avenue, Suite 305
New York, New York 10016
By: MR. NIALL MACGIOLLABHUI, ESQUIRE
niallmacg@macglaw.com
Appearing for Plaintiff, Sam Kellner

NEW YORK CITY LAW DEPARTMENT,
OFFICE OF CORPORATION COUNSEL
100 Church Street
New York, New York 10007
By: MS. SUSAN SCHARFSTEIN, ESQUIRE
sscharfs@law.nyc.gov
Appearing for Defendants, City of New York & Patricia Hines

MILLER, LEIBY & ASSOCIATES PC
32 Broadway, 13th Floor
New York, New York 10004
By: MR. JEFFREY MILLER, ESQUIRE
jmiller@millerleiby.com
By: MR. DAVID LEWITTES, ESQUIRE
dlewittes@millerleiby.com
Appearing for Witness Moshe Friedman

ALSO PRESENT:
Sarah Schroeter, Notary Public

Q Did he at any time attempt to obtain advertising income for Der Yid?

A Yes.

Q Tell me about that.

A It was at the same meeting.

MS. SCHARFSTEIN: Objection.

THE WITNESS: The same meeting and I'll say it in simple language. He told me his problems and then at the end, that he has to -- he has to make money because unfortunately he has no -- he doesn't make a living. And I -- I -- specifically, he told me, I'll be very honest with you, I don't make a living and I have to -- I have to do -- unfortunately, I have to do that.

BY MR. MACGIOLLABHUI:

Q And --

A I -- I -- whether he asked me first or I offered him, that I don't remember. I told him, look, you want to make -- what would you like to do? So we -- we were talking and, you know, you can bring advertisers to Der Yid. You can make a living. You know the easy -- easy living. So we discussed -- he brought up certain -- certain businesses that he thinks that he can bring -- bring business from. Be my guest.

Q And this particular aspect of --

A I'm sorry, I didn't hear that. Go a little