# EXHIBIT 59

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
SAMUEL KELLNER,

Plaintiff,

Docket No.
17-cv-1268

- against -

THE CITY OF NEW YORK and PATRICIA L. HYNES, Administrator of the ESTATE OF CHARLES J. HYNES,

Defendants.

---------------------------------------------X

Held via Zoom videoconference

November 2, 2022
10:07 a.m.

CONTINUED DEPOSITION of KEVIN O'DONNELL, Non-party Witness, taken by Plaintiff, pursuant to Federal Rules of Civil Procedure, and Subpoena, held at the above-noted time and place, before Kyra Kustin, a Stenotype Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

LAW OFFICE OF NIALL MACGIOLLABHUI
Attorneys for Plaintiff
171 Madison Avenue, Suite 305
New York, New York 10016

BY: NIALL MACGIOLLABHUI, ESQ.

CORPORATION COUNSEL OF THE CITY OF NEW YORK
Attorneys for Defendants
CITY OF NEW YORK and PATRICIA L. HYNES,
AS ADMINISTRATOR OF THE ESTATE OF
CHARLES J. HYNES
100 Church Street
New York, New York 10007

BY: SUSAN P. SCHARFSTEIN, ESQ.

KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
Attorneys for Non-Party Witness
KEVIN O'DONNELL
350 Jay Street
Brooklyn, New York 11201

BY: JOHN CARROLL, ESQ.

A L S O P R E S E N T:

ASSISTANT DISTRICT ATTORNEY ZACHARY SIDER

at.

Q But that was a party. That was not a question of receiving money; correct?

A Right. There was an attendance at an event. I don't know what kind of party it was, but it was something that raised the eyebrows of the person who was telling me.

Q And again, you don't remember who that was.

A I do not.

Q Okay. Do you have any reason or any information to believe that Mr. Lonuzzi was acting in any way -- in any manner that was unethical with regard to his representation of Victim Number One?

A Say the beginning of that part again.

Q Okay. Do you have any information that would lead you to believe that Mr. Lonuzzi was acting in any unethical manner with regard to his representation of Victim Number One?

A I mean, going back to my questions earlier this morning about my personal beliefs, my personal belief is he was not acting ethically.

KEVIN O'DONNELL

Q Okay. Do you have any evidence of that?

A I -- I don't.

Q Okay. And what was your personal belief based on?

A My understanding is that Mr. Lonuzzi had a position of -- he was the president of some type of bar association that Mr. Aidala was also either the president -- and I'm not saying current president, but my understanding -- and I don't know where the source of this was -- that Mr. Lonuzzi and Mr. Aidala knew each other, if not personally, at least professionally. And the -- how Mr. Lonuzzi got appointed just seemed shady to me. And then the -- other matters relate to grand jury things that I don't think I'm permitted to answer.

Q So without going into the grand jury things, it was -- was there anything more than your knowledge of a professional and possibly a personal relationship between Mr. Aidala and Mr. Lonuzzi that led you to the belief that there was something shady about what Mr. Lonuzzi was doing?