# EXHIBIT 61

**PART 15**
**STATUS SHEET**

DATE: August 4, 2010

BUREAU: SEX CRIMES

ADA: Miss Gregory
PHONE: 3779

INDICTMENT NUMBERS: **2600/2008 + 11393/2008 superceded indictment**
GREY ZONE 66TH Precinct

DEFENDANT: **BARUCH LEBOVITS**

DEFENSE ATTYS: Elizabeth Johnson + Arthur Aidala

CHARGES: **Sodomy 2°, Sodomy 3°, Criminal Sexual Act 3, Sexual Abuse 3°, EWC**

PLEA OFFER:

CRIMINAL HISTORY: First Arrest

---

**ON FOR:**

- ❑ **Conference on remaining cases**
- ❑ **On Indictment 11393/2008 counts 1 -32 were severed from counts 33-42**
- ❑ **On March 8, 2010 D was convicted after jury trial of 8 counts of Criminal Sexual Act 3°, (counts 33, 34, and 37 – 42), and acquitted of 2 counts of Criminal Sexual Act 3° (counts 35 and 36); on April 12, 2010 D was sentenced to 10⅔ - 32 years jail and Foop [CW 3]**
- ❑ **D has two remaining cases: 11393/2008 counts 1 – 32 [CW 1] & Indict # 2600/2008 counts 66 and 68 [CW 2]**
- ❑ **Bail Status:**
  **D has been remanded.**

---

**ESSENTIAL FACTS:** Defendant = 57yr old male. c/w 1= 20yr old male, c/w 2=16yr old male
Defendant is a known Rabbi in the community c/w 3= 20yr old male

8/15/2000 – 9/30/2004: D would put his penis in CW 1's anus and mouth, and put his mouth on CW 1's penis. Incidents took place at the temple, at D's office and home, and in D's car.

3/23/2004 – 2/22/2005: D would put his mouth on CW 3's penis, D would touch CW 3's penis with his hand and CW 3 would touch D's penis with his hand
**[CHARGES CONTAINED IN SUPERSEDED INDICTMENT 11393/2008]**

---

2/12/2008, CW 2 received a car ride from the D, while D was driving he put his hand on CW 2's penis. CW 2 outcried to his parents the following day.
**[COUNTS 66 + 68 on Indictment 2600/2008]**

---

**ADDITIONAL NOTES FOR PART ADA:**
Counts 1-32 on 11393/2008 dismissed

**FOOPS EXPIRE: 12/31/10 CW 2**
**10/21/10 CW 1**
**3/8/2051 CW 3**

NEXT DATE: 9/15/2010

CHARGED TO: Consent

ON FOR: disposition on inv

**Part ADA:** M. Gregory

DISPOSITION:

OTP by TT

9/15/2010
D asked for case to be admin adj to 10/6 re jewish holidays