# EXHIBIT 62

# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M118739
K/nl

JOHN M. LEVENTHAL, J.

---

2010-03777 DECISION & ORDER ON MOTION

The People, etc., respondent,
v Baruch Lebovits, appellant.

(Ind. No. 11393/08)

---

Motion by the appellant pursuant to CPL 460.50 for a stay of execution of a judgment of the Supreme Court, Kings County, rendered April 12, 2010, and to release the appellant on his own recognizance, or in the alternative, to fix reasonable bail.

Upon the papers filed in support of and in opposition to the motion, and upon hearing the attorneys for the parties, it is

ORDERED that the motion is granted, execution of the judgment is stayed, and bail is set by the giving of an insurance company bail bond in the amount of $500,000 or by depositing the sum of $250,000 as a cash bail alternative, upon the following conditions:

1. the appellant shall remain confined to house arrest and shall wear an electronic monitoring bracelet, with monitoring services to be provided by Secure Alert and paid for by the appellant;

2. any violations shall be reported by Secure Alert to the Office of the District Attorney of Kings County, and the appellant shall be detained until such time as the alleged violation can be adjudicated before the Supreme Court, Kings County;

3. the appellant shall surrender any and all passports to the Office of the District Attorney of Kings County and is prohibited from applying for any new or replacement passports; and it is further,

ORDERED that this stay shall terminate and be of no further effect 120 days from the date hereof and the appellant shall thereafter surrender to serve the sentence imposed, unless the appeal has been brought to argument or submitted to this Court, or unless this Court shall have extended this order; and it is further,

ORDERED that upon the termination of this stay as provided above, this order shall constitute authorization to any peace officer to arrest and deliver the appellant to the sentencing court to execute sentence; and it is further,

ORDERED that counsel for the appellant shall serve a copy of this order, by mail, on the Clerk of the Court from which the appeal is taken.

JOHN M. LEVENTHAL
Associate Justice

SUPREME COURT, STATE OF NEW YORK
APPELLATE DIVISION SECOND DEPT.
I, MATTHEW G. KIERNAN, Clerk of the Appellate Division of the Supreme Court, Second Judicial Department, do hereby certify that I have compared this copy with the original filed in my office on APR 15 2011 and that this copy is a correct transcription of said original.
IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on APR 15 2011

Matthew G. Kiernan