**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

November 1, 2024

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write regarding Defendants' now fully briefed motion for summary judgment. While Plaintiff did not request oral argument on the first page of his brief, upon further consideration, and particularly in light of the extensive factual record placed before the Court, I believe that oral argument may be helpful in deciding the motion and thus hereby request it.

I thank the Court for its attention to this matter.

Respectfully,

Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Hannah V. Faddis, Esq.
Brian Francolla, Esq.