**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

August 8, 2025

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write in response to the Court's direction that the parties confer and file the depositions of (1) Chaim Lebovits, (2) Arthur Aidala, and (3) Michael Vecchione on or before August 11, 2025. Mr. Lebovits, who resides in Israel, was not deposed in this matter. The remaining two depositions are being filed herewith.

Respectfully,

*Niall MacGiollabhui*
Niall MacGiollabhuí

cc: Hannah V. Faddis, Esq.
Brian Francolla, Esq.