THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**BRIAN FRANCOLLA**
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-1148
bfrancol@law.nyc.gov

August 15, 2025

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kellner v. City of New York, et al., 17-CV-01268 (NRM) (MMH)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of the defendants City of New York and the Estate of Charles J. Hynes. In that capacity, I write jointly with plaintiff's counsel in response to the Court's August 6, 2025 Order. Since the Court's Order, the parties determined that all but two of the original unredacted documents that were filed as redacted exhibits as part of the summary briefing are in the possession of the Brooklyn District Attorney's Office ("BDAO"). As such, the parties first conferred amongst each other and then with BDAO counsel in order to facilitate a response to the Court's Order. To that end, BDAO counsel has asked for additional time to locate the documents in question because of the voluminous nature of the underlying materials. Due to the assistance of plaintiff's counsel in locating where specific documents should be found within what was produced by the BDAO during discovery, that process has been expedited and, should the Court permit same, BDAO counsel believes they can produce the responsive material on or before September 8, 2025 – a timeline that works for the parties assuming it also works for the Court.

Defendants thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/
Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: BY ECF
*All Counsel of Record*