**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

September 17, 2025

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kellner v. City of New York, et al.**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write to request an extension of Plaintiff's time to file a sur-reply, pursuant to Order of the Court dated August 27, 2025, in further opposition to Defendants' motion for summary judgment, from September 17, 2025, to September 18, 2025.

The reason for the request is that I am working remotely today and am experiencing intermittent internet connectivity issues. To the extent they continue, I would be greatly obliged for an additional day to file the sur-reply as I will be in the office tomorrow. This is Plaintiff's first request for an extension and opposing counsel consents.

I thank the Court for its attention to this matter.

Respectfully,

Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Brian Francolla, Esq.