THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**BRIAN FRANCOLLA**
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-1148
bfrancol@law.nyc.gov

October 16, 2025

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kellner v. City of New York, et al., 17-CV-01268 (NRM) (MMH)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of the defendants City of New York and the Estate of Charles J. Hynes. In that capacity, I write jointly with plaintiff's counsel in response to the Court's October 10, 2025 Order directing the parties to indicate on or before today whether they would like to be referred to mediation while the Court's decision on the motion for summary judgment is pending. Having conferred, the parties do not believe that mediation would be fruitful prior to the resolution of the pending motion for summary judgment.

The parties thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/
Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: BY ECF
*All Counsel of Record*