**THE LAW OFFICE OF**
**NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

January 15, 2026

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Kellner v. City of New York, et al.</u>**
**Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write, on behalf of the parties, further to our selection of the Hon. Steven M. Gold (Ret.) as mediator, to request an extension of the date by which to complete mediation from February 20, 2026, to April 13, 2026, and of the date by which to file a joint status report after completing mediation from March 6, 2026, to April 27, 2026.

Unfortunately, other than a single date in March 2026 on which the parties are unavailable, Judge Gold's next available dates to conduct mediation are in April 2026. Since defense counsel's scheduled trial in late April 2026 will be proceeding, the parties have tentatively selected April 13, 2026 (the first available date after Passover) as the date for mediation, subject to the Court's approval.

The parties would also be greatly obliged, having conferred and in light of present counsel's scheduled family vacation in mid-August 2026 and the Jewish holidays in September and early October 2026, if the Court would set a subsequent date in October 2026 or later for trial.

The parties thank the Court for its attention to this matter.

Respectfully,

Niall MacGiollabhuí

Niall MacGiollabhuí

cc: Brian Francolla, Esq.