**THE LAW OFFICE OF
NIALL MACGIOLLABHUÍ**

171 Madison Avenue, Suite 305
New York, New York 10016
T: 646-850-7516
F: 347-620-1395
niallmacg@macglaw.com

April 24, 2026

Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **Kellner v. City of New York, et al.
Docket No. 17-cv-01268 (NRM) (MMH)**

Dear Judge Morrison:

I represent Plaintiff in the above matter and write to request an extension of the date by which to file a joint status report after completing mediation from April 24, 2026, to May 1, 2026. The reason for the request, to which opposing counsel consents, is that an unexpected issue arose yesterday on Plaintiff's side that could not be resolved in time to submit the report today.

I thank the Court for its attention to this matter.

Respectfully,

*Niall MacGiollabhuí*

Niall MacGiollabhuí

cc: Brian Francolla, Esq.