

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRIAN FRANCOLLA**
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-1148
bfrancol@law.nyc.gov

April 30, 2026

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Kellner v. City of New York, et al., 17-CV-01268 (NRM) (MMH)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter on behalf of the defendants City of New York and Patricia L. Hynes, as Administrator of the Estate of Charles J. Hynes.  In that capacity, I write jointly with plaintiff's counsel to advise the Court that this matter has settled.  The requisite settlement paperwork will be filed with the Court shortly. Should the Court wish to set a deadline for same, the parties respectfully request until June 5, 2026.

The parties thank the Court for its time and attention to these matters.

Respectfully submitted,

/s/

Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc:    BY ECF
       *All Counsel of Record*