UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------- x

SAMUEL KELLNER,

                                Plaintiff,

                   -against-

THE CITY OF NEW YORK, et al.,

                               Defendants.
----------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17 CV 1268 (NRM) (MMH)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
         6/5      , 2026

LAW OFFICE OF NIALL
MACGIOLLABHUI
*Attorney for Plaintiff*
171 Madison Avenue, Suite 305
New York, New York 10016

STEVEN BANKS
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York
   and Patricia L. Hynes, as Administrator
   of the Estate of Charles J. Hynes*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Niall MacGiollabhui, Esq.
    *Attorney for Plaintiff*

By: _____

Brian Francolla
*Senior Counsel*

SO ORDERED:


_____
HON. NINA R. MORRISON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026